UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

State of California, et al.            ,

Plaintiff(s),

v.

United States Department of
Agriculture, et al.            ,
Defendant(s).

Case No. 3:25-cv-06310

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, James C. Luh            , an active member in good standing of the bar of
New York            , hereby respectfully apply for admission to practice pro hac
vice in the Northern District of California representing: State of Maryland            in the
above-entitled action. My local co-counsel in this case is Maria F. Buxton            , an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.  Local co-counsel's bar number is: 318563            .

200 Saint Paul Pl
Baltimore MD 21202
MY ADDRESS OF RECORD

455 Golden Gate Ave Ste 11000
San Francisco CA 94102
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

410-576-6411
MY TELEPHONE # OF RECORD

(415) 510-3873
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jluh@oag.state.md.us
MY EMAIL ADDRESS OF RECORD

Maria.Buxton@doj.ca.gov
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: (none)            .

A true and correct copy of a certificate of good standing or equivalent official document
from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0            times in the 12 months
preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: July 29, 2025                                    James C. Luh
                                                            APPLICANT
5

6

7

8                          ORDER GRANTING APPLICATION

9                   FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of James C. Luh                is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: _____

16

17    _____

18                          UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California