

M. Katherine Bing
Clerk

**OFFICE OF THE CLERK**
**SUPREME COURT OF KENTUCKY**
ROOM 209, STATE CAPITOL
700 CAPITAL AVE.
FRANKFORT, KENTUCKY 40601-3488

Telephone:
(502) 564-4720
FAX:
(502) 564-5491

## C E R T I F I C A T I O N

I, M. Katherine Bing, Clerk of the Supreme Court of Kentucky, do hereby certify the

records in this office show that _____ Steven Travis Mayo _____ having met the

necessary requirements for admission to the Bar, took the oath prescribed by the Constitution of

this Commonwealth on _____ October 17, 2008 _____, and thereupon was admitted

to practice as an attorney before this and all other courts of the Commonwealth of Kentucky, and

certify that _____ Steven Travis Mayo _____ is an attorney at law in good standing, as

such, in all the courts of the Commonwealth.

I further certify that the Supreme Court is the Court of highest jurisdiction for the

Commonwealth of Kentucky.

Done at the Capitol at Frankfort, Kentucky this _____ 30th _____ day of January, 2025.

M. KATHERINE BING
CLERK

By: _____
Deputy Clerk



M. Katherine Bing
Clerk

**OFFICE OF THE CLERK**
**SUPREME COURT OF KENTUCKY**
ROOM 209, STATE CAPITOL
700 CAPITAL AVE.
FRANKFORT, KENTUCKY 40601-3488

Telephone:
(502) 564-4720
FAX:
(502) 564-5491

## C E R T I F I C A T I O N

I, M. Katherine Bing, Clerk of the Supreme Court of Kentucky, do hereby certify the

records in this office show that _____ Steven Travis Mayo _____ having met the

necessary requirements for admission to the Bar, took the oath prescribed by the Constitution of

this Commonwealth on _____ October 17, 2008 _____, and thereupon was admitted

to practice as an attorney before this and all other courts of the Commonwealth of Kentucky, and

certify that _____ Steven Travis Mayo _____ is an attorney at law in good standing, as

such, in all the courts of the Commonwealth.

I further certify that the Supreme Court is the Court of highest jurisdiction for the

Commonwealth of Kentucky.

Done at the Capitol at Frankfort, Kentucky this _____ 30th _____ day of January, 2025.

M. KATHERINE BING
CLERK

By: _____
Deputy Clerk

# KENTUCKY BAR ASSOCIATION
### 514 WEST MAIN STREET
### FRANKFORT, KENTUCKY 40601-1812
### (502) 564-3795
### FAX (502) 564-3225
### www.kybar.org

**OFFICERS**
Rhonda Jennings Blackburn
President

Todd V. McMurtry
President-Elect

Matthew P. Cook
Vice President

W. Fletcher McMurry Schrock
Immediate Past President

Donald H. Combs III
Chair, Young Lawyers Division

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Amelia M. Adams
Douglas G. Benge
Miranda D. Click
Jennifer M. Gatherwright
William M. "Mitch" Hall, Jr.
LaToi D. Mayo
Stephanie McGehee-Shacklette
Susan Montalvo-Gesser
Susan D. Phillips
Ryan C. Reed
James M. Ridings
James A. Sigler
Catherine D. Stavros
J. Tanner Watkins



*THIS IS TO CERTIFY THAT*

*STEVEN TRAVIS MAYO*
*Office of the Governor*
*700 Capitol Avenue, Suite 106*
*Frankfort, Kentucky 40601*

*Membership No. 92628*

*is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky, no record of any complaints or charges of any kind having been preferred against him. Dated the 31st day of January, 2025.*

*JOHN D. MEYERS*
*REGISTRAR*

By: *Michele Pogrotsky*
*Michele M. Pogrotsky, Deputy Registrar*

# KENTUCKY BAR ASSOCIATION
### 514 WEST MAIN STREET
### FRANKFORT, KENTUCKY 40601-1812
### (502) 564-3795
### FAX (502) 564-3225
### www.kybar.org



**OFFICERS**
Rhonda Jennings Blackburn
President

Todd V. McMurtry
President-Elect

Matthew P. Cook
Vice President

W. Fletcher McMurry Schrock
Immediate Past President

Donald H. Combs III
Chair, Young Lawyers Division

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Amelia M. Adams
Douglas G. Benge
Miranda D. Click
Jennifer M. Gatherwright
William M. "Mitch" Hall, Jr.
LaToi D. Mayo
Stephanie McGehee-Shacklette
Susan Montalvo-Gesser
Susan D. Phillips
Ryan C. Reed
James M. Ridings
James A. Sigler
Catherine D. Stavros
J. Tanner Watkins

*THIS IS TO CERTIFY THAT*

**STEVEN TRAVIS MAYO**
*Office of the Governor*
*700 Capitol Avenue, Suite 106*
*Frankfort, Kentucky  40601*

**Membership No. 92628**

*is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky, no record of any complaints or charges of any kind having been preferred against him. Dated the 31st day of January, 2025.*

**JOHN D. MEYERS**
**REGISTRAR**

By: *Michele M Pogrotsky*

*Michele M. Pogrotsky, Deputy Registrar*