1  
2                              UNITED STATES DISTRICT COURT
3                            NORTHERN DISTRICT OF CALIFORNIA
4  
   STATE OF CALIFORNIA, et al.,              Case No. 3:25-cv-06310
5  
                   Plaintiff(s),
6                                            **APPLICATION FOR ADMISSION OF
           v.                                ATTORNEY PRO HAC VICE**
7                                            (CIVIL LOCAL RULE 11-3)
   UNITED STATES DEPART[MENT],
8  
                   Defendant(s).
9  

10         I, Taylor Payne, an active member in good standing of the bar of
11   Kentucky, hereby respectfully apply for admission to practice pro hac
12   vice in the Northern District of California representing: Office of the Governor ex rel. An[...] in the
13   above-entitled action. My local co-counsel in this case is Maria F. Buxton, an
14   attorney who is a member of the bar of this Court in good standing and who maintains an office
15   within the State of California.  Local co-counsel's bar number is: 318563.

16   700 Capital Ave., Suite 106,              455 Golden Gate Ave., Suite 11000
     Frankfort, Kentucky 40601                 San Francisco, CA 94102
17   ─────────────────────────────             ─────────────────────────────
     MY ADDRESS OF RECORD                      LOCAL CO-COUNSEL'S ADDRESS OF RECORD
18   (502) 564-2611                            (415) 510-3837
     ─────────────────────────────             ─────────────────────────────
19   MY TELEPHONE # OF RECORD                  LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

20   taylor.payne@ky.gov                       Maria.Buxton@doj.ca.gov
     ─────────────────────────────             ─────────────────────────────
     MY EMAIL ADDRESS OF RECORD                LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD
21  
22         I am an active member in good standing of a United States Court or of the highest court of
23   another State or the District of Columbia, as indicated above; my bar number is: 93524.
24         A true and correct copy of a certificate of good standing or equivalent official document
25   from said bar is attached to this application.
26         I have been granted pro hac vice admission by the Court 0 times in the 12 months
27   preceding this application.
28

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/31/2025

Taylor Payne
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Taylor Payne is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE