1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3
4        _____,           Case No. _____
5               Plaintiff(s),
6          v.                             **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
7                                         (CIVIL LOCAL RULE 11-3)
8               Defendant(s).
9
10   I, _____, an active member in good standing of the bar of
11   _____, hereby respectfully apply for admission to practice pro hac
12   vice in the Northern District of California representing: _____ in the
13   above-entitled action. My local co-counsel in this case is _____, an
14   attorney who is a member of the bar of this Court in good standing and who maintains an office
15   within the State of California.  Local co-counsel's bar number is: _____.
16
                                          455 Golden Gate Ave., San Francisco, CA 94102
17   MY ADDRESS OF RECORD              LOCAL CO-COUNSEL'S ADDRESS OF RECORD
18
19   MY TELEPHONE # OF RECORD           LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD
20
     MY EMAIL ADDRESS OF RECORD         LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD
21
22   I am an active member in good standing of a United States Court or of the highest court of
23   another State or the District of Columbia, as indicated above; my bar number is: _____.
24   A true and correct copy of a certificate of good standing or equivalent official document
25   from said bar is attached to this application.
26   I have been granted pro hac vice admission by the Court _____ times in the 12 months
27   preceding this application.
28

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

                                            APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

                            UNITED STATES DISTRICT/MAGISTRATE JUDGE