

**STATE OF MAINE**
**SUPREME JUDICIAL COURT**

## Certificate of Good Standing

I, Matthew E. Pollack, Executive Clerk of the Supreme Judicial Court, hereby certify that Brendan D. Kreckel, Esq. (Bar # 006196) of Gray, ME was duly admitted as an Attorney and Counselor at Law in the State of Maine on October 12, 2018, and is presently registered and in good standing as an Active Resident member of the bar.

Given under my hand and the Seal of said Court on July 9, 2025.



*Matthew E. Pollack*
Matthew E. Pollack
Executive Clerk

Not valid without raised seal.