# KENTUCKY BAR ASSOCIATION

514 WEST MAIN STREET
FRANKFORT, KENTUCKY 40601-1812
(502) 564-3795
FAX (502) 564-3225
www.kybar.org

**OFFICERS**
Rhonda Jennings Blackburn
President

Todd V. McMurtry
President-Elect

Matthew P. Cook
Vice President

W. Fletcher McMurry Schrock
Immediate Past President

Donald H. Combs III
Chair, Young Lawyers Division

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Amelia M. Adams
Douglas G. Benge
Miranda D. Click
Jennifer M. Gatherwright
William M. "Mitch" Hall, Jr.
LaToi D. Mayo
Stephanie McGehee-Shacklette
Susan Montalvo-Gesser
Susan D. Phillips
Ryan C. Reed
James M. Ridings
James A. Sigler
Catherine D. Stavros
J. Tanner Watkins

## THIS IS TO CERTIFY THAT

*LAURA CRITTENDEN TIPTON*
*218 Chenault Road*
*Lexington, Kentucky 40502*

**Membership No. 92527**

*is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky, no record of any complaints or charges of any kind having been preferred against her. Dated this 31st day of January, 2025.*

**JOHN MEYERS**
**REGISTRAR**

By: *Michele M. Pogrotsky*
Michele M. Pogrotsky, Deputy Registrar