UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| State of California, et al., <br> Plaintiff(s), <br> v. <br> U.S. Dep't of Agriculture, et al., <br> Defendant(s). | Case No. 3:25-cv-06310 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Sherief Gaber, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: State of Illinois in the above-entitled action. My local co-counsel in this case is Maria Buxton, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 318563.

115 South LaSalle Street, Chicago IL 60603
MY ADDRESS OF RECORD

455 Golden Gate Avenue, San Fran, CA 94102
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

773.519.3015
MY TELEPHONE # OF RECORD

415-510-3873
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

sherief.gaber@ilag.gov
MY EMAIL ADDRESS OF RECORD

maria.buxton@doj.ca.gov
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6351139.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/29/2025

Sherief Gaber
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Sherief Gaber is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 1, 2025

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

| | |
|---|---|
| One Prudential Plaza<br>130 East Randolph Drive, Suite 1500<br>Chicago, Illinois 60601-6219<br>(312) 565-2600  (800) 826-8625<br>Fax (312) 565-2320 | 3161 West White Oaks Drive, Suite 301<br>Springfield, IL 62704<br>(217) 546-3523  (800) 252-8048<br>Fax (217) 546-3785 |

Sherief Ahmed Osama Gaber
By Electronic Mail: sherief.gaber@ilag.gov

Chicago
Thursday, July 03, 2025

In re:   Sherief Ahmed Osama Gaber
Attorney No. 6351139

To Whom It May Concern:

We have received a request for written verification of the status of Sherief Ahmed Osama Gaber in connection with the attorney's application, motion or petition for permission to appear pro hac vice in an isolated case in another jurisdiction.

The records of the Attorney Registration and Disciplinary Commission of the Supreme Court of Illinois reflect that Sherief Ahmed Osama Gaber was admitted to practice law in Illinois on May 27, 2025. Sherief Ahmed Osama Gaber is currently eligible to practice law in Illinois; is not the subject of any pending public disciplinary proceeding in this state; and is not under any current disciplinary sanction in Illinois.

Very truly yours,
Lea S. Gutierrez
Administrator

By: /s/ *Marissa Hernandez*
Marissa Hernandez
Deputy Registrar

MH

4909-5016-6611, v. 1