|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

State of California, et al., 	Case No. 3:25-cv-06310

Plaintiff(s),

v. 	**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

U.S. Dep't of Agriculture, et al.,

Defendant(s).

I, Steven Travis Mayo, an active member in good standing of the bar of the Commonwealth of Kentucky, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Office of the Gov. Andy Beshear in the above-entitled action. My local co-counsel in this case is Maria Buxton, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 318563.

| 700 Capitol Avenue, Frankfort, KY 40601 | 455 Golden Gate Avenue, San Fran, CA 94102 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 502-526-1161 | 415-510-3873 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| travis.mayo@ky.gov | maria.buxton@doj.ca.gov |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 69628.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 07/31/2025

Steven Travis Mayo
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Steven Travis Mayo is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 1, 2025

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



| M. Katherine Bing<br>Clerk | OFFICE OF THE CLERK<br>**SUPREME COURT OF KENTUCKY**<br>ROOM 209, STATE CAPITOL<br>700 CAPITAL AVE.<br>FRANKFORT, KENTUCKY 40601-3488 | Telephone:<br>(502) 564-4720<br>FAX:<br>(502) 564-5491 |
|---|---|---|

# C E R T I F I C A T I O N

I, M. Katherine Bing, Clerk of the Supreme Court of Kentucky, do hereby certify the records in this office show that _____ Steven Travis Mayo _____ having met the necessary requirements for admission to the Bar, took the oath prescribed by the Constitution of this Commonwealth on _____ October 17, 2008 _____, and thereupon was admitted to practice as an attorney before this and all other courts of the Commonwealth of Kentucky, and certify that _____ Steven Travis Mayo _____ is an attorney at law in good standing, as such, in all the courts of the Commonwealth.

I further certify that the Supreme Court is the Court of highest jurisdiction for the Commonwealth of Kentucky.

Done at the Capitol at Frankfort, Kentucky this _____ 30th _____ day of January, 2025.

M. KATHERINE BING
CLERK

By: _____
Deputy Clerk



M. Katherine Bing
Clerk

OFFICE OF THE CLERK
**SUPREME COURT OF KENTUCKY**
ROOM 209, STATE CAPITOL
700 CAPITAL AVE.
FRANKFORT, KENTUCKY 40601-3488

Telephone:
(502) 564-4720
FAX:
(502) 564-5491

# CERTIFICATION

I, M. Katherine Bing, Clerk of the Supreme Court of Kentucky, do hereby certify the records in this office show that _____ Steven Travis Mayo _____ having met the necessary requirements for admission to the Bar, took the oath prescribed by the Constitution of this Commonwealth on _____ October 17, 2008 _____, and thereupon was admitted to practice as an attorney before this and all other courts of the Commonwealth of Kentucky, and certify that _____ Steven Travis Mayo _____ is an attorney at law in good standing, as such, in all the courts of the Commonwealth.

I further certify that the Supreme Court is the Court of highest jurisdiction for the Commonwealth of Kentucky.

Done at the Capitol at Frankfort, Kentucky this _____ 30th _____ day of January, 2025.

M. KATHERINE BING
CLERK

By: _____ [signature] _____
Deputy Clerk

# KENTUCKY BAR ASSOCIATION

514 WEST MAIN STREET
FRANKFORT, KENTUCKY 40601-1812
(502) 564-3795
FAX (502) 564-3225
www.kybar.org

**OFFICERS**
Rhonda Jennings Blackburn
President

Todd V. McMurtry
President-Elect

Matthew P. Cook
Vice President

W. Fletcher McMurry Schrock
Immediate Past President

Donald H. Combs III
Chair, Young Lawyers Division

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Amelia M. Adams
Douglas G. Benge
Miranda D. Click
Jennifer M. Gatherwright
William M. "Mitch" Hall, Jr.
LaToi D. Mayo
Stephanie McGehee-Shacklette
Susan Montalvo-Gesser
Susan D. Phillips
Ryan C. Reed
James M. Ridings
James A. Sigler
Catherine D. Stavros
J. Tanner Watkins



## THIS IS TO CERTIFY THAT

### STEVEN TRAVIS MAYO
*Office of the Governor*
*700 Capitol Avenue, Suite 106*
*Frankfort, Kentucky 40601*

**Membership No. 92628**

*is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky, no record of any complaints or charges of any kind having been preferred against him. Dated the 31st day of January, 2025.*

**JOHN D. MEYERS**
**REGISTRAR**

By: _Michele Pogrotsky_
Michele M. Pogrotsky, Deputy Registrar

# KENTUCKY BAR ASSOCIATION

**514 WEST MAIN STREET**
**FRANKFORT, KENTUCKY 40601-1812**
(502) 564-3795
FAX (502) 564-3225
www.kybar.org

**OFFICERS**
Rhonda Jennings Blackburn
President

Todd V. McMurtry
President-Elect

Matthew P. Cook
Vice President

W. Fletcher McMurry Schrock
Immediate Past President

Donald H. Combs III
Chair, Young Lawyers Division

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Amelia M. Adams
Douglas G. Benge
Miranda D. Click
Jennifer M. Gatherwright
William M. "Mitch" Hall, Jr.
LaToi D. Mayo
Stephanie McGehee-Shacklette
Susan Montalvo-Gesser
Susan D. Phillips
Ryan C. Reed
James M. Ridings
James A. Sigler
Catherine D. Stavros
J. Tanner Watkins



## THIS IS TO CERTIFY THAT

### STEVEN TRAVIS MAYO

*Office of the Governor*
*700 Capitol Avenue, Suite 106*
*Frankfort, Kentucky 40601*

*Membership No. 92628*

*is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky, no record of any complaints or charges of any kind having been preferred against him. Dated the 31st day of January, 2025.*

**JOHN D. MEYERS**
**REGISTRAR**

By: *Michele M. Pogrotsky*
Michele M. Pogrotsky, Deputy Registrar