1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA, et ,

Plaintiff(s),

v.

UNITED STATES DEPART ,

Defendant(s).

Case No. 3:25-cv-06310

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Taylor Payne , an active member in good standing of the bar of

Kentucky , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Office of the Governor ex rel. An in the

above-entitled action. My local co-counsel in this case is Maria F. Buxton , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 318563 .

| 700 Capital Ave., Suite 106, Frankfort, Kentucky 40601 | 455 Golden Gate Ave., Suite 11000 San Francisco, CA 94102 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (502) 564-2611 | (415) 510-3837 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| taylor.payne@ky.gov | Maria.Buxton@doj.ca.gov |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 93524 .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months

preceding this application.

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: 7/31/2025                                                Taylor Payne
                                                                     APPLICANT

5

6

7

8                            ORDER GRANTING APPLICATION

9                    FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of  Taylor Payne            is

12    granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13    must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14    counsel designated in the application will constitute notice to the party.

15    Dated:  August 1, 2025

16

17    _____
      UNITED STATES DISTRICT/MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

# KENTUCKY BAR ASSOCIATION

**514 WEST MAIN STREET**
**FRANKFORT, KENTUCKY 40601-1812**
**(502) 564-3795**
**FAX (502) 564-3225**
**www.kybar.org**

**OFFICERS**
Rhonda Jennings Blackburn
President

Todd V. McMurtry
President-Elect

Matthew P. Cook
Vice President

W. Fletcher McMurry Schrock
Immediate Past President

Donald H. Combs III
Chair, Young Lawyers Division

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Amelia M. Adams
Douglas G. Benge
Miranda D. Click
Jennifer M. Gatherwright
William M. "Mitch" Hall, Jr.
LaToi D. Mayo
Stephanie McGehee-Shacklette
Susan Montalvo-Gesser
Susan D. Phillips
Ryan C. Reed
James M. Ridings
James A. Sigler
Catherine D. Stavros
J. Tanner Watkins



## THIS IS TO CERTIFY THAT

*TAYLOR ALLEN PAYNE*
*Office of the Governor*
*700 Capitol Avenue, Suite 106*
*Frankfort, Kentucky 40601*

*Membership No. 93524*

*is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky, no record of any complaints or charges of any kind having been preferred against him. Dated the 31st day of January, 2025.*

**JOHN D. MEYERS**
**REGISTRAR**

By: *Michele Pogrotsky*
**Michele M. Pogrotsky, Deputy Registrar**



<table>
<tr><td>M. Katherine Bing<br>Clerk</td><td style="text-align:center">OFFICE OF THE CLERK<br><strong>SUPREME COURT OF KENTUCKY</strong><br>ROOM 209, STATE CAPITOL<br>700 CAPITAL AVE.<br>FRANKFORT, KENTUCKY 40601-3488</td><td style="text-align:right">Telephone:<br>(502) 564-4720<br>FAX:<br>(502) 564-5491</td></tr>
</table>

## C E R T I F I C A T I O N

I, M. Katherine Bing, Clerk of the Supreme Court of Kentucky, do hereby certify the records in this office show that _____ Taylor Allen Payne _____ having met the necessary requirements for admission to the Bar, took the oath prescribed by the Constitution of this Commonwealth on _____ April 30, 2010 _____, and thereupon was admitted to practice as an attorney before this and all other courts of the Commonwealth of Kentucky, and certify that _____ Taylor Allen Payne _____ is an attorney at law in good standing, as such, in all the courts of the Commonwealth.

I further certify that the Supreme Court is the Court of highest jurisdiction for the Commonwealth of Kentucky.

Done at the Capitol at Frankfort, Kentucky this _____ 30th _____ day of January, 2025.

M. KATHERINE BING
CLERK

By: _____
Deputy Clerk