

# Supreme Court of Rhode Island
## Providence

*This Certifies that*

# Madeline Becker

*of Providence, RI*

is an Attorney and Counselor of the Supreme Court of the State of Rhode Island, and as such was on the 9th day of January, 2019 admitted to practice in all the courts of said state as appears of record in the Office of the Clerk of the Supreme Court and is in good standing and qualified to practice in said courts.

Given under our hands and the seal of said Supreme Court at Providence this the 31st day of July, 2025.

*Meredith Benoit*
Clerk