

# Supreme Court
### STATE OF ARIZONA
### ADMINISTRATIVE OFFICE OF THE COURTS

**ANN A. SCOTT TIMMER**
CHIEF JUSTICE

**DAVID K. BYERS**
ADMINISTRATIVE DIRECTOR
OF THE COURTS

## CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk, pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **HAYLEIGH SUSAN CRAWFORD**, was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on August 5, 2015 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this  11-22-2024

*Kristina Tuba*
Kristina Tuba
Associate Disciplinary Clerk

COGS1262C2831BA8

1501 WEST WASHINGTON STREET • PHOENIX, ARIZONA 85007-3222 • 602-452-3300 (TDD) 602-452-3545

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT
## OF THE
## STATE OF ARIZONA

---

*I, Tracie K. Lindeman, Clerk of the Supreme Court of the State of Arizona, hereby certify*

*that, according to the records of my office and upon the recommendation of the*

*Disciplinary Clerk of the Supreme Court of Arizona*

### HAYLEIGH SUSAN CRAWFORD

*was on the 5th day of August, 2015  duly admitted to practice as an Attorney and*

*Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are*

*pending against this attorney in the Arizona Supreme Court as of the date of this*

*certificate; and that this name now appears on the Roll of Attorneys in this office as an*

*active member of the State Bar of Arizona in good standing.*

*Given under my hand and the seal of said Court this 27th day of November, 2024.*

*TRACIE K. LINDEMAN, Clerk*

By ___Ana Ramirez___
Ana Ramirez
Deputy Clerk III