UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

State of California, et al., 

Plaintiff(s),

v.

United States Department of A,

Defendant(s).

Case No. 3:25-cv-06310

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Laura C. Tipton, an active member in good standing of the bar of Kentucky, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Office of the Governor, ex rel. Ar in the above-entitled action. My local co-counsel in this case is Maria F. Buxton, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 318563.

| | |
|---|---|
| 700 Capital Ave., Suite 106<br>Frankfort, KY 40601 | 455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (502) 564-2611 | (415) 510-3837 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| laurac.tipton@ky.gov | Maria.Buxton@doj.ca.gov |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 92527.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/01/2025

Laura C. Tipton
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Laura C. Tipton is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 6, 2025

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# KENTUCKY BAR ASSOCIATION

**514 WEST MAIN STREET**
**FRANKFORT, KENTUCKY 40601-1812**
(502) 564-3795
FAX (502) 564-3225
www.kybar.org

**OFFICERS**
Rhonda Jennings Blackburn
President

Todd V. McMurtry
President-Elect

Matthew P. Cook
Vice President

W. Fletcher McMurry Schrock
Immediate Past President

Donald H. Combs III
Chair, Young Lawyers Division

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Amelia M. Adams
Douglas G. Benge
Miranda D. Click
Jennifer M. Gatherwright
William M. "Mitch" Hall, Jr.
LaToi D. Mayo
Stephanie McGehee-Shacklette
Susan Montalvo-Gesser
Susan D. Phillips
Ryan C. Reed
James M. Ridings
James A. Sigler
Catherine D. Stavros
J. Tanner Watkins



*THIS IS TO CERTIFY THAT*

*LAURA CRITTENDEN TIPTON*
*218 Chenault Road*
*Lexington, Kentucky 40502*

*Membership No. 92527*

*is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky, no record of any complaints or charges of any kind having been preferred against her. Dated this 31st day of January, 2025.*

*JOHN MEYERS*
*REGISTRAR*

By: *Michele M. Pogrotsky*
Michele M. Pogrotsky, Deputy Registrar