UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

State of California, et al., 	Case No. 3:25-cv-06310

Plaintiff(s),

v.	**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

U.S. Department of Agriculture,

Defendant(s).

I, Karla Z. Keckhaver, an active member in good standing of the bar of Wisconsin, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: State of Wisconsin in the above-entitled action. My local co-counsel in this case is Maria Florence Buxton, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 318563.

| | |
|---|---|
| 17 West Main Street<br>Madison, WI 53703 | 455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (608) 264-6365 | (415) 510-3873 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| Karla.Keckhaver@wisdoj.gov | Maria.Buxton@doj.ca.gov |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1028242.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 4, 2025

Karla Z. Keckhaver
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Karla Z. Keckhaver is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 6, 2025

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



Samuel A. Christensen
Clerk

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## CERTIFICATE OF GOOD STANDING

I, Samuel A. Christensen, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

### KARLA Z. KECKHAVER

was admitted to practice as an attorney within this state on June 23, 1998 and is presently in good standing in this court.

Dated: July 28, 2025

SAMUEL A. CHRISTENSEN
Clerk of Supreme Court



AP-7000, 03/2005 Certificate of Good Standing