UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

California, et al.,

    Plaintiff(s),

v.

USDA, et al.,

    Defendant(s).

Case No. 3:25-cv-06310

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Bryan W. Beach, an active member in good standing of the bar of Michigan, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: the State of Michigan in the above-entitled action. My local co-counsel in this case is Maria Buxton, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 318563.

| | |
|---|---|
| 525 W. Ottawa St., Lansing, MI 48864 | 455 Golden Gate Avenue, Suite 11000 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (517) 335-7603 | (415) 510-3873 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| BeachB@michigan.gov | Maria.Buxton@doj.ca.gov |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: P69681.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/6/25

Bryan W. Beach
APPLICANT

---

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Bryan W. Beach is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 7, 2025

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

## THE SUPREME COURT of the STATE OF MICHIGAN

I, Larry S. Royster, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Bryan W. Beach*

was admitted to the practice of law in the courts of the State of Michigan on

*November 6, 2006*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: July 02, 2025

_____
Clerk

