1  Rob Bonta
   Attorney General of California
2  Paul Stein
   Supervising Deputy Attorney General
3  Andrew Z. Edelstein
   Anna Rich
4  Edward P. Wolfe
   Robin Goldfaden
5  Sebastian Brady
   William Bellamy
6  Maria F. Buxton
   Deputy Attorneys General
7  State Bar No. 318563
     455 Golden Gate Avenue, Suite 11000
8    San Francisco, CA 94102-7004
     Telephone: (415) 510-3873
9    Fax: (415) 703-5480
     E-mail: Maria.Buxton@doj.ca.gov
10 *Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA; STATE OF NEW YORK; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAI'I; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR** ex rel. Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky; **STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF WASHINGTON; STATE OF WISCONSIN,**<br><br>Plaintiffs, | Case No. 3:25-cv-06310-MMC<br><br>**DECLARATION OF SERVICE OF SUMMONS AND COMPLAINT** |

1

1
2          v.
3   **UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS,** in her official capacity as U.S. Secretary of Agriculture; **U.S. DEPARTMENT OF AGRICULTURE'S OFFICE OF INSPECTOR GENERAL,**
4
5
6
7                    Defendants.

# DECLARATION OF SERVICE OF SUMMONS AND COMPLAINT

Case Name: ***State of California, et al. v. United States Department of Agriculture, et al.***
Case No.: **3:25-cv-06310-MMC**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On <u>July 29, 2025</u>, I served the following documents via United States Postal Service Certified Mail with Return Receipt Requested:

1. **SUMMONS IN A CIVIL ACTION**

2. **COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

3. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

4. **CIVIL STANDING ORDERS FOR CASES ASSIGNED TO SENIOR DISTRICT JUDGE MAXINE M. CHESNEY**

5. **ECF REGISTRATION INFORMATION**

6. **NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION**

The documents were mailed to the following recipients:

| **RECIPIENT** | **STATUS** |
|---|---|
| **U.S. Department of Agriculture**<br>**1400 Independence Avenue, S.W.**<br>**Washington, D.C. 20250**<br>**Tracking no. 9414726699042244648968** | **Delivered on: August 4, 2025, 6:35 AM**<br>**Proof: USPS tracking confirms delivery (attached as Exhibit A)** |

Declaration of Service
Page 1 of 3

| RECIPIENT | STATUS |
|---|---|
| **U.S. Department of Agriculture**<br>**Secretary Brooke Rollins**<br>**1400 Independence Avenue, S.W.**<br>**Washington, D.C. 20250**<br>**Tracking no. 9414726699042244648715** | **Delivered on: August 4, 2025, 6:35 AM**<br>**Proof: USPS tracking confirms delivery (attached as Exhibit B)** |
| **U.S. Department of Agriculture**<br>**Office of Inspector General**<br>**Room 117-W Jamie Whitten Bldg**<br>**1400 Independence Avenue, S.W.**<br>**Washington, D.C. 20250**<br>**Tracking no. 9414726699042244648708** | **Delivered on: August 4, 2025, 6:35 AM**<br>**Proof: USPS tracking confirms delivery (attached as Exhibit C)** |
| **Attorney General Pamela Bondi**<br>**United States Department of Justice**<br>**950 Pennsylvania Avenue NW**<br>**Washington, DC 20530-0001**<br>**Tracking no. 9414726699042244648999** | **Delivered on: August 4, 2025, 5:06 AM**<br>**Proof: USPS tracking confirms delivery (attached as Exhibit D)** |

Additionally, on <u>July 31, 2025</u>, I served the aforementioned documents via United States Postal Service Certified Mail with Return Receipt Requested to the following:

| RECIPIENT | STATUS |
|---|---|
| **Civil Process Clerk**<br>**United States Attorney's Office for the**<br>**Northern District of California**<br>**450 Golden Gate Avenue**<br>**San Francisco, CA 94102**<br>**Tracking no. 9414726699042244648869** | **Delivered on: August 4, 2025, 10:45 AM**<br>**Proof: USPS tracking confirms delivery (attached as Exhibit E)** |

As of the date of this declaration, I have not received return receipts for the recipients; however, USPS tracking confirms that all deliveries were successfully made on the dates listed above.

Attached to this declaration are:
- Exhibits A-E: USPS tracking confirmations for each recipient.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on August 11, 2025, at San Francisco, California.

|  M. Mendiola  |  *[signature: M. Mendiola]*  |
|:---:|:---:|
| Declarant | Signature |

# Exhibit A

## USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9414726699042244648968

Copy  Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 6:35 am on August 4, 2025 in WASHINGTON, DC 20250.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20250
August 4, 2025, 6:35 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates  ⌄

USPS Tracking Plus®  ⌄

Product Information  ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Feedback

# Exhibit B

## USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9414726699042244648715

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 6:35 am on August 4, 2025 in WASHINGTON, DC 20250.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20250
August 4, 2025, 6:35 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates  ⌄

USPS Tracking Plus®  ⌄

Product Information  ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Feedback

# Exhibit C

## USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9414726699042244648708

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 6:35 am on August 4, 2025 in WASHINGTON, DC 20250.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**

**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20250
August 4, 2025, 6:35 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Feedback

# Exhibit D

## USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9414726699042244648999

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at the post office at 5:06 am on August 4, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
August 4, 2025, 5:06 am

See All Tracking History

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Feedback

# Exhibit E

## USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9414726699042244648869

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 10:45 am on August 4, 2025 in SAN FRANCISCO, CA 94102.

**Get More Out of USPS Tracking:**
  USPS Tracking Plus®

**Delivered**
**Delivered, Left with Individual**
SAN FRANCISCO, CA 94102
August 4, 2025, 10:45 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                                 ⌄

USPS Tracking Plus®                                                  ⌄

Product Information                                                  ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Feedback