UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

State of California, et al., 

Plaintiff(s),

v.

US Dep't of Agriculture, et al.,

Defendant(s).

Case No. 3:25-cv-06310

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Kalikoonalani Fernandes, an active member in good standing of the bar of Hawaii, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: State of Hawaii in the above-entitled action. My local co-counsel in this case is Maria F. Buxton, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 318563.

| | |
|---|---|
| 425 Queen Street, Honolulu, HI 96813 | 455 Golden Gate Ave., Ste. 11000<br>San Francisco, CA 94102 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (808) 586-1360 | (415) 510-3873 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| kaliko.d.fernandes@hawaii.gov | Maria.Buxton@doj.ca.gov |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 9964.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court  1  times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/7/2025

Kalikoonalani Fernandes
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Kalikoonalani Fernandes is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 12, 2025

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# IN THE SUPREME COURT OF HAWAI‘I

In the Matter of

**KALIKO‘ONALANI DIARA FERNANDES**

..............................................................
           Attorney at Law.

## CERTIFICATE OF STANDING

I, Kristy T. Uemura, clerk of the Supreme Court of the State of Hawai‘i, do hereby certify that **Kaliko'onalani Diara Fernandes** is an attorney and was admitted to practice as an attorney, counselor and solicitor in all the courts of the State of Hawai‘i on November 15, 2013. This attorney's current status is active and they are presently in good standing.

DATED:     Honolulu, Hawai‘i, May 29, 2025.

..............................................................
Clerk, Supreme Court of Hawai‘i