ROB BONTA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General
ANDREW Z. EDELSTEIN
ANNA RICH
EDWARD P. WOLFE
ROBIN GOLDFADEN
SEBASTIAN BRADY
WILLIAM BELLAMY
MARIA F. BUXTON
Deputy Attorneys General
State Bar No. 318563
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone:  (415) 510-3873
  Fax:  (415) 703-5480
  E-mail:  Maria.Buxton@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA**, *et al.*, | Case No. **3:25-cv-06310-MMC** |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | |
| **UNITED STATES DEPARTMENT OF AGRICULTURE**, *et al.*, | |
| Defendants. | |

### [PROPOSED] ORDER

Plaintiffs the States of California, New York, Arizona, Colorado, Connecticut, Delaware, Hawaiʻi, Illinois, Maine, Maryland, State Of Michigan, Minnesota, Nevada, New Jersey, New Mexico, Oregon, Rhode Island, Washington, Wisconsin, the District of Columbia, the Commonwealth of Massachusetts, and the Office of The Governor ex rel. Andy Beshear, in his

official capacity as Governor of the Commonwealth of Kentucky (collectively, Plaintiffs or Plaintiff States) have established that they are likely to succeed on their claims that the demand for SNAP data issued by Defendants United States Department of Agriculture and Brooke Rollins, in her official capacity as U.S. Secretary of Agriculture, and as described in USDA's May 6, July 9, July 23, and August 12 letters and in its June 23 System of Records Notice (SORN), published at 90 Fed. Reg. 26,521, 26,522 (June 23, 2025), is unlawful and ultra vires. Plaintiffs have also demonstrated that they will suffer irreparable harm in the absence of interim relief and that the balance of the harms and the public interest weigh in favor of such relief.

For these reasons, it is hereby ORDERED that:

1. Defendants' demand for the SNAP data described in USDA's May 6, July 9, July 23, and August 12 letters and in its June 23 SORN, and any noncompliance proceedings related thereto, are stayed as to Plaintiffs under 5 U.S.C. § 705;

2. Defendants are preliminary enjoined under Federal Rule of Civil Procedure 65 from demanding from either Plaintiffs or Plaintiffs' payment processors the SNAP data described in USDA's May 6, July 9, July 23, and August 12 letters and in its June 23 SORN; and

3. Defendants are preliminarily enjoined under Federal Rule of Civil Procedure 65 from instituting or continuing any noncompliance proceedings against Plaintiffs for not providing the SNAP data described in USDA's May 6, July 9, July 23, and August 12 letters and in its June 23 SORN.

Date: _____                                             _____

                                                            Judge Maxine M. Chesney