IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA; STATE OF NEW YORK; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAI'I; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR** ex rel. Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky**; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF WASHINGTON; STATE OF WISCONSIN,**<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS,** in her official capacity as U.S. Secretary of Agriculture**; U.S. DEPARTMENT OF AGRICULTURE'S OFFICE OF INSPECTOR GENERAL,**<br><br>　　　　　　　　　　　　　Defendants. | Case No. **3:25-cv-06310-MMC** |

**INDEX OF PLAINTIFF STATES' AGENCY DECLARATIONS SUBMITTED IN SUPPORT OF PLAINTIFFS' MOTION FOR A STAY OR PRELIMINARY INJUNCTION**

| Declarant State | Declarant Title | Short Citation |
|---|---|---|
| Arizona | Angela Rodgers, Deputy Director of Programs for the Arizona Department of Economic Security | Rodgers Decl. AZ |
| California | Alexis Fernández Garcia, Deputy Director of the Family Engagement and Empowerment Division, California Department of Social Services | Fernández Decl. CA |
| California | Ryan Gillette, Chief Data Officer and Deputy Director of the Research, Automation, and Data Division, California Department of Social Services | Gillette Decl. CA |
| Colorado | Abby McClelland, Director of the Food and Energy Assistance Division, Colorado Department of Human Services | McClelland Decl. CO |
| Connecticut | Easha Canada, Deputy Commissioner for the Connecticut Department of Social Services | Canada Decl. CT |
| Delaware | Thomas Hall, Director of the Delaware Division of Social Services | Hall Decl. DE |
| Hawaiʻi | Scott Morishige, Division Administrator for the Benefit, Employment and Support Services Division of the Hawaiʻi Department of Human Services | Morishige Decl. HI |
| Illinois | Kasey Reagan, Statewide Program Initiatives Administrator for the Division of Family and Community Services, Illinois Department of Human Services | Reagan Decl. IL |
| Kentucky | Lesa Dennis, Commissioner of the Kentucky Cabinet for Health and Family Services | Dennis Decl. KY |
| Maine | Ian Yaffe, Director of the Office for Family Independence in the Maine Department of Health and Human Services | Yaffe Decl. ME |
| Maryland | Rafael Lopez, Secretary of the Maryland Department of Human Services | Lopez Decl. MD |
| Massachusetts | Michael Cole, Chief Operating Officer of the Massachusetts Department of Transitional Assistance | Cole Decl. MA |
| Michigan | Dwayne Haywood, Senior Deputy Director of the Economic Stability Administration at the Michigan Department of Health and Human Services | Haywood Decl. MI |

| Minnesota | Dr. Shaneen Moore, Assistant Commissioner of the Minnesota Department of Children, Youth, and Families | Moore Decl. MN |
|---|---|---|
| New Jersey | Sarah Adelman, Commissioner of the New Jersey Department of Human Services | Adelman Decl. NJ |
| New Mexico | Kari Armijo, Secretary of the Health Care Authority of New Mexico | Armijo Decl. NM |
| New York | Wendy DeMarco, Director of the Food and Nutrition Policy Bureau in the Division of Employment and Income Support Programs, New York State Office of Temporary and Disability Assistance | DeMarco Decl. NY |
| Oregon | Claire Carpenter-Seguin, Director of the Oregon Department of Human Services | Carpenter-Seguin Decl. OR |
| Rhode Island | Kimberly Merolla-Brito, Director of the Rhode Island Department of Human Services | Merolla-Brito Decl. RI |
| Washington | Carla Reyes, Assistant Secretary of the Economic Services Administration of the Washington State Department of Social and Health Services | Reyes Decl. WA |
| Wisconsin | Debra Standridge, Deputy Secretary of the Wisconsin Department of Health Services | Standridge Decl. WI |