IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**STATE OF CALIFORNIA; STATE OF NEW YORK; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAI'I; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR** ex rel. Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky**; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF WASHINGTON; STATE OF WISCONSIN,**

Plaintiffs,

**v.**

**UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS,** in her official capacity as U.S. Secretary of Agriculture**; U.S. DEPARTMENT OF AGRICULTURE'S OFFICE OF INSPECTOR GENERAL,**

Defendants.

Case No. **3:25-cv-06310-MMC**

**DECLARATION OF ALEXIS FERNÁNDEZ GARCIA**

## DECLARATION OF ALEXIS FERNÁNDEZ GARCIA

I, Alexis Fernández Garcia, declare as follows:

1.      I am a resident of the State of California. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

**Professional Background**

2.      The California Department of Social Services (CDSS) is responsible for the administration of public social services, except health care services and medical assistance, throughout California.

3.      I am currently employed by CDSS as Deputy Director of the Family Engagement and Empowerment Division (FEED) and have held this position since August 2023.

4.      Prior to my most recent employment with CDSS, I was the Senior Director of Safety Net at Code for America Labs, Inc. I was previously employed by CDSS from June 2016 to August 2021; first as Chief of the CalFresh Policy Section from June 2016 to September 2017, then as the Chief of the CalFresh Policy Bureau from October 2017 to July 2019, then as Acting Chief of the CalFresh & Nutrition Branch from July 2019 to January 2020, and then as the Chief of the CalFresh and Nutrition Branch from February 2020 to August 2021. Before joining state service, I was the Policy Director at First 5 Association of California and Director of Legislation at California Food Policy Advocates.

5.      I have a Master's degree in Social Welfare, with a specialization in Management and Planning, from University of California, Berkeley.

6.      As Deputy Director of FEED, I am responsible for the administration of several

1

federal and state social service programs that provide critical financial, food, and employment and training support to individuals and families with low income. FEED oversees the development of program policy and procedures and provides operational oversight. Among the social services programs administered or overseen by FEED is the CalFresh Program.

**Background on CalFresh and Other Nutritional Programs**

7.     CalFresh is California's version of the federal Supplemental Nutrition Assistance Program (SNAP). CalFresh is the second largest social services program in California after Medi-Cal, California's Medicaid program, and provides an essential hunger safety net. CalFresh benefits stretch food budgets, allowing individuals and families to afford nutritious food, including more fruits, vegetables, and other healthy foods.

8.     CalFresh is overseen by CDSS and is administered by the state's 58 counties. Since the beginning of Federal Fiscal Year 2025, CDSS has issued approximately $1.07 billion in CalFresh benefits per month. These benefits help millions of California households per month meet their basic nutritional needs.

10.     In February 2025, California had 3.2 million participating CalFresh households, and 5.5 million individual recipients within those households. Approximately 1.9 million CalFresh recipients each month are under the age of 18.

11.     In addition to improving access to healthier foods, CalFresh serves as an anti-poverty program. CalFresh benefits are critical to Californians in need, particularly for low-income communities, communities of color who face significant disparities, those working low-wage jobs, and older adults on fixed incomes. Nutrition benefits allow Californians to use their limited financial resources to cover other necessary expenses including housing, healthcare, and childcare.

12.     CDSS also administers related programs such as CalFresh Outreach (known

2

Decl. of Alexis Fernández Garcia ISO Mot. for Prelim. Inj. (Case No. 3:25-cv-6310)

federally as SNAP Outreach), an optional federal-state program that California has chosen to operate to promote awareness of and participation in SNAP amongst eligible Californians. CalFresh Outreach seeks to ensure that all eligible individuals are aware of and receiving CalFresh. CalFresh Outreach oversees a network of statewide contractors conducting targeted outreach and application assistance.

13.    Another CDSS-administered nutrition benefit program, Disaster SNAP, is available to eligible Californians when a major disaster is declared by the President and Individual Assistance is approved. In these types of emergencies, program eligibility criteria are simplified, providing households impacted by a disaster who would not normally be eligible for CalFresh with one month of food benefits based on their residency, income, and disaster impact.

14.    CalFresh and Disaster SNAP all use the same Electronic Benefit Transfer (EBT) system, which provides participants with a card, similar to a debit card, to use to purchase groceries at participating retail vendors.

15.    CalFresh is one of a number of public benefit programs administered by the counties that the public can apply for via BenefitsCal, an online portal, as well as by phone and in person. The counties which administer programs accessible through BenefitsCal all use the Statewide Automated Welfare System (CalSAWS), a statewide database that contains highly sensitive, personally identifiable information about Californians who have applied for or received federal and state public benefits.

16.    In my time working as an administrator of CalFresh, California has followed a well-established and respected method of sampling data for quality control purposes. During that time, CDSS has consistently made available to the United States Department of Agriculture (USDA) the full range of data needed for all quality control purposes, which has

3

never included broad swaths of PII like what is now being requested by USDA and USDA's

Office of Inspector General (OIG).

17.     I am deeply concerned that USDA's and OIG's novel demands for California's

entire CalFresh caseload data (described in my colleague Ryan Gillette's declaration) is not

intended to ensure that California is effectively administering the program as stated. I have

reason to believe that the data sought will be used to target California CalFresh recipients,

including eligible and lawfully present noncitizens, as well as their citizen and noncitizen

family members, by sharing this personal information outside of USDA, including with the

Department of Government Efficiency (DOGE) or the Department of Homeland Security. I

further believe the data is being sought to undermine the existing CalFresh administrative

structure, which gives each State the authority to administer the program according to federal

eligibility rules and administrative procedures, including protecting recipients' personal

information.

**Loss of Federal Administrative Funds Would Cause Harm**

18.     Like all other states, California relies on federal administrative funding for

essential support of its operation of federally authorized and funded nutrition programs,

including CalFresh, CalFresh Outreach, and Disaster SNAP. California uses this federal

administrative funding in accordance with a state plan of operations that has been reviewed and

approved by USDA and contains detailed information about the state's administrative

expenses. (Exhibit 1)

19.     Administration of CalFresh requires adhering to federal eligibility criteria,

including the immigration eligibility criteria established by the Personal Responsibility and

Work Opportunity Reconciliation Act of 1996, as well as federal administrative requirements,

including the accurate and timely processing of benefits, compliance with all federal and state

anti-discrimination laws, and outreach efforts to increase participation amongst all eligible Californians. Addressing these requirements simultaneously requires significant resources and staff attention to program administration and outreach. CDSS also relies on federal administrative funding to improve customer service, modernize the technology used for eligibility and enrollment systems, and perform quality control and anti-fraud activities.

20.    USDA has warned CDSS that failure to comply with its data requests may "trigger noncompliance procedures" that could result in withholding of federal funds for CalFresh under 7 U.S.C. § 2020(g), which includes federal funds authorized for program administration, quality control, and computerization.

21.    If USDA were to reduce or recoup these CalFresh administrative costs, this would cause direct, immediate, and irreparable harm across California, both at the State and local level.

22.    Because of the size of the CalFresh caseload in California and associated administrative costs, loss of federal administrative funding could not just be replaced with State or county general funds. Loss of federal administrative funding would result in a direct impact to staffing across multiple divisions within CDSS, harming CDSS operations. For example, without federal administrative funding, CDSS's completion of required oversight activities, such as Management Evaluations, Quality Control Reviews, and other federal reporting requirements timely would be nearly impossible, or at a minimum exceedingly challenging.

23.    Because CalFresh is administered in part at the county level, loss of federal administrative funding would likely require California counties to reduce staffing as well. This would impact counties' ability to comply with federal SNAP program requirements, such as completing application and recertification processing per federal timelines—meaning there would be delays processing new applications from eligible Californians which would result in

5

delays receiving benefits they are eligible for, and possibly fewer people enrolled in CalFresh due to administrative hurdles. Existing recipients would experience delays completing requirements to maintain benefits, resulting in unnecessary interruptions to benefit issuances. Loss of federal administrative funding would also negatively affect California counties' ability to perform non-eligibility functions. These functions include county activities to promote program accuracy and integrity, such as processing Income and Eligibility Verification System (IEVS) matches and assisting with the investigation of program integrity concerns.

24.    Loss of federal administrative funding would reduce California's ability to invest in and implement technology solutions to ensure new federal policy compliance and administrative efficiency. Technology solutions may include client-centered improvements, such as expanding the ability for clients to complete self-service tasks online via the state's online application portal, BenefitsCal, to increase the efficiency of program administration, or back-end changes that allow workers to more accurately process cases by eliminating unnecessary and error prone manual tasks in the state's eligibility system, CalSAWS.

25.    Overall, federal administrative funds are essential to California's ability to provide CalFresh services efficiently and effectively and to identify and prevent waste, fraud, and abuse in the program. Any cuts to federal administrative funding would make it much harder for California to administer CalFresh and would mean fewer resources to increase access and improve customer service, among other things.

26.    Following H.R. 1, the federal budget bill passed this year, Californians require this vital outreach and administrative assistance more than ever. That bill imposes numerous new restrictions on SNAP-eligible groups, for example, by imposing more paperwork requirements on those who work; removing work exceptions for older adults and adults caring for minor children, fostered and formerly fostered individuals under age 24, homeless

individuals, and veterans; and by eliminating lawful immigration statuses that were previously eligible. The increased need for assistance with paperwork and education to groups as to how to maintain benefits, combined with limited state ability to invest in these activities, would create a compounding effect on food insecurity in California.

27.     The threatened reduction in administrative funding also has a potential cascading effect on the newly implemented rules on cost sharing based on payment error rate. Effective October 1, 2025, a zero-dollar tolerance level will be imposed with respect to state under- and over-issuances or "errors." With the decrease in available staffing resulting from the threatened reduction in available administrative funding, this will drive up states' error rates resulting in increased risk of administrative sanctions. The zero-dollar tolerance level is also expected to result in a state cost share for benefits pursuant to concurrent legislative changes, on top of cuts to administrative funding which are potentially devastating to the efficient administration of the program.

**Improper Disclosure of Confidential Personal Information Would Cause Harm**

28.     Turning CalFresh's entire caseload data over to USDA, to the extent it effectuates the federal government's apparent desire to provide unfettered access to Californians' personal data to agencies like DOGE and ICE, would undermine the integrity of the entire CalFresh program and cause other substantial harms.

29.     CDSS has a deep, longstanding interest in promoting trust with the public in order to accomplish the State's goal of maximizing access to available nutritional support in order to help children, families, and communities thrive. To establish public trust, CDSS staff must work to overcome stigma, misinformation, and other barriers to access.

30.     CDSS has gone to great lengths to overcome these structural barriers and community fears relating to participation. This investment in the State's people and future is an

7

investment that is both compassionate and prudent, as it pays off in lower poverty and suffering in the short term and in California's global prosperity in the long term.

31.     For example, to advance its goals of improving participation in CalFresh, CDSS has invested in establishing and growing the state's CalFresh Outreach program with the aim of increasing the number of eligible people participating in CalFresh and educating Californians with low-income about the availability of CalFresh. CalFresh Outreach has developed outreach and education campaigns specifically intended to increase trust and address misconceptions about the program.

32.     Historically, it has been particularly challenging to inform and gain trust in immigrant communities and mixed-status families with U.S. citizens or lawful permanent residents in households with family members with other immigration statuses to encourage full participation in CalFresh among eligible individuals. For years, CDSS has provided outreach materials and policy guidance to increase awareness of and increase participation among eligible immigrants. CDSS has also invested significant time and resources into development of tools and operational processes that provide greater access to benefits. As recently as February 2024, in its Fiscal Year 2025 Priority Areas for State Outreach Plans memo, the USDA asked states to prioritize outreach to immigrant and mixed status households due to the barriers to SNAP participation faced by eligible non-citizen families. (Exhibit 2). As examples, USDA cited fear that applying for benefits could affect immigration status, language or literacy barriers, and overall lack of information about SNAP availability and rules. States were encouraged to collaborate with partners serving immigrant populations and increase access to translated outreach materials to mitigate these barriers.

33.     Between 2022-2024, CalFresh Outreach served 134,886 households with language barriers and spent $122.3 million (including federal, state and contractor's

contributions) on CalFresh application assistance and education across the state. The work encompassed:

- Mitigating confusion and concerns around any immigration consequences of SNAP participation by providing training to contracted CalFresh Outreach staff on up-to-date policies as they pertain to food benefits and immigration/citizenship status.

- Participating in and hosting summits and collaboratives to engage directly with individuals and organizations who work within immigrant and mixed status communities. These partnerships have proven to be a vital connection between benefit assistors and hard-to reach populations who may be resistant to applying for public benefits.

- Providing accessible and culturally sensitive materials in multiple languages.

- Creating flyers and social media to address language or literacy barriers, and correct misinformation about SNAP/CalFresh availability or eligibility rules.

    34.    Throughout its outreach and trust-building activities, CDSS has relied on USDA rules that limit disclosure of personal data to purposes relating to SNAP program integrity and other business purposes (as well as certain narrow, specific exceptions, such as if a CalFresh household member is fleeing to avoid prosecution or custody or confinement after committing a felony crime). It is my understanding and belief that those rules have never allowed use of Californian's personal SNAP data for mass population surveillance, immigration enforcement, and other similar purposes.

    35.    CDSS and counties have relied on these federal rules in their communications with the public. For example, on the BenefitsCal website's list of "Frequently Asked Questions" relating to benefit applications, prospective applicants are assured that information

9

in their applications is "only used to see if you are eligible for CalFresh. Authorities cannot use this information to deport you unless there is a criminal violation."

36.    In addition, the counties rely on our local, state and federal partners—including USDA—to abide by longstanding, agreed-upon privacy and confidentiality rules and limits.

37.    If USDA, or CDSS's EBT vendor, Fidelity Information Services, LLC, were to disclose comprehensive personal CalFresh data to other entities for improper purposes, it would cause a devastating loss of trust in the program, undoing years of effort and substantial state resources. Even if California's data were somehow later returned, there would be virtually no way to repair the loss in public trust.

38.    Furthermore, based on my experience in administering CalFresh, I believe that sharing the entire roster of sensitive personally identifiable information with USDA, without safeguards limiting the federal government's use of that information, would also have an immediate chilling effect on participation that would reduce the CalFresh caseload and food security for Californians. A reduction in the CalFresh caseload, in turn, is likely to reduce the federal administrative funding that California receives from the federal government, because caseload is a factor that the federal government considers when calculating the administrative funding to which a state is entitled.

39.    County agencies that administer CalFresh, and community-based organizations that work in partnership with them, have informed CDSS that they are concerned about a likely chilling effect caused by unwarranted, broad-based disclosure of CalFresh participant data. CDSS's partners have heard from clients that they would not be comfortable applying for CalFresh, or would wish to close their current case, if their personal information was subject to improper disclosure.

40.    This chilling effect will likely be especially pronounced among eligible

immigrant households. Eligible immigrant households include both qualified immigrants who are eligible for CalFresh benefits, and members of households containing both qualified and non-qualified immigrants. Qualified immigrants are likely to fear receiving benefits would result in a change to their immigration status. Approximately 7% of CalFresh households have at least one person in the household who is excluded from CalFresh due to immigration status, referred to as "mixed status households." In these cases, some eligible households are likely to be dissuaded from applying for CalFresh for fear of deportation for the ineligible household members, whose income or address information, among other details, may be included in the application, even if they are not eligible. Additionally, 5% of CalFresh households are "child only" cases where a child/children may be eligible for CalFresh but have a caregiver who is not eligible for CalFresh due to immigration status. In these cases, some undocumented parents are likely to be dissuaded from applying for CalFresh nutrition benefits for their children who are U.S. citizens for fear of arrest and deportation if their immigration status and location are shared with DHS.

41.     Based on my experience administering CalFresh, I also expect that a compromise of CalFresh data security would have broader chilling effects on other nutrition programs. For example, a reduced willingness to participate in CalFresh would have a negative impact on access and funding for California's school-based nutrition programs, including the new Summer EBT or SUN Bucks program. California has elected a federal option called "direct certification" for its school lunch program, in which children in CalFresh households are automatically determined eligible for Free or Reduced Price Meals (FRPM) without having to apply. Any reduction in CalFresh among families with schoolchildren therefore has a negative impact on federal eligibility for FRPM. This impacts California' Universal School Meal program because the federal reimbursement for those meals depends on the number of

11

Decl. of Alexis Fernández Garcia ISO Mot. for Prelim. Inj. (Case No. 3:25-cv-6310)

eligible individuals who apply for FRPM. California has also elected to participate in the federal SUN Bucks program, which provides each eligible child $120 in additional food benefits during the summer months when they may have limited access to school meals. SUN Bucks eligibility is automatically determined based on FRPM eligibility or the receipt of other safety net benefits, including CalFresh. Any reduction in CalFresh among families with schoolchildren therefore has a similar negative impact on SUN Bucks eligibility.

42.     Reduced participation in CalFresh from the above-described chilling effect would also undermine California's preparedness and ability to respond to a disaster. California has experienced disasters ranging from wildfires, earthquakes, and other natural and man-made disasters. When a disaster occurs, individuals and families across the State experience widespread adverse effects, such as home and job loss, mandatory evacuations, inability to access resources, prolonged power outages, and the loss of family and friends. If fewer eligible people participate in CalFresh, CDSS will not be able to offer as many people Disaster SNAP supplements to assist households who may otherwise face challenges accessing food resources after a disaster. When there is a disaster, the state will likely experience an increase in Disaster SNAP applications from individuals who would otherwise already be enrolled in CalFresh, presenting unnecessary administrative challenges while responding to an emergency situation.

43.     Ultimately, any chilling effects caused by compromises in CalFresh participants' data confidentiality will thwart California's goals of curtailing hunger. Any reduction in participation in CalFresh benefits would cause significant, irreparable harm to the well-being and economic stability of California families that otherwise rely on CalFresh to meet their basic nutritional needs.

44.     In addition to direct harm to families, reductions in participation in CalFresh would harm the economy overall. USDA's own statistical data demonstrates that SNAP

Decl. of Alexis Fernández Garcia ISO Mot. for Prelim. Inj.  (Case No. 3:25-cv-6310)

benefits the economy. The following articles from USDA's Economic Research Service are just two of numerous studies that have concluded SNAP has a significant positive effect on the economy including gross domestic product, employment, and incomes across the farm economy and other industries: The Supplemental Nutrition Assistance Program (SNAP) and the Economy: New Estimates of the SNAP Multiplier; Quantifying the Impact of SNAP Benefits on the U.S. Economy and Jobs | Economic Research Service.

45.    Disenrollment from CalFresh would also cause strain on California's emergency food safety net, the network of primarily privately funded foodbanks and pantries serving communities in need across the state. Food banks rely on a mix of donors and roughly $8 million in state funding each year, and often struggle to maintain stable inventory due to fluctuations in donation levels and rising food and transportation costs. Chilling effects will cause households in need of food to turn to these kinds of food distribution programs, when they could be receiving CalFresh instead. Increased demand would make it harder for foodbanks and pantries to fulfill their role as a last resort or emergency provision.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on August 15, 2025, at Sacramento, California.

_____
Alexis Fernández Garcia

Decl. of Alexis Fernández Garcia ISO Mot. for Prelim. Inj.  (Case No. 3:25-cv-6310)

# EXHIBIT A

**USDA** Food and Nutrition Service
U.S. DEPARTMENT OF AGRICULTURE

September 27, 2024

 Andrea Brayboy, Chief

CalFresh and Nutrition Branch

744 P Street

Sacramento, CA 95814

Dear Chief Brayboy:

Based on the Food and Nutrition Service (FNS) Western Regional Office (WRO) review, this letter approves California's Federal Fiscal Year (FFY) 2025 Supplemental Nutrition Assistance Program (SNAP) planning documents for each of the following areas:

☒ **State Plan of Operations**

    ☒ Plan Checklist (Including Disaster Plan, 366A, Claims Management, and QC Statistical Sampling)

    ☒ Employment and Training (E&T) Plan

    ☒ SNAP Outreach Plan

    ☒ Nutrition Education (SNAP Ed) Plan

☒ **Management Evaluation (ME) Plan**

☒ **State Administrative Expenses (SAE) / SNAP Budget**

## PLAN AND BUDGET APPROVAL INFORMATION

### STATE PLAN OF OPERATIONS: STATE PLAN CHECKLIST

The State Plan Checklist, including the Disaster Plan, 366A, and Claims Management Plan, is approved as submitted.

Western Regional Office is also pleased to inform you that the State's Statistical Sampling Plan to support Quality Control performance reporting is approved, pursuant to 7 Code of Federal Regulations Part 275.11.

As requires in the State Plan of Operations, the SA is required to affirm that CDSS has consulted with the appropriate ITO's on all portions of the State Plan that impact all or part of an Indian reservation where the ITO exercises governmental jurisdiction. CDSS has not submitted the required affirmation that CDSS has submitted all portions of it's plan pertaining to the operation of SNAP to the appropriate ITO's. Please refer to the Memorandum on Tribal Consultation Requirements and the Memorandum on State Tribal Consultation Best Practices for additional guidance.

## STATE PLAN OF OPERATIONS: SNAP E&T PLAN

FNS reviewed the California FFY 2025 SNAP E&T Plan submitted on August 15, 2024 and revisions through September 19, 2024, and is pleased to approve the State's SNAP E&T Plan effective October 1, 2024 at the following spending levels:

| SNAP E&T Funding | Federal | State | Total |
|---|---|---|---|
| **E&T 100 Percent Grant** | $13,912,768 | | $13,912,768 |
| ABAWD Pledge Funds | $0 | | $0 |
| **Additional E&T Administrative** | | | |
| -    50 Percent Approved | $63,947,507 | $63,947,507 | $127,895,014 |

| | | | |
|---|---|---|---|
| -    50 Percent Pending | $0 | $0 | $0 |
| **Reimbursement Transportation/Other** | | | |
| -    50 Percent Approved | $5,760,887 | $5,760,887 | $11,521,773 |
| -    50 Percent Pending | $0 | $0 | $0 |
| **Reimbursement Dependent Care** | | | |
| -    50 Percent Approved | $210,835 | $210,835 | $421,670 |
| -    50 Percent Pending | $0 | $0 | $0 |
| **Total FY 2025 Plan Budget** | **$83,831,997** | **$69,919,229** | **$153,751,225** |

Please note the following:

- All budget approvals are contingent upon the availability of funds. If sufficient funds are not approved by Congress, distribution will be made on a pro-rata basis.

- Costs charged to FNS may be disallowed if, during a management evaluation or audit, expenditures prove to be unallowable or unsubstantiated.

- Funding requested via the Program and Budget Summary Statement (FNS-366A) budget process must match the initial approved plan amounts and any subsequent modifications or amendments.

- If modifications to the SNAP E&T plan and budget become necessary, please inform FNS / WRO of these changes at least 30 days prior to their implementation date.

STATE PLAN OF OPERATIONS: OUTREACH PLAN

Federal Financial Participation funds for Outreach activities are approved in the following amounts:

| | |
|---|---|
| Federal Share of Costs | $29,585,293 |
| State Share of Costs | $37,733,457 |
| Total Outreach Plan Costs | $67,318,750 |

If your State agency submitted a multi-year plan, please be aware that though this plan is expected to be approved through the entire plan length, the State agency is still responsible for submitting an annual budget to be re-approved by FNS each fiscal year.

**STATE PLAN OF OPERATIONS: SNAP-ED PLAN**

The SNAP-Ed budget for FFY 2025 is approved in the following amounts:

| State Agency/Implementing Agency | Amount |
|---|---|
| California Department of Social Services | $14,243,535.00 |
| California Department of Public Health | $69,000,000.00 |
| CalFresh Healthy Living, University of California | $28,000,000.00 |
| Catholic Charities of California | $11,000,000.00 |
| California Department of Aging | $10,000,000.00 |
| **Total** | **$132,243,535.00** |

FNS also acknowledges the following unobligated funds from FFY 2024:

| State Agency/Implementing Agency | Amount |
|---|---:|
| California Department of Social Services | $381,569.01 |
| California Department of Public Health | $29,442,397.75 |
| CalFresh Healthy Living, University of California | $8,352,949.65 |
| Catholic Charities of California | $2,316,917.24 |
| California Department of Aging | $0.00 |
| **Total** | **$40,493,833.65** |

Using the First In, First Out (FIFO) principle, it is incumbent on the State to expend prior year funds before expending current year funds, unless there are notable exceptions. The above amounts are based on the FY 2025 Supplemental Nutrition Assistance Program Nutrition Education (SNAP-Ed) Final Allocations. The Final SNAP-Ed allocations were released in late summer 2024 to reflect changes in SNAP participation and/or the actual June 2024 Consumer Price Index (CPI-U), per the statutory funding formula defined in Section 28(d)(1)(F) of the Food and Nutrition Act of 2008.

**ME PLAN**

The Plan submitted addresses all FNS priority areas for FFY 2025 and is approved as submitted. Please ensure that the Report of Findings for each office is sent to us at the time of

completion. Additionally, please contact FNS WRO if any changes to the ME schedule or content of the reviews become necessary.

### STATE ADMINISTRATIVE EXPENSES / SNAP BUDGET APPROVAL

Based on the results of our evaluation of California's FFY 2025 Program and Budget Summary Statement, Part A Budget Projection (FNS-366A) dated September 25, 2024, we approve **$1,396,045,818.00** of the requested FFY 2024 SNAP total Federal share budget of **$1,406,130,511.00.**

FNS implemented the use of Planning Targets for SNAP Reimbursable Program Costs and FFY 24 Budget approvals.  The FNS-366A was evaluated as follows:

- States' requests with projections at or below their targets, are approved subject to normal review according to 7 CFR parts 277 and 2 CFR 200.

The enclosed FNS-366A provides budget category amount details and represents FNS' initial SNAP Budget approval. **Funding of the *approved* budget is subject to the availability of federal funds**.

### CLOSING

Thank you for your timely and complete submission of the State, program, and specific policy requirements needed for this year's plan review.

As noted above, all approved budgets are subject to the availability of federal funds. Federal funding is granted with the understanding that should FNS identify activities and costs that cannot be justified or require further clarification, FNS reserves the right to request additional documentation and/or withhold funds for any questionable portion of activities.

Please submit any mid-year changes to any component of the State Plan to the PartnerWeb within 30 days of implementation of the change. While some changes do not require prior FNS approval, we want to ensure our office is conducting program monitoring and quality

control efforts in accordance with the latest information. As new or revised documents are uploaded to PartnerWeb, please inform your state point of contact.

If you have any questions or need to report a change, please contact Kat Mueller at (415) 645-1930 or email at kathryn.mueller@usda.gov. If you have any questions regarding the SAE or SNAP budget, please contact GMAS Sophie Latif at Sophie.Latif@usda.gov  or by phone at (415) 645-1917.

Sincerely,


Charles Tobin

Supplemental Nutrition Assistance Program Director

Western Region Office

**CC:**     WRO SNAP Policy

        WRO SNAP GMAS

        Evan Moss, FNS WRO

        Barb Smith, FNS WRO

        Rachel Page, FNS WRO

        Sarah Turner, CDSS

        Brian Kaiser, CDSS

WRO File Code: SNAP/400/State Plans/FY 2025/CA

**U.S. DEPARTMENT OF AGRICULTURE**
FOOD AND NUTRITION SERVICE

PROGRAM AND BUDGET SUMMARY STATEMENT

**PART A - BUDGET PROJECTION**

| 1. STATE AND STATE CODE |
|---|
| **0692501 , CA Dept. of Social Services** |

| 2. LETTER OF CREDIT NO. |
|---|
| |

| 3. DUNS/UEI No. |
|---|
| **LDJ1MM9L56K7** |

| 4. FEDERAL FISCAL YEAR |
|---|
| FY **2025** , Revision **1** |

| 4A. FROM | | 4B. TO | |
|---|---|---|---|
| MONTH | YEAR | MONTH | YEAR |
| 10 | 2024 | 9 | 2025 |

| | FUNCTION | | FEDERAL FISCAL QUARTER ENDING | | | | PROJECTION TOTALS |
|---|---|---|---|---|---|---|---|
| | | | DECEMBER | MARCH | JUNE | SEPTEMBER | |
| 01 | CERTIFICATION | Requested | 253,353,929 | 253,353,929 | 253,353,929 | 253,353,929 | 1,013,415,716 |
| | | Approved | 253,353,929 | 253,353,929 | 253,353,929 | 253,353,929 | 1,013,415,716 |
| | | Pending | | | | | |
| | | Difference | 0 | 0 | 0 | 0 | 0 |
| 02 | COUPON ISSUANCE | Requested | | | | | |
| | | Approved | | | | | |
| | | Pending | | | | | |
| | | Difference | | | | | |
| 03 | QUALITY CONTROL | Requested | 4,242,388 | 4,242,388 | 4,242,388 | 4,242,389 | 16,969,553 |
| | | Approved | 4,242,388 | 4,242,388 | 4,242,388 | 4,242,389 | 16,969,553 |
| | | Pending | | | | | |
| | | Difference | 0 | 0 | 0 | 0 | 0 |
| 04 | MANAGEMENT EVALUATION | Requested | 734,098 | 734,098 | 734,098 | 734,099 | 2,936,393 |
| | | Approved | 734,098 | 734,098 | 734,098 | 734,099 | 2,936,393 |
| | | Pending | | | | | |
| | | Difference | 0 | 0 | 0 | 0 | 0 |
| 05 | 50% FUNDING FRAUD CONTROL | Requested | 13,431,831 | 13,431,831 | 13,431,831 | 13,431,831 | 53,727,324 |
| | | Approved | 13,431,831 | 13,431,831 | 13,431,831 | 13,431,831 | 53,727,324 |
| | | Pending | | | | | |
| | | Difference | 0 | 0 | 0 | 0 | 0 |
| 06 | 75% FUNDING FRAUD CONTROL | Requested | | | | | |
| | | Approved | | | | | |
| | | Pending | | | | | |
| | | Difference | | | | | |
| 07 | ADP OPERATIONS | Requested | 11,781,959 | 11,781,959 | 11,781,959 | 11,781,959 | 47,127,836 |
| | | Approved | 11,781,959 | 11,781,959 | 11,781,959 | 11,781,959 | 47,127,836 |
| | | Pending | | | | | |
| | | Difference | 0 | 0 | 0 | 0 | 0 |
| 08 | FAIR HEARINGS | Requested | 1,573,625 | 1,573,625 | 1,573,626 | 1,573,626 | 6,294,502 |
| | | Approved | 1,573,625 | 1,573,625 | 1,573,626 | 1,573,626 | 6,294,502 |
| | | Pending | | | | | |
| | | Difference | 0 | 0 | 0 | 0 | 0 |
| 09 | OTHER ACTIVITIES (20+30) | Requested | 68,981,941 | 68,981,941 | 63,847,653 | 63,847,652 | 265,659,187 |
| | | Approved | 66,461,518 | 66,461,518 | 61,327,230 | 61,324,228 | 255,574,494 |
| | | Pending | 2,520,423 | 2,520,423 | 2,520,423 | 2,520,423 | 10,081,692 |
| | | Difference | 0 | 0 | 0 | 3,001 | 3,001 |
| 10 | TOTAL (1-9) | Requested | 354,099,771 | 354,099,771 | 348,965,484 | 348,965,485 | 1,406,130,511 |
| | | Approved | 351,579,348 | 351,579,348 | 346,445,061 | 346,442,061 | 1,396,045,818 |
| | | Pending | 2,520,423 | 2,520,423 | 2,520,423 | 2,520,423 | 10,081,692 |
| | | Difference | 0 | 0 | 0 | 3,001 | 3,001 |

5. REMARKS
R1-Revise E&T 50% Part. per program's request.

| 6. SIGNATURE OF AUTHORIZED OFFICIAL | 7. NAME AND TITLE | 8. DATE |
|---|---|---|
| STAMP/CERTIFY DATE **09/20/2024** | LAST UPDATED BY **SOPHIE LATIF** | LAST UPDATED ON **09/25/2024** |

FORM FNS-366A (12-08)   *Previous editions are obsolete*
FPRS Electronic Version

Printed on 09/25/2024 04:14:39 PM
Page 1 of 3

**SBU**

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a Collection of Information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0584-0083. The time required to complete this information collection is estimated to average 13 hours per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to Department of Agriculture, Clearance Officer, Stop 7602, 1400 Independence Avenue S.W., Washington D.C. 20250-7602.

**U.S. DEPARTMENT OF AGRICULTURE**
FOOD AND NUTRITION SERVICE

**PROGRAM AND BUDGET SUMMARY STATEMENT**

**PART A - BUDGET PROJECTION**

| 1. STATE AND STATE CODE |
|---|
| **0692501 , CA Dept. of Social Services** |

| 2. LETTER OF CREDIT NO. |
|---|

| 3. DUNS/UEI No. |
|---|
| **LDJ1MM9L56K7** |

| 4. FEDERAL FISCAL YEAR |
|---|
| FY **2025** , Revision **1** |

| 4A. FROM | | 4B. TO | |
|---|---|---|---|
| MONTH | YEAR | MONTH | YEAR |
| **10** | **2024** | **9** | **2025** |

| | FUNCTION | | FEDERAL FISCAL QUARTER ENDING | | | | PROJECTION TOTALS |
|---|---|---|---|---|---|---|---|
| | | | DECEMBER | MARCH | JUNE | SEPTEMBER | |
| 11 | E & T 100% GRANT | Requested | 6,045,336 | 6,045,336 | 911,048 | 911,048 | 13,912,768 |
| | | Approved | 6,045,336 | 6,045,336 | 911,048 | 911,048 | 13,912,768 |
| | | Pending | | | | | |
| | | Difference | 0 | 0 | 0 | 0 | 0 |
| 12 | E & T 50% MATCHING | Requested | 15,986,877 | 15,986,877 | 15,986,877 | 15,986,876 | 63,947,507 |
| | | Approved | 15,986,877 | 15,986,877 | 15,986,877 | 15,986,876 | 63,947,507 |
| | | Pending | | | | | |
| | | Difference | 0 | 0 | 0 | 0 | 0 |
| 13 | E & T DEPENDENT CARE | Requested | 52,709 | 52,709 | 52,709 | 52,708 | 210,835 |
| | | Approved | 52,709 | 52,709 | 52,709 | 52,708 | 210,835 |
| | | Pending | | | | | |
| | | Difference | 0 | 0 | 0 | 0 | 0 |
| 14 | E & T TRANSPORTATION AND OTHER | Requested | 1,440,222 | 1,440,222 | 1,440,222 | 1,440,222 | 5,760,888 |
| | | Approved | 1,440,222 | 1,440,222 | 1,440,222 | 1,440,221 | 5,760,887 |
| | | Pending | | | | | |
| | | Difference | 0 | 0 | 0 | 1 | 1 |
| 15 | OPTIONAL WORKFARE | Requested | | | | | |
| | | Approved | | | | | |
| | | Pending | | | | | |
| | | Difference | | | | | |
| 16 | OUTREACH | Requested | 7,397,073 | 7,397,073 | 7,397,073 | 7,397,074 | 29,588,293 |
| | | Approved | 7,397,073 | 7,397,073 | 7,397,073 | 7,394,074 | 29,585,293 |
| | | Pending | | | | | |
| | | Difference | 0 | 0 | 0 | 3,000 | 3,000 |
| 17 | NUTRITION EDUCATION | Requested | | | | | |
| | | Approved | | | | | |
| | | Pending | | | | | |
| | | Difference | | | | | |
| 18 | REINVESTMENT | | | | | | |
| 19 | SAVE | Requested | 875,147 | 875,147 | 875,147 | 875,147 | 3,500,588 |
| | | Approved | 875,147 | 875,147 | 875,147 | 875,147 | 3,500,588 |
| | | Pending | | | | | |
| | | Difference | 0 | 0 | 0 | 0 | 0 |
| 20 | PAGE 2 SUBTOTAL | Requested | 31,797,364 | 31,797,364 | 26,663,076 | 26,663,075 | 116,920,879 |
| | | Approved | 31,797,364 | 31,797,364 | 26,663,076 | 26,660,074 | 116,917,878 |
| | | Pending | | | | | |
| | | Difference | 0 | 0 | 0 | 3,001 | 3,001 |

5. REMARKS

R1-Revise E&T 50% Part. per program's request.

| 6. SIGNATURE OF AUTHORIZED OFFICIAL | 7. NAME AND TITLE | 8. DATE |
|---|---|---|
| STAMP/CERTIFY DATE **09/20/2024** | LAST UPDATED BY **SOPHIE LATIF** | LAST UPDATED ON **09/25/2024** |

FORM FNS-366A (12-08)   *Previous editions are obsolete*
FPRS Electronic Version

**U.S. DEPARTMENT OF AGRICULTURE**
FOOD AND NUTRITION SERVICE

PROGRAM AND BUDGET SUMMARY STATEMENT

**PART A - BUDGET PROJECTION**

| 1. STATE AND STATE CODE |
|---|
| **0692501 , CA Dept. of Social Services** |

| 2. LETTER OF CREDIT NO. |
|---|

| 3. DUNS/UEI No. |
|---|
| **LDJ1MM9L56K7** |

| 4. FEDERAL FISCAL YEAR |
|---|
| FY **2025** , Revision **1** |

| 4A. FROM | | 4B. TO | |
|---|---|---|---|
| MONTH | YEAR | MONTH | YEAR |
| 10 | 2024 | 9 | 2025 |

| | FUNCTION | | FEDERAL FISCAL QUARTER ENDING | | | | PROJECTION TOTALS |
|---|---|---|---|---|---|---|---|
| | | | DECEMBER | MARCH | JUNE | SEPTEMBER | |
| 21 | 50% FUNDING ADP DEVELOPMENT | Requested | 2,520,423 | 2,520,423 | 2,520,423 | 2,520,423 | 10,081,692 |
| | | Approved | | | | | |
| | | Pending | 2,520,423 | 2,520,423 | 2,520,423 | 2,520,423 | 10,081,692 |
| | | Difference | 0 | 0 | 0 | 0 | 0 |
| 22 | 63% FUNDING ADP DEVELOPMENT | Requested | | | | | |
| | | Approved | | | | | |
| | | Pending | | | | | |
| | | Difference | | | | | |
| 23 | 75% FUNDING ADP DEVELOPMENT | Requested | | | | | |
| | | Approved | | | | | |
| | | Pending | | | | | |
| | | Difference | | | | | |
| 24 | EBT ISSUANCE | Requested | 10,981,097 | 10,981,097 | 10,981,097 | 10,981,097 | 43,924,388 |
| | | Approved | 10,981,097 | 10,981,097 | 10,981,097 | 10,981,097 | 43,924,388 |
| | | Pending | | | | | |
| | | Difference | 0 | 0 | 0 | 0 | 0 |
| 25 | ISSUANCE INDIRECT | Requested | | | | | |
| | | Approved | | | | | |
| | | Pending | | | | | |
| | | Difference | | | | | |
| 26 | EBT STARTUP | Requested | | | | | |
| | | Approved | | | | | |
| | | Pending | | | | | |
| | | Difference | | | | | |
| 27 | UNSPECIFIED PORTION OF OTHER | Requested | 23,683,057 | 23,683,057 | 23,683,057 | 23,683,057 | 94,732,228 |
| | | Approved | 23,683,057 | 23,683,057 | 23,683,057 | 23,683,057 | 94,732,228 |
| | | Pending | | | | | |
| | | Difference | 0 | 0 | 0 | 0 | 0 |
| 28 | E&T ABAWD GRANT | Requested | | | | | |
| | | Approved | | | | | |
| | | Pending | | | | | |
| | | Difference | | | | | |
| 29 | | | | | | | |
| 30 | PAGE 3 SUBTOTAL | Requested | 37,184,577 | 37,184,577 | 37,184,577 | 37,184,577 | 148,738,308 |
| | | Approved | 34,664,154 | 34,664,154 | 34,664,154 | 34,664,154 | 138,656,616 |
| | | Pending | 2,520,423 | 2,520,423 | 2,520,423 | 2,520,423 | 10,081,692 |
| | | Difference | 0 | 0 | 0 | 0 | 0 |

5. REMARKS

R1-Revise E&T 50% Part. per program's request.

| 6. SIGNATURE OF AUTHORIZED OFFICIAL | 7. NAME AND TITLE | 8. DATE |
|---|---|---|
| STAMP/CERTIFY DATE | LAST UPDATED BY | LAST UPDATED ON |
| **09/20/2024** | **SOPHIE LATIF** | **09/25/2024** |

FORM FNS-366A (12-08)    *Previous editions are obsolete*

FPRS Electronic Version

# EXHIBIT B

![USDA logo] **Food and Nutrition Service**
U.S. DEPARTMENT OF AGRICULTURE

DATE:          February 1, 2024

SUBJECT:       Supplemental Nutrition Assistance Program (SNAP) – Fiscal Year 2025 Priority
               Areas for State Outreach Plans

TO:            All SNAP State Agencies

The Food and Nutrition Service (FNS) is committed to increasing access to the Supplemental
Nutrition Assistance Program (SNAP), one of the most powerful tools available to ensure low-
income people have access to healthy food. Program informational activities, or SNAP
outreach activities, are a critical tool to ensure vulnerable populations are aware of the
availability, eligibility requirements, application procedures, and benefits of SNAP.

FNS strongly recommends that all States agencies develop a SNAP outreach plan. In addition
to increasing enrollment among eligible non-participating households, SNAP outreach can
help reduce churn by encouraging existing SNAP households to recertify. Outreach work is
especially important now for State agencies to reach households who need additional
support after the end of flexibilities that were in place during the COVID-19 Federal public
health emergency (PHE) as well as populations impacted by new provisions in the Fiscal
Responsibility Act (FRA).

Outreach is also critical to achieving the goals of the National Strategy on Hunger, Nutrition,
and Health.[1] The first pillar of the strategy calls for improving food access and affordability
and connecting more underserved populations to SNAP. FNS remains committed to
advancing racial equity and reducing barriers to SNAP participation.

---

[1] White House, "Biden-Harris Administration National Strategy on Hunger, Nutrition, and Health," September
2022, https://www.whitehouse.gov/wp-content/uploads/2022/09/White-House-National-Strategy-on-Hunger-
Nutrition-and-Health-FINAL.pdf.

FNS recommends incorporating outreach activities to serve communities of color that may not be well-served by existing outreach partners.[2] As part of this effort, FNS urges State agencies to strengthen partnerships in the following Fiscal Year (FY) 2025 SNAP outreach priority areas:

- **Individuals impacted by new Able-Bodied Adults without Dependents (ABAWD) policies under the FRA:** Outreach can be critical in sharing how the new ABAWD time limit policies and exceptions will impact certain populations**. Individuals experiencing homelessness, veterans, and individuals 24 years or younger who were in foster care at age 18** are now not subject to the time limit under the new ABAWD time limit exceptions. **Persons aged 50-54** may become subject to ABAWD time limits, and outreach can help inform them of other exceptions they may be eligible for to avoid losing benefits.

    - FNS recommends that State agencies and outreach partners provide plain language, client-friendly materials on the new FRA requirements and exemptions. FNS also recommends that State agencies partner with local organizations serving these groups, such as homeless shelters, local Veterans Health Administration (VHA) facilities and veterans service organizations, foster care agencies, and workforce agencies.

- **Older adults (individuals aged 60 and above) and persons with disabilities**. Helping populations receive deductions like the medical expense deduction is important to ensuring households receive maximum benefit levels they are eligible for.

---

[2] For more information on underserved communities, see the White House Strategy on Hunger, Nutrition, and Health and Executive Order 13985, "Advancing Racial Equity and Support for Underserved Communities Through the Federal Government."

- o FNS encourages State agencies develop outreach materials and staff refresher training focused on how to claim deductions and to partner with local agencies that reach older adults and persons with disabilities to assist in tailored outreach, such as helping submit verification documents. Partners could include services agencies, such as Aging and Disability Resource Centers, Area Agencies on Aging, and community-based organizations supporting older adults and persons with disabilities. FNS also encourages outreach to kinship caregivers (e.g., grand families).

- **<u>Students.</u>** With the end of the temporary PHE student exemptions, providing clear information about student eligibility remains especially important.

  - o FNS encourages State agencies to partner with institutions of higher education (IHEs) to support student enrollment in SNAP. IHEs may use data from the Federal Application for Student Aid (FAFSA®) to communicate (e.g., text, email) with potentially eligible students. Students can then apply for SNAP benefits online, in-person, by phone, or by mail. IHEs may also partner with the State agency to streamline the enrollment and verification process provided certain conditions are met. Per U.S. Department of Education guidance,[3] IHEs are permitted to use FAFSA data to aid in the administration of certain Federal benefits, including SNAP, provided that the IHE obtained the students' prior written consent in compliance with the requirements of 34 C.F.R. § 99.30 of the Family Educational Rights and Privacy Act regulations and protects their privacy rights. State agencies may also choose to partner with State

---

[3] Federal Student Aid, U.S. Department of Education, "(GEN-22-02) Use of FAFSA Data to Administer Federal Programs," January 2022, https://fsapartners.ed.gov/knowledge-center/library/dear-colleague-letters/2022-01-20/use-fafsa-data-administer-federal-programs.

departments of higher education and other higher education stakeholders to facilitate forming these partnerships with IHEs and to share best practices.[4]

- **Immigrant and mixed status households.**[5] Eligible non-citizen families face a range of barriers to SNAP participation, including fear that applying for or receiving SNAP benefits could affect immigration status, language or literacy barriers, and overall lack of information or misinformation about SNAP availability or rules.

  - FNS encourages State agencies to collaborate with partners serving immigrant populations and increase access to translated outreach materials to help mitigate these barriers.

FNS encourages State agencies to carefully consider one or more of these priority areas and strategies when analyzing State agency needs and developing FY 2025 outreach plans. Detailed information about outreach plan requirements and allowable activities may be found in the SNAP State Outreach Plan Guidance. As a reminder, FNS reimburses State agencies for up to 50 percent of allowable administrative costs, including outreach activities. State agencies must have an approved outreach plan for activities to be eligible for reimbursement.

State agencies should submit outreach plans to their FNS Regional Office by August 15, 2024. However, FNS encourages State agencies to submit the plans earlier, when possible, to allow sufficient time for review and approval.

---

[4] For more information on students and SNAP, visit SNAP's Students webpage.
[5] Federal Register, "Advancing Racial Equity and Support for Underserved Communities Through the Federal Government," Vol. 86, No. 14, Presidential Documents, January 25, 2021, https://www.govinfo.gov/content/pkg/FR-2021-01-25/pdf/2021-01753.pdf.

Thank you for your efforts to improve access to SNAP for all eligible participants. State agencies with questions should contact their respective FNS Regional Office representatives.

Moira Johnston

Acting Director

Program Development Division

Supplemental Nutrition Assistance Program