IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA; STATE OF NEW YORK; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAI'I; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR** ex rel. Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky; **STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF WASHINGTON; STATE OF WISCONSIN,** | |
| Plaintiffs, | |
| v. | Case No. **3:25-cv-06310-MMC** |
| **UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS,** in her official capacity as U.S. Secretary of Agriculture; **U.S. DEPARTMENT OF AGRICULTURE'S OFFICE OF INSPECTOR GENERAL,** | |
| Defendants. | |

**DECLARATION OF SCOTT MORISHIGE**

## DECLARATION OF SCOTT MORISHIGE

**Scott Morishige**, declares under penalty of perjury, pursuant to 28 U.S.C. Section 1746, as follows:

1. I am a resident of the State of Hawaiʻi. I am over the age of 18 and understand the obligations of an oath.

## **Professional and Agency Background**

2. I am currently the Division Administrator for the Benefit, Employment and Support Services Division (BESSD) of the Hawaiʻi Department of Human Services (HI DHS). I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

3. The mission of HI DHS is to encourage self-sufficiency and support the well-being of individuals, families, and communities in Hawaiʻi. HI DHS is comprised of four divisions including BESSD, Med-QUEST Division (MQD), Social Services Division (SSD), and Division of Vocational Rehabilitation (DVR). HI DHS also includes four administratively attached agencies that include the Hawaiʻi Public Housing Authority, Office of Youth Services, Office of Wellness and Resiliency, and Statewide Office on Homelessness and Housing Solutions.

4. Among the programs administered by HI DHS BESSD is the Supplemental Nutrition Assistance Program (SNAP), which issues monthly electronic benefits that can be used to purchase food at authorized retail stores.

**SNAP in Hawaiʻi**

5.      SNAP is a key part of Hawaii's efforts to address hunger by supplementing the food budget of low-income families so they can purchase healthy food. In State Fiscal Year 2025, which is from July 1, 2024 through June 30, 2025, an average of 158,516 people in 83,041 households received SNAP benefits in Hawaiʻi each month, including 62,647 children and 33,459 elderly individuals age 60 and older. More than $694,942,000 in SNAP benefits were issued in State Fiscal Year 2025.

6.      Pursuant to federal law, HI DHS is responsible for the issuance, control and accountability of SNAP benefits and Electronic Benefit Transaction ("EBT") cards; ensuring program integrity; and supervising the day-to-day administration of SNAP, including processing applications for SNAP benefits and certifying eligible applicant households. 7 U.S.C. § 2020(a)(1); 7 C.F.R. § 271.4; 7 C.F.R. § 274.2.

7.      Based on the State Administrative Expense (SAE) grant award for Federal Fiscal Year 2024, Hawaiʻi expends approximately $57,387,582 in administrative costs to run its SNAP program each year, approximately $ 28,693,791 of which is reimbursed by the federal government.

**USDA's Unprecedented Request for Hawaii's SNAP data**

8.      As part of the SNAP application process, Hawaiʻi collects sensitive personally identifiable information ("PII") from applicants and recipients, including but not limited to, home addresses, dates of birth, Social Security Numbers, citizenship and immigration status, household income and resource information.

9.      Hawaiʻi strictly protects the confidentiality of its residents' SNAP data.  Section 346-10 of the Hawaii Revised Statutes, requires HI DHS to maintain applications and records

concerning applicants confidential and limits disclosure of those of records held by HI DHS to specifically outlined circumstances.

10. On May 6, 2025, HI DHS received an e-mail from the U.S. Department of Agriculture/Food and Nutrition Service ("USDA-FNS") Regional Office Administrator Muzafar Mahkdoomi that attached a letter from USDA-FNS Senior Policy Advisor for Integrity Gina Brand, that stated that the USDA "must retain 'unfettered access to comprehensive data' from federally funded programs like SNAP". The letter further stated that the USDA "is taking steps to require all States to work through their processors" to obtain "[r]ecords sufficient to identify individuals as applicants for, or recipients of, SNAP benefits, including but not limited to personally identifiable information in the form of names, dates of birth, personal addresses used, and Social Security numbers." USDA also indicated that it would seek "[r]ecords sufficient to calculate the total dollar value of SNAP benefits received by participants over time, with the ability to filter benefits received by date ranges." The letter further demanded that the requested data would cover the period beginning January 1, 2020, through present.

11. On May 9, 2025, HI DHS was notified by its SNAP data vendor, Fidelity Information Services (FIS), that USDA was seeking to obtain SNAP participant data directly from FIS. FIS gave Hawaiʻi a deadline of May 14, 2025 to provide written consent to release the requested data to USDA-FNS. HI DHS informed FIS on May 14, 2025 that more time was needed to review the request and to make a final decision. FIS later told HI DHS that it would not provide the data sought by the USDA.

12. On June 23, 2025, the USDA published a System of Records Notice ("SORN") in the Federal Register notifying the public that it sought to create a large-scale "National Supplemental Nutrition Assistance Program (SNAP) Information Database."[1]

13. The SORN announced that the USDA intended to demand the following categories of records from "53 State agencies and their designated vendors and/or contractors": "records containing personally identifying information, including but not limited to SNAP participant name, Social Security Number (SSN), date of birth (DOB), residential address, Electronic Benefit Transaction (EBT) card number, and case record identifier number or other identifiers or data elements maintained by States, vendors, or contractors to identify SNAP recipients." *Id.* The SORN also states that USDA would collect "information derived from and associated with EBT transactions, including but not limited to records sufficient to calculate the total dollar value of SNAP benefits received by participants over time, such as applied amounts and benefit available dates." *Id.*

14. These categories of information will be collected for all "individuals who have received, are currently receiving, or have applied to receive SNAP benefits." *Id.*

15. The USDA's actions are unprecedented. To my knowledge, the USDA has never before sought to inspect or audit, let alone retain, this volume of personal and sensitive SNAP data.

16. In its privacy impact assessment, USDA states that the uses of the data in the database would be "to detect duplicate enrollments across states, verify immigration status

---

[1] 90 Fed. Reg. 26,521 (June 23, 2025).

4

eligibility, and perform other fraud prevention checks against other Federal agencies' datasets, thereby ensuring program integrity, including by verifying the eligibility of benefit recipients."[2]

17. These uses are duplicative of existing systems. HI DHS already conducts these checks, using systems such as the Systematic Alien Verification for Entitlement ("SAVE") program. HI DHS is also preparing to participate in the National Accuracy Clearinghouse ("NAC"), a federal clearinghouse designed to ensure that individuals do not improperly receive SNAP benefits from multiple states at the same time, 7 C.F.R. § 272.18.

18. On July 9, the USDA Secretary Brooke L. Rollins sent HI DHS a demand for five years' worth of data on all SNAP applicants and recipients. The July 9 Letter demands the categories of records listed in the SORN and directs states to produce the requested data starting July 24 and no later than July 30, 2025.

19. HI DHS follows standard data security protocols relating to SNAP participant data, which include negotiating and executing a data sharing agreement or memorandum of understanding to govern the transfer, use and retention of data. HI DHS would be unable to release confidential SNAP participant data without a clear agreement in place that clearly defines how data would be used, including requirements for disclosure to third parties.

20. Disclosing of PII of SNAP applicants and recipients to USDA may have a chilling effect on SNAP participation in Hawaiʻi, as individuals who are fearful of having their personal data shared will likely be deterred from filing an application. Potential applicants may be fearful of arrest, prosecution, or of identity theft resulting from redisclosure or potential theft of data that is shared.

---

[2] USDA, Cybersecurity and Priv. Operations Ctr., Priv. Div., USDA Privacy Impact Assessment Fiscal Year 2025 (July 23, 2025), https://www.usda.gov/sites/default/files/documents/fns-snap-information-database-pia.pdf

5

21. The anticipated chilling effect of sharing PII will also adversely impact Hawaii's ability to access federal support for the National School Lunch Program and School Breakfast Program. Through a federal option called "direct certification" for its school lunch program, Hawaiʻi currently certifies almost 49,000 children for federally funded free school meals due to their households' participation in SNAP. Any reduction in SNAP enrollment for families with schoolchildren therefore has a negative impact on federal eligibility for free meals.

22. Decline in enrollment with SNAP may adversely impact food security and health outcomes for Hawaii residents more broadly. Without SNAP as a resource to address food costs, households will be faced with difficult choices of whether to use limited financial resources for rent, food, childcare, or healthcare costs. The long-term impact could be higher rates of homelessness, increased rates of food insecurity, and declining health outcomes.

23. HI DHS is concerned about adverse repercussions if there is a data breach or other misuse of the data. For example, a data breach may lead to a SNAP participants' EBT card or benefits being used for fraudulent transactions. If PII is disclosed and results in identity theft, SNAP participants may also be at risk of direct financial losses, damage to their credit score, job and housing insecurity, tax refund theft, job and housing insecurity, as well as stress, anxiety and depression related to misuse of their personal information.

24. HI DHS would require additional time to sort through and segregate the requested data prior to transmission to USDA-FNS. In particular, time would be required to ensure that only SNAP data is transmitted, and not data related to applications that may be for other public benefits not specifically covered by the request.

25. On July 23, 2025, USDA-FNS Senior Policy Advisor for Integrity Brand sent HI-DHS another letter, reiterating the USDA's demand of information. She stated that the USDA

6

was seeking data on "individuals who have received, are currently receiving, or have applied to receive SNAP benefits from January 1, 2020, through present date. Requested data elements shall include records sufficient to identify individuals as applicants for, or recipients of, SNAP benefits, including but not limited to all household group members' names, dates of birth, social security numbers, residential and mailing addresses used or provided, as well as all data records used to determine eligibility or ineligibility." The letter also noted that USDA is requesting "transactional records from each household . . . sufficient to calculate the total dollar value of SNAP received by recipients over time . . . as well as SNAP usage and retailer data."

26. On July 25, 2025, HI-DHS received an e-mail from SNAPDatabase@usda.gov with an attached letter from USDA-FNS Deputy Under Secretary Patrick A. Penn stating that "Failure to take the steps necessary to provide the relevant data to FNS may trigger noncompliance procedures codified in 7 U.S.C. 2020(g)."

27. On July 28, 2025, Hawaii, joined by several other states, filed the present action in the Northern District of California challenging the USDA's actions.

28. On July 30, 2025, HI DHS sent USDA a letter expressing its concern with USDA's data demand. HI DHS requested that USDA-FNS withdraw the requests for data or, at minimum, stay the deadline to submit the requested data pending resolution of the litigation mentioned earlier. To date, USDA has not provided a response to this request.

29. I understand that multiple other states have subsequently received more explicit threats of suspension or disallowance of federal funding for State SNAP administrative expenses if the USDA's ongoing data demand is not met and setting a short timeframe in which to comply.

30. While HI DHS has not yet received this type of communication, HI DHS is concerned that the federal government may take similar, swift action against Hawaiʻi, and is

concerned that there would be irreparable harm if the federal government withholds the SNAP administrative funds. If SNAP funds are withheld, Hawaiʻi would need to divert resources from other important services to continue proper administration of SNAP, and may need to reduce staff positions or programs related to SNAP, such as the contracting of SNAP Outreach, and the Summer EBT program. Reduced administrative funding for SNAP will also likely impact Hawaii's administration of its statewide call center for SNAP and financial assistance benefits, and its current system modernization of its legacy eligibility system that is currently scheduled to be completed in October 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of August, 2025, in Honolulu, Hawaiʻi.

SCOTT MORISHIGE
Division Administrator, Benefit, Employment and Support Services Division
Hawaiʻi Department of Human Services