IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**STATE OF CALIFORNIA; STATE OF
NEW YORK; STATE OF ARIZONA;
STATE OF COLORADO; STATE OF
CONNECTICUT; STATE OF
DELAWARE; DISTRICT OF
COLUMBIA; STATE OF HAWAI'I;
STATE OF ILLINOIS; OFFICE OF THE
GOVERNOR** ex rel. Andy Beshear, in his
official capacity as Governor of the
Commonwealth of Kentucky**; STATE OF
MAINE; STATE OF MARYLAND;
COMMONWEALTH OF
MASSACHUSETTS; STATE OF
MICHIGAN; STATE OF MINNESOTA;
STATE OF NEVADA; STATE OF NEW
JERSEY; STATE OF NEW MEXICO;
STATE OF OREGON; STATE OF RHODE
ISLAND; STATE OF WASHINGTON;
STATE OF WISCONSIN,**

               Plaintiffs,

      **v.**

**UNITED STATES DEPARTMENT OF
AGRICULTURE; BROOKE ROLLINS,** in
her official capacity as U.S. Secretary of
Agriculture**; U.S. DEPARTMENT OF
AGRICULTURE'S OFFICE OF
INSPECTOR GENERAL,**

               Defendants.

Case No. **3:25-cv-06310-MMC**

**DECLARATION OF IAN YAFFE**

## DECLARATION OF IAN YAFFE

**Ian Yaffe**, declares under penalty of perjury, pursuant to 28 U.S.C. Section 1746, as follows:

1.      I am a resident of the State of Maine. I am over the age of 18 and understand the obligations of an oath.

**Professional and Agency Background**

2.      I am the Director of the Office for Family Independence within the Maine Department of Health and Human Services. I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

3.      The Office for Family Independence (OFI) determines eligibility for various federally and state funded programs including Supplemental Nutrition Assistance Program (SNAP), Summer EBT, Medicaid, State Supplement and Temporary Assistance for Needy Families (TANF). Nutritional and cash benefits are issued on a single Electronic Benefit Transfer (EBT) card per household. OFI also, oversees child support collection and distribution, social security disability determinations, and the investigation of fraud and overpayments for the various programs previously mentioned.

4.      Among the programs administered by Maine Department of Health and Human Services is SNAP, which issues monthly electronic benefits that can be used to purchase food at authorized retail stores.

**SNAP in Maine**

5.      SNAP is a key part of Maine's efforts to address hunger by supplementing the food budget of low-income families so they can purchase healthy food. Currently approximately 165,000 people receive SNAP benefits in Maine each month, including 50,326 children and 39,643 elderly individuals. More than $200 million in SNAP benefits have been issued in calendar year 2025.

6.      Pursuant to federal law, Maine Department of Health and Human Services is responsible for the issuance, control and accountability of SNAP benefits and EBT cards; ensuring program integrity; and supervising 16 regional offices day-to-day administration of SNAP, including processing applications for SNAP benefits and certifying eligible applicant households.  7. U.S.C. § 2020(a)(1); 7 C.F.R. § 271.4; 7 C.F.R. § 274.2.

7.      Maine expends approximately $29 million in administrative costs to run its SNAP program each year, approximately $14 million of which is reimbursed by the federal government.

**USDA's Unprecedented Request for Maine's SNAP data**

8.      As part of the SNAP application process, Maine Department of Health and Human Services collects sensitive personally identifiable information (PII) from applicants and recipients, including but not limited to, home addresses, dates of birth, Social Security Numbers, citizenship and immigration status, household income and resource information.

9.      Maine strictly protects the confidentiality of its residents' SNAP data.  It is unlawful "for any person, except for purposes directly connected with the administration of the public assistance," to disclose "any list of or names of, or any information concerning, persons applying for or receiving such assistance" 22 M.R.S. § 42(2).  The use of such records "by any

other agency or department of government to which they may be furnished shall be limited to the purposes for which they are furnished and by the law under which they may be furnished." *Id.*

10.    On May 6, 2025, U.S. Department of Agriculture/Food and Nutrition Service (USDA-FNS) Senior Policy Advisor for Integrity Gina Brand sent Maine Department of Health and Human Services a letter stating that the USDA "must retain 'unfettered access to comprehensive data' from federally funded programs like SNAP." The letter further stated that the USDA "is taking steps to require all States to work through their processors" to obtain "[r]ecords sufficient to identify individuals as applicants for, or recipients of, SNAP benefits, including but not limited to personally identifiable information in the form of names, dates of birth, personal addresses used, and Social Security numbers." USDA also indicated that it would seek "[r]ecords sufficient to calculate the total dollar value of SNAP benefits received by participants over time, with the ability to filter benefits received by date ranges." The letter further demanded that the requested data would cover the period beginning January 1, 2020, through present.

11.    On April 25, 2025, Maine was notified by its SNAP data vendor at the time, Conduent, that USDA was seeking to obtain SNAP participant data directly from Conduent. Maine informed Conduent that it did not consent to the disclosure of such data.

12.    On June 23, 2025, the USDA published a System of Records Notice (SORN) in the Federal Register notifying the public that it sought to create a large-scale "National Supplemental Nutrition Assistance Program (SNAP) Information Database."[1]

13.    The SORN announced that the USDA intended to demand the following categories of records from "53 State agencies and their designated vendors and/or contractors":

---

[1] 90 Fed. Reg. 26,521 (June 23, 2025).

"records containing personally identifying information, including but not limited to SNAP participant name, Social Security Number (SSN), date of birth (DOB), residential address, Electronic Benefit Transaction (EBT) card number, and case record identifier number or other identifiers or data elements maintained by States, vendors, or contractors to identify SNAP recipients." *Id.* The SORN also states that USDA would collect "information derived from and associated with EBT transactions, including but not limited to records sufficient to calculate the total dollar value of SNAP benefits received by participants over time, such as applied amounts and benefit available dates." *Id.*

14.     These categories of information will be collected for all "individuals who have received, are currently receiving, or have applied to receive SNAP benefits." *Id.*

15.     The USDA's actions are unprecedented.  To my knowledge, the USDA has never before sought to inspect or audit, let alone retain, this volume of personal and sensitive SNAP data.

16.     In its privacy impact assessment, USDA states that the uses of the data in the database would be "to detect duplicate enrollments across states, verify immigration status eligibility, and perform other fraud prevention checks against other Federal agencies' datasets, thereby ensuring program integrity, including by verifying the eligibility of benefit recipients."[2]

17.     These uses are duplicative of existing systems.  Maine already conducts these checks, using systems such as the Systematic Alien Verification for Entitlement (SAVE) program.  Maine is preparing to participate in the National Accuracy Clearinghouse (NAC), a

---

[2] USDA, Cybersecurity and Priv. Operations Ctr., Priv. Div., USDA Privacy Impact Assessment Fiscal Year 2025 (July 23, 2025), https://www.usda.gov/sites/default/files/documents/fns-snap-information-database-pia.pdf

federal clearinghouse designed to ensure that individuals do not improperly receive SNAP benefits from multiple states at the same time, 7 C.F.R. § 272.18.

18.    On July 9, the USDA Secretary Brooke L. Rollins sent Maine Department of Health and Human Services a demand for five years' worth of data on all SNAP applicants and recipients. The July 9 Letter demands the categories of records listed in the SORN and directs states to produce the requested data starting July 24 and no later than July 30, 2025.

19.    Maine Department of Health and Human Services cannot share confidential SNAP participant data with a third party without executing an appropriate data sharing agreement or Memoranda of Understanding or similar document.  USDA has not offered to execute data and security protocols that might address concerns that the requested data would be redisclosed or misused in violation of Federal law.

20.    The disclosure of PII of SNAP applicants and recipients to USDA may have a chilling effect on SNAP participation in Maine, as individuals who are fearful of having their personal data shared will likely be deterred from filing applications.

21.    States also expect a significant impact on the ability to access federal support for Child Nutrition Programs including the National School Lunch Program, School Breakfast Program, and Summer EBT Program.  Through a federal option called "direct certification" for its school lunch program, Maine certified in the 24-25 school year over 91,000 children for federally funded Child Nutrition supports due to their households' participation in SNAP and other programs operated through the same database. Any reduction in SNAP enrollment for families with school-aged children therefore has a negative impact on these crucial nutritional supports and other supports for schools that are based on eligibility for these programs.

5

22.    Reduction of resources to meet nutrition needs of vulnerable Mainers will result in additional stress on other systems.  Maine is one of few states that offer a Municipal General Assistance (GA) Program which can provide funds to meet food needs ($2.3 million in state fiscal year 2024) and is primarily reliant on limited state general funds. The increased need for these limited funds to be used to replace food needs met previously by SNAP may result in reductions in other supports previously supported by the GA Program, such as housing.

23.    Maine has an integrated eligibility system with a shared technology development, design, testing and implementation team.  The additional resources required to provide this requested data will lead to critical resources diverting from other critical technology enhancement, most of which include required changes in response to the Reconciliation Bill Pub. L 119-21 (H.R. 1).

24.    On July 23, 2025, Maine submitted a comment letter outlining our objections to the USDA's creation of a vast National SNAP Information Database and the USDA's demand for state data.

25.    On July 23, 2025, USDA-FNS Senior Policy Advisor for Integrity Brand sent Maine another letter, reiterating the USDA's demand of information. She stated that the USDA was seeking data on "individuals who have received, are currently receiving, or have applied to receive SNAP benefits from January 1, 2020, through present date. Requested data elements shall include records sufficient to identify individuals as applicants for, or recipients of, SNAP benefits, including but not limited to all household group members' names, dates of birth, social security numbers, residential and mailing addresses used or provided, as well as all data records used to determine eligibility or ineligibility." The letter also noted that USDA is requesting

"transactional records from each household . . . sufficient to calculate the total dollar value of SNAP received by recipients over time . . . as well as SNAP usage and retailer data."

26.    On July 25, 2025, USDA-FNS Deputy Under Secretary Patrick A. Penn sent a letter to Maine stating that "Failure to take the steps necessary to provide the relevant data to FNS may trigger noncompliance procedures codified in 7 U.S.C. 2020(g)."

27.    On July 28, 2025, Maine, joined by several other states, filed the present action in the Northern District of California challenging the USDA's actions.

28.    On July 30, 2025, Maine sent USDA a letter expressing its concern with USDA's data demand. The concerns expressed include the lack of USDA authority to require transmission of the requested data, Maine's responsibility to keep PII about SNAP applicants and recipients strictly confidential and the significant burden that the request places on States.

29.    On August 12, 2025, Deputy Under Secretary Penn sent a letter to Governor Janet Mills informing her that because FNS had not received the participant data "the State of Maine is out of compliance with SNAP requirements." The letter further states that, "[a]s provided by 7 CFR 276.4, this letter serves as an advance notice that Maine could be subject to suspension or disallowance of Federal funding for State SNAP administrative expenses if it does not submit to FNS the requested SNAP participant data."

30.    The August 12, 2025 letter further states: "In order for FNS to determine that Maine has made adequate progress towards meeting the data collection requirements, by August 13, 2025, FNS must receive a description of the actions Maine will undertake in order to ensure that it will submit the requested data to FNS no later than close of business Friday, August 15, 2025. If Maine fails to comply with the requirements outlined in this advance notification, the USDA may proceed with issuing a formal warning to pursue the suspension or disallowance of

Federal funding for State SNAP Administrative expenses and may take any other available legal action."

31.     The State of Maine will be irreparably harmed if the federal government withholds SNAP administrative funds.  Without this financial support, Maine Department of Health and Human Services would be required to reduce staffing and potentially infrastructure that supports critical programs and services aimed to not only meet nutritional needs but also to support other valuable programs and benefits for vulnerable citizens such as children, the elderly, veterans, and those experiencing homelessness.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of August, 2025, in Ellsworth, ME.

Ian Yaffe
Director, Office for Family Independence
Maine Department of Health and Human Services