IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**STATE OF CALIFORNIA; STATE OF NEW YORK; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAI'I; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR** ex rel. Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky**; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF WASHINGTON; STATE OF WISCONSIN,**

                                    Plaintiffs,

        **v.**

**UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS,** in her official capacity as U.S. Secretary of Agriculture**; U.S. DEPARTMENT OF AGRICULTURE'S OFFICE OF INSPECTOR GENERAL,**

                                    Defendants.

Case No. **3:25-cv-06310-MMC**


**DECLARATION OF RAFAEL LOPEZ**

## DECLARATION OF SECRETARY RAFAEL LÓPEZ

I, Rafael López, being over the age of eighteen and competent to testify, declare the following:

1.    I serve as the Secretary of the Maryland Department of Human Services (MDHS), which contains the Family Investment Administration, the state agency responsible for administering the federal Supplemental Nutrition Assistance Program (SNAP). I make this declaration based on personal knowledge and information provided to me in my official capacity.

2.    Maryland Governor Wes Moore appointed me as the Acting MDHS Secretary on January 18, 2023. I was confirmed by the Maryland Senate and sworn in as the MDHS Secretary on March 2, 2023. Prior to my appointment as MDHS Secretary, I served as a Senior Advisor to the Administration for Children and Families (ACF) in the U.S. Department of Health and Human Services from December 2021 through January 2023. I helped reunite more than 170,000 unaccompanied children with their families or other vetted sponsors at the height of the largest surge of unaccompanied children in U.S. history. Previously, I was nominated by President Obama and confirmed by the U.S. Senate to serve as the Commissioner for the Administration on Children, Youth, and Families for the U.S. Department of Health and Human Services, where I led federal programs for foster care, adoption, runaway and homeless youth, family violence prevention, and adolescent pregnancy prevention. In my career, I have served in several other professional roles concerning economic assistance and child welfare.

3.    We are honored to serve more than one million Marylanders to empower them and to unlock opportunities. We serve to ensure all can reach their full potential by helping with preventive and supportive services, economic assistance, and meaningful connections to employment development and career opportunities. Our team consists of our nearly 6,000

1

employees across the state, who are supported by our many partners in the communities we serve. Our 24 local departments of social services administer 80% of all activities in our $4.2 billion budget. The MDHS budget is 69% federally funded.

**SNAP in Maryland**

4.      In Maryland, SNAP feeds over 680,000 Marylanders monthly, including nearly 270,000 children, with an average monthly SNAP benefit of just $180 per customer. We project issuing over $1.6 billion in benefits in state fiscal year 2026 (July 1, 2025 to June 30, 2026). SNAP is issued monthly through an electronic benefit transfer (EBT) card that can be used to purchase food at over 3,800 authorized retail stores across Maryland, including farmers' markets and mom and pop corner stores in every one of our 24 local jurisdictions.

5.      In May 2025, our SNAP customers included:

   a.  262,248 children under age 18;

   b.  121,615 seniors aged 62 and older;

   c.  128,705 people with disabilities; and

   d.  28,843 people experiencing homelessness.

6.      Pursuant to federal law, MDHS is responsible for the issuance, control and accountability of SNAP benefits and EBT cards; ensuring program integrity; and supervising the day-to-day administration of SNAP by local departments of social services, including processing applications for SNAP benefits and certifying eligible applicant households.  7 U.S.C. § 2020(a)(1); 7 C.F.R. §§ 271.4, 274.2.

7.      Maryland's EBT computer payment system is operated through a vendor, Conduent State & Local Solutions, Inc. Our contract with Conduent ends on June 30, 2026.

2

8.      Maryland expends approximately $230 million in total administrative costs to run its SNAP program each year, approximately $115 million of which is reimbursed by the federal government.

**USDA's Unprecedented Request for Maryland's SNAP data**

9.      As part of the SNAP application process,  MDHS collects personally identifiable information (PII) from our customers, including but not limited to home addresses, dates of birth, Social Security Numbers, citizenship and immigration status, household income, and resource information.

10.      Maryland strictly protects the confidentiality of Marylanders' SNAP data under both federal and state statutory and regulatory provisions. Maryland Human Services Article § 1-201 specifically prohibits MDHS from disclosing "any information concerning an applicant for or recipient of social services, child welfare services, cash assistance, food stamps, or medical assistance" except in several specific instances, including "(1) in accordance with a court order; (2) to an officer or employee of any state or local government, the United States, or a fiduciary institution, if the officer or employee is entitled to the information in an official capacity and the disclosure is necessary to administer: (i) public assistance, medical assistance, social services, or child welfare services programs."

11.      On April 24, 2025, USDA first attempted to demand SNAP customer data from Maryland's EBT vendor, Conduent, by verbal request. USDA sought "audit-level" data for Conduent's entire customer base nationwide including  account setup and maintenance files, which includes PII files, and six months historical data. Conduent did not share the requested data and responded to USDA noting that the federal agency might want to reach out to the states directly. On April 25, 2025, MDHS sent a letter to Conduent stating that any requests made by

USDA to Conduent for data contained within the MDHS EBT system should be made in writing and be immediately referred by Conduent to MDHS. On April 30, 2025, MDHS sent a letter to all its vendors asking that any federal data requests be forwarded to MDHS. On May 6, 2025, MDHS received a letter from USDA would seek access to SNAP data in connection with a March 20, 2025 Executive Order titled, "FNS Data Sharing Guidance" in connection with the March 20, 2025 Executive Order 'Stopping Waste, Fraud, and Abuse by Eliminating Information Silos.' MDHS contacted its EBT vendor, Conduent, who confirmed it also received the letter. On May 13, 2025, MDHS responded to USDA by letter indicating that MDHS "will assess new data requests for necessary staffing, potential system changes, and associated costs. [MDHS] will provide FNS with our estimate of the time and costs for unbudgeted data requests, especially for historical data."

12.    On June 23, 2025, the USDA published a System of Records Notice (SORN) in the Federal Register notifying the public that it sought to create a large-scale "National Supplemental Nutrition Assistance Program (SNAP) Information Database."[1]

13.    The SORN announced that the USDA intended to demand from "53 State agencies and their designated vendors and/or contractors": "records containing personally identifying information, including but not limited to SNAP participant name, Social Security Number (SSN), date of birth (DOB), residential address, Electronic Benefit Transaction (EBT) card number, and case record identifier number or other identifiers or data elements maintained by States, vendors, or contractors to identify SNAP recipients." *Id.* The SORN stated that USDA would collect "information derived from and associated with EBT transactions, including but not limited to records sufficient to calculate the total dollar value of SNAP benefits received by participants over time, such as applied amounts and benefit available dates." *Id.*

---

[1] 90 Fed. Reg. 26,521 (June 23, 2025).

14.     These categories of information will be collected for all "individuals who have received, are currently receiving, or have applied to receive SNAP benefits." *Id.*

15.     The USDA's actions are unprecedented.  To my knowledge, the USDA has never before sought to inspect or audit, let alone retain, this volume of SNAP data containing PII.

16.     In its privacy impact assessment, USDA stated that the data in the database would be used "to detect duplicate enrollments across states, verify immigration status eligibility, and perform other fraud prevention checks against other Federal agencies' datasets, thereby ensuring program integrity, including by verifying the eligibility of benefit recipients."[2]

17.     These uses are duplicative of existing systems.  MDHS already conducts these checks, using systems such as the Systematic Alien Verification for Entitlement (SAVE) program. Maryland is incorporating SNAP National Accuracy Clearinghouse (NAC) information sharing, a federal clearinghouse designed to ensure that individuals do not improperly receive SNAP benefits from multiple states at the same time, 7 C.F.R. § 272.18, into routine SNAP eligibility determinations. MDHS will begin implementing NAC in February 2026.

18.     On July 9, 2025, we received a letter from U.S. Secretary of Agriculture Brooke L. Rollins demanding the categories of records listed in the SORN and directing states to produce the requested data starting July 24, 2025, and no later than July 30, 2025.

19.     We responded to the July 9th USDA data request by letter on July 30, 2025. We responded that "we are not currently able to comply with the demand for data set forth in the July 9th letter. Maryland strongly supports efforts to enhance SNAP program integrity and fair access to public benefits. In keeping with that commitment, we will continue to comply with federal and state law relating to the award and administration of SNAP benefits and will continue to comply

_____

[2] USDA, Cybersecurity and Priv. Operations Ctr., Priv. Div., USDA Privacy Impact Assessment Fiscal Year 2025 (July 23, 2025),
https://www.usda.gov/sites/default/files/documents/fns-snap-information-database-pia.pdf

with existing data sharing agreements." In addition, we noted that we did not believe that USDA had the authority to require this data and that technical compliance to meet the requested deadline "would be exceedingly difficult, if not impossible, given the magnitude of the request and extraordinary volume of data demanded."

20.     We believe that to implement the USDA July 9th data request, among other things, we would need to negotiate new data and security protocols with USDA-FNS for the data collected in the proposed system of records and execute new data sharing agreements. Such agreements have not been completed.

21.     Disclosing PII of Maryland SNAP customers to USDA may have a chilling effect on SNAP participation in Maryland, as individuals who are fearful of having their personal data shared will likely be deterred from filing applications.

22.     Disclosing PII of Maryland SNAP customers to USDA may affect  Maryland's ability to access federal support for the National School Lunch Program and School Breakfast Program. Maryland certifies children for federally funded free or reduced price meals due to their households' participation in SNAP. Any reduction in SNAP enrollment for families with students therefore has a negative impact on federal eligibility for free or reduced-price meals.

23.     A breach of the security of the new system of record and subsequent misuse of personal data obtained due to such a breach may have negative repercussions for SNAP customers, including the theft of public benefits, identity theft, or impact on credit scores or other criteria.

24.     Fulfilling the data request on either a one-time or ongoing basis would place substantial technical, budgetary, and administrative staff burdens on MDHS, including staff hours for systems enhancements, potential new hardware or software costs, and estimated

training costs. Maryland would take on these additional burdens amid significant state and federal budget cuts, as well as increases in administrative costs due to changes under the One Big Beautiful Bill Act, Pub. Law No. 119-21 (2025). All of these additional burdens are currently unbudgeted, and USDA has not offered to reimburse Maryland for any expenses.

25.    MDHS may have to notify Maryland SNAP customers of their confidentiality rights related to their data, including rights to correct mistakes in data or raise disputes about the handling of data. The increased administrative functions and costs for building and maintaining notice, dispute, and correction systems and staff are estimated to exceed $3 million.

26.    MDHS would need to assess and potentially revise all contracts with vendors and privacy policies to ensure consistency with state and federal law. Estimated costs in Maryland are at least $500,000 for legal review and contractual amendments.  The legal risk to Maryland related to failures to comply with state data laws could trigger litigation that would substantially exceed current estimates.

27.    On July 18, 2025, Maryland, joined by several other states, submitted a comment letter outlining our objections to the USDA's creation of a vast National SNAP Information Database and the USDA's demand for state data. Maryland also submitted a comment letter outlining our state-specific objections.

28.    On July 23, 2025, USDA-FNS Senior Policy Advisor for Integrity Gina Brand sent MDHS another letter reiterating the USDA's demand for information. She stated that the USDA was seeking data on "individuals who have received, are currently receiving, or have applied to receive SNAP benefits from January 1, 2020, through present date. Requested data elements shall include records sufficient to identify individuals as applicants for, or recipients of, SNAP benefits, including but not limited to all household group members' names, dates of birth,

7

social security numbers, residential and mailing addresses used or provided, as well as all data records used to determine eligibility or ineligibility." The letter also noted that USDA was requesting "transactional records from each household . . . sufficient to calculate the total dollar value of SNAP received by s over time . . . as well as SNAP usage and retailer data."

29.    On July 25, 2025, USDA-FNS Deputy Under Secretary Patrick A. Penn sent a letter to MDHS stating that "Failure to take the steps necessary to provide the relevant data to FNS may trigger noncompliance procedures codified in 7 U.S.C. 2020(g)."

30.    On July 28, 2025, Maryland, joined by several other states, filed the present action in the U.S. District Court for the Northern District of California challenging the USDA's actions.

31.    On July 30, 2025, MDHS sent USDA a letter expressing its concern with USDA's data demand.

32.    On August 12, 2025, Deputy Under Secretary Penn sent a letter to Governor Moore informing him that because FNS had not received the requested Maryland SNAP customer data "the State of Maryland is out of compliance with SNAP requirements." The letter further stated, "[a]s provided by 7 CFR 276.4, this letter serves as an advance notice that Maryland could be subject to suspension or disallowance of Federal funding for State SNAP administrative expenses if it does not submit to FNS the requested SNAP participant data."

33.    The August 12, 2025 letter further stated: "In order for FNS to determine that Maryland has made adequate progress towards meeting the data collection requirements, by August 13, 2025, FNS must receive a description of the actions Maryland will undertake in order to ensure that it will submit the requested data to FNS no later than close of business Friday, August 15, 2025. If Maryland fails to comply with the requirements outlined in this advance

notification, the USDA may proceed with issuing a formal warning to pursue the suspension or disallowance of Federal funding for State SNAP Administrative expenses and may take any other available legal action."

34.    Maryland will be irreparably harmed if the federal government withholds SNAP administrative funds. At minimum, Maryland will likely have to cut staff and programs that are critical to supporting the SNAP program.

35.    I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of August, 2025, in Baltimore, Maryland.

Rafael López
Secretary of Human Services

9