IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA; STATE OF NEW YORK; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAI'I; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR** ex rel. Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky; **STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF WASHINGTON; STATE OF WISCONSIN,** | |
| Plaintiffs, | |
| v. | Case No. **3:25-cv-06310-MMC** |
| **UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS,** in her official capacity as U.S. Secretary of Agriculture; **U.S. DEPARTMENT OF AGRICULTURE'S OFFICE OF INSPECTOR GENERAL,** | |
| Defendants. | |

**DECLARATION OF KARI ARMIJO**

# DECLARATION OF SECRETARY KARI ARMIJO

**Secretary Kari Armijo**, declares under penalty of perjury, pursuant to 28 U.S.C. Section 1746, as follows:

1. I am a resident of the State of New Mexico. I am over the age of 18 and understand the obligations of an oath.

## Professional and Agency Background

2. I am the Secretary of the Health Care Authority of New Mexico. I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

3. The Health Care Authority (HCA) is the state agency in New Mexico charged with ensuring New Mexicans attain their highest level of health by providing whole-person, cost-effective, accessible, and high-quality health care and safety net services.

4. The HCA serves more than half of all New Mexicans through programs including, but not limited to, Medicaid, behavioral health, child support, Supplemental Nutrition Assistance Program (SNAP), Low Income Home Energy Assistance Program, and the Temporary Assistance for Needy Families (TANF) program.

5. Among the programs administered by HCA is the Supplemental Nutrition Assistance Program (SNAP), which issues monthly electronic benefits that can be used to purchase food at authorized retail stores.

## SNAP in New Mexico

6. SNAP is a key part of New Mexico's efforts to address hunger by supplementing the food budget of low-income families so they can purchase healthy food. In Fiscal Year 2024

(ending September 30, 2024), an average of 489,124 people received SNAP benefits in New Mexico each month, including 179,539 children and 309,585 adults and elderly individuals. More than $1,038,090,754.00 in SNAP benefits were issued through FY 2024.

7. Pursuant to federal law, New Mexico is responsible for the issuance, control and accountability of SNAP benefits and Electronic Benefit Transaction ("EBT") cards; ensuring program integrity; and supervising day-to-day administration of SNAP, including processing applications for SNAP benefits and certifying eligible applicant households. 7. U.S.C. § 2020(a)(1); 7 C.F.R. § 271.4; 7 C.F.R. § 274.2.

8. Over the last three quarters, New Mexico has spent approximately $ 46.8 million in administrative costs to run its SNAP program, approximately $ 23.4 million of which is reimbursed by the federal government.

**USDA's Unprecedented Request for New Mexico's SNAP data**

9. As part of the SNAP application process, HCA collects sensitive personally identifiable information ("PII") from applicants and recipients, including but not limited to, home addresses, dates of birth, Social Security Numbers, citizenship and immigration status, household income and resource information.

10. On May 6, 2025, U.S. Department of Agriculture/Food and Nutrition Service ("USDA-FNS") Senior Policy Advisor for Integrity Gina Brand sent New Mexico a letter stating that the USDA "must retain 'unfettered access to comprehensive data' from federally funded programs like SNAP." The letter further stated that the USDA "is taking steps to require all States to work through their processors" to obtain "[r]ecords sufficient to identify individuals as applicants for, or recipients of, SNAP benefits, including but not limited to personally identifiable information in the form of names, dates of birth, personal addresses used, and Social

Security numbers." USDA also indicated that it would seek "[r]ecords sufficient to calculate the total dollar value of SNAP benefits received by participants over time, with the ability to filter benefits received by date ranges." The letter further demanded that the requested data would cover the period beginning January 1, 2020, through present.

11.    On May 5, 2025 and again on May 9, 2025, HCA was notified by its SNAP data vendor, Fidelity Information Services (FIS), that USDA was seeking to obtain SNAP participant data directly from FIS. HCA informed FIS that it did not consent to the disclosure of such data.

12.    On June 23, 2025, the USDA published a System of Records Notice ("SORN") in the Federal Register notifying the public that it sought to create a large-scale "National Supplemental Nutrition Assistance Program (SNAP) Information Database."[1]

13.    The SORN announced that the USDA intended to demand the following categories of records from "53 State agencies and their designated vendors and/or contractors": "records containing personally identifying information, including but not limited to SNAP participant name, Social Security Number (SSN), date of birth (DOB), residential address, Electronic Benefit Transaction (EBT) card number, and case record identifier number or other identifiers or data elements maintained by States, vendors, or contractors to identify SNAP recipients." *Id.* The SORN also states that USDA would collect "information derived from and associated with EBT transactions, including but not limited to records sufficient to calculate the total dollar value of SNAP benefits received by participants over time, such as applied amounts and benefit available dates." *Id.*

14.    These categories of information will be collected for all "individuals who have received, are currently receiving, or have applied to receive SNAP benefits." *Id.*

---

[1] 90 Fed. Reg. 26,521 (June 23, 2025).

15. The USDA's actions are unprecedented. To my knowledge, the USDA has never before sought to inspect or audit, let alone retain, this volume of personal and sensitive SNAP data.

16. In its privacy impact assessment, USDA states that the uses of the data in the database would be "to detect duplicate enrollments across states, verify immigration status eligibility, and perform other fraud prevention checks against other Federal agencies' datasets, thereby ensuring program integrity, including by verifying the eligibility of benefit recipients."[2]

17. New Mexico already conducts checks of immigration status to confirm eligibility through the Systematic Alien Verification for Entitlement ("SAVE") program.

18. In addition, New Mexico is preparing to participate in the National Accuracy Clearinghouse ("NAC"), a federal clearinghouse designed to ensure that individuals do not improperly receive SNAP benefits from multiple states at the same time and is currently prepared to go live sometime in mid-September 2025. 7 C.F.R. § 272.18.

19. On July 9, the USDA Secretary Brooke L. Rollins sent New Mexico a demand for five years' worth of data on all SNAP applicants and recipients. The July 9 Letter demands the categories of records listed in the SORN and directs states to produce the requested data starting July 24 and no later than July 30, 2025.

20. Because the SNAP data contains PII, HCA cannot share confidential SNAP participant data with a third party without executing appropriate data sharing agreements or Memoranda of Understanding or similar document, containing clear explanation for why the data sharing does not violate the laws governing that particular PII, and this has not been done here.

---

[2] USDA, Cybersecurity and Priv. Operations Ctr., Priv. Div., USDA Privacy Impact Assessment Fiscal Year 2025 (July 23, 2025), https://www.usda.gov/sites/default/files/documents/fns-snap-information-database-pia.pdf

21. Disclosing PII of SNAP applicants and recipients to USDA may have a chilling effect on SNAP participation in New Mexico, as individuals who are fearful of having their personal data shared will likely be deterred from filing applications.

22. Any reduction in SNAP applications and enrollment will impair New Mexico's ability to access federal support for the National School Lunch Program and School Breakfast Program. The state participates in the direct certification process whereby students enrolled in SNAP automatically qualify for free or reduced-price school meals. Any reduction in SNAP enrollment for families with schoolchildren therefore has a negative impact on New Mexico's eligibility for free or reduced-price meals through the federal government.

23. Any reduction in SNAP applications and enrollment will increase our citizens' adverse public health outcomes, especially children, and, therefore, increase the burden on our hospitals and healthcare facilities statewide.

24. New Mexico has a high rate of childhood food insecurity, with 26% of children experiencing it in 2020.

25. Malnutrition can negatively impact a child's development, potentially leading to learning difficulties and developmental delays, which may then require special education services.

26. Availability and use of SNAP benefits is one way in which New Mexico families counteract food insecurity and hunger, making them an important tool in protecting child health and well-being today and mitigating adverse consequences in the future.

27. Furthermore, if a data breach, improper sharing information on EBT cards and transactions, or other misuse of the data should occur through the unprecedented sharing of the

requested data with USDA, SNAP recipients would be at risk of both identity theft and benefit theft.

28. HCA would have to place a change request with our contractor Deloitte before transmitting the data to USDA, including negotiating and approving a contract amendment for payment.

29. On July 23, 2025, USDA-FNS Senior Policy Advisor for Integrity Brand sent New Mexico another letter, reiterating the USDA's demand of information. She stated that the USDA was seeking data on "individuals who have received, are currently receiving, or have applied to receive SNAP benefits from January 1, 2020, through present date. Requested data elements shall include records sufficient to identify individuals as applicants for, or recipients of, SNAP benefits, including but not limited to all household group members' names, dates of birth, social security numbers, residential and mailing addresses used or provided, as well as all data records used to determine eligibility or ineligibility." The letter also noted that USDA is requesting "transactional records from each household . . . sufficient to calculate the total dollar value of SNAP received by recipients over time . . . as well as SNAP usage and retailer data."

30. On July 25, 2025, USDA-FNS Deputy Under Secretary Patrick A. Penn sent a letter to New Mexico stating that "Failure to take the steps necessary to provide the relevant data to FNS may trigger noncompliance procedures codified in 7 U.S.C. 2020(g)."

31. On July 28, 2025, New Mexico, joined by several other states, filed the present action in the Northern District of California challenging the USDA's actions.

32. On August 12, 2025, Deputy Under Secretary Penn sent a letter to Governor Michelle Lujan Grisham informing her that because FNS had not received the participant data "the State of New Mexico is out of compliance with SNAP requirements." The letter further

states that, "[a]s provided by 7 CFR 276.4, this letter serves as an advance notice that New Mexico could be subject to suspension or disallowance of Federal funding for State SNAP administrative expenses if it does not submit to FNS the requested SNAP participant data."

33. The August 12, 2025 letter further states: "In order for FNS to determine that New Mexico has made adequate progress towards meeting the data collection requirements, by August 13, 2025, FNS must receive a description of the actions New Mexico will undertake in order to ensure that it will submit the requested data to FNS no later than close of business Friday, August 15, 2025. If New Mexico fails to comply with the requirements outlined in this advance notification, the USDA may proceed with issuing a formal warning to pursue the suspension or disallowance of Federal funding for State SNAP Administrative expenses and may take any other available legal action."

34. If the federal government withholds the SNAP administrative funds, the HCA will likely have to cut staff and programs that are critical to supporting the SNAP program or divert resources from other important services.

35. Additionally, any loss of staff or additional administrative burdens will interfere with the HCA's compliance with an existing federal consent decree. *See Knowlton, et al. v. Armijo, et al.*, No. 23-2143 (10th Cir. 2024).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of August, 2025, in Santa Fe, NM.

Kari Armijo
Secretary
New Mexico Health Care Authority