1   ROB BONTA
    Attorney General of California
2   PAUL STEIN
    Supervising Deputy Attorney General
3   ANDREW Z. EDELSTEIN
    ANNA RICH
4   EDWARD P. WOLFE
    ROBIN GOLDFADEN
5   MARIA F. BUXTON
    WILLIAM BELLAMY
6   SEBASTIAN BRADY
    Deputy Attorneys General
7   State Bar No. 330904
     455 Golden Gate Avenue, Suite 11000
8    San Francisco, CA 94102-7004
     Telephone:  (415) 510-3592
9    Fax:  (415) 703-5480
     E-mail:  Sebastian.Brady@doj.ca.gov
10  *Attorneys for Plaintiff State of California*

11  *Additional Counsel Listed on Signature Page*

12                  IN THE UNITED STATES DISTRICT COURT

13               FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15

16

| | |
|---|---|
| 17  **STATE OF CALIFORNIA; STATE OF NEW YORK; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAI'I; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR** ex rel. Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky; **STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF WASHINGTON; STATE OF WISCONSIN,** | Case No. **3:25-cv-06310-MMC**<br><br>**STIPULATED REQUEST TO SHORTEN TIME ON PLAINTIFFS' MOTION FOR STAY OR PRELIMINARY INJUNCTION (ECF NO. 59)**<br><br>Judge: Maxine M. Chesney<br>Trial Date: None set<br>Action Filed: July 28, 2025 |
|                                      Plaintiffs, | |

1

2                          v.

3

4        **UNITED STATES DEPARTMENT OF**
         **AGRICULTURE; BROOKE ROLLINS,** in

5        her official capacity as U.S. Secretary of
         Agriculture; **U.S. DEPARTMENT OF**

6        **AGRICULTURE'S OFFICE OF**
         **INSPECTOR GENERAL,**

7                                        Defendants.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Local Rules 6-1(b), 6-2(a), and 7-12, the parties have met and conferred and now hereby stipulate and respectfully request that the Court enter the parties' agreed upon briefing and hearing schedule on Plaintiffs' proposed Motion for a Stay or Preliminary Injunction (ECF No. 59). In support of this stipulated agreement, the parties submit the following:

1.      On August 18, Plaintiffs moved for a stay or preliminary injunction that would temporarily stay both: (1) Defendant U.S. Department of Agriculture's (USDA) demand for SNAP applicant and recipient data from Plaintiff States; and (2) the institution of noncompliance procedures against Plaintiffs, pursuant to 7 U.S.C. § 2020(g) and 7 C.F.R. § 276.4, which USDA has indicated may lead to significant funding cuts for States that refuse to comply with the data demand ("PI Motion"). *See* ECF No. 59.  This motion noticed the following schedule: Defendants opposition due on September 2, 2025, Plaintiffs' reply due September 9, 2025, and a motion hearing on October 3, 2025.

2.      As set forth in the PI Motion, Plaintiffs move for this relief based on Plaintiffs' contention that Defendant USDA has made a number of demands for confidential SNAP applicant and participant data in violation of the Administrative Procedure Act and in excess of its authority. Defendants dispute Plaintiffs' arguments and their entitlement to relief.

3.      Plaintiffs seek to expedite the hearing on this motion due to USDA's issuance, on August 20, of "formal warnings" of noncompliance, pursuant to 7 C.F.R. § 276.4(d)(2), which trigger a 30-day period before USDA could make a final decision to suspend or disallow the federal SNAP administrative funding USDA provides Plaintiff States.

4.      Plaintiffs are particularly concerned about the timing of USDA's planned action, because USDA has indicated that the effective date of the disallowance could be as early as September 19, before the October 3, 2025 motion hearing date noticed by Plaintiffs' motion. Plaintiffs are also concerned about the substantial harm and prejudice that they allege could occur by having to expend resources to engage in parallel adjudication of this matter before USDA itself (and potentially review of USDA's determination before separate district courts).

5.      By agreeing to this stipulation, Defendants do not agree that Plaintiffs would suffer any harm if their pending motion is not heard prior to September 19. Defendants enter into this

1

1   stipulation to facilitate efficient litigation of Plaintiffs' motion and to avoid unnecessary motions

2   practice on scheduling.

3          6.       After meeting and conferring, counsel for the parties have agreed to the following

4   proposed briefing and hearing schedule for Plaintiffs' motion for a preliminary injunction:

5                  a.   Defendant's opposition remains due on or before: **September 2, 2025**

6                  b.   Plaintiffs' reply is due on or before: **September 8, 2025**

7                  c.   Oral argument on Plaintiffs' motion to be heard: **September 12, 2025**

8          7.       For the good cause explained above, the parties request that the Court approve the

9   schedule outlined above.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: August 25, 2025                              Respectfully submitted,

                                                    ROB BONTA
                                                    Attorney General of California
                                                    PAUL STEIN
                                                    Supervising Deputy Attorney General
                                                    ANDREW Z. EDELSTEIN
                                                    ANNA RICH
                                                    EDWARD P. WOLFE
                                                    ROBIN GOLDFADEN
                                                    MARIA F. BUXTON
                                                    WILLIAM BELLAMY


                                                    /s/ Sebastian Brady
                                                    SEBASTIAN BRADY
                                                    DEPUTY ATTORNEYS GENERAL
                                                    Attorneys for Plaintiff State of California


                                                    BRETT A. SHUMATE
                                                    Assistant Attorney General
                                                    Civil Division

                                                    ELIZABETH J. SHAPIRO
                                                    Deputy Branch Director
                                                    Civil Division, Federal Programs Branch

                                                    BRADLEY P. HUMPHREYS
                                                    Senior Trial Counsel

                                                    /s/ Benjamin S. Kurland
                                                    BENJAMIN S. KURLAND
                                                    Trial Attorney
                                                    United States Department of Justice
                                                    Civil Division, Federal Programs Branch
                                                    1100 L Street, NW
                                                    Washington, DC 20005
                                                    Tel: (202) 598-7755
                                                    ben.kurland@usdoj.gov

                                                    Counsel for Defendant

3

|  |  |
|---|---|
| 1 | *Additional Counsel for Plaintiffs* |

LETITIA JAMES
Attorney General of New York
MARK LADOV
Special Counsel
JULIE DONA
Special Counsel
28 Liberty St.
New York, NY 10005
(212) 416-8240
mark.ladov@ag.ny.gov
*Attorneys for Plaintiff State of New York*

KRISTIN MAYES
Attorney General of Arizona
HAYLEIGH S. CRAWFORD (AZ No. 032326)
LUCI D. DAVIS (AZ No. 035347)
2005 N. Central Ave. Phoenix, AZ 85004
(602) 542-3333
Hayleigh.Crawford@azag.gov
Luci.Davis@azag.gov
ACL@azag.gov
*Attorneys for Plaintiff State of Arizona*

PHILIP J. WEISER
Attorney General of Colorado
DAVID MOSKOWITZ
Deputy Solicitor General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6000
david.moskowitz@coag.gov
*Attorneys for Plaintiff State of Colorado*

WILLIAM TONG
Attorney General of Connecticut
JANELLE R. MEDEIROS
Special Counsel for Civil Rights
165 Capitol Ave
Hartford, CT 06106
(860) 808-5020
Janelle.Medeiros@ct.gov
*Attorneys for Plaintiff State of Connecticut*

KATHLEEN JENNINGS
Attorney General of Delaware
IAN R. LISTON
Director of Impact Litigation
VANESSA L. KASSAB*
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov
*Attorneys for Plaintiff State of Delaware*

BRIAN L. SCHWALB
Attorney General for the District of
Columbia
NICOLE S. HILL
Assistant Attorney General
Office of the Attorney General for the
District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 727-4171
nicole.hill@dc.gov
*Attorneys for Plaintiff District of Columbia*

ANNE E. LOPEZ
Attorney General of Hawaiʻi
DAVID D. DAY
Special Assistant to the Attorney General
KALIKOʻONĀLANI D. FERNANDES
Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov
*Attorneys for Plaintiff State of Hawaiʻi*

KWAME RAOUL
Attorney General of Illinois
HARPREET K. KHERA
Bureau Chief, Special Litigation
SHERIEF GABER
Assistant Attorney General
115 S. LaSalle St., 35th Flr.
Chicago, Illinois 60603
(773) 590-7127
Harpreet.Khera@ilag.gov
*Attorneys for Plaintiff State of Illinois*

4

1

2   OFFICE OF THE GOVERNOR *ex rel*. Andy
    Beshear, in his official capacity as
3   Governor of the Commonwealth of
    Kentucky
4   S. TRAVIS MAYO
    General Counsel
5   TAYLOR PAYNE
    Chief Deputy General Counsel
6   LAURA C. TIPTON
    Deputy General Counsel
7   Office of the Governor
    700 Capitol Avenue, Suite 106
8   Frankfort, KY 40601
    (502) 564-2611
9   travis.mayo@ky.gov
    taylor.payne@ky.gov
10  laurac.tipton@ky.gov
    *Attorneys for Plaintiff Kentucky Governors'*
11  *Office*

12

13  ANTHONY G. BROWN
    Attorney General of Maryland
14  JAMES C. LUH
    Senior Assistant Attorney General
15  Office of the Attorney General
    200 Saint Paul Place, 20th Floor
16  Baltimore, Maryland 21202
    410-576-6411
17  jluh@oag.state.md.us
    *Attorneys for Plaintiff State of Maryland*

18

19

20

21  DANA NESSEL
    Attorney General of Michigan
22  NEIL GIOVANATTI
    BRYAN BEACH
23  Assistant Attorneys General
    Michigan Department of Attorney General
24  525 W. Ottawa
    Lansing, MI 48909
25  (517) 335-7603
    giovanattin@michigan.gov
26  beachb@michigan.gov
    *Attorneys for Plaintiff State of Michigan*

27

28

AARON M. FREY
Attorney General of Maine
BRENDAN KRECKEL
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 0433-0006
Tel.:  207-626-8800
Fax:  207-287-3145
brendan.kreckel@maine.gov
*Attorneys for Plaintiff State of Maine*

ANDREA JOY CAMPBELL
Attorney General of Massachusetts
KATHERINE DIRKS*
Chief State Trial Counsel
CASSANDRA THOMSON
Assistant Attorney General
Office of the Massachusetts Attorney
General
1 Ashburton Place Boston, MA 02108
(617) 963-2277
katherine.dirks@mass.gov
cassandra.thomson@mass.gov
*Attorneys for Plaintiff Commonwealth of*
*Massachusetts*

KEITH ELLISON
Attorney General of Minnesota
JOSEPH R. RICHIE
Special Counsel
445 Minnesota Street, Suite 1400
St. Paul, Minnesota, 55101
(651) 300-0921
joseph.richie@ag.state.mn.us
*Attorneys for Plaintiff State of Minnesota*

5

Stipulated Request to Shorten Time on Plaintiff States' Mot. for Stay or Preliminary Injunction
(Case No. 3:25-cv-06310-MMC)

AARON D. FORD
Attorney General of Nevada
HEIDI PARRY STERN (Bar. No. 8873)
Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
HStern@ag.nv.gov
*Attorneys for Plaintiff State of Nevada*

MATTHEW J. PLATKIN
Attorney General of New Jersey
KASHIF T. CHAND (NJ BAR NO. 016752008)
Assistant Attorney General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
kashif.chand@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

RAÚL TORREZ
Attorney General of the State of New
Mexico
STEVEN PERFREMENT*
Senior Litigation Counsel
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
SPerfrement@nmdoj.gov
505-601-7727
*Attorneys for the State of New Mexico*

DAN RAYFIELD
Attorney General of Oregon
SCOTT P. KENNEDY
Senior Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel (971) 453-9050
Fax (971) 673-5000
Scott.Kennedy@doj.oregon.gov
*Attorneys for Plaintiff State of Oregon*

PETER F. NERONHA
Attorney General of Rhode Island
MADELINE R. BECKER (RI BAR NO. 10034)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2151
mbecker@riag.ri.gov
*Attorneys for Plaintiff State of Rhode Island*

NICHOLAS W. BROWN
Attorney General of Washington
JENNIFER K. CHUNG, WSBA #51583
WILLIAM MCGINTY, WSBA #41868
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744
jennifer.chung@atg.wa.gov
william.mcginty@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

JOSHUA L. KAUL
Attorney General of Wisconsin
KARLA Z. KECKHAVER
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
608-264-6365
karla.keckhaver@wisdoj.gov
*Attorneys for Plaintiff State of Wisconsin*

* *pro hac vice forthcoming*

6

# CERTIFICATE OF SERVICE

Case Name:    ***California, et al. v. U.S.***        Case No.    **3:25-cv-06310-MMC**
                ***Department of Agriculture***

I hereby certify that on <u>August 25, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1.  **STIPULATED REQUEST TO SHORTEN TIME ON PLAINTIFFS' MOTION FOR STAY OR PRELIMINARY INJUNCTION (ECF NO. 59)**

2.  **DECLARATION OF SEBASTIAN BRADY IN SUPPORT OF STIPULATED REQUEST TO SHORTEN TIME ON PLAINTIFF STATES' MOTION FOR STAY OR PRELIMINARY INJUNCTION**

3.  **[PROPOSED] ORDER GRANTING THE PARTIES STIPULATED REQUEST TO SHORTEN TIME**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 25, 2025</u>, at San Francisco, California.

_____                    _____
         M. Mendiola                                              Signature
         Declarant

SA2025302238
44761558.docx

Certificate of Service
Page 1 of 2