IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF AGRICULTURE**, *et al.*, <br><br> Defendants. | Case No. **3:25-cv-06310-MMC** <br><br> **[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATED REQUEST TO SHORTEN TIME** |

**[PROPOSED] ORDER**

Having considered the parties' stipulation to shorten time and the accompanying Declaration of Sebastian Brady, the Court finds there is good cause to shorten the time for hearing Plaintiffs' Motion for a Stay or Preliminary Injunction, ECF No. 59.

Accordingly, it is hereby ORDERED that:

1. Defendant USDA's opposition to Plaintiffs' Motion for a Stay or Preliminary Injunction will remain due on **September 2, 2025**.

2. Plaintiffs shall file their reply in support of their Motion for a Stay or Preliminary Injunction by **September 8, 2025**.

3. This Court shall hear oral argument on Plaintiffs' Motion for a Stay or Preliminary Injunction at 9:00 a.m. on **September 12, 2025**.

Date: _____                                          _____

                                                          Judge Maxine M. Chesney