| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| **STATE OF CALIFORNIA,** *et al.*, | | Case No. **3:25-cv-06310-MMC** |
| | Plaintiffs, | |
| v. | | [~~PROPOSED~~] ORDER GRANTING AS MODIFIED THE PARTIES' STIPULATED REQUEST TO SHORTEN TIME |
| **UNITED STATES DEPARTMENT OF AGRICULTURE,** *et al.*, | | |
| | Defendants. | |


**[PROPOSED] ORDER**

Having considered the parties' stipulation to shorten time and the accompanying Declaration of Sebastian Brady, the Court finds there is good cause to shorten the time for hearing Plaintiffs' Motion for a Stay or Preliminary Injunction, ECF No. 59.

Accordingly, it is hereby ORDERED that:

1. Defendant USDA's opposition to Plaintiffs' Motion for a Stay or Preliminary Injunction will remain due on **September 2, 2025**, and Defendant USDA shall submit a chambers copy of its opposition no later than September 3, 2025.

2. Plaintiffs shall file their reply in support of their Motion for a Stay or Preliminary Injunction by **September 8, 2025**, and Plaintiffs shall submit a chambers copy of their reply no later than September 9, 2025.

3. This Court shall hear oral argument on Plaintiffs' Motion for a Stay or Preliminary Injunction at ~~9:00 a.m. on September 12, 2025~~. 10:00 a.m. on September 16, 2025, in Courtroom 7.

Date: August 26, 2025

*Maxine M. Chesney*
Judge Maxine M. Chesney