# DECLARATION OF ABBY MCCLELLAND

**Abby McClelland**, declares under perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a resident of the State of Colorado. I am over the age of 18 and understand the obligations of an oath.

## Professional and Agency Background

2. I am the director of the Food and Energy Assistance Division within the Colorado Department of Human Services (CDHS), which includes the Supplemental Nutrition Assistance Program (SNAP). I have held this position since June 2024. Prior to this role, I was responsible for data analysis on various federal and state benefit programs, including SNAP, for CDHS and for the Boulder County Department of Human Services. I also worked extensively with the SNAP program in my seven years of experience as an administrative benefits attorney for Neighborhood Legal Services in Los Angeles, California. I make this declaration based on personal knowledge and on my review of information and records gathered by CDHS staff.

## USDA's Request for Colorado's SNAP Data and CDHS's Request for a Data Security Protocol

3. On May 6, 2025, U.S. Department of Agriculture/Food and Nutrition Service (USDA-FNS) Senior Policy Advisor for Integrity Gina Brand sent CDHS a letter stating that, as explained in the President's Executive Order, the USDA must retain "'unfettered access to comprehensive data' from federally funded programs like SNAP." The letter stated that the USDA "is taking steps to require all States to work through their processors" to obtain "[r]ecords sufficient to identify individuals as applicants for, or recipients of, SNAP benefits, including but not limited to personally identifiable information in the form of names, dates of birth, personal addresses used, and Social Security numbers." USDA also indicated that it would seek "[r]ecords

sufficient to calculate the total dollar value of SNAP benefits received by participants over time, with the ability to filter benefits received by date ranges." The letter further demanded that the requested data cover the period beginning January 1, 2020, through present.

4. On June 23, 2025, the USDA published a System of Records Notice (SORN) in the Federal Register notifying the public that it sought to create a large-scale "National Supplemental Nutrition Assistance Program (SNAP) Information Database." 90 Fed. Reg. 26,521 (June 23, 2025).

5. The SORN announced that the USDA intended to demand the following categories of records from "53 State agencies and their designated vendors and/or contractors": "records containing personally identifying information, including but not limited to SNAP participant name, Social Security Number (SSN), date of birth (DOB), residential address, Electronic Benefit Transaction (EBT) card number, and case record identifier number or other identifiers or data elements maintained by States, vendors, or contractors to identify SNAP recipients.". The SORN also stated that USDA would collect "information derived from and associated with EBT transactions, including but not limited to records sufficient to calculate the total dollar value of SNAP benefits received by participants over time, such as applied amounts and benefit available dates.".

6. These categories of information would be collected for all "individuals who have received, are currently receiving, or have applied to receive SNAP benefits."

7. On July 9, 2025, USDA Secretary Brooke L. Rollins sent a letter to all SNAP State Agencies with a demand for five years' worth of data on all SNAP applicants and recipients. The July 9 letter demanded the categories of records listed in the SORN and directed states to produce the requested data starting July 24, 2025, and no later than July 30, 2025.

8. To my knowledge, the USDA has never before sought to inspect or audit, let alone retain, this volume of personal and sensitive SNAP data.

9. Colorado strictly protects the confidentiality of its residents' SNAP data in accordance with state and federal law, including 7 U.S.C. § 2020(a)(3), 7 C.F.R. 272.1(c), and § 26-1-114(1), C.R.S., and 10 CCR 2506-1:4.140. Specifically, federal law requires that SNAP records be made available for inspection and audit by the Secretary "subject to data and security protocols agreed to by the State agency and Secretary." 7 U.S.C. § 2020(a)(3)(B)(i).

10. Upon receipt of the July 9 letter, I confirmed that no data and security protocol existed between CDHS and the USDA.

11. On July 23, 2025, I sent a letter to Secretary Rollins on behalf of CDHS in response to the July 9 letter. The letter stated that CDHS could only make records available to USDA for inspection and audit subject to data and security protocol as required by law, and proposed terms for the protocol. CDHS's letter specifically requested urgent attention and requested a response by July 25, 2025. CDHS emailed the letter to Amibilech (Abi) Wenthold, USDA's SNAP Branch Chief for the Mountain Plains Region, and asked for help routing the letter to USDA's national office. On July 24, 2025, USDA acknowledged receipt of the letter but did not acknowledge CDHS's request for a data and security protocol. *See* Attachment 1.

12. On July 30, 2025, CDHS sent another letter to Secretary Rollins as part of a multi-state comment in opposition to the SORN and USDA's SNAP data request. That letter stated that CDHS had asked for a data and security protocol in its July 23 letter but had not received a response to that request. *See* Attachment 2.

13. On August 12, 2025, USDA Deputy Under Secretary Patrick A. Penn sent a letter to the Office of the Governor for the State of Colorado, Governor Jared Polis, threatening suspension

or disallowance of Colorado's SNAP administrative expenses. This letter did not acknowledge CDHS's unanswered request for a data and security protocol. *See* Attachment 3.

14. On August 19, 2025, I responded to Deputy Under Secretary Penn on behalf of CDHS, reiterating CDHS's request to negotiate a data security protocol and stating that CDHS lawfully could not respond to the request without a data and security protocol. The letter further stated that CDHS remained willing to engage with the USDA regarding the protocol. *See* Attachment 4.

15. On August 20, 2025, Deputy Under Secretary Penn sent Governor Polis a formal warning letter of disallowance of federal funding for SNAP because of CDHS's alleged failure to comply with requirements for providing SNAP data. This letter also did not acknowledge CDHS's repeated requests for a data and security protocol. *See* Attachment 5.

16. On August 26, 2025, Deputy Under Secretary Penn responded to CDHS's July 30 letter, writing that USDA's request for SNAP data is "consistent with FNS's statutory authority and the President's Executive Order." Again, this letter neither acknowledged nor responded to CDHS's request for a data security protocol. *See* Attachment 6.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of September 2025 in Denver, Colorado.

Abby McClelland
Director, Food and Energy Assistance Division
Colorado Department of Human Services



**COLORADO**
**Department of Human Services**

Secretary Brooke Rollins
U.S. Department of Agriculture
1400 Independence Avenue, SW
Washington D.C.

July 23, 2025

RE:   July 9, 2025, SNAP Data Demand Letter

Dear Madam Secretary:

Our office received your July 9, 2025, letter to SNAP state agencies demanding the collection and transfer of extensive personally identifiable information for individuals who have received, are currently receiving, or who have applied to receive SNAP benefits. According to the System of Records Notice issued June 23, 2025 (90 F.R. 26521), this information is to be housed in a new federal system of records with the stated purposes of "validat[ing] the accuracy of eligibility determinations and strengthen[ing] program integrity."

Pursuant to 7 U.S.C. § 2020(a)(3)(B)(i), all records made available to you for purposes of inspection and audit can only be made available subject to a data and security protocol agreed to by the State agency and Secretary. We cannot provide any records to you without a protocol in place.

To that end, we are writing to discuss the terms of a data and security protocol for this collection demand. Our objective—in accordance with the SNAP Act—is to ensure that the sensitive, personal data of vulnerable Colorado residents is properly safeguarded and secured and is used solely for purposes directly connected with the administration of such public assistance.

At a minimum, the agreed protocol must include the following terms:

- Any provided data may be used solely for the purpose of administration or enforcement of SNAP and disclosed only to persons directly connected to administering or enforcing SNAP, 7 U.S.C. § 2020(e)(8)(A).
- USDA/FNS must provide 30-days' notice of any intent to disclose the provided data outside of the agency. Any such disclosure of the data shall be strictly limited to the same record disclosure provisions to which Colorado is subject pursuant to 7 U.S.C. § 2020 and agreed to in the Colorado SNAP State Plan. Colorado must be afforded a meaningful opportunity to object to any such disclosure.
- The provided data, including all copies made, shall be destroyed upon completion of the audit, but no later than one year from receipt, whichever is sooner.
- The protocol must include an enforcement mechanism to ensure compliance with the data and security protocol by USDA/FNS and all persons granted access to the data. Anyone who is given access to the data must sign an acknowledgement of the data and security protocol and agree to comply with its terms.

**Attachment 1**

1575 Sherman St., Denver, CO 80203   P 303.866.5700   cdhs.colorado.gov
Jared Polis, Governor | Michelle Barnes, Executive Director



In light of the impending deadlines in your request, your urgent attention to this matter is required. Please respond to this letter with your agreement to these terms no later than July 25, 2025, by 5:00 p.m. Mountain Standard Time.

Sincerely,

Abby McClelland,
Director Food and Energy Assistance Division



July 30, 2025

Secretary Brooke Rollins
U.S. Department of Agriculture
1400 Independence Avenue, SW
Washington D.C.

RE: July 9, 2025, SNAP Data Demand Deadline

Dear Madam Secretary:

The Colorado Department of Human Services, Food and Energy Assistance Division (CDHS) is in receipt of the July 9, 2025, July 23, 2025, and July 25, 2025 letters from the United States Department of Agriculture Food and Nutrition Service (USDA-FNS) requesting State agency Supplemental Nutrition Assistance Program (SNAP) data in relation to the System of Records Notice (SORN) published on June 23, 2025, which proposed the creation of a large federal database of SNAP participant information including sensitive personally identifiable information (PII). The letters demanded production of the data by July 30, 2025.

Enclosed with this letter is a multi-state comment in opposition to the SORN that the Colorado Attorney General joined in submitting on July 18, 2025. CDHS additionally notes that on July 28, 2025, the Colorado Attorney General and the attorneys general of twenty other states, as well as the District of Columbia, filed a suit to challenge the development of this new system of records and corresponding demands for state-held data, alleging that they are contrary to statute and the Constitution and reflect an arbitrary and capricious departure from past policy. See California et al. v. U.S. Dep't of Agriculture et al., Civ. Action No. 3:25-6310 (N.D. Cal.). Furthermore, on July 23, 2025, CDHS sent USDA a written response to the July 09, 2025 data demand letter stating that it could not provide any records without a data and security protocol first being in place as required by 7 U.S.C. § 2020(a)(3)(B)(i). CDHS' response included protocol terms necessary to comply with current law and requested a response from USDA-FNS by July 25, 2025, in advance of the impending data demand deadline. To date, CDHS has not received a response to the July 23, 2025 request for a data and security protocol.

As noted in the multi-state SORN comment letter, multi-state litigation complaint, and CDHS's July 23, 2025 response letter, there are significant legal and logistical hurdles that need to be resolved before CDHS can act on the overly burdensome demand by USDA-FNS for the SNAP participant data identified in the SORN and demanded in USDA-FNS letters. There has been no clear guidance from USDAFNS on "other identifiers or data elements maintained by states, vendors and/or contractors to identify SNAP recipients" or "information derived from and associated with EBT transactions." Further, as indicated in its July 23, 2025 response letter, CDHS must follow standard data security protocols, which includes



Attachment 2

negotiating and executing a data sharing agreement or memorandum of understanding to govern the transfer, use, and retention of the data prior to any legally authorized ongoing or large-scale data transmission. In light of these considerations, the July 30, 2025 deadline for State agencies to submit the SNAP participant data outlined in the SORN is not feasible even if there were no other considerations precluding transmission.

CDHS will continue to comply with federal and state law when it comes to awarding and administering benefits, including by ensuring that SNAP is only provided to individuals and families who are eligible, and by continuing to meet our obligations under existing data sharing agreements. For the reasons stated herein, CDHS respectfully urges that USDA-FNS withdraw the requests for data delineated in the above-referenced letters or, at minimum, stay the deadline to submit the requested data pending resolution of the litigation referenced above.

Sincerely,

Minna Castillo
Deputy Executive Director, Community Partnerships
Colorado Department of Human Services



(FAX)
Email:
Enclosure: Comments on USDA/FNS System of Record Notice Update: Docket No. USDA-2025-11463, USDA/FNS–15, Nat'l SNAP Info. Database, 90 Fed. Reg. 26521 (Jun. 23, 2025)





**U.S. DEPARTMENT OF AGRICULTURE**

August 12, 2025

Governor Jared Polis
State Capitol Building
200 E. Colfax Ave. Rm. 136
Denver, Colorado 80203

Dear Governor Polis,

On May 6, 2025, you were notified that the U.S. Department of Agriculture's (USDA) Food and Nutrition Service (FNS) would be collecting Supplemental Nutrition Assistance Program (SNAP) participant data from January 1, 2020, to present date and that failure to take the steps necessary to provide SNAP data to FNS may trigger noncompliance procedures codified at 7 USC 2020(g). On July 9, 2025, in a letter from Secretary Brooke Rollins, you were reminded of this collection, pursued in accordance with section 11(e)(8)(A) of the Food and Nutrition Act of 2008 (the Act), and informed that you were required to submit this data no later than the close of business July 30, 2025.  Again, on July 25, 2025, in a letter from me, you were reminded of this data collection, of the July 30, 2025 deadline, and that failure to take the steps necessary to provide the relevant data to FNS may trigger noncompliance procedures codified in 7 U.S.C. 2020(g). As of the date of this letter, FNS has not received this participant data and, as a result, the State of Colorado is out of compliance with SNAP requirements.

As provided by 7 CFR 276.4, this letter serves as an advance notice that Colorado could be subject to suspension or disallowance of Federal funding for State SNAP administrative expenses if it does not submit to FNS the requested SNAP participant data. Section 11(e)(8)(A) of the Act requires that Colorado permits disclosure of this data "to persons directly connected with the administration or enforcement of the provisions of [the Act], [and] regulations issued pursuant to" the Act. The July 9th letter directed that the requested data to be submitted using a system owned, administered, and secured by FNS.

In order for FNS to determine that Colorado has made adequate progress towards meeting the data collection requirements, by August 13, 2025, FNS must receive a description of the actions Colorado will undertake in order to ensure that it will submit the requested data to FNS **no later than close of business Friday, August 15, 2025.**

If Colorado fails to comply with the requirements outlined in this advance notification, the USDA may proceed with issuing a formal warning to pursue the suspension or disallowance of Federal funding for State SNAP Administrative expenses and may take any other available legal action.

**Attachment 3**

Office of the Under Secretary for Food, Nutrition, and Consumer Services
1400 Independence Avenue, SW, Washington, DC 20250-9600

As always, the USDA stands ready to provide technical assistance to you so that Colorado may come into compliance with this requirement. You may request this assistance by contacting:

      FNS Tech Team at SNAPdatabase@usda.gov.

Sincerely,

Patrick A. Penn
Deputy Under Secretary
Food, Nutrition, and Consumer Services

**COLORADO**
Department of Human Services

August 19, 2025

Patrick A. Penn
Deputy Under Secretary
Food, Nutrition, and Consumer Services
U.S. Department of Agriculture

Re: August 12, 2025 Demand and Threat to State SNAP (Supplemental Nutrition Assistance Program) by U.S. Department of Agriculture (USDA) Food Nutrition Service (FNS)

Dear Deputy Under Secretary Penn:

The Colorado Department of Human Services (CDHS) has been informed that, on August 12, 2025, you transmitted a letter to the Office of the Governor for the State of Colorado threatening suspension or disallowance of State SNAP administrative expenses. Your letter asserts that this threat is due to Colorado allegedly not having met a prior USDA FNS deadline of July 30, 2025. The deadline stemmed from a request which asked Colorado to produce an unprecedented quantity of data, spanning 5.5 years, and including the personally identifying information (PII) of all applicants and recipients of SNAP benefits and household members of such individuals. This information may only lawfully be shared when data sharing and security protocols are in place.

As outlined below, CDHS cannot comply with the demand as currently drafted because it is illegal and subject to ongoing litigation. Additionally, the timeline for complying with the demand is overly burdensome. Notwithstanding these facts, Colorado has acted in good faith by taking numerous steps to enable CDHS to gather and produce responsive data on a feasible timeline and in a manner that adheres to applicable law. In summary, Colorado is not out of compliance, as the August 12, 2025 letter suggests.

To recap, on July 9, 2025, USDA FNS demanded from Colorado more than five years' worth of data on all SNAP applicants and recipients. On July 23, 2025, CDHS responded by submitting proposed terms for a data and security protocol required by 7 U.S.C. § 2020(a)(3)(B)(i). On July 30, 2025, CDHS reminded USDA FNS of its July 23, 2025 request for a data and security protocol and asked that USDA FNS rescind or stay its July 9, 2025 data request. As of the date of this letter, CDHS has not received a response to either the July 23rd or 30th letters. Because it would be unlawful for CDHS to provide the demanded data without a data and security protocol containing the terms proposed in CDHS' July 23rd letter, CDHS is unable to move forward with the data request.

Despite this, USDA FNS has imposed a new deadline of August 19, 2025, for FNS to "receive a description of the actions [Colorado] will undertake in order to ensure that it will submit the requested data to FNS." Even if the USDA's demands were lawful, there is no feasible way to submit the requested data within the demanded time period. Compliance with the data demand within the timeline the USDA has

**Attachment 4**

1575 Sherman St., Denver, CO 80203  |  P 303.866.5700  |  cdhs.colorado.gov
Jared Polis, Governor  |  Michelle Barnes, Executive Director



**COLORADO**
Department of Human Services

sought to impose is not possible due to multiple factors, including, but not limited to, the enormous breadth of the request, the short time period within which to comply, the technical difficulty associated with compiling the data, and the lack of data and security protocols requested by CDHS and required by law. We anticipate that CDHS would need no less than three months to complete the processing required for a request of this magnitude.

CDHS is taking numerous steps to prepare itself to gather and produce responsive data on a feasible timeline, if and when the request becomes lawful. First, CDHS sent proposed terms in its July 23, 2025 letter in an attempt to negotiate and secure the required data and security protocol as required by 7 U.S.C. § 2020(a)(3)(B)(i). Second, CDHS has taken steps to assess the hours, resources, and individuals necessary to compile the requested data. Third, CDHS has taken steps to evaluate the complexities associated with the various databases housing the requested data to assess how the data can be accurately compiled.

Finally, as stated above, this data request is the subject of ongoing litigation. CDHS continues to request that USDA FNS withdraw its demand for the reasons outlined in the complaint, which is pending before the U.S. District Court for the Northern District of California. We also ask that, at a minimum, the data demand and any noncompliance proceedings be stayed pending this litigation. As stated in CDHS' July 23 and July 30, 2025 letters, we remain ready and willing to engage with USDA FNS regarding the required data and security protocol. Thank you for your attention to this request.

Respectfully,

Abby McClelland

Director, Food and Energy Assistance Division





**U.S. DEPARTMENT OF AGRICULTURE**

August 20, 2025

Governor Jared Polis
State Capitol Building
200 E. Colfax Ave. Rm. 136
Denver, Colorado 80203

Dear Governor Polis,

This formal warning is sent as a follow-up to our August 12, 2025 advance notification to Colorado's Department of Human Services for non-compliance with the U.S. Department of Agriculture's (USDA) requirement to submit Supplemental Nutrition Assistance Program (SNAP) enrollment data by July 30, 2025.

The advance notification followed USDA's several earlier requests[1] for SNAP enrollment data and required Department of Human Services to come into compliance with Federal requirements at 7 U.S.C. 2020(e)(8)(A) by transmitting SNAP enrollment data no later than close of business Friday, August 15, 2025. In response to State requests, on August 14, 2025, USDA extended the deadline for compliance to August 19, 2025. Although many states have fully complied with the law and submitted SNAP enrollment data to USDA, as of the date of this letter, the Food Nutrition Service (FNS) has not received complete enrollment data from Department of Human Services.

This letter serves as a formal warning under 7 C.F.R. § 276.4(d)(2) to Colorado's Department of Human Services for failure to comply with requirements for providing SNAP enrollment data. Unless Department of Human Services can demonstrate compliance by transmitting the SNAP enrollment data for Colorado, FNS will initiate a disallowance of Federal funding.

FNS will determine whether Department of Human Services has demonstrated such compliance based on successful completion of either of the two actions outlined in this letter.

- Department of Human Services must submit, within 30 days from receipt of this letter, evidence that it has complied.

- If Department of Human Services is unable to provide such evidence of compliance, it must submit, within 30 days from receipt of this letter, a corrective action proposal that FNS finds acceptable. The corrective action proposal must demonstrate how and by what date it will comply with the data sharing requirements outlined in USDA Secretary Brooke Rollins' letter to State agencies on July 9, 2025. Department of Human Services must also submit progress reports to FNS as set forth in the approved corrective action proposal.

---

[1] In letters dated May 6, 2025, July 9, 2025, and July 25, 2025, USDA informed Department of Human Services this data collection.

**Attachment 5**

Office of the Under Secretary for Food, Nutrition, and Consumer Services
1400 Independence Avenue, SW, Washington, DC 20250-9600
USDA is an Equal Opportunity Provider, Employer, and Lender

If Department of Human Services fails to demonstrate compliance with the data sharing requirements to the satisfaction of FNS, FNS will disallow up to $32,546,613.53 for Department of Human Services' SNAP administrative expenses for each quarter in which Department of Human Services is out of compliance with the requirements of this letter, in accordance with 7 CFR 276.4.  Because the data is needed to enhance the Government's ability to detect overpayments and fraud in SNAP, FNS has calculated this amount using Colorado's Federal Fiscal Year (FFY) 2024 SNAP Quality Control payment error rate of 9.97%. As Department of Human Services is aware, the SNAP Quality Control system measures how accurately State agencies determine eligibility and benefit amounts and, therefore, is the best measure available to FNS to estimate the cost of Department of Human Services' noncompliance with USDA's data request. The amount of $32,546,613.53 represents 9.97% of Colorado's FFY 2024 total allotments, divided by four.

The complete transmission of the required SNAP enrollment data is imperative to ensure FNS and the State agency have full insight into SNAP program integrity. In the absence of data, FNS lacks key information necessary to ensure effective stewardship of taxpayer dollars. FNS has already discovered from states that are complying with this statutory data sharing requirement that fraud or duplication in state distribution of federal funds has gone unreported and needs remediation.  FNS stands ready to assist Department of Human Services with resolving the deficiencies through continued technical assistance to ensure its data is transmitted in compliance with Federal requirements.

If Department of Human Services wishes to discuss these matters further, please contact the FNS Tech Team at SNAPdatabase@usda.gov.


Sincerely,

Patrick A. Penn
Deputy Under Secretary
Food, Nutrition, and Consumer Services


**U.S. DEPARTMENT OF AGRICULTURE**

August 26, 2025

MINNA CASTILLO
*Deputy Executive Director*
*Community Partnerships*
*Colorado Department of Human Services*
*1575 Sherman Street*
*Denver, CO  80203*

Dear Deputy Executive Director Castillo,

Thank you for your July 30, 2025, letter to Secretary Rollins regarding the United States Department of Agriculture's (USDA) data sharing request on recipients of the Supplemental Nutrition Assistance Program (SNAP).  I am responding on behalf of the Secretary.

USDA is committed to fulfilling President Trump's Executive Order 14243, Stopping Waste, Fraud, and Abuse by Eliminating Information Silos. As noted by Secretary Rollins in her letter dated May 6, 2025, the request for SNAP data is consistent with FNS's statutory authority and the President's Executive Order.  USDA is committed to ensuring Americans in need receive assistance, while at the same time safeguarding taxpayer dollars from waste, fraud, and abuse. We value our partnership with State agencies and look forward to working with you to protect the integrity of the SNAP program.

If you or your staff have any questions, please have your staff contact FNS Tech Team at SNAPdatabase@usda.gov.

Sincerely,

Patrick A. Penn
Deputy Under Secretary
Food, Nutrition, and Consumer Services
U.S. Department of Agriculture

**Attachment 6**