BRETT A. SHUMATE
Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
BRADLEY P. HUMPHREYS
Senior Trial Counsel
BENJAMIN S. KURLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>　　　　　　*Plaintiffs*,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>　　　　　　*Defendants*. | Case No. 3:25-cv-06310-MMC<br><br>**DEFENDANTS' NOTICE REGARDING PLAINTIFF NEVADA** |

　　　　Defendants submit the enclosed Declaration of Gina Brand to update the Court on the status of Plaintiff the State of Nevada, which recently provided data pursuant to USDA's data request.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　BRETT A. SHUMATE
　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　Civil Division

　　　　　　　　　　　　　　　　　　ELIZABETH J. SHAPIRO
　　　　　　　　　　　　　　　　　　Deputy Branch Director
　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch

1
2   /s/ *B. Kurland*
3   BENJAMIN S. KURLAND
    Trial Attorney
4   BRADLEY P. HUMPHREYS
    Senior Trial Counsel
5   United States Department of Justice
    Civil Division, Federal Programs Branch
6   1100 L Street, NW
    Washington, DC 20005
7   Tel: (202) 598-7755
    ben.kurland@usdoj.gov
8
    *Counsel for Defendants*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28