UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.* <br><br> Defendants. | **DECLARATION OF GINA BRAND** <br><br> Civil Action No. 3:25-cv-06310 |

Pursuant to 28 U.S.C. § 1746, I, Gina Brand, declare:

1. I am the Senior Policy Advisor for Integrity for the Food, Nutrition, and Consumer Services ("FNCS") mission area, which is a component of the United States Department of Agriculture ("USDA"). I have served in this position since April 2025 and was previously with the Food Nutrition Service since 2015.

2. In my capacity as Senior Policy Advisor for Integrity, I provide guidance and support to USDA senior leadership on matters pertaining to the integrity of the sixteen domestic nutrition and food security programs administered by FNCS. I also coordinate and manage the agency's various integrity projects and efforts, including those taken in furtherance of Executive Order 14243, "Stopping Waste, Fraud, and Abuse by Eliminating Information Silos." One of the integrity projects within my realm of responsibility is the National Supplemental Nutrition Assistance Program (SNAP) Information Database.

3. I make the statements herein based on personal knowledge, as well as on information I acquired while performing my official duties and discussions with colleagues at the USDA who are familiar with the facts at issue in this litigation.

**DECLARATION OF GINA BRAND - 1**

4. On July 28, 2025, Plaintiff State Nevada submitted SNAP data in response to a request by USDA. At the time of Nevada's submission, it requested that USDA confirm receipt.

5. On July 30, 2025, USDA completed a preliminary review of Nevada's data submission to ensure it had received all of the SNAP data that had been submitted by the state. The result of that review was that all of the files that had been uploaded by Nevada were received by USDA. USDA then informed Nevada that it had received its submission.

Under penalty of perjury, pursuant to 28 U.S.C. § 1746(2), I declare the foregoing to be true and correct to the best of my knowledge.

On this 15th day of September 2025, in Washington, D.C.

_____
Gina Brand

**DECLARATION OF GINA BRAND - 2**