# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** September 16, 2025     **Time:** 9:59 - 11:49     **Judge:** MAXINE M. CHESNEY
                                  12:07 – 12:41
                                  12:52 – 1:08
                                  = 2 hours 40 minutes

**Case No.:** 25-cv-06310-MMC     **Case Name:** State of California et al
                                  v. United States Department of Agriculture et al

**Attorney for Plaintiff State of California:** Sebastian Brady, Paul Stein
**Attorney for Plaintiff State of New York:** Mark Ladov
**Attorney for Defendant:** Benjamin Kurland, Bradley Humphreys

**Deputy Clerk:** Tracy Geiger          **Court Reporter:** Kendra Steppler

## PROCEEDINGS

Plaintiffs' Motion for Stay or Preliminary Injunction (Dkt. No. 59) - hearing held.

Parties stated appearances.

Oral Argument presented.

Matter taken under submission.


**Order to be prepared by:**
(  )   Plaintiff          (  )   Defendant          (X)   Court