ROB BONTA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General
ANDREW Z. EDELSTEIN
ANNA RICH
EDWARD P. WOLFE
MARIA F. BUXTON
ROBIN GOLDFADEN
WILLIAM BELLAMY
SEBASTIAN BRADY
Deputy Attorneys General
State Bar No. 330904
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone:  415-510-3592
  Fax:  415-703-5480
  E-mail:  Sebastian.Brady@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA; STATE OF NEW YORK; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAI'I; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR** ex rel. Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky; **STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; OFFICE OF THE GOVERNOR** ex rel. Josh Shapiro, in his official capacity as Governor of the Commonwealth of Pennsylvania; **STATE OF RHODE ISLAND; STATE OF WASHINGTON; STATE OF WISCONSIN,**<br><br>Plaintiffs,<br><br>v. | 3:25-cv-06310-MMC<br><br>**DECLARATION OF SEBASTIAN BRADY IN SUPPORT OF PLAINTIFF STATES' EX PARTE MOTION TO MODIFY TEMPORARY RESTRAINING ORDER TO INCLUDE ADDITIONAL PLAINTIFF STATE PENNSYLVANIA**<br><br>Courtoom:   7<br>Judge:       Hon. Maxine M. Chesney<br><br>Action Filed: 7/28/2025 |

**UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS,** in her official capacity as U.S. Secretary of Agriculture; **U.S. DEPARTMENT OF AGRICULTURE'S OFFICE OF INSPECTOR GENERAL,**

                    Defendants.

**DECLARATION OF SEBASTIAN BRADY IN SUPPORT OF PLAINTIFF STATES' EX PARTE MOTION TO MODIFY TEMPORARY RESTRAINING ORDER**

I, Sebastian Brady, declare under penalty of perjury that the following is true and correct:

1. I am a member of the California State Bar, admitted to practice before this Court, employed as a Deputy Attorney General in the California Office of the Attorney General, and lead counsel to Plaintiff the State of California. I make this declaration in support of Plaintiff States' Ex Parte Motion to Modify Temporary Restraining Order.

2. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

3. As explained in the accompanying motion papers, Plaintiffs are seeking to include the Commonwealth of Pennsylvania ("Pennsylvania") in the temporary restraining order issued by the Court on September 18, 2025 (the "TRO").

4. On August 18, 2025, Plaintiff States filed the Motion for a Stay or Preliminary Injunction ("Motion for Preliminary Injunction"), seeking an order staying, under § 705 of the Administrative Procedure Act, or preliminarily enjoining both: (1) USDA's demand for SNAP applicant and recipient data from Plaintiffs; and (2) the institution of noncompliance procedures against Plaintiffs.

5. After filing the Motion for Preliminary Injunction, Plaintiff States asked USDA to stay its demand pending the outcome of the motion. USDA refused this demand. *See* First Brady Decl. Ex. Q, ECF No. 67-1, at ECF p. 64.

6. After being contacted by Counsel for the Governor of the Commonwealth of Pennsylvania about joining this lawsuit, Plaintiff States informed Defendants that Plaintiff States were considering amending their Complaint to add one or two additional States and seeking to have them covered by any preliminary relief ordered by this Court. Plaintiff States asked whether Defendants would oppose any motion by additional states to join the Motion for Preliminary Injunction; Defendants did not take a clear position, instead reserving the right to argue that any added plaintiff states are not entitled to injunctive relief. A true and correct copy of this correspondence is included in the email chain attached hereto as Exhibit 1; *see* Ex. 1, p. 3.

1

7. Plaintiff States determined that it would be best to wait to bring this Motion until after the Court's decision on the Motion for Preliminary Injunction, *see* ECF 59, in light of the challenges posed by the number and complexity of the issues raised in the Motion for Preliminary Injunction and the expedited briefing and hearing schedule, which was necessitated by the pending threat of disallowance of SNAP administrative funds. Additionally, given the fact that Pennsylvania is similarly situated to the other Plaintiff States and raises no different or distinct issues, there is no risk of prejudice to Defendants. Under such circumstances, seeking to amend the existing temporary restraining order to extend to Pennsylvania represents the most efficient course of action.

8. On September 16, 2025, the Court heard oral argument on the Motion for Preliminary Injunction. ECF No. 79.

9. On September 18, the Court ordered that: "Specifically, with respect to all Plaintiff States other than the State of Nevada, the USDA is hereby TEMPORARILY ENJOINED from acting on [its] formal warning letters, including by disallowing SNAP funding." ECF No. 83.

10. Plaintiff States filed the Amended Complaint on September 22.

11. Additionally, on September 22, counsel for Plaintiff States provided notice to counsel for Defendants that Plaintiffs intended to file this Ex Parte Motion to Modify the Temporary Restraining Order to Include Additional Plaintiff State Pennsylvania. Counsel for Defendants responded promptly on September 22 as follows: "Our position remains that Plaintiffs can amend their complaint as a matter of right under Rule 15. We oppose expansion of the TRO." A true and correct copy of this correspondence is included in the email chain attached hereto as Exhibit 1.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on September 22, 2025 at San Francisco, CA.

*/s Sebastian Brady*
Sebastian Brady

2

# Exhibit 1

| | |
|---|---|
| **From:** | Humphreys, Bradley (CIV) |
| **To:** | Sebastian Brady; Kurland, Benjamin S (CIV); Ladov, Mark; Maria Buxton |
| **Cc:** | Paul Stein; Gaber, Sherief |
| **Subject:** | RE: CA et al. v. USDA - Request for Stipulation |
| **Date:** | Monday, September 22, 2025 1:42:55 PM |

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hi Sebastian,

Our position remains that Plaintiffs can amend their complaint as a matter of right under Rule 15. We oppose expansion of the TRO.

Thanks,
Brad

**From:** Sebastian Brady <Sebastian.Brady@doj.ca.gov>
**Sent:** Monday, September 22, 2025 4:26 PM
**To:** Kurland, Benjamin S (CIV) <Ben.Kurland@usdoj.gov>; Ladov, Mark <Mark.Ladov@ag.ny.gov>; Maria Buxton <Maria.Buxton@doj.ca.gov>
**Cc:** Paul Stein <Paul.Stein@doj.ca.gov>; Gaber, Sherief <sherief.gaber@ilag.gov>; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>
**Subject:** [EXTERNAL] RE: CA et al. v. USDA - Request for Stipulation

Counsel:

As we flagged earlier, we're planning to amend our complaint today to add Pennsylvania as a plaintiff and file an ex parte motion asking the court to expand the TRO to cover them. If you are able to provide a response in the next two hours or so, we can include it in the motion. Otherwise we will just note that we provided you notice this afternoon and have not received a response. We will also provide a courtesy copy of the motion as soon as it is filed.

Best,
Sebastian

**From:** Kurland, Benjamin S (CIV) <Ben.Kurland@usdoj.gov>
**Sent:** Friday, September 12, 2025 1:32 PM
**To:** Ladov, Mark <Mark.Ladov@ag.ny.gov>; Sebastian Brady <Sebastian.Brady@doj.ca.gov>; Maria Buxton <Maria.Buxton@doj.ca.gov>
**Cc:** Paul Stein <Paul.Stein@doj.ca.gov>; Gaber, Sherief <sherief.gaber@ilag.gov>; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>
**Subject:** Re: CA et al. v. USDA - Request for Stipulation

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Thank you for confirming and for notifying us. We understand that under Rule 15, Plaintiffs may amend their complaint as a matter of right to include these plaintiffs. We reserve the right to argue that any added plaintiffs are not entitled to injunctive relief based on the relevant facts.

Ben Kurland
Trial Attorney | Federal Programs Branch
202.598.7755

---

**From:** Ladov, Mark <Mark.Ladov@ag.ny.gov>
**Sent:** Friday, September 12, 2025 3:12:59 PM
**To:** Kurland, Benjamin S (CIV) <Ben.Kurland@usdoj.gov>; Sebastian Brady <sebastian.brady@doj.ca.gov>; Maria Buxton <Maria.Buxton@doj.ca.gov>
**Cc:** Paul Stein <paul.stein@doj.ca.gov>; Gaber, Sherief <sherief.gaber@ilag.gov>; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>
**Subject:** [EXTERNAL] RE: CA et al. v. USDA - Request for Stipulation

Yes, that's correct.  Thanks,

**Mark Ladov**
**Special Counsel**
New York State Office of the Attorney General
28 Liberty Street | New York, New York 10005
Office: (212) 416-8240
Cell: (347) 814-9434
Email: mark.ladov@ag.ny.gov

---

**From:** Kurland, Benjamin S (CIV) <Ben.Kurland@usdoj.gov>
**Sent:** Friday, September 12, 2025 3:11 PM
**To:** Sebastian Brady <sebastian.brady@doj.ca.gov>; Maria Buxton <Maria.Buxton@doj.ca.gov>
**Cc:** Paul Stein <paul.stein@doj.ca.gov>; Ladov, Mark <Mark.Ladov@ag.ny.gov>; Gaber, Sherief <sherief.gaber@ilag.gov>; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>
**Subject:** Re: CA et al. v. USDA - Request for Stipulation

Just to confirm, you would not be adding any claims, or factually allegations outside of those which make the new states similarly situated to the old?

Ben Kurland
Trial Attorney | Federal Programs Branch
202.598.7755

**From:** Sebastian Brady <Sebastian.Brady@doj.ca.gov>
**Sent:** Friday, September 12, 2025 1:07:36 PM
**To:** Kurland, Benjamin S (CIV) <Ben.Kurland@usdoj.gov>; Maria Buxton <Maria.Buxton@doj.ca.gov>
**Cc:** Paul Stein <Paul.Stein@doj.ca.gov>; mark.ladov@ag.ny.gov <mark.ladov@ag.ny.gov>; sherief.gaber@ilag.gov <sherief.gaber@ilag.gov>; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>
**Subject:** [EXTERNAL] RE: CA et al. v. USDA - Request for Stipulation

Thanks, Ben. That makes sense to us. Do you have a response on whether Defendants would oppose a motion by a couple of similarly situated states to join our PI motion should we amend our complaint to add them ahead of the hearing?

Best,
Sebastian

---

**From:** Kurland, Benjamin S (CIV) <Ben.Kurland@usdoj.gov>
**Sent:** Friday, September 12, 2025 9:30 AM
**To:** Sebastian Brady <Sebastian.Brady@doj.ca.gov>; Maria Buxton <Maria.Buxton@doj.ca.gov>
**Cc:** Paul Stein <Paul.Stein@doj.ca.gov>; mark.ladov@ag.ny.gov; sherief.gaber@ilag.gov; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>
**Subject:** RE: CA et al. v. USDA - Request for Stipulation

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hi Sebastian,

Apologies for the delay as we discussed the stipulation question. We think it makes most sense to stick to Local Rule 16-5 applying, rather than a stipulation to extend a 60-day deadline. As such, we think it would make sense filing a short notice or stipulation confirming that LR 16-5 applies notwithstanding the mention of 60 days in Plaintiffs' summons. Let us know if you agree with this course of action.

Thanks,
Ben

Ben Kurland
Trial Attorney | Federal Programs Branch
202.598.7755

---

**From:** Sebastian Brady <Sebastian.Brady@doj.ca.gov>
**Sent:** Wednesday, September 10, 2025 12:12 PM

**To:** Kurland, Benjamin S (CIV) <Ben.Kurland@usdoj.gov>; Maria Buxton <Maria.Buxton@doj.ca.gov>
**Cc:** Paul Stein <Paul.Stein@doj.ca.gov>; mark.ladov@ag.ny.gov; sherief.gaber@ilag.gov; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>
**Subject:** [EXTERNAL] RE: CA et al. v. USDA - Request for Stipulation

Thanks, Ben. Let's say 1:10pm ET, just to give you a quick break in between. I'll send an invite now.

---

**From:** Kurland, Benjamin S (CIV) <Ben.Kurland@usdoj.gov>
**Sent:** Wednesday, September 10, 2025 9:05 AM
**To:** Sebastian Brady <Sebastian.Brady@doj.ca.gov>; Maria Buxton <Maria.Buxton@doj.ca.gov>
**Cc:** Paul Stein <Paul.Stein@doj.ca.gov>; mark.ladov@ag.ny.gov; sherief.gaber@ilag.gov; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>
**Subject:** Re: CA et al. v. USDA - Request for Stipulation

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hi Sebastian,

Happy to. I'm in a meeting until 1, and have a call at 4, but could do in between, if you're available.

Ben

Ben Kurland
Trial Attorney | Federal Programs Branch
202.598.7755

---

**From:** Sebastian Brady <Sebastian.Brady@doj.ca.gov>
**Sent:** Wednesday, September 10, 2025 12:00:07 PM
**To:** Kurland, Benjamin S (CIV) <Ben.Kurland@usdoj.gov>; Maria Buxton <Maria.Buxton@doj.ca.gov>
**Cc:** Paul Stein <Paul.Stein@doj.ca.gov>; mark.ladov@ag.ny.gov <mark.ladov@ag.ny.gov>; sherief.gaber@ilag.gov <sherief.gaber@ilag.gov>; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>
**Subject:** [EXTERNAL] RE: CA et al. v. USDA - Request for Stipulation

Hi Ben,

Do you have a few minutes this afternoon to discuss?

Thanks,
Sebastian

---

**From:** Kurland, Benjamin S (CIV) <Ben.Kurland@usdoj.gov>

**Sent:** Tuesday, September 9, 2025 1:40 PM
**To:** Sebastian Brady <Sebastian.Brady@doj.ca.gov>; Maria Buxton <Maria.Buxton@doj.ca.gov>
**Cc:** Paul Stein <Paul.Stein@doj.ca.gov>; mark.ladov@ag.ny.gov; sherief.gaber@ilag.gov; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>
**Subject:** RE: CA et al. v. USDA - Request for Stipulation

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Thanks, Sebastian.

Ben Kurland
Trial Attorney | Federal Programs Branch
202.598.7755

---

**From:** Sebastian Brady <Sebastian.Brady@doj.ca.gov>
**Sent:** Tuesday, September 9, 2025 4:30 PM
**To:** Kurland, Benjamin S (CIV) <Ben.Kurland@usdoj.gov>; Maria Buxton <Maria.Buxton@doj.ca.gov>
**Cc:** Paul Stein <Paul.Stein@doj.ca.gov>; mark.ladov@ag.ny.gov; sherief.gaber@ilag.gov; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>
**Subject:** [EXTERNAL] RE: CA et al. v. USDA - Request for Stipulation

Hi Ben,

We've been a little tied up on our end, but wanted to let you know that we're checking into a couple of things on this and should be able to get back to you tomorrow.

Best,
Sebastian

---

**From:** Kurland, Benjamin S (CIV) <Ben.Kurland@usdoj.gov>
**Sent:** Monday, September 8, 2025 8:55 AM
**To:** Maria Buxton <Maria.Buxton@doj.ca.gov>
**Cc:** Paul Stein <Paul.Stein@doj.ca.gov>; mark.ladov@ag.ny.gov; sherief.gaber@ilag.gov; Sebastian Brady <Sebastian.Brady@doj.ca.gov>; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>
**Subject:** RE: CA et al. v. USDA - Request for Stipulation

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hi Maria and all,

If my calculations are correct, Defendants answer/response to Plaintiffs' complaint is

due at the end of this month, September 29. Given the ongoing preliminary injunction, we think it would make sense to extend this deadline by 30 days to October 29, 2025. Would Plaintiffs stipulate to this extension?

Thanks,
Ben

Ben Kurland
Trial Attorney | Federal Programs Branch
202.598.7755

---

**From:** Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>
**Sent:** Monday, August 25, 2025 3:39 PM
**To:** Maria Buxton <Maria.Buxton@doj.ca.gov>; Kurland, Benjamin S (CIV) <Ben.Kurland@usdoj.gov>
**Cc:** Paul Stein <Paul.Stein@doj.ca.gov>; mark.ladov@ag.ny.gov; sherief.gaber@ilag.gov; Sebastian Brady <Sebastian.Brady@doj.ca.gov>
**Subject:** RE: CA et al. v. USDA - Request for Stipulation

Thanks, Maria.  This is all fine with us.  You have our sign-off to file.

---

**From:** Maria Buxton <Maria.Buxton@doj.ca.gov>
**Sent:** Monday, August 25, 2025 3:16 PM
**To:** Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>; Kurland, Benjamin S (CIV) <Ben.Kurland@usdoj.gov>
**Cc:** Paul Stein <Paul.Stein@doj.ca.gov>; mark.ladov@ag.ny.gov; sherief.gaber@ilag.gov; Sebastian Brady <Sebastian.Brady@doj.ca.gov>
**Subject:** [EXTERNAL] RE: CA et al. v. USDA - Request for Stipulation

Thanks, Brad. These edits generally look fine to us. I'm attaching a clean version of the stipulation, which we will file shortly, once we add Plaintiffs' signature blocks. The only changes we made are: (1) we retained the quotation marks around "formal warnings" in paragraph 3, and (2) we changed the title, which now reads "Stipulated Request to Shorten Time…" rather than "Stipulation to Shorten Time…" I'm also attaching a proposed order to accompany the stipulation, given that it is a stipulated request.

Per Local Rule 6-2, we are also required to submit a declaration to support any stipulated request to shorten time. We think it makes sense for Plaintiffs' counsel to submit a short declaration, and make it clear therein that Defendants are not agreeing to anything in that declaration. We've attached our declaration here as a courtesy.

Absent objection, we'll go ahead and file this around 2PM PT.

Thanks,
Maria

**Maria F. Buxton**
Deputy Attorney General
California Attorney General's Office | Government Law Section
455 Golden Gate Avenue, Suite 11000 | San Francisco, CA 94102 | Tel: 415-510-3873
maria.buxton@doj.ca.gov

---

**From:** Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>
**Sent:** Monday, August 25, 2025 9:02 AM
**To:** Maria Buxton <Maria.Buxton@doj.ca.gov>; Kurland, Benjamin S (CIV) <Ben.Kurland@usdoj.gov>
**Cc:** Paul Stein <Paul.Stein@doj.ca.gov>; mark.ladov@ag.ny.gov; sherief.gaber@ilag.gov; Sebastian Brady <Sebastian.Brady@doj.ca.gov>
**Subject:** RE: CA et al. v. USDA - Request for Stipulation

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Maria, and all,

Here are our proposed edits. If these are acceptable, you have our permission to file. Happy to discuss any further edits, as needed.

Thanks,
Brad

---

**From:** Maria Buxton <Maria.Buxton@doj.ca.gov>
**Sent:** Friday, August 22, 2025 7:45 PM
**To:** Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>; Kurland, Benjamin S (CIV) <Ben.Kurland@usdoj.gov>
**Cc:** Paul Stein <Paul.Stein@doj.ca.gov>; mark.ladov@ag.ny.gov; sherief.gaber@ilag.gov; Sebastian Brady <Sebastian.Brady@doj.ca.gov>
**Subject:** [EXTERNAL] RE: CA et al. v. USDA - Request for Stipulation

Thanks, Brad. That shouldn't be an issue. I've attached a draft stipulation for your consideration here. Please let us know your thoughts as soon as possible, so we can get this on file Monday morning PT.

Best,
Maria

**From:** Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>
**Sent:** Friday, August 22, 2025 3:32 PM
**To:** Maria Buxton <Maria.Buxton@doj.ca.gov>; Kurland, Benjamin S (CIV) <Ben.Kurland@usdoj.gov>
**Cc:** Paul Stein <Paul.Stein@doj.ca.gov>; mark.ladov@ag.ny.gov; sherief.gaber@ilag.gov; Sebastian Brady <Sebastian.Brady@doj.ca.gov>
**Subject:** Re: CA et al. v. USDA - Request for Stipulation

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hi Maria, and all,

We can stipulate to that schedule, subject to the court's availability. We will want to include some language in the stipulation that, by agreeing, defendants shouldn't be understood to agree plaintiffs will be harmed absent a decision by September 19. Can we hash out the language of the stipulation on Monday?

Thanks,
Brad

---

**From:** Maria Buxton <Maria.Buxton@doj.ca.gov>
**Sent:** Friday, August 22, 2025 1:49:06 PM
**To:** Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>; Kurland, Benjamin S (CIV) <Ben.Kurland@usdoj.gov>
**Cc:** Paul Stein <Paul.Stein@doj.ca.gov>; mark.ladov@ag.ny.gov <mark.ladov@ag.ny.gov>; sherief.gaber@ilag.gov <sherief.gaber@ilag.gov>; Sebastian Brady <Sebastian.Brady@doj.ca.gov>
**Subject:** [EXTERNAL] CA et al. v. USDA - Request for Stipulation

Brad, Ben –

In light of the formal warning letters we received late on August 20, and your representations yesterday, Plaintiffs believe there is good cause for their Motion for a Stay or Preliminary Injunction to be heard prior to September 19. We propose the following schedule, which would leave USDA's opposition deadline unchanged:

- Defendant's opposition: **September 2, 2025**
- Plaintiffs' reply: **September 8, 2025**
- Hearing: **September 12, 2025**

Please let us know if you are willing to stipulate to this schedule by 5PM ET today. Otherwise, Plaintiffs intend to move to shorten time.

Thanks,
Maria

**Maria F. Buxton**
Deputy Attorney General
California Attorney General's Office | Government Law Section
455 Golden Gate Avenue, Suite 11000 | San Francisco, CA 94102 | Tel: 415-510-3873
maria.buxton@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or

legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.