ROB BONTA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General
ANDREW Z. EDELSTEIN
ANNA RICH
EDWARD P. WOLFE
MARIA F. BUXTON
ROBIN GOLDFADEN
SEBASTIAN BRADY
WILLIAM BELLAMY
Deputy Attorneys General
State Bar No. 347029
  1300 I Street, Suite 125
  Sacramento, CA 95814
  Telephone: (916) 210-6086
  Fax: (916) 324-8835
  E-mail: William.Bellamy@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE**, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-06310-MMC<br><br>**[PROPOSED] ORDER** |

Plaintiffs the States of California, New York, Arizona, Colorado, Connecticut, Delaware, Hawaiʻi, Illinois, Maine, Maryland, Michigan, Minnesota, Nevada, New Jersey, New Mexico, Oregon, Rhode Island, Washington, Wisconsin, the District of Columbia, the Commonwealth of Massachusetts, the Office of The Governor ex rel. Josh Shapiro, in his official capacity as Governor of the Commonwealth of Pennsylvania, and the Office of The Governor ex rel. Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky (collectively,

"Plaintiffs" or "Plaintiff States") have established that Pennsylvania is similarly situated to the other Plaintiff States and does not raise different or unique issues, and faces irreparable harm in the absence of preliminary relief.

For these reasons, it is hereby ORDERED that:

The USDA is temporarily enjoined from acting on its formal warning letters to Pennsylvania, including by disallowing Pennsylvania's SNAP funding.

Date: _____  _____
Judge Maxine M. Chesney