# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** September 23, 2025   **Time:** 11:00 - 11:40   **Judge:** MAXINE M. CHESNEY
= 40 minutes

**Case No.:** 25-cv-06310-MMC   **Case Name:** State of California et al
v. United States Department of Agriculture

**Attorney for State of California and appearing for all Plaintiff States:** Sebastian Brady
**Attorney for State of Pennsylvania:** Michael Fischer
**Attorney for Defendant:** Bradley Humphreys

**Deputy Clerk:** Tracy Geiger                **Zoom Recording**

## PROCEEDINGS

**Scheduling Hearing re Ex Parte Motion to Modify Temporary Restraining Order to Include Additional Plaintiff State of Pennsylvania – hearing held.**

**Briefing schedule set:**

**State of Pennsylvania's supplemental brief due by 4:00 p.m. (Eastern Daylight Time) on September 24, 2025.**

**Defendant's Opposition due by 4:00 p.m. (Eastern Daylight Time) on September 26, 2025.**

**State of Pennsylvania's reply brief due by 4:00 p.m. (Eastern Daylight Time) on September 29, 2025.**

**Case continued to: September 30, 2025, at 10:00 a.m. for Hearing on Motion to Modify Temporary Restraining Order – to be held by Zoom Webinar**