1  JENNIFER SELBER
   General Counsel
2  MICHAEL J. FISCHER
   Executive Deputy General Counsel
3  JACOB B. BOYER
   Deputy General Counsel
4  PA State Bar No. 322311
    30 North Third St., Ste. 200
5    Harrisburg, PA 17101
    Telephone: (717) 831-2847
6    E-mail: mjfischer@pa.gov

7  *Attorneys for Plaintiff Governor Josh Shapiro*

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

11

| | |
|---|---|
| **STATE OF CALIFORNIA; STATE OF NEW YORK; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAI'I; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR** ex rel. Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky; **STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; OFFICE OF THE GOVERNOR** ex rel. Josh Shapiro, in his official capacity as Governor of the Commonwealth of Pennsylvania; **STATE OF RHODE ISLAND; STATE OF WASHINGTON; STATE OF WISCONSIN,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS,** in her official capacity as U.S. Secretary of Agriculture; **U.S. DPEARTMENT OF** | 3:25-cv-06310<br><br>**DECLARATION OF MICHAEL FISCHER IN SUPPORT OF PLAINTIFF STATES' EX PARTE MOTION TO MODIFY TEMPORARY RESTRAINING ORDER TO INCLUDE ADDITIONAL PLAINTIFF STATE PENNSYLVANIA**<br><br><br>Date:        9/30/2025<br>Time:       10:00 a.m.<br>Courtroom: 7<br>Judge:      Hon. Maxine M. Chesney<br>Action Filed: 7/28/2025 |

1  | **AGRICULTURE'S OFFICE OF INSPECTOR GENERAL,**
2  |
3  |                    Defendants.

**DECLARATION OF MICHAEL FISCHER**

I, Michael Fischer, declare under penalty of perjury that the following is true and correct:

1. I am a member of the Pennsylvania Bar, employed as an Executive Deputy General Counsel in the Pennsylvania Governor's Office of General Counsel (OGC), and I serve as counsel to Plaintiff Governor Josh Shapiro in this matter. I make this declaration in support of Plaintiff States' Ex Parte Motion to Modify Temporary Restraining Order.

2. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

3. Prior to the filing of the amended complaint in this action, OGC sought and obtained approval from the Pennsylvania Office of Attorney General to represent Governor Shapiro in this action.

4. Attached is a true and correct copy of an email message from Greg Rowe, Senior Counsel to the Attorney General, to Theron Perez, First Deputy General Counsel, dated September 18, 2025, granting the request.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on September 24, 2025 at Philadelphia, PA.

                                           */s/ Michael J. Fischer*
                                           Michael J. Fischer

## Fischer, Michael (GC)

**From:** Rowe, Greg A. <growe@attorneygeneral.gov>
**Sent:** Thursday, September 18, 2025 9:45 AM
**To:** Perez, Theron (GC)
**Cc:** Bowser, Kara
**Subject:** SNAP Delegation

September 18, 2025

RE:  Request for Delegation:  CA v. USDA, Docket No. 3:22-cv-06310 (USDC ND CA)

The Office of Attorney General recognizes the Governor's statutory authority under 71 P.S. Section 732-303 of the Commonwealth Attorneys Act, which allows the Governor to authorize the Office of General Counsel to intervene on his behalf as a matter of right when a delegation request to the OAG is declined.  When this occurs, the OGC's legal representation is limited to the Office of the Governor and certain executive agencies. The OAG shall at all times retain its statutory right to represent the Commonwealth.  Accordingly, because of the applicable statutory mandates, your request is granted.

Best,

Greg Rowe
Senior Counsel to the Attorney General