IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA; STATE OF NEW YORK; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAI'I; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR** ex rel. Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky; **STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF WASHINGTON; STATE OF WISCONSIN,**<br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS,** in her official capacity as U.S. Secretary of Agriculture; **U.S. DEPARTMENT OF AGRICULTURE'S OFFICE OF INSPECTOR GENERAL,**<br>　　　　　　　　　　　Defendants. | Case No. **3:25-cv-06310-MMC** |

## SUPPLEMENTAL DECLARATION OF HOA PHAM

Hoa Pham declares under penalty of perjury, pursuant to 28 U.S.C. Section 1746, that the foregoing is true and correct.

1. As stated in my prior declaration, Pennsylvania expends approximately $435,470,235 annually in administrative costs to run its SNAP program each year, approximately $219,970,732 of which is reimbursed by the federal government.

2. USDA FNS's notice of disallowance is disallowing $115,304,035.91 for the Department of Human Services' SNAP administrative expenses for each quarter of noncompliance. That amounts to disallowing $461,216,143.64 in federal SNAP administrative expenses annually. This proposed amount exceeds the current yearly federal reimbursement of SNAP administrative funds by $241,245,411.64. Any interest charged by the USDA will make this situation even worse.

3. Pennsylvania cannot fund this difference with state funds, meaning the loss of federal reimbursement for administrative expenses will significantly damage Pennsylvania DHS's ability to administer the SNAP program.

4. That would be true under any circumstances but is especially true now as Pennsylvania is currently in a budget impasse as the General Assembly has not yet passed a budget for the fiscal year that goes from July 1, 2025, to June 30, 2026.

5. Pennsylvania's Department of Human Services seeks reimbursement on a rolling basis. DHS will next seek federal reimbursement for SNAP administrative

funding next week, the first week of October. Expense reports are submitted on a quarterly basis.

6.  If Pennsylvania does not receive federal reimbursement for already incurred program administration expenses, state funding will be insufficient to meet the financial obligations needed to run the SNAP program.

Executed this 24th day of September, 2025, in Camp Hill, Pennsylvania.

_____

Hoa Pham
Deputy Secretary, Office of Income Maintenance
Pennsylvania Department of Human Services