# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRIGULTURE, *et al.* <br><br> Defendants. | SUPPLEMENTAL DECLARATION OF SHIELA CORLEY <br><br> Civil Action No. 3:25-cv-06310 |

Pursuant to 28 U.S.C. § 1746, I Shiela Corley, declare:

1. I am the Chief of Staff to the Deputy Under Secretary for the Food, Nutrition, and Consumer Services ("FNCS") mission area, which is a component of the United States Department of Agriculture ("USDA"). I have served in this position since February 2025 and have worked for FNCS since 2018. I have worked for USDA in various capacities since 1995.

2. In my capacity as Chief of Staff, I provide guidance and support to USDA senior leadership on matters pertaining to the administration of sixteen domestic nutrition and food security programs and the promotion of the dietary guidelines. I also supervise Gina Brand, the Senior Policy Advisor for Integrity.

3. I make the statements herein based on personal knowledge, as well as on information I acquired while performing my official duties, including a review of agency files and discussions with colleagues at the Food Nutrition Service ("FNS") who are familiar with the facts at issue in this litigation.

I. **Preliminary Findings on the Extent of Fraud, Waste, and Abuse**

**SUPPLEMENTAL DECLARATION OF SHIELA CORLEY - 1**

4.  While analysis of the data we have received from States that are complying with FNS' data request is ongoing, a preliminary snapshot review has identified several types of fraud, waste and abuse that has gone undetected before FNS obtained data of the kind that plaintiff states are withholding. First, FNS is finding multiple instances of inter- and intra-state duplicate enrollment. In other words, FNS has uncovered instances of the same household being issued SNAP benefits twice in the same month—either from two separate States or from within the same State.

5.  At best, these instances of duplicate enrollment mean that States are continuing to pay benefits to an account that is no longer being used by a household, putting the accumulating benefits at risk for theft and meanwhile drawing down the balance of federal funds obligated to SNAP. At worst, these instances of duplicate enrollment mean that households are fraudulently receiving—and using—more benefits than they are statutorily permitted to receive. As such, this duplicate enrollment implicates anywhere from an estimated $570 million to $1.1 billion annualized.

6.  Further, FNS's preliminary review of the producing States' data uncovered over 300,000 potential instances of *deceased* individuals actively enrolled in the program. At best, this indicates lax administration of SNAP by the States resulting in the wasteful allocation of over half a billion Federal dollars on benefits for individuals who can no longer use them. At worst, this indicates possible fraud and abuse.

7.  FNS' preliminary review has also uncovered 3,994 individuals who have been disqualified from participating in SNAP but were still receiving SNAP benefits after their disqualification date, as well as over 500,000 instances of unexplained placeholder, or "dummy," SSNs. (*e.g.*, 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 or 000-00-000).

**SUPPLEMENTAL DECLARATION OF SHIELA CORLEY - 2**

8. FNS' review of this data has also revealed valuable insights on program administration that will help inform SNAP policy and operation decisions. For example, the data suggests that States with a county-administered program are more likely to have higher rates of fraud, waste, and abuse than States that do not delegate administration of SNAP to the county level. Additionally, this review has shed light on the various weaknesses of the State SNAP eligibility systems.

## II. Amending the SNAP Information Database SORN

9. Pursuant to the SORN, the requested data may be disclosed only to the extent authorized by the FNA.

10. To avoid any ambiguity, however, USDA will publish an updated SORN to further clarify that data will not be disclosed except as authorized by the FNA, addressing a common misconception voiced in the public comments.

11. Further, USDA will be updating Routine Use 8 in response to comments received to remove the reference to "foreign" agencies, as USDA does not foresee an instance when any such sharing would be necessary for administration and enforcement purposes.

12. Absent extenuating circumstances, USDA estimates these revisions will be published within 30 days of the filing of this declaration. In the meantime, USDA commits to continue its practice of only disclosing data received from the States for purposes authorized by the FNA.

Under penalty of perjury, pursuant to 28 U.S.C. § 1746(2), I declare the foregoing to be true and correct to the best of my knowledge.

**SUPPLEMENTAL DECLARATION OF SHIELA CORLEY - 3**

On this 26th day of September 2025, in Washington, D.C.

SHIELA CORLEY
Digitally signed by SHIELA CORLEY
Date: 2025.09.26 15:16:46 -04'00'

Shiela Corley

SUPPLEMENTAL DECLARATION OF SHIELA CORLEY - 4