IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA; STATE OF NEW YORK; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAIʻI; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR** ex rel. Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky**; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF WASHINGTON; STATE OF WISCONSIN,** <br>                              Plaintiffs, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS,** in her official capacity as U.S. Secretary of Agriculture**; U.S. DEPARTMENT OF AGRICULTURE'S OFFICE OF INSPECTOR GENERAL,** <br>                              Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. **3:25-cv-06310-MMC** |

## SECOND SUPPLEMENTAL DECLARATION OF HOA PHAM

Hoa Pham declares under penalty of perjury, pursuant to 28 U.S.C. Section 1746, that the foregoing is true and correct.

1. On September 26, 2025, the Pennsylvania Department of Human Services sent USDA a revised corrective action proposal.

2. A copy of the revised corrective action proposal is attached to this declaration.

Executed this 28th day of September, 2025, in Philadelphia, Pennsylvania.

_____
Hoa Pham
Deputy Secretary, Office of Income Maintenance
Pennsylvania Department of Human Services

Case 3:25-cv-06310-MMC    Document 92-1    Filed 09/28/25    Page 3 of 4



**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF HUMAN SERVICES
OFFICE OF INCOME MAINTENANCE**

P.O. Box 2675
Harrisburg, Pennsylvania 17105-8018

| | |
|---|---|
| **Hoa Pham**<br>**Deputy Secretary**<br>**Office of Income Maintenance** | **Telephone: 717-783-3063**<br>**Fax: 717-787-6765** |

September 26, 2025

Patrick A. Penn
Deputy Under Secretary
Food, Nutrition, and Consumer Services
United States Department of Agriculture
SNAPDatabase@usda.gov

Subject: Pennsylvania Department of Human Services Revised Corrective Action Proposal

Dear Deputy Under Secretary Penn,

The Pennsylvania Department of Human Services submits this revised corrective action proposal in response to the U.S. Department of Agriculture's August 20, 2025, formal warning and its rejection of the corrective action proposal submitted on September 19, 2025.

On July 23, USDA demanded that PA DHS provide an extensive data set that includes the sensitive personally identifying information of individuals who have received or applied for SNAP benefits in Pennsylvania since 2020. As stated in both my July 30 and August 13 letters, this demand for information is unprecedented and PA DHS has been closely evaluating the legal, technical, and security considerations involved in responding since receiving the demand.

During a September 10 meeting between PA DHS and USDA to discuss data and security protocols, and to understand USDA's intended use of the data, USDA stated that its use of any SNAP data provided to it by PA DHS would not exceed what is authorized by federal law generally and the Food and Nutrition Act of 2008 specifically.

On September 18, a federal judge ruled that the Food and Nutrition Act likely "***prohibits*** [states] from disclosing to USDA the information demanded in the formal warnings" given the intended uses for the data identified in Routine Use 8 and 11 of the June 23 system of records notification. *See California v. U.S. Department of Agriculture*, No. 3:25-cv-6310.

PA DHS submitted a corrective action proposal on September 19, which USDA deemed "unacceptable" for failure to contain a date that PA DHS will be in compliance with the data demand. PA DHS therefore submits this revised proposal, which addresses the identified deficiency.

Upon USDA's confirmation that it will not use any SNAP data provided by PA DHS in the manner described in Routine Uses 8 and 11, PA DHS will provide the data it possesses responsive to the July 23 request consistent with the following schedule:

      1. PA DHS and USDA shall engage in good faith discussions to reach agreement by October 17, 2025, on data and security protocols. As noted during the September 10 meeting, PA DHS cannot use Box.com to transmit data but has identified technically secure and legally permissible alternatives.

      2. Once data and security protocols have been agreed to, PA DHS will produce data it possesses responsive to the July 23 demand consistent with the agreed upon data and security protocols, and consistent with federal law, by November 24, 2025.

PA DHS remains committed to complying with all applicable federal and state requirements and to maintaining an open dialogue with USDA both as this matter progresses and on ways that USDA can support PA DHS's administration of the SNAP program. We share the commitment to following the law that USDA expressed during the September 10 meeting and are happy to remain in touch regarding any future updates or clarifications.

Regards,

Hoa Pham
Deputy Secretary, Office of Income Maintenance
Department of Human Services


cc:    Gina Brand