IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, et al., <br><br> Defendants. | Case No. 25-cv-06310-MMC <br><br> **ORDER GRANTING MOTION TO MODIFY TEMPORARY RESTRAINING ORDER TO INCLUDE COMMONWEALTH OF PENNSYLVANIA; DIRECTIONS TO PLAINTIFF STATES** |

Before the Court is the "Ex Parte Motion to Modify Temporary Restraining Order to Include Additional Plaintiff State Pennsylvania," filed September 22, 2025. A conference was conducted on September 23, 2025, at which time the Court set a briefing schedule on the motion. Thereafter, in accordance therewith, (1) plaintiff Office of the Governor ex. rel. Josh Shapiro, in his official capacity as Governor of the Commonwealth of Pennsylvania (hereinafter, "Pennsylvania"), filed a supplemental brief, (2) defendant United States Department of Agriculture ("USDA") filed opposition, and (3) Pennsylvania filed a reply. Having read and considered the parties' respective written submissions, the Court finds the matter appropriate for decision thereon, VACATES the hearing scheduled for September 30, 2025, and rules as follows.

On September 18, 2025, the Court granted a temporary restraining order as to twenty-one of the twenty-two plaintiffs named in the initial Complaint. The Court finds Pennsylvania is similarly situated to those twenty-one plaintiffs.[1]

---

[1] As USDA point out, Pennsylvania did not become a party until it was named as a plaintiff in the Amended Complaint filed September 22, 2025; the Court finds, however, the explanation it has provided for any delay in seeking relief is sufficient to demonstrate it acted reasonably.

Although USDA, in its opposition to the instant motion, argues, for the first time, there exist mandatory administrative remedies that have not been exhausted, such argument, as USDA observes, pertains to all Plaintiff States, not just Pennsylvania. Under such circumstances, the Court will consider USDA's new argument at the October 9, 2025, hearing as to whether a preliminary injunction is warranted, and all Plaintiff States are hereby DIRECTED to file any response to such argument no later than October 3, 2025.

Accordingly, for the reasons stated in its Order Granting Temporary Restraining Order (see Doc. No. 83), the Court finds Pennsylvania has shown good cause for the relief sought, and, in light thereof, the motion to modify the temporary restraining order to include Pennsylvania is hereby GRANTED.[2]

**IT IS SO ORDERED.**

Dated: September 29, 2025

MAXINE M. CHESNEY
United States District Judge

---

[2] In its reply, Pennsylvania also requests the Court issue an order "toll[ing] the deadline for Pennsylvania to seek administrative relief under 7 U.S.C. § 276.7." (See Reply at 1:9-10.)  Assuming, arguendo, the Court has authority to toll such deadline, Pennsylvania fails to make the requisite showing that "some extraordinary circumstance stood in [its] way and prevent[s] timely filing." See Holland v. Florida, 560 U.S. 631, 649 (2010) (internal quotation and citation omitted); see also, e.g., Joseph v. United States, 505 F. Supp. 3d 977, 981 (N.D. Cal. 2020) (citing Holland; finding plaintiffs entitled to equitable tolling of deadline to seek judicial review of administrative decision regarding SNAP, where plaintiffs established "extraordinary circumstance outside of their control prevented timely filing," namely, restrictions pertaining to COVID-19 pandemic).