BRETT A. SHUMATE
Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
BENJAMIN S. KURLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
*Counsel for Defendants*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>*Defendants*. | Case No. 3:25-cv-06310-MMC<br><br>**FEDERAL DEFENDANT'S ADMINISTRATIVE MOTION FOR A STAY IN LIGHT OF LAPSE OF APPROPRIATIONS** |

Pursuant to Civil Local Rule 7-11 and Federal Rule of Civil Procedure 6(b)(1)(A), the Federal Defendant hereby moves the Court for an order vacate the preliminary injunction hearing currently scheduled for October 9, 2025, and continuing all other deadlines in this matter until after Congress has enacted funding for the Department of Justice and the shutdown of the federal government has come to an end.

1. At midnight on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for other Executive agencies, including the U.S. Department of Agriculture ("USDA"). The Department does not know when funding will be restored by Congress.

2. The Anti-Deficiency Act, 31 U.S.C. §1341, provides that in the absence of appropriated

funds no obligation can be incurred except for the protection of life and property, the orderly suspension of operations, or as otherwise authorized by law.  Absent an appropriation, Department of Justice attorneys and employees of USDA are prohibited from working, even on a volunteer basis, "except for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.  An officer or employee of the United States who violates 31 U.S.C. § 1341(a) (obligate/expend in excess or advance of appropriation), § 1342 (voluntary services prohibition), or § 1517(a) (obligate/expend in excess of an apportionment or administrative subdivision as specified in an agency's regulations) "***shall*** be subject to appropriate administrative discipline including, when circumstances warrant, suspension from duty without pay or removal from office." 31 U.S.C. §§ 1349(a), 1518 (emphasis added).

3. While undersigned counsel will not be furloughed, undersigned counsel is only permitted to work on certain matters that fall within the statutory framework outlined above and is not permitted to work on the instant case during the lapse in appropriations.

4. In addition, the work of employees from the USDA is also necessary.  If the instant motion is denied, the work needed from USDA may not be possible.

5. Undersigned counsel therefore requests a stay of proceedings until Congress has restored appropriations to the Department.  Specifically, Defendants request that the Court vacate the preliminary injunction hearing currently scheduled for October 9, 2025, and decide the pending motion on the papers.  In the alternative, Defendants request that the scheduled hearing be conducted remotely.  All other deadlines in this matter should be stayed.

6. Although this Court has authority to extend or stay these deadlines without a formal motion or notice to opposing counsel, *see* Fed. R. Civ. P. 6(b)(1)(A), undersigned counsel nevertheless contacted Plaintiffs' counsel on October 1, 2025, and requested that Plaintiff stipulate to a stay of this case.  *See* Decl. of Benjamin Kurland ("Kurland Decl.") ¶ 3.  Plaintiffs' counsel responded that they would need additional time to provide a response, but undersigned counsel is not authorized to work long enough to accommodate Plaintiffs' request.  *Id*.

7. If this motion for a stay is granted, undersigned counsel will promptly notify the Court as soon as the government shutdown has ended and, if necessary given the circumstances of this case,

confer with opposing counsel and submit within two weeks a joint proposed schedule for the remainder of litigation.

     Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of proceedings until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

DATED: October 1, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division, Federal Programs Branch

_____
BENJAMIN S. KURLAND
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 598-7755
ben.kurland@usdoj.gov

*Counsel for Defendants*