BRETT A. SHUMATE
Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
BENJAMIN S. KURLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | Case No. 3:25-cv-06310-MMC |
| *Plaintiffs*, | |
| v. | **DECLARATION OF BENJAMIN S. KURLAND** |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | |
| *Defendants*. | |

I, Benjamin S. Kurland, declare as follows:

    1.    I am a member in good standing of the Bar of the District of Columbia. I am a Trial Attorney in the United States Department of Justice, Civil Division, Federal Programs Branch, and an attorney of record for Defendants in this action. I am authorized to practice in this Court under Local Rule 11-2. I have personal knowledge of the matters set forth below, except those matters that are based on information and belief, which I believe to be true, and could and would testify competently to them if called to do so. I make this declaration in support of the Federal Defendant's Administrative Motion for A Stay in Light of Lapse of Appropriations, filed concurrently herewith.

    2.    While I will not be furloughed, I am only permitted to work on certain matters that fall within the statutory framework outlined in the accompanying motion and memorandum, and am not permitted to work on the instant case during the lapse in appropriations.

3. On October 1, 2025, I contacted Plaintiffs' counsel regarding this motion and requested a response by 1:30 PM Eastern Time. Plaintiffs' counsel responded that they would need additional time to provide a response. I am only authorized to work for 4 hours today, so I cannot accommodate Plaintiffs' request.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on October 1, 2025.

_____
Benjamin S. Kurland
Trial Attorney, U.S. Department of Justice