BRETT A. SHUMATE
Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
BENJAMIN S. KURLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> *Defendants*. | Case No. 3:25-cv-06310-MMC <br><br> **[Proposed] ORDER GRANTING FEDERAL DEFENDANT'S ADMINISTRATIVE MOTION FOR A STAY IN LIGHT OF LAPSE OF APPROPRIATIONS** |

In light of the lapse of federal appropriations to the Department of Justice, Federal Defendant moved this Court for an order staying proceedings and extending all such deadlines for a period of time commensurate with the duration of the lapse in appropriations. Good cause appearing, Defendant's motion is hereby GRANTED.

The preliminary injunction hearing scheduled for October 9, 2025, ECF No. 83, is hereby vacated. All other deadlines in this matter are stayed during the lapse of appropriations. The Government will promptly notify the Court as soon as the government shutdown has ended and, if necessary given the circumstances of this case, confer with opposing counsel and submit within two weeks a joint proposed schedule for the remainder of litigation.

1   IT IS SO ORDERED.
2  DATED:
3
  _____
  HON. MAXINE CHESNEY
4  United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  3:25-cv-06310-MMC          ORDER GRANTING [STIPULATED] MOTION FOR A STAY OF
                    PRELIMINARY INJUNCTION HEARING IN LIGHT OF LAPSE IN
                                                APPROPRIATIONS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[Proposed] ORDER TO STAY PRELIMINARY INJUNCTION BRIEFING SCHEDULE