ROB BONTA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General
ANDREW Z. EDELSTEIN
ANNA RICH
EDWARD P. WOLFE
SEBASTIAN BRADY
ROBIN GOLDFADEN
WILLIAM BELLAMY
MARIA F. BUXTON
Deputy Attorneys General
State Bar No. 318563
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 510-3873
 Fax: (415) 703-5480
 E-mail: Maria.Buxton @doj.ca.gov
*Attorneys for Plaintiff State of California*

*Additional counsel listed on signature page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, *et al.*,** | Case No. 3:25-cv-06310-MMC |
| Plaintiff, | **PLAINTIFF STATES' RESPONSE TO DEFENDANTS' MOTION TO STAY** |
| **v.** | |
| **UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,** | Judge: Maxine M. Chesney<br>Trial Date: None set<br>Action Filed: July 28, 2025 |
| Defendants. | |

1.    Plaintiffs submit this response to Defendants' Administrative Motion for a Stay, ECF No. 95.[1]

_____

[1] As Defendants acknowledge in their motion, they contacted Plaintiffs' counsel at approximately 8:40 am PDT, and required a response to their proposed stay by 10:30 am PDT. Plaintiffs requested until 1 pm PDT to confer with our clients and co-counsel, but Defendants filed their motion at 11:15 am, necessitating this response. *See* Buxton Decl. Ex. 1.

1

2.    Plaintiffs agree a stay is appropriate given the shutdown, but respectfully submit that the proper course at this juncture is to stay the entire litigation—including all pending motions, hearing dates, and briefing deadlines, including Plaintiffs' October 3, 2025 deadline for filing supplemental briefing and the October 9 hearing on Plaintiffs' motion for preliminary injunction—until a reasonable period after funding for Defendants and USDOJ is restored, *during which time this Court's Temporary Restraining Order, ECF No. 83, will remain in effect.*

3.    This approach maintains the status quo and avoids prejudice to Plaintiffs during Defendants' delay. It also avoids the inequity of allowing Defendants to pick and choose, according to their preference, which aspects of this case should be stayed—*i.e.*, filing their answer, production of the administrative record, and summary judgment briefing—and which aspects should go forward—*i.e.*, Plaintiffs' additional briefing and a decision on Plaintiffs' preliminary injunction motion, but without the benefit of a hearing.  If a stay is necessary, as Defendants suggest, then the Court should stay the entire case, not just the portions that Defendants choose.

4.    Further, this approach avoids the complications that would be presented by an order from this Court enjoining any noncompliance procedures and directing USDA to take any actions—such as updating its data use guidelines for the SNAP Database or negotiating a data and security protocol with Plaintiffs—at a time when, according to Defendants, having USDA employees participate in such actions "may not be possible." Mot. ¶ 5.

5.    Relatedly, extending the TRO during the shutdown will not prejudice Defendants. As Defendants note, "employees of USDA are prohibited from working, even on a volunteer basis, 'except for emergencies involving the safety of human life or the protection of property.'" Mot. ¶ 2 (quoting 31 U.S.C. § 1342). Consequently, it is not clear Defendants could even receive— much less analyze—the data they seek to compel Plaintiffs to submit.

6.    In the alternative, this litigation, including the upcoming preliminary injunction hearing, should proceed on the current schedule.

7.    If the Court decides to proceed with deciding the pending motion for preliminary injunction, Plaintiffs oppose Defendants' request to vacate the October 9 hearing.  Plaintiffs

2

1    would not object to the hearing being held remotely.

2        8.    Finally, should the Court stay this matter, then Plaintiffs agree with Defendants'

3    suggestion that the Court order the parties to submit a joint status report within 14 days of the end

4    of the government shutdown proposing a schedule for the remainder of litigation.

5

6    Dated: October 1, 2025                          Respectfully submitted,

7                                                    ROB BONTA
                                                     Attorney General of California
8                                                    PAUL STEIN
                                                     Supervising Deputy Attorney General
9                                                    ANDREW Z. EDELSTEIN
                                                     ANNA RICH
10                                                   EDWARD P. WOLFE
                                                     SEBASTIAN BRADY
11                                                   ROBIN GOLDFADEN
                                                     WILLIAM BELLAMY
12

13                                                   */s/ Maria F. Buxton*
                                                     MARIA F. BUXTON
14                                                   Deputy Attorneys General
                                                     *Attorneys for Plaintiff State of California*
15

16    LETITIA JAMES                                  KRISTIN MAYES
      Attorney General of New York                  Attorney General of Arizona
17
      */s/ Mark Ladov*                              */s/ Hayleigh S. Crawford*
18    MARK LADOV                                     HAYLEIGH S. CRAWFORD (AZ NO. 032326)
      Special Counsel                               LUCI D. DAVIS (AZ NO. 035347)
19    JULIE DONA                                     2005 N. Central Ave. Phoenix, AZ 85004
      Special Counsel                               (602) 542-3333
20    28 Liberty St.                                 Hayleigh.Crawford@azag.gov
      New York, NY 10005                            Luci.Davis@azag.gov
21    (212) 416-8240                                 ACL@azag.gov
      mark.ladov@ag.ny.gov                          *Attorneys for Plaintiff State of Arizona*
22    *Attorneys for Plaintiff State of New York*

23

24

25

26

27

28

1

2   PHILIP J. WEISER                          WILLIAM TONG
    Attorney General of Colorado              Attorney General of Connecticut

3   /s/ David Moskowitz                       /s/ Janelle R. Medeiros
    DAVID MOSKOWITZ                            JANELLE R. MEDEIROS
4   Deputy Solicitor General                  Special Counsel for Civil Rights
    Colorado Department of Law                 165 Capitol Ave
5   1300 Broadway, 10th Floor                  Hartford, CT 06106
    Denver, CO 80203                           (860) 808-5020
6   Phone: (720) 508-6000                      Janelle.Medeiros@ct.gov
    david.moskowitz@coag.gov                   Attorneys for Plaintiff State of
7   Attorneys for Plaintiff State of Colorado  Connecticut

8

9   KATHLEEN JENNINGS                          BRIAN L. SCHWALB
    Attorney General of Delaware               Attorney General for the District of
10                                             Columbia

    /s/ Vanessa L. Kassab                      /s/ Nicole S. Hill
11  IAN R. LISTON                              NICOLE S. HILL
    Director of Impact Litigation              Assistant Attorney General
12  VANESSA L. KASSAB*                         Office of the Attorney General for the
    Deputy Attorney General                    District of Columbia
13  Delaware Department of Justice             400 Sixth Street, NW
    820 N. French Street                       Washington, D.C. 20001
14  Wilmington, DE 19801                       (202) 727-4171
    (302) 683-8899                             nicole.hill@dc.gov
15  vanessa.kassab@delaware.gov                Attorneys for Plaintiff District of
    Attorneys for Plaintiff State of Delaware  Columbia
16

17  ANNE E. LOPEZ                              KWAME RAOUL
    Attorney General of Hawaiʻi                Attorney General of Illinois
18
    /s/ Kalikoʻonālani D. Fernandes            /s/ Sherief Gaber
19  DAVID D. DAY                               HARPREET K. KHERA
    Special Assistant to the Attorney General  Bureau Chief, Special Litigation
20  KALIKOʻONĀLANI D. FERNANDES                SHERIEF GABER
    Solicitor General                          Assistant Attorney General
21  425 Queen Street                           115 S. LaSalle St., 35th Flr.
    Honolulu, HI 96813                         Chicago, Illinois 60603
22  (808) 586-1360                             (773) 590-7127
    kaliko.d.fernandes@hawaii.gov              Harpreet.Khera@ilag.gov
23  Attorneys for Plaintiff State of Hawaiʻi   Attorneys for Plaintiff State of Illinois

24

25

26

27

28

OFFICE OF THE GOVERNOR *ex rel*. Andy
Beshear, in his official capacity as Governor of
the Commonwealth of Kentucky

*/s/ S. Travis Mayo*
S. TRAVIS MAYO
General Counsel
TAYLOR PAYNE
Chief Deputy General Counsel
LAURA C. TIPTON
Deputy General Counsel
Office of the Governor
700 Capitol Avenue, Suite 106
Frankfort, KY 40601
(502) 564-2611
travis.mayo@ky.gov
taylor.payne@ky.gov
laurac.tipton@ky.gov
*Attorneys for Plaintiff Kentucky Governors'
Office*

AARON M. FREY
Attorney General of Maine

*/s/ Brendan Kreckel*
BRENDAN KRECKEL
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 0433-0006
Tel.:  207-626-8800
Fax:  207-287-3145
brendan.kreckel@maine.gov
*Attorneys for Plaintiff State of Maine*

ANTHONY G. BROWN
Attorney General of Maryland

*/s/ James C. Luh*
JAMES C. LUH
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6411
jluh@oag.state.md.us
*Attorneys for Plaintiff State of Maryland*

ANDREA JOY CAMPBELL
Attorney General of Massachusetts

*/s/ Katherine Dirks*
KATHERINE DIRKS
Chief State Trial Counsel
CASSANDRA THOMSON
Assistant Attorney General
Office of the Massachusetts Attorney
General
1 Ashburton Place Boston, MA 02108
(617) 963-2277
katherine.dirks@mass.gov
cassandra.thomson@mass.gov
*Attorneys for Plaintiff Commonwealth of
Massachusetts*

DANA NESSEL
Attorney General of Michigan

*/s/ Neil Giovanatti*
NEIL GIOVANATTI
BRYAN BEACH
Assistant Attorneys General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
giovanattin@michigan.gov
beachb@michigan.gov
*Attorneys for Plaintiff State of Michigan*

KEITH ELLISON
Attorney General of Minnesota

*/s/ Joseph R. Richie*
JOSEPH R. RICHIE
Special Counsel
445 Minnesota Street, Suite 1400
St. Paul, Minnesota, 55101
(651) 300-0921
joseph.richie@ag.state.mn.us
*Attorneys for Plaintiff State of Minnesota*

5

AARON D. FORD
Attorney General of Nevada

/s/ Heidi Parry Stern
HEIDI PARRY STERN (Bar. No. 8873)
Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
HStern@ag.nv.gov
Attorneys for Plaintiff State of Nevada


RAÚL TORREZ
Attorney General of the State of New Mexico

/s/ Steven Perfrement
STEVEN PERFREMENT*
Senior Litigation Counsel
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
SPerfrement@nmdoj.gov
505-601-7727
Attorneys for the State of New Mexico


JOSH SHAPIRO, in his official capacity as
Governor of the Commonwealth of
Pennsylvania

JENNIFER SELBER
General Counsel

/s/ Michael J. Fischer
Michael J. Fischer*
Executive Deputy General Counsel
Jacob B. Boyer*
Deputy General Counsel
Pennsylvania Office of the Governor
30 N. 3rd St., Suite 200
Harrisburg, PA 17101
(717) 460-6786
mjfischer@pa.gov
Counsel for Governor Josh Shapiro


MATTHEW J. PLATKIN
Attorney General of New Jersey

/s/ Kashif T. Chand
KASHIF T. CHAND (NJ BAR NO.
016752008)
Assistant Attorney General
New Jersey Office of the Attorney
General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
kashif.chand@law.njoag.gov
Attorneys for Plaintiff State of New
Jersey


DAN RAYFIELD
Attorney General of Oregon

/s/ Scott P. Kennedy
SCOTT P. KENNEDY
Senior Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel (971) 453-9050
Fax (971) 673-5000
Scott.Kennedy@doj.oregon.gov
Attorneys for Plaintiff State of Oregon


PETER F. NERONHA
Attorney General of Rhode Island

/s/ Madeline R. Becker
MADELINE R. BECKER (RI BAR NO.
10034)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2151
mbecker@riag.ri.gov
Attorneys for Plaintiff State of Rhode
Island

NICHOLAS W. BROWN
Attorney General of Washington

*/s/ Jennifer K. Chung*
JENNIFER K. CHUNG, WSBA #51583
WILLIAM MCGINTY, WSBA #41868
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744
jennifer.chung@atg.wa.gov
william.mcginty@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

JOSHUA L. KAUL
Attorney General of Wisconsin

*/s/ Karla Z. Keckhaver*
KARLA Z. KECKHAVER
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
608-264-6365
karla.keckhaver@wisdoj.gov
*Attorneys for Plaintiff State of Wisconsin*

*\* pro hac vice forthcoming*

Plaintiff States' Response to Defendants' Motion to Stay  (3:25-cv-06310)

# CERTIFICATE OF SERVICE

Case Name: ___***California, et al. v. U.S.***___          Case No.    **3:25-cv-06310-MMC**
         ___***Department of Agriculture***___

I hereby certify that on <u>October 1, 2025,</u> I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **PLAINTIFF STATES' RESPONSE TO DEFENDANTS' MOTION TO STAY**

2. **DECLARATION OF MARIA F. BUXTON IN SUPPORT OF PLAINTIFF STATES' RESPONSE TO DEFENDANTS' MOTION TO STAY**

3. **[PROPOSED] ORDER STAYING CASE IN LIGHT OF LAPSE OF APPROPRIATIONS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>October 1, 2025,</u> at San Francisco, California.


_____          _____
        M. Mendiola                            *M. Mendiola*
         Declarant                                Signature

SA2025302238