```
 1  ROB BONTA
    Attorney General of California
 2  PAUL STEIN
    Supervising Deputy Attorney General
 3  ANDREW Z. EDELSTEIN
    ANNA RICH
 4  EDWARD P. WOLFE
    SEBASTIAN BRADY
 5  ROBIN GOLDFADEN
    WILLIAM BELLAMY
 6  MARIA F. BUXTON
    Deputy Attorneys General
 7  State Bar No. 318563
     455 Golden Gate Avenue, Suite 11000
 8   San Francisco, CA 94102-7004
     Telephone:  (415) 510-3873
 9   Fax:  (415) 703-5480
     E-mail:  Maria.Buxton @doj.ca.gov
10  Attorneys for Plaintiff State of California
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, *et al.*,**<br><br>                                      Plaintiffs,<br><br>              v.<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,**<br><br>                                      Defendants. | Case No. **3:25-cv-06310-MMC**<br><br>**DECLARATION OF MARIA F. BUXTON IN SUPPORT OF PLAINTIFF STATES' RESPONSE TO DEFENDANTS' MOTION TO STAY**<br><br>Courtroom: 7<br>Judge: Maxine M. Chesney<br>Trial Date: None set<br>Action Filed: July 28, 2025 |

1

# DECLARATION OF MARIA F. BUXTON IN SUPPORT OF PLAINTIFF STATES' RESPONSE TO DEFENDANTS' MOTION TO STAY

I, Maria F. Buxton, declare as follows:

1. I am a Deputy Attorney General in the Office of the Attorney General of California and one of the attorneys responsible for representing the State of California in the above-captioned action. I offer this declaration in support of the Response to Defendants' Motion to Stay filed by the States of California, New York, Arizona, Colorado, Connecticut, Delaware, Hawaiʻi, Illinois, Maine, Maryland, Michigan, Minnesota, Nevada, New Jersey, New Mexico, Oregon, Rhode Island, Washington, Wisconsin, the District of Columbia, the Commonwealth of Massachusetts, the Office Of The Governor *ex rel.* Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky, and the Office of the Governor *ex rel.* Josh Shapiro, in his official capacity as Governor of the Commonwealth of Pennsylvania.

2. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below. I have personal knowledge of the facts stated herein and could competently testify thereto if called upon to do so.

3. A true and correct copy of the email correspondence between counsel for Plaintiffs and counsel for Defendants on October 1, 2025 is attached hereto as Exhibit 1.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on October 1, 2025 at San Francisco, California.

                                               */s/ Maria F. Buxton*
                                               Maria F. Buxton

# EXHIBIT 1

| | |
|---|---|
| **From:** | Kurland, Benjamin S (CIV) |
| **To:** | Maria Buxton; Sebastian Brady; Paul Stein; Gaber, Sherief; Ladov, Mark |
| **Cc:** | Shapiro, Elizabeth (CIV) |
| **Subject:** | RE: California v. USDA - Motion for Stay Pending Lapse of Appropriations |
| **Date:** | Wednesday, October 1, 2025 11:14:18 AM |

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hi Maria,

I certainly understand, but unfortunately I am only able to work a set number of hours today, so I cannot wait until your response to file. I will file shortly, noting that you requested additional time to respond to my inquiry.

Thank you,
Ben

Ben Kurland
Trial Attorney | Federal Programs Branch
202.598.7755

**From:** Maria Buxton <Maria.Buxton@doj.ca.gov>
**Sent:** Wednesday, October 1, 2025 1:21 PM
**To:** Kurland, Benjamin S (CIV) <Ben.Kurland@usdoj.gov>; Sebastian Brady <Sebastian.Brady@doj.ca.gov>; Paul Stein <Paul.Stein@doj.ca.gov>; Gaber, Sherief <sherief.gaber@ilag.gov>; Ladov, Mark <Mark.Ladov@ag.ny.gov>
**Cc:** Shapiro, Elizabeth (CIV) <Elizabeth.Shapiro@usdoj.gov>
**Subject:** [EXTERNAL] RE: California v. USDA - Motion for Stay Pending Lapse of Appropriations

Ben –

Thanks for your email. We're not able to give you a response on our position in less than two hours. As I'm sure you understand, we need to discuss your request internally. We will endeavor to get back to you by 4PM EST, which should give you enough time to file today if necessary.

Best,
Maria

**From:** Kurland, Benjamin S (CIV) <Ben.Kurland@usdoj.gov>
**Sent:** Wednesday, October 1, 2025 8:38 AM
**To:** Sebastian Brady <Sebastian.Brady@doj.ca.gov>; Paul Stein <Paul.Stein@doj.ca.gov>; Gaber, Sherief <sherief.gaber@ilag.gov>; Ladov, Mark <Mark.Ladov@ag.ny.gov>; Maria Buxton

<Maria.Buxton@doj.ca.gov>
**Cc:** Shapiro, Elizabeth (CIV) <Elizabeth.Shapiro@usdoj.gov>
**Subject:** California v. USDA - Motion for Stay Pending Lapse of Appropriations

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Dear Counsel,

As you are probably aware, the Federal Government has entered a lapse in appropriations. This affects both my position as well as numerous members of the U.S. Department of Agriculture relevant to the litigation. We have been instructed to seek stays in all matters, including this case.

As such, I have drafted the attached. Our proposal is to ask the Court to vacate the current preliminary injunction hearing, decide the current preliminary injunction motion on the papers, and stay all other deadlines in this matter. Alternatively, if the court declines to vacate the argument, we are asking that the argument be done remotely. Please respond with your position as soon as possible, but no later than 1:30PM Eastern.

Thank you,
Ben

**Benjamin S. Kurland**
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
O 202.353.0533 | M 202.598.7755
ben.kurland@usdoj.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.