IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA**, *et al.*,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>**v.**<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE**, *et al.*,<br><br>　　　　　　　　　　　Defendants. | Case No. 3:25-cv-06310-MMC<br><br>**[PROPOSED] ORDER STAYING CASE IN LIGHT OF LAPSE OF APPROPRIATIONS** |

In light of the lapse of federal appropriations to the U.S. Department of Justice and the U.S. Department of Agriculture, Federal Defendants moved this Court for an order staying proceedings and extending all deadlines for a period of time commensurate with the duration of the lapse in appropriations. ECF No. 95. Plaintiffs responded. Good cause appearing, it is hereby ORDERED that this case is STAYED during the lapse of appropriations, pending further order of this Court. All deadlines in this matter are therefore stayed, including the October 3 deadline for Plaintiffs' supplemental briefs, and all scheduled hearings are vacated, to be reset by the Court after the stay is lifted. The Court's temporary restraining order, ECF No. 83, which was

entered after Defendants had notice and an opportunity to respond, shall remain in effect unless and until it is lifted by the Court.

As soon as the government shutdown has ended, Defendants shall notify Plaintiffs and the Court. The Parties shall promptly meet and confer and, within two weeks of Defendants' notification, the Parties will submit a joint proposed schedule for the remainder of the litigation.

Date: _____       _____
                                      Judge Maxine M. Chesney