1  BRETT A. SHUMATE
   Assistant Attorney General
2  ELIZABETH J. SHAPIRO
   Deputy Branch Director
3  BENJAMIN S. KURLAND
   Trial Attorney
4  U.S. Department of Justice
   Civil Division, Federal Programs Branch
5  1100 L Street, NW
   Washington, DC 20005
6  *Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | Case No. 3:25-cv-06310-MMC |
| *Plaintiffs*, | |
| v. | [~~Proposed~~] ORDER GRANTING FEDERAL DEFENDANT'S ADMINISTRATIVE MOTION FOR A STAY IN LIGHT OF LAPSE OF APPROPRIATIONS |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | |
| *Defendants*. | |

In light of the lapse of federal appropriations to the Department of Justice, Federal Defendant moved this Court for an order staying proceedings and extending all such deadlines for a period of time commensurate with the duration of the lapse in appropriations. Plaintiff States have filed a response to the motion. Good cause appearing, Defendant's motion is hereby GRANTED, as follows.

The preliminary injunction hearing scheduled for October 9, 2025, ECF No. 83, is not ~~hereby~~ vacated.

Once the briefing on the preliminary injunction is complete, the Court will determine the manner in which the hearing will be conducted.

//
//

All other deadlines in this matter, with the exception of the October 3, 2025, deadline for Plaintiff States to file a response to the defendants' filings of March 26, 2025, are stayed during the lapse of appropriations. The Government is directed to promptly notify the Court as soon as the government shutdown has ended and, if necessary given the circumstances of this case, confer with opposing counsel and submit within two weeks a joint proposed schedule for the remainder of litigation.

IT IS SO ORDERED.

Dated: October 1, 2025

MAXINE M. CHESNEY
United States District Judge