# OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### Northern District of California

## CIVIL MINUTES

**Date:** October 6, 2025  **Time:** 10:02 - 10:14  **Judge:** MAXINE M. CHESNEY
 11:01 – 11:04
 = 15 minutes

**Case No.:** 25-cv-06310-MMC  **Case Name:** State of California et al
 v. United States Department of Agriculture et al

**Attorney for Plaintiffs:** Maria Buxton, Sebastian Brady
**Attorney for Defendants:** Benjamin Kurland

**Deputy Clerk:** Tracy Geiger                **Zoom Recording**

## PROCEEDINGS

**Status Conference - hearing held by Zoom.**

**Court discussed with counsel various options available in light of lapse in appropriations.**

**Counsel given choice between keeping October 9, 2025, in-person hearing on Plaintiff States' Motion for Preliminary Injunction or continuing hearing to later specified date (by which appropriations, hopefully, would have resumed) with extension of temporary restraining order to that date.**

**Counsel for Plaintiff States was amenable to either option. After conferring with client, counsel for Defendants elected to keep hearing as scheduled. Court declined to adopt Defendants' request to conduct hearing remotely but granted its request to move time of hearing from 10:00 a.m. to 9:30 a.m. to increase counsel's chances of taking same-day return flight to East Coast.**

**Hearing time for Plaintiff States' Motion for Preliminary Injunction advanced from 10:00 a.m. to 9:30 a.m. by request of defense counsel.**

**Case continued to: October 9, 2025 at 9:30 a.m. for Plaintiff States' Motion for Preliminary Injunction**