# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** October 9, 2025  **Time:** 9:30 – 11:32  **Judge:** MAXINE M. CHESNEY
= 2 hours 2 minutes

**Case No.:** 25-cv-06310-MMC  **Case Name:** State of California et al v. United States Department of Agriculture

**Plaintiff Attorney for State of California and Appearing for all Plaintiff States:**
Maria Buxton, Sebastian Brady, Paul Stein
**Attorney for Defendant:** Benjamin Kurland, Elizabeth Shapiro
**US Department of Agriculture Representative:** Sarah Merrill, Deputy Assistant General Counsel, Office of the General Counsel

**Deputy Clerk:** Tracy Geiger   **Court Reporter:** April Brott

## PROCEEDINGS

Plaintiff States' Motion for Preliminary Injunction (Dkt. No. 59) - hearing held.

Oral arguments presented. Motion deemed submitted.

The TRO is extended until the Court rules on the Motion for Preliminary Injunction.

Pursuant to the Court's Order granting Government's Motion for Stay in Light of Lapse in Appropriations (Dkt. No. 97), the Court confirmed that the Initial Case Management Conference previously scheduled for October 31, 2025, is vacated.

**Order to be prepared by:**
( )    Plaintiff         ( )    Defendant         (X)    Court