BRETT A. SHUMATE
Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
BENJAMIN S. KURLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | Case No. 3:25-cv-06310-MMC |
| *Plaintiffs*, | |
| v. | **[Proposed] ORDER GRANTING MOTION TO VACATE RESPONSE DEADLINE AND ORDER SUMMARY JUDGMENT SCHEDULE** |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | |
| *Defendants*. | |

Having considered Defendants' motion to vacate response deadline and order summary judgment schedule, the Court ORDERS as follows. The motion is GRANTED. The Parties shall meet and confer and submit a joint scheduling order, or separate proposals, for cross-motions for summary judgment, no later than December 19, 2025.

IT IS SO ORDERED.

DATED:

_____
HON. MAXINE CHESNEY
United States District Judge