1  ROB BONTA
   Attorney General of California
2  PAUL STEIN
   ROBIN GOLDFADEN
3  Supervising Deputy Attorneys General
   ANDREW Z. EDELSTEIN
4  ANNA RICH
   JANE REILLY
5  LIAM O'CONNOR
   SEBASTIAN BRADY
6  WILLIAM BELLAMY
   MARIA F. BUXTON
7  Deputy Attorneys General
   State Bar No. 318563
8   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
9   Telephone: (415) 510-3873
    Fax: (415) 703-5480
10  E-mail: Maria.Buxton@doj.ca.gov
   *Attorneys for Plaintiff State of California*

11

12

IN THE UNITED STATES DISTRICT COURT

13

FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

SAN FRANCISCO DIVISION

15

16

| | |
|---|---|
| **STATE OF CALIFORNIA,** ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE,** ET AL.<br><br>Defendants. | Case No. **3:25-cv-06310-MMC**<br><br>**[PROPOSED] ORDER SETTING CASE DEADLINES**<br><br>Courtroom: 7<br>Judge: Maxine M. Chesney<br>Trial Date: None set<br>Action Filed: July 28, 2025 |

**[PROPOSED] ORDER**

Having considered Defendants' Motion to Vacate Response Deadline and Order Summary Judgment Schedule, ECF No. 110, and Plaintiffs' opposition thereto, it is hereby ORDERED that:

1. Defendants' Motion to Vacate is DENIED;
2. Defendants' deadline to submit an administrative record remains December 16, 2025;
3. Defendants' deadline to respond to Plaintiffs' Amended Complaint is extended to January 16, 2026; and
4. The parties shall meet and confer and submit a joint proposed schedule for cross-motions for summary judgment by January 23, 2026.

IT IS SO ORDERED.

DATED:

_____
HON. MAXINE CHESNEY
United States District Judge