IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,<br><br>Defendants. | Case No. 25-cv-06310-MMC<br><br>**ORDER GRANTING IN PART DEFENDANTS' MOTION TO VACATE RESPONSE DEADLINE AND ORDER SUMMARY JUDGMENT SCHEDULE** |

Before the Court is defendants' administrative "Motion to Vacate Response Deadline and Order Summary Judgment Schedule," filed December 12, 2025. Plaintiffs have filed opposition thereto.

Having read and considered the parties' respective written submissions, the Court hereby GRANTS the motion in part, as follows:

1. Although the Court declines to vacate the deadline for defendants to file a response to the Amended Complaint, said deadline is hereby EXTENDED to a date to be set after resolution of the parties' anticipated cross-motions for summary judgment. See Fed. R. Civ. P. 56(b) (providing that, unless otherwise ordered, "a party may file a motion for summary judgment at any time until 30 days after the close of all discovery"); Gifford v. Travelers Protective Ass'n, 153 F.2d 209, 210 (9th Cir. 1946) (rejecting, as inconsistent with Rule 56(b), argument that "defendant's motion for summary judgment was premature because it was made before defendant filed any answer to the complaint").

2. The deadline for defendants to file the administrative record is hereby EXTENDED to January 9, 2026.

//

1      3.  No later than February 6, 2026, the parties shall meet and confer and file by
2 that date a joint proposed schedule for cross-motions for summary judgment.
3      **IT IS SO ORDERED.**
4
5 Dated: December 16, 2025

MAXINE M. CHESNEY
United States District Judge