BRETT A. SHUMATE
Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
BENJAMIN S. KURLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>                    *Plaintiffs*,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>                    *Defendants*. | Case No. 3:25-cv-06310-MMC<br><br>**NOTICE OF FILING OF CERTIFIED LIST OF CONTENTS OF THE ADMINISTRATIVE RECORD** |

   Defendants in the above-captioned action file this notice of the filing of certified lists of the contents of two administrative records—one from USDA's Food and Nutrition Service and the other from the Office of the Inspector General—pursuant to Local Civil Rule 16-5 and the Court's December 16, 2025 Order, ECF No. 112. Certifications of the completeness of the administrative records and the administrative records' tables of contents accompany this filing. Defendants have produced the full contents of both administrative records to counsel for Plaintiffs.

Dated: January 8, 2026

                                                                Respectfully submitted,

1

3:25-cv-06310-MMC            NOTICE OF FILING OF CERTIFIED LIST OF CONTENTS OF THE ADMINISTRATIVE R.

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division, Federal Programs Branch

_____
BENJAMIN S. KURLAND
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 598-7755
ben.kurland@usdoj.gov

*Counsel for Defendants*

2

3:25-cv-06310-MMC   NOTICE OF FILING OF CERTIFIED LIST OF CONTENTS OF THE ADMINISTRATIVE R.