ROB BONTA
Attorney General of California
PAUL STEIN
ROBIN GOLDFADEN
Supervising Deputy Attorneys General
ANDREW Z. EDELSTEIN
ANNA RICH
JANE REILLY
LIAM E. O'CONNOR
MARIA F. BUXTON
WILLIAM BELLAMY
SEBASTIAN BRADY
Deputy Attorneys General
State Bar No. 330904
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone:  (415) 510-3592
 Fax:  (415) 703-5480
 E-mail:  Sebastian.Brady@doj.ca.gov
*Attorneys for Plaintiff State of California*

*Additional counsel listed on signature page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA,** ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE,** ET AL.<br><br>Defendants. | Case No. **3:25-cv-06310-MMC**<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT**<br><br>Date: February 13, 2026<br>Time: 9:00 a.m.<br>Courtroom: 7<br>Judge: Maxine M. Chesney<br>Trial Date: None set<br>Action Filed: July 28, 2025 |

Pursuant to the Court's order dated December 16, 2025 (ECF No. 112), the parties have met and conferred to consider a joint proposed schedule for cross-motions for summary judgment and now submit, subject to the Court's approval, the following joint stipulation to continue the deadline to file a joint status report:

1. The parties agree that due to events following the Court's December 16 Order, it is currently premature to set a schedule for summary judgment briefing for two reasons.

2. First, on December 23, Defendants sent Advance Notification letters to Plaintiffs pursuant to 7 C.F.R. § 276.4(d)(1) providing Plaintiffs with "two weeks . . . to indicate whether [they would] agree to" Defendants' November 24 data request and the data and security protocols provided by Defendants. ECF No. 116-2, Ex. C at 7. On January 9, 2026, Plaintiffs filed a motion to enforce or expand the Court's preliminary injunction order to enjoin Defendants from enforcing the November 24 data request and from disallowing Plaintiffs' SNAP administrative funds. ECF No. 116. That motion is now fully briefed and scheduled to be heard by the Court on February 13. The parties agree that the Court's resolution of the pending motion will likely affect the proposed schedule for summary judgment briefing.

3. Second, on January 8, Defendants produced the administrative records for the USDA Food and Nutrition Service (FNS) and the USDA Office of Inspector General (OIG). ECF No. 115-1. Plaintiffs have identified alleged deficiencies in the administrative records, and it appears that the parties will be unable to resolve all the issues that are currently disputed without judicial intervention, including whether the administrative records are complete, whether Defendants must produce a privilege log, and whether extra-record discovery is appropriate. However, the parties continue to meet and confer regarding these issues, and Defendants have agreed to supplement the FNS administrative record by February 11, which will likely narrow the scope of the issues in dispute.

4. Accordingly, the parties respectfully request that the Court continue the deadline to submit a proposed case schedule until the earlier of (1) February 27, 2026, or (2) seven days after the court issues an order on Plaintiffs' pending motion to enforce or expand the Court's preliminary injunction. At that time, the parties should have a better understanding of the scope of

1  issues in dispute and should be better positioned to propose a case schedule that builds in time to
2  resolve remaining disputes over the administrative records prior to the filing of cross-motions for
3  summary judgment.

5  Dated:  February 5, 2025                    Respectfully submitted,

                                               ROB BONTA
                                               Attorney General of California
                                               PAUL STEIN
                                               ROBIN GOLDFADEN
                                               Supervising Deputy Attorneys General
                                               ANDREW Z. EDELSTEIN
                                               ANNA RICH
                                               JANE REILLY
                                               LIAM E. O'CONNOR
                                               MARIA F. BUXTON
                                               WILLIAM BELLAMY

                                                */s/ Sebastian Brady*
                                               SEBASTIAN BRADY
                                               Deputy Attorneys General
                                               *Attorneys for Plaintiff State of California*


                                               BRETT A. SHUMATE
                                               Assistant Attorney General
                                               Civil Division

                                               TYLER BECKER
                                               Counsel to the Assistant Attorney General
                                               Civil Division

                                               ELIZABETH J. SHAPIRO
                                               Deputy Branch Director
                                               Civil Division, Federal Programs Branch

                                               */s/ Benjamin S. Kurland*
                                               BENJAMIN S. KURLAND
                                               Trial Attorney
                                               United States Department of Justice
                                               Civil Division, Federal Programs Branch
                                               1100 L Street, NW
                                               Washington, DC 20005
                                               Tel: (202) 598-7755
                                               ben.kurland@usdoj.gov

                                               *Counsel for Defendants*

2

| **ADDITIONAL COUNSEL FOR PLAINTIFFS** ||
|---|---|
| Letitia James<br>Attorney General of New York<br><br>*/s/ Mark Ladov*<br>Mark Ladov<br>Special Counsel<br>Julie Dona<br>Special Counsel<br>28 Liberty St.<br>New York, NY 10005<br>(212) 416-8240<br>mark.ladov@ag.ny.gov<br>*Attorneys for Plaintiff State of New York* | Kwame Raoul<br>Attorney General of Illinois<br><br>*/s/ Sherief Gaber*<br>Harpreet K. Khera<br>Bureau Chief, Special Litigation<br>Sherief Gaber<br>Assistant Attorney General<br>115 S. LaSalle St., 35th Flr.<br>Chicago, Illinois 60603<br>(773) 590-7127<br>sherief.gaber@ilag.gov<br>*Attorneys for Plaintiff State of Illinois* |
| Kristin Mayes<br>Attorney General of Arizona<br><br>*/s/ Hayleigh S. Crawford*<br>Hayleigh S. Crawford (AZ No. 032326)<br>Luci D. Davis (AZ No. 035347)<br>2005 N. Central Ave. Phoenix, AZ 85004<br>(602) 542-3333<br>Hayleigh.Crawford@azag.gov<br>Luci.Davis@azag.gov<br>ACL@azag.gov<br>*Attorneys for Plaintiff State of Arizona* | Philip J. Weiser<br>Attorney General of Colorado<br><br>*/s/ David Moskowitz*<br>David Moskowitz<br>Deputy Solicitor General<br>Colorado Department of Law<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>Phone: (720) 508-6000<br>david.moskowitz@coag.gov<br>*Attorneys for Plaintiff State of Colorado* |
| William Tong<br>Attorney General of Connecticut<br><br>*/s/ Janelle R. Medeiros*<br>Janelle R. Medeiros<br>Special Counsel for Civil Rights<br>165 Capitol Ave<br>Hartford, CT 06106<br>(860) 808-5020<br>Janelle.Medeiros@ct.gov<br>*Attorneys for Plaintiff State of Connecticut* | Kathleen Jennings<br>Attorney General of Delaware<br><br>*/s/ Vanessa L. Kassab*<br>Ian R. Liston<br>Director of Impact Litigation<br>Vanessa L. Kassab<br>Deputy Attorney General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 683-8899<br>vanessa.kassab@delaware.gov<br>*Attorneys for Plaintiff State of Delaware* |

| | |
|---|---|
| Brian L. Schwalb<br>Attorney General for the District of Columbia<br><br>/s/ Nicole S. Hill<br>Nicole S. Hill<br>Assistant Attorney General<br>Office of the Attorney General for the District of Columbia<br>400 Sixth Street, NW<br>Washington, D.C. 20001<br>(202) 727-4171<br>nicole.hill@dc.gov<br>*Attorneys for Plaintiff District of Columbia* | Anne E. Lopez<br>Attorney General of Hawaiʻi<br><br>/s/ Kalikoʻonālani D. Fernandes<br>David D. Day<br>Special Assistant to the Attorney General<br>Kalikoʻonālani D. Fernandes<br>Solicitor General<br>425 Queen Street<br>Honolulu, HI 96813<br>(808) 586-1360<br>kaliko.d.fernandes@hawaii.gov<br>*Attorneys for Plaintiff State of Hawaiʻi* |
| Office of The Governor *ex rel.* Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky<br><br>/s/ S. Travis Mayo<br>S. Travis Mayo<br>General Counsel<br>Taylor Payne<br>Chief Deputy General Counsel<br>Laura C. Tipton<br>Deputy General Counsel<br>Office of the Governor<br>700 Capitol Avenue, Suite 106<br>Frankfort, KY 40601<br>(502) 564-2611<br>travis.mayo@ky.gov<br>taylor.payne@ky.gov<br>laurac.tipton@ky.gov<br>*Attorneys for Plaintiff Kentucky Governors' Office* | Aaron M. Frey<br>Attorney General of Maine<br><br>/s/ Brendan Kreckel<br>Brendan Kreckel<br>Assistant Attorney General<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME 0433-0006<br>Tel.: 207-626-8800<br>Fax: 207-287-3145<br>brendan.kreckel@maine.gov<br>*Attorneys for Plaintiff State of Maine* |
| Anthony G. Brown<br>Attorney General of Maryland<br><br>/s/ James C. Luh<br>James C. Luh<br>Senior Assistant Attorney General<br>Office of the Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>410-576-6411<br>jluh@oag.state.md.us<br>*Attorneys for Plaintiff State of Maryland* | Andrea Joy Campbell<br>Attorney General of Massachusetts<br><br>/s/ Katherine Dirks<br>Katherine Dirks<br>Chief State Trial Counsel<br>Cassandra Thomson<br>Assistant Attorney General<br>Office of the Massachusetts Attorney General<br>1 Ashburton Place Boston, MA 02108<br>(617) 963-2277<br>katherine.dirks@mass.gov<br>cassandra.thomson@mass.gov<br>*Attorneys for Plaintiff Commonwealth of Massachusetts* |

| | |
|---|---|
| Dana Nessel<br>Attorney General of Michigan<br><br>*/s/ Neil Giovanatti*<br>Neil Giovanatti<br>Bryan Beach<br>Assistant Attorneys General<br>Michigan Department of Attorney General<br>525 W. Ottawa<br>Lansing, MI 48909<br>(517) 335-7603<br>giovanattin@michigan.gov<br>beachb@michigan.gov<br>*Attorneys for Plaintiff State of Michigan* | Keith Ellison<br>Attorney General of Minnesota<br><br>*/s/ Joseph R. Richie*<br>Joseph R. Richie<br>Special Counsel<br>445 Minnesota Street, Suite 1400<br>St. Paul, Minnesota, 55101<br>(651) 300-0921<br>joseph.richie@ag.state.mn.us<br>*Attorneys for Plaintiff State of Minnesota* |
| Jennifer Davenport<br>Attorney General of New Jersey<br><br>*/s/ Kashif T. Chand*<br>Kashif T. Chand (NJ Bar No. 016752008)<br>Assistant Attorney General<br>New Jersey Office of the Attorney General,<br>Division of Law<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07101<br>Tel: (973) 648-2052<br>kashif.chand@law.njoag.gov<br>*Attorneys for Plaintiff State of New Jersey* | Raúl Torrez<br>Attorney General of the State of New Mexico<br><br>*/s/ Steven Prefrement*<br>Steven Perfrement<br>Senior Litigation Counsel<br>New Mexico Department of Justice<br>408 Galisteo Street<br>Santa Fe, New Mexico 87501<br>SPerfrement@nmdoj.gov<br>505-601-7727<br>*Attorneys for the State of New Mexico* |
| Dan Rayfield<br>Attorney General of Oregon<br><br>*/s/ Scott P. Kennedy*<br>Scott P. Kennedy<br>Senior Assistant Attorney General<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>Tel (971) 453-9050<br>Fax (971) 673-5000<br>Scott.Kennedy@doj.oregon.gov<br>*Attorneys for Plaintiff State of Oregon* | Josh Shapiro, in his official capacity as Governor of the Commonwealth of Pennsylvania<br><br>*/s/ Jacob B. Boyer*<br>Jennifer Selber<br>General Counsel<br>Jacob B. Boyer<br>Deputy General Counsel<br>Pennsylvania Office of the Governor<br>30 N. 3rd St., Suite 200<br>Harrisburg, PA 17101<br>(717) 460-6786<br>jacobboyer@pa.gov<br>*Counsel for Governor Josh Shapiro* |

| | |
|---|---|
| Peter F. Neronha<br>Attorney General of Rhode Island<br><br>/s/ *Madeline R. Becker*<br>Madeline R. Becker (RI Bar No. 10034)<br>Special Assistant Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400, Ext. 2151<br>mbecker@riag.ri.gov<br>*Attorneys for Plaintiff State of Rhode Island* | Nicholas W. Brown<br>Attorney General of Washington<br><br>/s/ *Jennifer K. Chung*<br>Jennifer K. Chung, WSBA #51583<br>William Mcginty, WSBA #41868<br>Assistant Attorneys General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>206-464-7744<br>jennifer.chung@atg.wa.gov<br>william.mcginty@atg.wa.gov<br>*Attorneys for Plaintiff State of Washington* |
| Joshua l. Kaul<br>Attorney General of Wisconsin<br><br>/s/ *Karla Z. Keckhaver*<br>Karla Z. Keckhaver<br>Assistant Attorney General<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, Wisconsin 53707-7857<br>608-264-6365<br>karla.keckhaver@wisdoj.gov<br>*Attorneys for Plaintiff State of Wisconsin* | Aaron D. Ford<br>Attorney General of Nevada<br><br>/s/ *Heidi Parry Stern*<br>Heidi Parry Stern (Bar. No. 8873)<br>Solicitor General<br>Office of the Nevada Attorney General<br>1 State of Nevada Way, Ste. 100<br>Las Vegas, NV 89119<br>HStern@ag.nv.gov<br>*Attorneys for Plaintiff State of Nevada* |

# CERTIFICATE OF SERVICE

Case Name: ***California, et al. v. U.S. Department of Agriculture***    Case No. **3:25-cv-06310-MMC**

I hereby certify that on <u>February 5, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **JOINT STIPULATION TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT**
2. **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>February 5, 2026</u>, at San Francisco, California.

M. Mendiola
Declarant

*/s/ M. Mendiola*
Signature

SA2025302238