1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, ET AL.**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL.**<br><br>Defendants. | Case No. **3:25-cv-06310-MMC**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT**<br><br>Date: February 13, 2026<br>Time: 9:00 a.m.<br>Courtroom: 7<br>Judge: Maxine M. Chesney<br>Trial Date: None set<br>Action Filed: July 28, 2025 |

**[PROPOSED] ORDER**

The Court has considered the parties' Joint Stipulation to Continue the Deadline to File a Joint Status Report.  Good cause appearing therefor, the Court GRANTS that stipulation and EXTENDS the parties' deadline to submit a Joint Status Report proposing a schedule for cross-motions for summary judgment until the earlier of (1) February 27, 2026, or (2) seven days after the Court issues an order on Plaintiffs' pending Motion to Enforce or Expand the Preliminary Injunction, ECF No. 116.

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Maxine M. Chesney
United States District Judge

1

[Proposed] Order Granting Joint Stipulation to Continue Deadline to File Joint Status Report (Case No. 3:25-cv-06310-MMC)