BRETT A. SHUMATE
Assistant Attorney General
TYLER BECKER
Counsel to the Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
BENJAMIN S. KURLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>　　　　　*Plaintiffs*,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>　　　　　*Defendants*. | Case No. 3:25-cv-06310-MMC<br><br>**NOTICE OF FILING OF CERTIFIED LIST OF CONTENTS OF THE SUPPLEMENTAL FNS ADMINISTRATIVE RECORD** |

　　　　Defendants in the above-captioned action file this notice of the filing of certified lists of the contents of the Food and Nutrition Service's ("FNS") supplemental administrative record, pursuant to Local Civil Rule 16-5 and the Court's December 16, 2025 Order, ECF No. 112. Defendants filed a notice of filing a certified list of the contents of FNS's administrative record on January 8, 2026. *See* ECF No. 115. Since that time, Defendants have supplemented the administrative record and provided counsel for Plaintiffs with additional materials. The administrative record of the Office of the Inspector General remains unchanged. As such, a certification of the completeness of FNS's supplemented administrative record and the supplemented administrative record's table of contents accompany this filing. Defendants

produced the full contents of FNS's supplemental administrative records to counsel for Plaintiffs on February 11, 2026.

Dated: February 11, 2026

    Respectfully submitted,
    BRETT A. SHUMATE
    Assistant Attorney General
    Civil Division

    TYLER BECKER
    Counsel to the Assistant Attorney General
    Civil Division

    ELIZABETH J. SHAPIRO
    Deputy Branch Director
    Civil Division, Federal Programs Branch

    _____
    BENJAMIN S. KURLAND
    Trial Attorney
    United States Department of Justice
    Civil Division, Federal Programs Branch
    1100 L Street, NW
    Washington, DC 20005
    Tel: (202) 598-7755
    ben.kurland@usdoj.gov

    *Counsel for Defendants*