UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRIGULTURE, *et al.* <br><br> Defendants. | Civil Action No. 3:25-cv-06310 |

**CERTIFICATION OF SUPPLEMENTAL ADMINISTRATIVE RECORD**

I, Shiela Corley, Chief of Staff for the Deputy Under Secretary for the Food, Nutrition, and Consumer Services, United States Department of Agriculture, hereby certify that the attached Supplemental Administrative Record is a true, correct, and complete copy of the non-privileged documents that were directly or indirectly considered in connection with data collection pursuant to 7 U.S.C. § 2020(e)(8).

In accordance with 28 U.S.C. § 1746, I hereby certify and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

**SHIELA CORLEY**
Digitally signed by SHIELA CORLEY
Date: 2026.02.11 19:49:00 -05'00'

_____
Shiela Corley

| Administrative Record for *California, et al. v USDA, et al.* | Date | Bates Number Range |
|---|---|---|
| 1. Food and Nutrition Act of 2008 | N/A | CALIFORNIA_FNS_000001 – CALIFORNIA_FNS_000004 |
| 2. OMB 0584-0064 Supporting Statement | 05-31-2024 | CALIFORNIA_FNS_000005 – CALIFORNIA_FNS_000030 |
| 3. OMB 0584-0064 Appendix A, Food and Nutrition Act of 2008, As Amended Through P.L. 116–94 | 02-06-2024 | CALIFORNIA_FNS_000031 – CALIFORNIA_FNS_000120 |
| 4. OMB 0584-0064 Appendix B, 7 CFR Parts 271 – 273 as of December 21, 2023 | 02-06-2024 | CALIFORNIA_FNS_000121 – CALIFORNIA_FNS_000414 |
| 5. OMB 0584-0064 Appendix D, Food Programs Reporting System (FPRS) | 02-06-2024 | CALIFORNIA_FNS_000415 – CALIFORNIA_FNS_000416 |
| 6. OMB 0584-0064 Appendix E, Burden Table | 02-06-2024 | CALIFORNIA_FNS_000417 |
| 7. OMB 0584-0064 Appendix F, Burden Narrative | 02-06-2024 | CALIFORNIA_FNS_000418 – CALIFORNIA_FNS_000457 |
| 8. Executive Order 14243 | 03-25-2025 | CALIFORNIA_FNS_000458 – CALIFORNIA_FNS_000459 |
| 9. May 6th Letter | 05-06-2025 | CALIFORNIA_FNS_000460 – CALIFORNIA_FNS_000461 |
| 10. Nonsubstantive Change Request, OMB 0584-0064 | 06-11-2025 | CALIFORNIA_FNS_000462 – CALIFORNIA_FNS_000464 |
| 11. OMB 0584-0064 Appendix E; Burden Table, revised | 06-11-2025 | CALIFORNIA_FNS_000465 |
| 12. Notice of a new system of records, 90 Fed. Reg. 26521 | 06-23-2025 | CALIFORNIA_FNS_000466 – CALIFORNIA_FNS_000468 |
| 13. Revised Nonsubstantive Change Request, OMB 0584-0064 | 06-24-2025 | CALIFORNIA_FNS_000469 – CALIFORNIA_FNS_000470 |
| 14. July 9th Letter | 07-09-2025 | CALIFORNIA_FNS_000471 |
| 15. Public Comments on Notice of a new system of records, FNS-2025-0024-0001 | 06-30-2025 – 07-23-2025 | CALIFORNIA_FNS_000472 |
| 16. Documents submitted as Public Comments on Notice of a new system of records, FNS-2025-0024-0001 | 07-16-2025 – 07-23-2025 | CALIFORNIA_FNS_000473 – CALIFORNIA_FNS_000540 |
| 17. July 23rd Letter | 07-23-2025 | CALIFORNIA_FNS_000541 – CALIFORNIA_FNS_000542 |
| 18. FY 2025 Privacy Impact Assessment | 07-23-2025 | CALIFORNIA_FNS_000543 – CALIFORNIA_FNS_000571 |
| 19. July 25th Letter | 07-25-2025 | CALIFORNIA_FNS_000572 |
| 20. Analysis of SORN Comments | 08-14-2025 | CALIFORNIA_FNS_000573 |
| 21. Advance Notification Letters | 08-12-2025 – 08-20-2025 | CALIFORNIA_FNS_000574 – CALIFORNIA_FNS_000617 |
| 22. Advance Notification Extension | 08-14-2025 | CALIRORNIA_FNS_000618 |
| 23. Formal Warning Letters | 08-20-2025 – 08-26-2025 | CALIFORNIA_FNS_000619 – CALIFORNIA_FNS_000663 |
| 24. Pennsylvania Corrective Action Plan | 09-19-2025 | CALIFORNIA_FNS_000664 – CALIFORNIA_FNS_000665 |
| 25. FNS Response to Pennsylvania Corrective Action Plan | 09-19-2025 | CALIFORNIA_FNS_000666 |
| 26. Pennsylvania Notice of Disallowance | 09-20-2025 | CALIFORNIA_FNS_000667 – CALIFORNIA_FNS_000668 |
| 27. Pennsylvania Updated Corrective Action Plan | 09-26-2025 | CALIFORNIA_FNS_000669 – CALIFORNIA_FNS_000670 |
| 28. OMB Notice of Action 202402-0584-001 | 06-13-2024 | CALIFORNIA_FNS_000671 – CALIFORNIA_FNS_000672 |
| 29. OMB Notice of Action 202506-0584-001 | 06-11-2025 | CALIFORNIA_FNS_000673 – CALIFORNIA_FNS_000674 |
| 30. OMB Notice of Action 202506-0584-002 | 07-01-2025 | CALIFORNIA_FNS_000675 – CALIFORNIA_FNS_000676 |