BRETT A. SHUMATE
Assistant Attorney General
TYLER BECKER
Counsel to the Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
BENJAMIN S. KURLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | Case No. 3:25-cv-06310-MMC |
| *Plaintiffs*, | |
| v. | **NOTICE OF AMENDED PROTOCOLS** |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | |
| *Defendants*. | |

Defendants in the above-captioned action file this notice informing the Court that on February 17, 2026, the U.S. Department of Agriculture's Food and Nutrition Service's ("FNS") issued the attached amended protocols to the plaintiff States pursuant to FNS' November 24 data request under 7 U.S.C. § 2020(a)(3). Specifically, FNS transmitted a cover letter and a new proposed data and security protocol. Exhibit A, attached herein, is an example of the cover letter, this version having been sent to the State of California, and Exhibit B is a track-changed version of the new protocol displaying a comparison of the new protocol over the previous version issued on December 23.

Dated: February 17, 2026

Respectfully submitted,

1
2
3
4
5
6
7
8
9
10
11
12

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

TYLER BECKER
Counsel to the Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division, Federal Programs Branch

_____
BENJAMIN S. KURLAND
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 598-7755
ben.kurland@usdoj.gov

*Counsel for Defendants*

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28