EXHIBIT A

**U.S. DEPARTMENT OF AGRICULTURE**

February 17, 2026

Governor Gavin Newsom
1021 O Street, Suite 9000
Sacramento, California 95814

Dear Governor Newsom,

Following the February 13, 2026, Court hearing in *California et al. v. United States Department of Agriculture et al.*, no. 3:25-cv-06310-MMC (N.D. Calif.), the U.S. Department of Agriculture (USDA), Food and Nutrition Service (FNS) is further revising its November 24, 2025, data sharing request, as amended December 23, 2025. USDA is complying with the Court's guidance in revising its data sharing protocol pursuant to which it is directing that your State cooperate with FNS's audit of the State's administration and enforcement of the Supplemental Nutrition Assistance Program (SNAP). Although the majority of States last summer agreed with FNS's earlier request and produced SNAP data acquired from households to FNS, your State continues to withhold data that it is statutorily obligated to produce.

In the February 13th hearing, the Court affirmed that minor emendations to USDA's amended protocols to affirm FNS's commitment to follow 7 U.S.C. §§ 2020(a)(3) and (e)(8) are sufficient to avoid further challenge. Accordingly, USDA, guided by the Court's hearing, has revised its data protocols for plaintiff States. The attached protocols satisfy the two objectives suggested by the Court: it unequivocally confirms in its introduction that: (1) USDA's handling of data it receives from plaintiff States will be governed by and comply with the text of 7 U.S.C. §§ 2020(a)(3) and (e)(8), and (2) agrees the protocols control notwithstanding any provision of USDA's System of Records Notice (SORN) that could be read to the contrary.

USDA appreciates the Court's guidance. USDA has a statutory and moral obligation to taxpayers to ensure any distribution of federal funds accords with law and does not risk loss to errors, fraud, waste and abuse. We ask that we receive your State's agreement to this third amended protocol by February 23, 2026.

Sincerely,

*Shiela Corley*

Shiela Corley
Chief of Staff, Food, Nutrition, and Consumer Services
U.S. Department of Agriculture

Enclosure

cc:     Maria Buxton, Deputy Attorney General

Office of the Under Secretary for Food, Nutrition, and Consumer Services
1400 Independence Avenue, SW, Washington, DC 20250-9600
USDA is an equal opportunity provider, employer, and lender.