# OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### Northern District of California

## CIVIL MINUTES

**Date:** February 13, 2026  **Time:** 10:06 - 10:38  **Judge:** MAXINE M. CHESNEY
                                    11:53 – 1:39
                                    = 2 hours 4 minutes

**Case No.:** 25-cv-06310-MMC  **Case Name:** State of California et al v. United States Department of Agriculture et al

**Attorney for Plaintiff:** Liam O'Connor, Sebastian Brady, Paul Stein
**Attorney for Defendant:** Benjamin Kurland, Tyler Becker
**Deputy General Counsel USDA:** Brian Mizoguchi

**Deputy Clerk:** Tracy Geiger                    **Court Reporter:** Kendra Steppler

## PROCEEDINGS

Plaintiff States' Motion to Enforce or Expand the Preliminary Injunction; (Dkt. No. 116) - Hearing held.

Oral argument presented.

**Tentative Ruling:** Denying Motion to Enforce and Granting Expanded Injunction precluding U.S. Department of Agriculture from acting on November 24 and December 23, 2025 letters.

**Order to be prepared by:**
( )    Plaintiff              ( )    Defendant            (X)    Court