ROB BONTA
Attorney General of California
PAUL STEIN
ROBIN GOLDFADEN
Supervising Deputy Attorneys General
ANDREW Z. EDELSTEIN
ANNA RICH
JANE REILLEY
SEBASTIAN BRADY
WILLIAM BELLAMY
MARIA F. BUXTON
LIAM E. O'CONNOR
Deputy Attorneys General
State Bar No. 330050
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 510-3915
 Fax: (415) 703-5480
 E-mail: Liam.OConnor@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, ET AL.**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL.**<br><br>Defendants. | Case No. **3:25-cv-06310-MMC**<br><br>**NOTICE OF FILING OF SUPPLEMENTAL PROPOSED ORDER GRANTING PLAINTIFF STATES' MOTION FOR AN EXPANDED PRELIMINARY INJUNCTION** |

1  Pursuant to the Court's request at the hearing on Plaintiffs' Motion to Enforce or Expand
2  the Preliminary Injunction, Plaintiffs submit the attached Proposed Order Granting an Expanded
3  Preliminary Injunction. Plaintiffs have drafted the proposed order to reflect their understanding of
4  the Court's tentative views expressed at the hearing that (1) Defendants' renewed data demand is
5  beyond the scope of the existing preliminary injunction, and (2) the renewed demand is likely
6  contrary to 7 U.S.C. § 2020(a)(3) and (e)(8). Given that the Court took under submission
7  Plaintiffs' argument that the renewed data demand is contrary to 5 U.S.C. § 552a(o)(1), Plaintiffs
8  have not addressed that issue in the proposed order.

9  Since the hearing, Defendants have filed a notice that they have issued another proposed
10 protocol, which makes changes relevant to the 7 U.S.C. § 2020(e)(8) issue, but not to the 5 U.S.C.
11 § 552a(o)(1) issue. ECF No. 128. Plaintiffs are actively reviewing Defendants' latest proposed
12 protocol and will respond as soon as practicable. If the Court wishes to address the latest
13 proposed protocol in its order before the parties have had an opportunity to discuss the proposed
14 protocol, Plaintiffs request the opportunity to provide supplemental briefing regarding the latest
15 proposed protocol.

17 Dated:  February 18, 2026                  Respectfully submitted,

ROB BONTA
Attorney General of California
PAUL STEIN
ROBIN GOLDFADEN
Supervising Deputy Attorneys General
ANDREW Z. EDELSTEIN
ANNA RICH
JANE REILLEY
SEBASTIAN BRADY
WILLIAM BELLAMY
MARIA F. BUXTON
LIAM E. O'CONNOR

*/s/ Liam E. O'Connor*
LIAM E. O'CONNOR
Deputy Attorneys General
*Attorneys for Plaintiff State of California*

1

Notice of Filing of Suppl. Proposed Order Granting an Expanded Prelim. Inj. (Case No. 3:25-cv-06310-MMC)

| | | |
|---|---|---|
| 1 | Letitia James<br>Attorney General of New York | Kwame Raoul<br>Attorney General of Illinois |
| 2 | | |
| 3 | /s/ Mark Ladov<br>Mark Ladov<br>Special Counsel | /s/ Sherief Gaber<br>Harpreet K. Khera<br>Bureau Chief, Special Litigation |
| 4 | Julie Dona<br>Special Counsel | Sherief Gaber<br>Assistant Attorney General |
| 5 | 28 Liberty St.<br>New York, NY 10005 | 115 S. LaSalle St., 35th Flr.<br>Chicago, Illinois 60603 |
| 6 | (212) 416-8240<br>mark.ladov@ag.ny.gov | (773) 590-7127<br>sherief.gaber@ilag.gov |
| 7 | *Attorneys for Plaintiff State of New York* | *Attorneys for Plaintiff State of Illinois* |

1  Letitia James                                    Kwame Raoul
   Attorney General of New York                     Attorney General of Illinois
2
3  /s/ Mark Ladov                                   /s/ Sherief Gaber
   Mark Ladov                                       Harpreet K. Khera
   Special Counsel                                  Bureau Chief, Special Litigation
4  Julie Dona                                       Sherief Gaber
   Special Counsel                                  Assistant Attorney General
5  28 Liberty St.                                   115 S. LaSalle St., 35th Flr.
   New York, NY 10005                               Chicago, Illinois 60603
6  (212) 416-8240                                   (773) 590-7127
   mark.ladov@ag.ny.gov                             sherief.gaber@ilag.gov
7  *Attorneys for Plaintiff State of New York*      *Attorneys for Plaintiff State of Illinois*

8

9  Kristin Mayes                                    Philip J. Weiser
   Attorney General of Arizona                      Attorney General of Colorado
10
11 /s/ Hayleigh S. Crawford                         /s/ David Moskowitz
   Hayleigh S. Crawford (AZ No. 032326)             David Moskowitz
   Luci D. Davis (AZ No. 035347)                    Deputy Solicitor General
12 2005 N. Central Ave. Phoenix, AZ 85004           Colorado Department of Law
   (602) 542-3333                                   1300 Broadway, 10th Floor
13 Hayleigh.Crawford@azag.gov                       Denver, CO 80203
   Luci.Davis@azag.gov                              Phone: (720) 508-6000
14 ACL@azag.gov                                     david.moskowitz@coag.gov
   *Attorneys for Plaintiff State of Arizona*       *Attorneys for Plaintiff State of Colorado*
15

16 William Tong                                     Kathleen Jennings
   Attorney General of Connecticut                  Attorney General of Delaware
17
   /s/ Janelle R. Medeiros                          /s/ Vanessa L. Kassab
18 Janelle R. Medeiros                              Ian R. Liston
   Special Counsel for Civil Rights                 Director of Impact Litigation
19 165 Capitol Ave                                  Vanessa L. Kassab
   Hartford, CT 06106                               Deputy Attorney General
20 (860) 808-5020                                   Delaware Department of Justice
   Janelle.Medeiros@ct.gov                          820 N. French Street
21 *Attorneys for Plaintiff State of Connecticut*   Wilmington, DE 19801
                                                    (302) 683-8899
22                                                  vanessa.kassab@delaware.gov
                                                    *Attorneys for Plaintiff State of Delaware*
23
24
25
26
27
28

2

Notice of Filing of Suppl. Proposed Order Granting an Expanded Prelim. Inj. (Case No. 3:25-cv-06310-MMC)

| | |
|---|---|
| Brian L. Schwalb<br>Attorney General for the District of Columbia | Anne E. Lopez<br>Attorney General of Hawai'i |
| */s/ Nicole S. Hill*<br>Nicole S. Hill<br>Assistant Attorney General<br>Office of the Attorney General for the District of Columbia<br>400 Sixth Street, NW<br>Washington, D.C. 20001<br>(202) 727-4171<br>nicole.hill@dc.gov | */s/ Kaliko'onālani D. Fernandes*<br>David D. Day<br>Special Assistant to the Attorney General<br>Kaliko'onālani D. Fernandes<br>Solicitor General<br>425 Queen Street<br>Honolulu, HI 96813<br>(808) 586-1360<br>kaliko.d.fernandes@hawaii.gov |
| *Attorneys for Plaintiff District of Columbia* | *Attorneys for Plaintiff State of Hawai'i* |
| Office of The Governor *ex rel*. Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky | Aaron M. Frey<br>Attorney General of Maine |
| */s/ S. Travis Mayo*<br>S. Travis Mayo<br>General Counsel<br>Taylor Payne<br>Chief Deputy General Counsel<br>Laura C. Tipton<br>Deputy General Counsel<br>Office of the Governor<br>700 Capitol Avenue, Suite 106<br>Frankfort, KY 40601<br>(502) 564-2611<br>travis.mayo@ky.gov<br>taylor.payne@ky.gov<br>laurac.tipton@ky.gov | */s/ Brendan Kreckel*<br>Brendan Kreckel<br>Assistant Attorney General<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME 0433-0006<br>Tel.: 207-626-8800<br>Fax: 207-287-3145<br>brendan.kreckel@maine.gov<br>*Attorneys for Plaintiff State of Maine* |
| *Attorneys for Plaintiff Kentucky Governors' Office* | |

3

Notice of Filing of Suppl. Proposed Order Granting an Expanded Prelim. Inj. (Case No. 3:25-cv-06310-MMC)

| | |
|---|---|
| Anthony G. Brown<br>Attorney General of Maryland | Andrea Joy Campbell<br>Attorney General of Massachusetts |
| */s/ James C. Luh*<br>James C. Luh<br>Senior Assistant Attorney General<br>Office of the Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>410-576-6411<br>jluh@oag.state.md.us<br>*Attorneys for Plaintiff State of Maryland* | */s/ Katherine Dirks*<br>Katherine Dirks<br>Chief State Trial Counsel<br>Cassandra Thomson<br>Assistant Attorney General<br>Office of the Massachusetts Attorney General<br>1 Ashburton Place Boston, MA 02108<br>(617) 963-2277<br>katherine.dirks@mass.gov<br>cassandra.thomson@mass.gov<br><br>*Attorneys for Plaintiff Commonwealth of Massachusetts* |
| Dana Nessel<br>Attorney General of Michigan | Keith Ellison<br>Attorney General of Minnesota |
| */s/ Neil Giovanatti*<br>Neil Giovanatti<br>Bryan Beach<br>Assistant Attorneys General<br>Michigan Department of Attorney General<br>525 W. Ottawa<br>Lansing, MI 48909<br>(517) 335-7603<br>giovanattin@michigan.gov<br>beachb@michigan.gov<br>*Attorneys for Plaintiff State of Michigan* | */s/ Joseph R. Richie*<br>Joseph R. Richie<br>Special Counsel<br>445 Minnesota Street, Suite 1400<br>St. Paul, Minnesota, 55101<br>(651) 300-0921<br>joseph.richie@ag.state.mn.us<br>*Attorneys for Plaintiff State of Minnesota* |
| Jennifer Davenport<br>Attorney General of New Jersey | Raúl Torrez<br>Attorney General of the State of New Mexico |
| */s/ Kashif T. Chand*<br>Kashif T. Chand (NJ Bar No. 016752008)<br>Assistant Attorney General<br>New Jersey Office of the Attorney General,<br>Division of Law<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07101<br>Tel: (973) 648-2052<br>kashif.chand@law.njoag.gov<br><br>*Attorneys for Plaintiff State of New Jersey* | */s/ Steven Prefrement*<br>Steven Perfrement<br>Senior Litigation Counsel<br>New Mexico Department of Justice<br>408 Galisteo Street<br>Santa Fe, New Mexico 87501<br>SPerfrement@nmdoj.gov<br>505-601-7727<br>*Attorneys for the State of New Mexico* |

4

Notice of Filing of Suppl. Proposed Order Granting an Expanded Prelim. Inj. (Case No. 3:25-cv-06310-MMC)

| | |
|---|---|
| Dan Rayfield<br>Attorney General of Oregon<br><br>*/s/ Scott P. Kennedy*<br>Scott P. Kennedy<br>Senior Assistant Attorney General<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>Tel (971) 453-9050<br>Fax (971) 673-5000<br>Scott.Kennedy@doj.oregon.gov<br>*Attorneys for Plaintiff State of Oregon* | Josh Shapiro, in his official capacity as Governor of the Commonwealth of Pennsylvania<br><br>*/s/ Jacob B. Boyer*<br>Jennifer Selber<br>General Counsel<br>Jacob B. Boyer<br>Deputy General Counsel<br>Pennsylvania Office of the Governor<br>30 N. 3rd St., Suite 200<br>Harrisburg, PA 17101<br>(717) 460-6786<br>jacobboyer@pa.gov<br>*Counsel for Governor Josh Shapiro* |
| Peter F. Neronha<br>Attorney General of Rhode Island<br><br>/s/ *Madeline R. Becker*<br>Madeline R. Becker (RI Bar No. 10034)<br>Special Assistant Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400, Ext. 2151<br>mbecker@riag.ri.gov<br>*Attorneys for Plaintiff State of Rhode Island* | Nicholas W. Brown<br>Attorney General of Washington<br><br>*/s/ Jennifer K. Chung*<br>Jennifer K. Chung, WSBA #51583<br>William Mcginty, WSBA #41868<br>Assistant Attorneys General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>206-464-7744<br>jennifer.chung@atg.wa.gov<br>william.mcginty@atg.wa.gov<br>*Attorneys for Plaintiff State of Washington* |
| Joshua l. Kaul<br>Attorney General of Wisconsin<br><br>*/s/ Karla Z. Keckhaver*<br>Karla Z. Keckhaver<br>Assistant Attorney General<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, Wisconsin 53707-7857<br>608-264-6365<br>karla.keckhaver@wisdoj.gov<br>*Attorneys for Plaintiff State of Wisconsin* | |

5

Notice of Filing of Suppl. Proposed Order Granting an Expanded Prelim. Inj. (Case No. 3:25-cv-06310-MMC)

# CERTIFICATE OF SERVICE

Case Name: *California, et al. v. U.S. Department of Agriculture*   Case No. **3:25-cv-06310-MMC**

I hereby certify that on February 18, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **NOTICE OF FILING OF SUPPLEMENTAL PROPOSED ORDER GRANTING PLAINTIFF STATES' MOTION FOR AN EXPANDED PRELIMINARY INJUNCTION**

2. **[PROPOSED] ORDER GRANTING PLAINTIFF STATES' MOTION FOR AN EXPANDED PRELIMINARY INJUNCTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on February 18, 2026, at San Francisco, California.

M. Mendiola
Declarant

*M. Mendiola*
Signature

SA2025302238