1   ROB BONTA
    Attorney General of California
2   PAUL STEIN
    ROBIN GOLDFADEN
3   Supervising Deputy Attorneys General
    ANDREW Z. EDELSTEIN
4   ANNA RICH
    JANE REILLEY
5   SEBASTIAN BRADY
    WILLIAM BELLAMY
6   MARIA F. BUXTON
    LIAM E. O'CONNOR
7   Deputy Attorneys General
    State Bar No. 330050
8    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
9    Telephone: (415) 510-3915
     Fax: (415) 703-5480
10    E-mail: Liam.OConnor@doj.ca.gov
    *Attorneys for Plaintiff State of California*

11

12                  IN THE UNITED STATES DISTRICT COURT

13              FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                      SAN FRANCISCO DIVISION

15

16

17   **STATE OF CALIFORNIA, ET AL.**            Case No. **3:25-cv-06310-MMC**

18                              Plaintiffs,     **NOTICE OF PLAINTIFFS'
                                                RESPONSE TO DEFENDANTS'**
19                                              **FEBRUARY 17 PROPOSED
                                                PROTOCOL**
20          **v.**

21
     **UNITED STATES DEPARTMENT OF
22   AGRICULTURE, ET AL.**

23                              Defendants.

24

25

26

27

28

1    After the hearing on Plaintiffs' Motion to Enforce or Expand the Preliminary Injunction,

2  *see* ECF No. 116, Defendants filed a notice to inform the Court that on February 17, 2026,

3  Defendants issued a revised proposed data and security protocol, ECF No. 128. Plaintiffs submit

4  this notice to inform the Court that on February 25, Plaintiffs responded to Defendants' February

5  17 proposed protocol. In their response, Plaintiffs have proposed revisions to Defendants'

6  February 17 proposed protocol, consistent with Plaintiffs' statutory duty to safeguard information

7  obtained from applicant households under 7 U.S.C. § 2020(e)(8), and invited Defendants to

8  discuss these proposed revisions.

9    Plaintiffs' joint response, sent from Plaintiffs' counsel to Defendants' counsel, is attached

10  hereto. Exhibit 1 is Plaintiffs' joint cover letter; Exhibit 2 is a copy of Plaintiffs' proposed revised

11  protocol; Exhibit 3 is a copy of a track-changed version of Plaintiffs' proposed revisions to

12  Defendants' February 17 proposed protocol; Exhibit 4 is a copy of Plaintiffs' proposed revised

13  data elements; and Exhibit 5 is a copy of a track-changed version of Plaintiffs' proposed revisions

14  to Defendants' data elements.

15

16  Dated:  February 25, 2026                    Respectfully submitted,

17                                              ROB BONTA
                                                Attorney General of California
18                                              PAUL STEIN
                                                ROBIN GOLDFADEN
19                                              Supervising Deputy Attorneys General
                                                ANDREW Z. EDELSTEIN
20                                              ANNA RICH
                                                JANE REILLEY
21                                              SEBASTIAN BRADY
                                                WILLIAM BELLAMY
22                                              MARIA F. BUXTON
                                                LIAM E. O'CONNOR
23
                                                */s/ Liam E. O'Connor*
24                                              LIAM E. O'CONNOR
                                                Deputy Attorneys General
25                                              *Attorneys for Plaintiff State of California*

26

27

28

1

Notice of Pls.' Response to Defs.' February 17 Proposed Protocol (Case No. 3:25-cv-06310-MMC)

| | |
|---|---|
| Letitia James<br>Attorney General of New York | Kwame Raoul<br>Attorney General of Illinois |

/s/ Mark Ladov
Mark Ladov
Special Counsel
Julie Dona
Special Counsel
28 Liberty St.
New York, NY 10005
(212) 416-8240
mark.ladov@ag.ny.gov
*Attorneys for Plaintiff State of New York*

/s/ Sherief Gaber
Harpreet K. Khera
Bureau Chief, Special Litigation
Sherief Gaber
Assistant Attorney General
115 S. LaSalle St., 35th Flr.
Chicago, Illinois 60603
(773) 590-7127
sherief.gaber@ilag.gov
*Attorneys for Plaintiff State of Illinois*

Kristin Mayes
Attorney General of Arizona

Philip J. Weiser
Attorney General of Colorado

/s/ Hayleigh S. Crawford
Hayleigh S. Crawford (AZ No. 032326)
Luci D. Davis (AZ No. 035347)
2005 N. Central Ave. Phoenix, AZ 85004
(602) 542-3333
Hayleigh.Crawford@azag.gov
Luci.Davis@azag.gov
ACL@azag.gov
*Attorneys for Plaintiff State of Arizona*

/s/ David Moskowitz
David Moskowitz
Deputy Solicitor General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6000
david.moskowitz@coag.gov
*Attorneys for Plaintiff State of Colorado*

William Tong
Attorney General of Connecticut

Kathleen Jennings
Attorney General of Delaware

/s/ Janelle R. Medeiros
Janelle R. Medeiros
Special Counsel for Civil Rights
165 Capitol Ave
Hartford, CT 06106
(860) 808-5020
Janelle.Medeiros@ct.gov
*Attorneys for Plaintiff State of Connecticut*

/s/ Vanessa L. Kassab
Ian R. Liston
Director of Impact Litigation
Vanessa L. Kassab
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov
*Attorneys for Plaintiff State of Delaware*

2

1    Brian L. Schwalb                          Anne E. Lopez
     Attorney General for the District of Columbia    Attorney General of Hawaiʻi

2

3    /s/ Nicole S. Hill                        /s/ Kalikoʻonālani D. Fernandes
     Nicole S. Hill                            David D. Day
     Assistant Attorney General               Special Assistant to the Attorney General

4    Office of the Attorney General for the District    Kalikoʻonālani D. Fernandes
     of Columbia                               Solicitor General

5    400 Sixth Street, NW                      425 Queen Street
     Washington, D.C. 20001                    Honolulu, HI 96813

6    (202) 727-4171                            (808) 586-1360
     nicole.hill@dc.gov                        kaliko.d.fernandes@hawaii.gov

7
     Attorneys for Plaintiff District of Columbia    Attorneys for Plaintiff State of Hawaiʻi

8

9    Office of The Governor ex rel. Andy Beshear,    Aaron M. Frey
     in his official capacity as Governor of the    Attorney General of Maine

10   Commonwealth of Kentucky

11   /s/ S. Travis Mayo                        /s/ Brendan Kreckel
     S. Travis Mayo                            Brendan Kreckel

12   General Counsel                           Assistant Attorney General
     Taylor Payne                              Office of the Attorney General

13   Chief Deputy General Counsel              6 State House Station
     Laura C. Tipton                           Augusta, ME 0433-0006

14   Deputy General Counsel                    Tel.:  207-626-8800
     Office of the Governor                    Fax:  207-287-3145

15   700 Capitol Avenue, Suite 106             brendan.kreckel@maine.gov
     Frankfort, KY 40601                       Attorneys for Plaintiff State of Maine

16   (502) 564-2611
     travis.mayo@ky.gov

17   taylor.payne@ky.gov
     laurac.tipton@ky.gov

18   Attorneys for Plaintiff Kentucky Governors'
     Office

19

20

21

22

23

24

25

26

27

28

| | | |
|---|---|---|
| 1 | Anthony G. Brown<br>Attorney General of Maryland | Andrea Joy Campbell<br>Attorney General of Massachusetts |
| 2 | | |
| 3 | /s/ James C. Luh<br>James C. Luh<br>Senior Assistant Attorney General | /s/ Katherine Dirks<br>Katherine Dirks<br>Chief State Trial Counsel |
| 4 | Office of the Attorney General<br>200 Saint Paul Place, 20th Floor | Cassandra Thomson<br>Assistant Attorney General |
| 5 | Baltimore, Maryland 21202<br>410-576-6411 | Office of the Massachusetts Attorney General<br>1 Ashburton Place Boston, MA 02108 |
| 6 | jluh@oag.state.md.us<br>*Attorneys for Plaintiff State of Maryland* | (617) 963-2277<br>katherine.dirks@mass.gov |
| 7 | | cassandra.thomson@mass.gov |
| 8 | | *Attorneys for Plaintiff Commonwealth of* |
| 9 | | *Massachusetts* |
| 10 | Dana Nessel<br>Attorney General of Michigan | Keith Ellison<br>Attorney General of Minnesota |
| 11 | | |
| 12 | /s/ Neil Giovanatti<br>Neil Giovanatti<br>Bryan Beach | /s/ Joseph R. Richie<br>Joseph R. Richie<br>Special Counsel |
| 13 | Assistant Attorneys General<br>Michigan Department of Attorney General | 445 Minnesota Street, Suite 1400<br>St. Paul, Minnesota, 55101 |
| 14 | 525 W. Ottawa<br>Lansing, MI 48909 | (651) 300-0921<br>joseph.richie@ag.state.mn.us |
| 15 | (517) 335-7603<br>giovanattin@michigan.gov | *Attorneys for Plaintiff State of Minnesota* |
| 16 | beachb@michigan.gov<br>*Attorneys for Plaintiff State of Michigan* | |
| 17 | | |
| 18 | | |
| 19 | Jennifer Davenport<br>Attorney General of New Jersey | Raúl Torrez<br>Attorney General of the State of New Mexico |
| 20 | | |
| 21 | /s/ Kashif T. Chand<br>Kashif T. Chand (NJ Bar No. 016752008) | /s/ Steven Prefrement<br>Steven Perfrement |
| 22 | Assistant Attorney General<br>New Jersey Office of the Attorney General,<br>Division of Law | Senior Litigation Counsel<br>New Mexico Department of Justice<br>408 Galisteo Street |
| 23 | 124 Halsey Street, 5th Floor<br>Newark, NJ 07101 | Santa Fe, New Mexico 87501<br>SPerfrement@nmdoj.gov |
| 24 | Tel: (973) 648-2052<br>kashif.chand@law.njoag.gov | 505-601-7727<br>*Attorneys for the State of New Mexico* |
| 25 | | |
| | *Attorneys for Plaintiff State of New Jersey* | |
| 26 | | |
| 27 | | |
| 28 | | |

4

Notice of Pls.' Response to Defs.' February 17 Proposed Protocol (Case No. 3:25-cv-06310-MMC)

Dan Rayfield
Attorney General of Oregon

*/s/ Scott P. Kennedy*
Scott P. Kennedy
Senior Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel (971) 453-9050
Fax (971) 673-5000
Scott.Kennedy@doj.oregon.gov
*Attorneys for Plaintiff State of Oregon*

Josh Shapiro, in his official capacity as
Governor of the Commonwealth of
Pennsylvania

*/s/ Jacob B. Boyer*
Jennifer Selber
General Counsel
Jacob B. Boyer
Deputy General Counsel
Pennsylvania Office of the Governor
30 N. 3rd St., Suite 200
Harrisburg, PA 17101
(717) 460-6786
jacobboyer@pa.gov
*Counsel for Governor Josh Shapiro*

Peter F. Neronha
Attorney General of Rhode Island

/s/ *Madeline R. Becker*
Madeline R. Becker (RI Bar No. 10034)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2151
mbecker@riag.ri.gov
*Attorneys for Plaintiff State of Rhode Island*

Nicholas W. Brown
Attorney General of Washington

*/s/ Jennifer K. Chung*
Jennifer K. Chung, WSBA #51583
William Mcginty, WSBA #41868
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744
jennifer.chung@atg.wa.gov
william.mcginty@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

Joshua l. Kaul
Attorney General of Wisconsin

*/s/ Karla Z. Keckhaver*
Karla Z. Keckhaver
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
608-264-6365
karla.keckhaver@wisdoj.gov
*Attorneys for Plaintiff State of Wisconsin*

5

# CERTIFICATE OF SERVICE

Case Name:   ***California, et al. v. U.S. Department of Agriculture (SNAP)***
Case No.      **3:25-cv-06310-MMC**

I hereby certify that on <u>February 25, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### NOTICE OF PLAINTIFFS' RESPONSE TO DEFENDANTS' FEBRUARY 17 PROPOSED PROTOCOL with Exhibits 1 to 5

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>February 25, 2026</u>, at San Francisco, California.

| | |
|---|---|
| _____ | _____ |
| G. Pang | Signature |
| Declarant | |

SA2025302238/44975827.docx