# Exhibit 1

*Via E-mail*
Elizabeth J. Shapiro
Tyler Becker
Benjamin S. Kurland
ben.kurland@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005

*Counsel for U.S. Department of Agriculture and Secretary of Agriculture Brooke L. Rollins*

RE:  Response to February 17, 2026 Letter to Plaintiff States from Shiela Corley, Chief of Staff, Food, Nutrition, and Consumer Services, U.S. Department of Agriculture

Dear Counsel:

We write on behalf of Plaintiffs in *State of California v. USDA*, No. 3:25-cv-06310 (N.D. Cal.). This letter, and its attached redlined protocol, respond to the further revised proposed protocol that USDA/FNS sent to Plaintiff States last week on February 17, 2026 (the "February 17 proposed protocol"). As set forth in the attached document, Plaintiff States request some revisions to USDA's February 17 proposed protocol, primarily to ensure compliance with 7 U.S.C. § 2020(e)(8). We have provided our rationale in comments to the redline. To the extent USDA disagrees with any of our proposals, we request the opportunity to meet and confer with USDA to try to resolve any remaining disagreements.

With respect to 7 U.S.C. § 2020(e)(8), in particular, we hope our requested revisions will be noncontroversial, as each aligns the protocol with the applicable statutory and regulatory structure and the Court's rulings and tentative rulings in our litigation, as well as USDA's representations about how it intends to use and share the data and prior data sharing agreements.

First, we have requested revisions to section 1.4 to make clear that USDA and FNS (and any person or entity to whom the data is disclosed) will abide by 7 U.S.C. § 2020(e)(8)'s data use and disclosure restrictions. As drafted, the reference in section 1.4 of USDA's February 17 proposed protocol to "State Plans of Operation" creates ambiguity as to whether USDA is taking the position that *its* data use and disclosure is not restricted by 7 U.S.C. § 2020(e)(8). The Food and Nutrition Act's data use and disclosure restrictions would be meaningless if once USDA or third parties collected the data that data could then be freely re-disclosed to persons and for purposes prohibited by the statute. Accordingly, the Court has already ruled that this provision does not merely restrict state plans; it also imposes "strict limitations" on "the *recipient*['s] . . . use of" information covered by this statute. ECF No. 106 at 18; *see* ECF No. 131 at 47-48 (Feb. 13, 2026 Hr'g Tr.).

1

Second, we have requested revisions to section 1.4 to make clear that 7 U.S.C. § 2020(e)(8) does not permit the use or disclosure of data for purposes of investigating potential violations of civil immigration laws or enforcing civil immigration laws. The Food and Nutrition Act (FNA) permits applicant data to be used and disclosed only for purposes of "administration or enforcement" of the FNA or Federal assistance programs. These restrictions would be meaningless if USDA could simply collect all States' data and redisclose it to DHS or its subagencies whenever they request it. USDA has now repeatedly stated that "it does not *intend* to share the data it collects with outside agencies for purposes other than administering and enforcing SNAP," *see* ECF No. 118 at 9 (emphasis added); *accord id.* at 13, 14, but it has yet to commit that it will not share the data with the Department of Homeland Security (DHS) or its subagencies for immigration enforcement purposes. Our requested revisions to section 1.4 (and requested conforming revisions to other sections throughout) would ensure that USDA can use and share the data for lawful purposes consistent with USDA's representations, while also ensuring that the data is not unlawfully used or disclosed in circumstances not permitted by the FNA.

We have also proposed amendments to the data elements proposed in Attachment A of the USDA's November 24, 2025 data demand, including to reduce the amount of personal identifiable information unnecessarily disclosed, in accordance with section 2.2.2 of the February 17 proposed protocol. Please note that certain other elements listed in Attachment A may not be available in and/or extractable from every state system in the form requested by USDA. We anticipate that USDA would discuss these limitations, and any other state-specific issues, with individual States prior to any future data production.

Finally, this counterproposal should not be viewed as a waiver of any rights asserted in the litigation *State of California v. USDA* or a concession as to the legality of the data demand, and we expect that any final protocol will likely need to incorporate issues addressed by the District Court in its forthcoming preliminary injunction decision. In addition, the legality of USDA's SNAP data collection efforts is the subject of *Pallek v Rollins*, No. 1:25-cv-1650 (D.D.C.), and the parties may need to address and incorporate any ruling from that court into a proposed or finalized resolution of USDA's data sharing request.

Thank you for your attention to this matter.

| | |
|---|---|
| Dated: February 25, 2026 | Rob Bonta<br>Attorney General of California<br><br>*/s/ Liam E. O'Connor*<br>Liam E. O'Connor<br><br>Paul Stein<br>Robin Goldfaden<br>Supervising Deputy Attorneys General<br>Andrew Z. Edelstein<br>Anna Rich<br>Jane Reilley<br>Sebastian Brady<br>William Bellamy<br>Maria F. Buxton<br>Liam E. O'Connor<br>Deputy Attorneys General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>(415) 510-3915<br>Liam.OConnor@doj.ca.gov<br>*Attorneys for Plaintiff State of California* |
| Letitia James<br>Attorney General of New York<br><br>*/s/ Mark Ladov*<br>Mark Ladov<br>Special Counsel<br>Julie Dona<br>Special Counsel<br>28 Liberty St.<br>New York, NY 10005<br>(212) 416-8240<br>mark.ladov@ag.ny.gov<br>*Attorneys for Plaintiff State of New York* | Kwame Raoul<br>Attorney General of Illinois<br><br>*/s/ Sherief Gaber*<br>Harpreet K. Khera<br>Bureau Chief, Special Litigation<br>Sherief Gaber<br>Assistant Attorney General<br>115 S. LaSalle St., 35th Flr.<br>Chicago, Illinois 60603<br>(773) 590-7127<br>sherief.gaber@ilag.gov<br>*Attorneys for Plaintiff State of Illinois* |
| Kristin Mayes<br>Attorney General of Arizona<br><br>*/s/ Hayleigh S. Crawford*<br>Hayleigh S. Crawford (AZ No. 032326)<br>Luci D. Davis (AZ No. 035347)<br>2005 N. Central Ave. Phoenix, AZ 85004<br>(602) 542-3333<br>Hayleigh.Crawford@azag.gov<br>Luci.Davis@azag.gov<br>ACL@azag.gov<br>*Attorneys for Plaintiff State of Arizona* | Philip J. Weiser<br>Attorney General of Colorado<br><br>*/s/ David Moskowitz*<br>David Moskowitz<br>Deputy Solicitor General<br>Colorado Department of Law<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>Phone: (720) 508-6000<br>david.moskowitz@coag.gov<br>*Attorneys for Plaintiff State of Colorado* |

William Tong
Attorney General of Connecticut

*/s/ Janelle R. Medeiros*
Janelle R. Medeiros
Special Counsel for Civil Rights
165 Capitol Ave
Hartford, CT 06106
(860) 808-5020
Janelle.Medeiros@ct.gov
*Attorneys for Plaintiff State of Connecticut*

Kathleen Jennings
Attorney General of Delaware

*/s/ Vanessa L. Kassab*
Ian R. Liston
Director of Impact Litigation
Vanessa L. Kassab
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov
*Attorneys for Plaintiff State of Delaware*

Brian L. Schwalb
Attorney General for the District of Columbia

*/s/ Nicole S. Hill*
Nicole S. Hill
Assistant Attorney General
Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 727-4171
nicole.hill@dc.gov
*Attorneys for Plaintiff District of Columbia*

Anne E. Lopez
Attorney General of Hawaiʻi

*/s/ Kalikoʻonālani D. Fernandes*
David D. Day
Special Assistant to the Attorney General
Kalikoʻonālani D. Fernandes
Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov
*Attorneys for Plaintiff State of Hawaiʻi*

Office of The Governor *ex rel*. Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky

*/s/ S. Travis Mayo*
S. Travis Mayo
General Counsel
Taylor Payne
Chief Deputy General Counsel
Laura C. Tipton
Deputy General Counsel
Office of the Governor
700 Capitol Avenue, Suite 106
Frankfort, KY 40601
(502) 564-2611
travis.mayo@ky.gov
taylor.payne@ky.gov
laurac.tipton@ky.gov
*Attorneys for Plaintiff Kentucky Governors' Office*

Aaron M. Frey
Attorney General of Maine

*/s/ Brendan Kreckel*
Brendan Kreckel
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 0433-0006
Tel.: 207-626-8800
Fax: 207-287-3145
brendan.kreckel@maine.gov
*Attorneys for Plaintiff State of Maine*

| | |
|---|---|
| Anthony G. Brown<br>Attorney General of Maryland | Andrea Joy Campbell<br>Attorney General of Massachusetts |
| */s/ James C. Luh*<br>James C. Luh<br>Senior Assistant Attorney General<br>Office of the Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>410-576-6411<br>jluh@oag.state.md.us<br>*Attorneys for Plaintiff State of Maryland* | */s/ Katherine Dirks*<br>Katherine Dirks<br>Chief State Trial Counsel<br>Cassandra Thomson<br>Assistant Attorney General<br>Office of the Massachusetts Attorney General<br>1 Ashburton Place Boston, MA 02108<br>(617) 963-2277<br>katherine.dirks@mass.gov<br>cassandra.thomson@mass.gov<br>*Attorneys for Plaintiff Commonwealth of Massachusetts* |
| Dana Nessel<br>Attorney General of Michigan | Keith Ellison<br>Attorney General of Minnesota |
| */s/ Neil Giovanatti*<br>Neil Giovanatti<br>Bryan Beach<br>Assistant Attorneys General<br>Michigan Department of Attorney General<br>525 W. Ottawa<br>Lansing, MI 48909<br>(517) 335-7603<br>giovanattin@michigan.gov<br>beachb@michigan.gov<br>*Attorneys for Plaintiff State of Michigan* | */s/ Joseph R. Richie*<br>Joseph R. Richie<br>Special Counsel<br>445 Minnesota Street, Suite 1400<br>St. Paul, Minnesota, 55101<br>(651) 300-0921<br>joseph.richie@ag.state.mn.us<br>*Attorneys for Plaintiff State of Minnesota* |
| Jennifer Davenport<br>Attorney General of New Jersey | Raúl Torrez<br>Attorney General of the State of New Mexico |
| */s/ Kashif T. Chand*<br>Kashif T. Chand (NJ Bar No. 016752008)<br>Assistant Attorney General<br>New Jersey Office of the Attorney General, Division of Law<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07101<br>Tel: (973) 648-2052<br>kashif.chand@law.njoag.gov<br>*Attorneys for Plaintiff State of New Jersey* | */s/ Steven Prefrement*<br>Steven Perfrement<br>Senior Litigation Counsel<br>New Mexico Department of Justice<br>408 Galisteo Street<br>Santa Fe, New Mexico 87501<br>SPerfrement@nmdoj.gov<br>505-601-7727<br>*Attorneys for the State of New Mexico* |

<div style="column-count:2">

Dan Rayfield
Attorney General of Oregon

*/s/ Scott P. Kennedy*
Scott P. Kennedy
Senior Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel (971) 453-9050
Fax (971) 673-5000
Scott.Kennedy@doj.oregon.gov
*Attorneys for Plaintiff State of Oregon*

Josh Shapiro, in his official capacity as Governor of the Commonwealth of Pennsylvania

*/s/ Jacob B. Boyer*
Jennifer Selber
General Counsel
Jacob B. Boyer
Deputy General Counsel
Pennsylvania Office of the Governor
30 N. 3rd St., Suite 200
Harrisburg, PA 17101
(717) 460-6786
jacobboyer@pa.gov
*Counsel for Governor Josh Shapiro*

Peter F. Neronha
Attorney General of Rhode Island

/s/ *Madeline R. Becker*
Madeline R. Becker (RI Bar No. 10034)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2151
mbecker@riag.ri.gov
*Attorneys for Plaintiff State of Rhode Island*

Nicholas W. Brown
Attorney General of Washington

*/s/ Jennifer K. Chung*
Jennifer K. Chung, WSBA #51583
William Mcginty, WSBA #41868
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744
jennifer.chung@atg.wa.gov
william.mcginty@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

Joshua l. Kaul
Attorney General of Wisconsin

*/s/ Karla Z. Keckhaver*
Karla Z. Keckhaver
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
608-264-6365
karla.keckhaver@wisdoj.gov
*Attorneys for Plaintiff State of Wisconsin*

</div>