# Exhibit 3



**U.S. DEPARTMENT OF AGRICULTURE**

**Supplemental Nutrition Assistance Program (SNAP) Information Database
Fraud, Waste and Abuse Detection Protocol**

**1. OVERVIEW**

1.1. U.S. Department of Agriculture (USDA) and the Food and Nutrition Service (FNS) will use the Supplemental Nutrition Assistance Program (SNAP) recipient data to ensure the integrity of Government programs, including by verifying SNAP recipient eligibility against federally maintained databases, identifying duplicate enrollments for elimination, and performing additional eligibility and program integrity checks specified herein.

1.2. This protocol establishes a framework for State SNAP agencies to share data with the USDA/FNS for detection of fraud, waste, and abuse and program integrity purposes.

1.3. USDA represents that tThe protocol balances federal data access requirements under Executive Order 14243 and the Food and Nutrition Act of 2008 (FNA, also referred to here as the "SNAP Act") with privacy protections, minimizes unnecessary data collection, and incorporates security standards while maintaining public trust and compliance with applicable law.

1.4. Notwithstanding any other provision of this protocol, or any System of Record Notice, USDA and FNS:
(a) shall not use or disclose data received under this protocol except as specified in 7 U.S.C. §§ 2020(a)(3) and (e)(8) and 7 C.F.R. § 272.1(c)(1) and (2). For the avoidance of doubt, this means that USDA and FNS (and any person or entity to whom the data is disclosed) shall not: that includes the specific requirements in 7 U.S.C § 2020(e)(8)(A), which provides that State Plans of Operation must include safeguards protecting information obtained from applicant households that shall permit

(i) use the data, except for administration or enforcement of the provisions of Chapter 51 of Title 7 of the U.S. Code and regulations issued pursuant to that chapter, Federal assistance programs, or federally-assisted State programs; and

(i) disclose the data, except to the disclosure of such information to persons directly connected with the administration or enforcement of the provisions of this chapter, regulations issued pursuant to this chapter, Federal assistance programs, or federally-assisted State programs; and only so that such persons can subsequently use the data ; and

(ii) the subsequent use of the information by persons described in clause (i) only for such administration or enforcement;

(iii) use or disclose data for purposes of investigating potential violations of civil immigration laws or enforcing civil immigration laws, including but not limited to in response to a request by the Department of Homeland Security or a subagency thereof.

1.5 USDA acknowledges that the data shared under this Protocol is subject to federal and state confidentiality, privacy, and information security laws and regulations. Unauthorized access to, use of, or disclosure of such data, or failure to protect such data in accordance with applicable law, may subject the responsible party and, where applicable, individual users to civil or criminal penalties under federal or state law.

Office of the Under Secretary for Food, Nutrition, and Consumer Services
1400 Independence Avenue, SW, Washington, DC 20250-9600
USDA is an Equal Opportunity Provider, Employer, and Lender


**U.S. DEPARTMENT OF AGRICULTURE**

**2. FRAMEWORK AND AUTHORITY**

    2.1. <u>Authority</u>

        2.1.1. Executive Order 14243 (March 20, 2025): "Stopping Waste, Fraud, and Abuse by Eliminating Information Silos" directs agency heads to "take all necessary steps, to the maximum extent consistent with law," to ensure federal government has "unfettered access to comprehensive data" from state programs receiving federal funding, including data maintained in third-party databases.

        2.1.2. 7 U.S.C. § 2020(a)(3) ~~that~~ requires that each State agency shall keep records as may be necessary to determine whether the program is being conducted in compliance with this chapter, and all records shall be made available for inspection and audit by the Secretary, subject to data and security protocols agreed to by the State agency and Secretary.

        2.1.3. 7 CFR 272 stipulates use or disclosure of information obtained from SNAP applicant or recipient households shall be restricted to persons directly connected with the administration or enforcement of the provisions of the FNA or regulations, other Federal assistance programs, federally-assisted State programs providing assistance on a means-tested basis to low-income individuals, or general assistance programs which are subject to joint processing requirements.

    2.2. <u>Prohibited Purposes</u>

        2.2.1. USDA shall NOT use the provided data for:

- Tax administration or tax compliance
- Law enforcement investigations beyond coordination regarding SNAP fraud, or other violations ~~relating to~~ <u>of</u> the FNA <u>and regulations implementing the FNA</u>.
- Administration of non-SNAP federal assistance programs (*e.g.*, Medicaid, TANF, housing assistance)
- Sharing with foreign governments or international organizations
- Commercial use or transfer to private entities

Office of the Under Secretary for Food, Nutrition, and Consumer Services
1400 Independence Avenue, SW, Washington, DC 20250-9600
USDA is an Equal Opportunity Provider, Employer, and Lender


**U.S. DEPARTMENT OF AGRICULTURE**

    2.2.2. USDA shall collect only the data elements necessary to achieve specific, legally permissible goals, such as fraud detection, duplicate enrollment prevention, and program integrity checks. The scope of data collection shall be limited by excluding sensitive PII unless directly relevant to these goals (*i.e.*, the collection of data elements spelled out in the Privacy Impact Assessment).

**3. DATA CATEGORIES**

    3.1. <u>Data Definition</u>

        3.1.1. All data obtained by States ~~or their vendors~~ in administering SNAP or that otherwise may be necessary to determine whether the program is being conducted in accordance with the FNA or regulations issued under the FNA, in accordance with Attachment A to this protocol and any other state-specific terms negotiated and mutually agreed to by each state and USDA based on each state's data collection and storage realities.

        3.1.2. Data derived from third-party sources (employment verification databases, financial institution records, property records) that States use for verification but are not part of applicant-reported information are excluded.

> **Commented [A1]:** Plaintiffs anticipate that each State will have different proposed edits to Attachment A, based on State-specific approaches to sharing PII, as well as State-specific data collection and access requirements. Therefore, States will need to address these issues separately once an agreed-upon protocol is in place.

    ~~3.2. <u>Permitted Data</u>~~

        • ~~Information that the applicant household reported on application/recertification forms including but not limited to personally identifiable information in the form of names, dates of birth, personal addresses used, and Social Security numbers.~~

        • ~~Direct verifications that the State conducted to confirm applicant-reported information Records that the State maintains of SNAP applications, approvals, denials, certifications, and benefits issued.~~

        • ~~Household composition and income exactly as reported by the applicant (not third-party verified amounts).~~

        • ~~Transactional data necessary for fraud detection~~

> **Commented [A2]:** Plaintiffs do not understand what this section of the protocol intends to convey if the data elements are set forth in Attachment A and therefore request that this section be deleted.

**4. LIMITED ACCESS**

    4.1. The SNAP Information Database and all data collected therein is accessed and used ONLY by employees of the USDA who are:

        4.1.1. Designated by the Chief of Staff at Food, Nutrition, Consumer Services (FNCS)

        4.1.2. Trained in SNAP Act, Privacy Act, and this protocol

        4.1.3. In compliance with all information security annual recertifications

    4.2. Except to the extent required by law, no access to, or disclosures of data from, the SNAP Information Database may be provided to:

        4.2.1. Other USDA agencies (APHIS, ERS, NASS, etc.)

        4.2.2. Divisions within FNS without an explicit need-to-know

        4.2.3. OIG employees, unless in direct support of a law enforcement investigation related to SNAP fraud, waste, or abuse

        4.2.4. Any other federal agency

        4.2.5. Any FOIA, administrative subpoena or like external requester

Office of the Under Secretary for Food, Nutrition, and Consumer Services
1400 Independence Avenue, SW, Washington, DC 20250-9600
USDA is an Equal Opportunity Provider, Employer, and Lender


U.S. DEPARTMENT OF AGRICULTURE

    4.3  For the reasons explained in Section 1.4, above, no access to, or disclosures of data from, the SNAP Information Database may be provided to the Department of Homeland Security or any subagency thereof for purposes of investigating potential violations of civil immigration laws or enforcing civil immigration laws.

    4.4.  USDA shall provide each state agency, on an ongoing basis and upon request, with a list of all parties who have requested access to this data, and a list of all users who have been granted access to the provided data.

> **Commented [A3]:** This provision is modeled after similar provisions in the Memoranda of Understanding for data sharing between state agencies and USDA/FNS.  For example, provision (7) of a standard 2018 eDRS agreement states: "In the event that USDA/FNS or the State Agency discloses [Sensitive but Unclassified Information] or PII to any authorized person not originally identified by either party, USDA/FNS and/or the State Agency will notify the appropriate Federal or State entity as to the identity of each person to whom disclosure is made, that such disclosure is made in accordance with all applicable laws and regulations and obligations outlined in this MOU, and that the contents of the disclosure shall be protected as outlined in the MOU."  *See California v. USDA*, 25-cv-6310 (N.D. Cal.), ECF No. 116-3 at 74.

## 5. SYSTEM OF RECORDS NOTICE (SORN) AND PRIVACY IMPACT ASSESSMENT (PIA)

  5.1. SORN

    The applicable SORN for this protocol is USDA/FNS-15 "National Supplemental Nutrition Assistance Program (SNAP) Information Database," 90 FR 26521.

    The SORN location can be found here: https://www.federalregister.gov/documents/2025/06/23/202511463/privacy-act-of-1974-system-of-records

    For the avoidance of doubt, this protocol controls notwithstanding any provision of the applicable SORN that conflicts with 7 U.S.C. §§ 2020(a)(3) and (e)(8).

  5.2. Privacy Impact Assessment (PIA)

    The applicable Privacy Impact Assessment for the SNAP Information Database is Version 1.1 created 02/12/2025, which can be found here:
https://www.usda.gov/sites/default/files/documents/fns-snap-information-database-pia.pdf

    For the avoidance of doubt, this protocol controls notwithstanding any provision of the PIA.

## 6. FRAUD, WASTE, AND ABUSE DETECTION FRAMEWORK

  6.1. Core Fraud Detection Functions

    6.1.1. USDA will employ a foundational fraud, waste, and abuse verification similar to the SNAP Quality Control program that focuses on:

- identity verification
- income and eligibility verification
- immigration status
- verification against disqualified recipients

  6.2. Enhanced Fraud, Waste, and Abuse Detection Techniques

    6.2.1. In addition to the core fraud detection functions, USDA will employ additional techniques including, but not limited to:

- Intrastate and interstate duplicate detection
- Deceased individuals' detection
- Synthetic identity patterns (new SSNs with inconsistent biographical data)
- Geographic anomalies

    6.2.2. New data mining techniques will be limited to identifying recipient and retailer data anomalies fraud with a direct nexus to SNAP.

## 7. DATA OUTPUT

  7.1. States

    7.1.1. USDA will provide flagged data back to the State agency for review, including the specific data elements flagged and source of the data that generated the flag. States are encouraged to verify the accuracy of

Office of the Under Secretary for Food, Nutrition, and Consumer Services
1400 Independence Avenue, SW, Washington, DC 20250-9600
USDA is an Equal Opportunity Provider, Employer, and Lender



U.S. DEPARTMENT OF AGRICULTURE

fraud detection flags and provide feedback to USDA to refine detection logic and reduce false positives. Collaborative processes will be established to ensure accurate identification of fraud and appropriate corrective actions, including processes to allow individuals to contest inaccurate information and require updates to the originating system of record where false positives are identified. No presumptive results shall be made public prior to verification by State agency of the accuracy of the detection flags.

7.2. Law Enforcement

    7.2.1. The USDA may refer fraud detection leads to USDA OIG and other law enforcement agencies where a criminal nexus has been drawn specifically to SNAP in accordance with 7 U.S.C § 2020(e)(8)(A) and USDA's regulation implementing that provision, 7 C.F.R. § 272.1(c)(1).

7.3. USDA SNAP Retailer Operations Center (ROC)

    7.3.1. The USDA may refer fraud detection leads to the ROC where, during fraud detection analysis, a compromised EBT card or terminal ID may have been identified in accordance with 7 U.S.C § 2020(e)(8)(A) and USDA's regulation implementing that provision, 7 C.F.R. § 272.1(c)(1).

**8. DATA MINIMIZATION AND RETENTION**

  8.1. Retention Period

    8.1.1. Until a record schedule is approved, data will be retained only as long as necessary for purposes set forth in the SORN and this protocol, and in no case longer than 3 years per the SORN.

  8.2. Automatic Deletion

    8.2.1. Data shall be retained for no longer than three years, consistent with the USDA/FNS-15 SORN. An automated process will be implemented to delete data upon expiration of the retention period, except for records related to ongoing audits, investigations, or litigation.

  8.3. Ongoing Cases

    8.3.1. Data pertaining to ongoing audit, investigation, or potential litigation retained only as long as necessary, then deleted.

**9. DATA SECURITY AND TECHNICAL REQUIREMENTS**

  9.1. Infrastructure and Location

    9.1.1. Primary storage location: AWS GovCloud (US) region

    9.1.2. Backup/disaster recovery: Secondary AWS region

    9.1.3. No storage, processing, or backup outside GovCloud or federal secure environments

    9.1.4. All infrastructure must meet or exceed FedRAMP High baseline standards

    9.1.5. AWS Personnel Access: Data is encrypted such that AWS personnel cannot access unencrypted data. Encryption keys are managed exclusively by federal USDA personnel and are not accessible to AWS or third-party vendors.

  9.2. Access Controls

    9.2.1. Multi-factor authentication required for all access

    9.2.2. Role-based access control (RBAC) with principle of least privilege

    9.2.3. Access is limited to specifically designated USDA employees engaged to assist in determining whether the program is being conducted in accordance with the FNA.

    9.2.4. Access logging and audit trail maintenance (minimum period equal to data retention period, see Section V.E).

Office of the Under Secretary for Food, Nutrition, and Consumer Services
1400 Independence Avenue, SW, Washington, DC 20250-9600
USDA is an Equal Opportunity Provider, Employer, and Lender



**U.S. DEPARTMENT OF AGRICULTURE**

- 9.2.5. Quarterly access reviews by USDA
- 9.2.6. Immediate revocation of access upon employee termination or assignment change

9.3. <u>Encryption Standards</u>
- 9.3.1. Encrypted data at rest and in transit
- 9.3.2. Encryption keys managed solely by USDA federal personnel
- 9.3.3. No encryption keys held by commercial vendors

9.4. <u>Data Segregation and Compartmentalization</u>
- 9.4.1. SNAP data isolated in separate, dedicated AWS GovCloud environment
- 9.4.2. SNAP data not directly integrated with other USDA systems
- 9.4.3. Limiting access to individuals with specialized training and oversight

9.5. <u>Data Transfer</u>
- 9.5.1. All data transfers shall utilize secure tools that meet or exceed FedRAMP High baseline standards.

> **Commented [A4]:** As discussed in prior letters, State agencies have concern that this protocol is a "framework" that lacks sufficient detail for implementation, and that it will need to be accompanied by additional documents (such as an Interconnection Security Agreement and Memorandum of Understanding) that are standard when agencies share data with each other. Our expectation is that if USDA/FNS and a State agency agree on the protocol framework, they will promptly enter into any additional agreements, such as an ISA or MOU, necessary to facilitate the data sharing required by this protocol.

**10. INCIDENT RESPONSE AND BREACH NOTIFICATION**

10.1. <u>Incident Response</u>
- 10.1.1. Incident response procedures are aligned with FNS Handbook Chapter 10 security incident and breach notification requirements that USDA already follows internally. This protocol extends equivalent procedures to State notification.

10.2. <u>Incident Definition</u>
- 10.2.2. Unauthorized access, use, or disclosure of data
- 10.2.3. Security vulnerability or control failure affecting data
- 10.2.4. Data loss, corruption, or destruction
- 10.2.5. Encryption failure or key compromise
- 10.2.6. Failed access control or authentication mechanism
- 10.2.7. Any event that may reasonably be expected to compromise data security or confidentiality, including any request for use of, access to, or disclosure of data outside the permitted circumstances set forth in Section 1.4

10.3. <u>Incident Notification Timeline</u>
- 10.3.1. Initial Notification within 12 hours
  - 10.3.1.1. Within 12 hours of discovery (by phone + email to State security/privacy contact and Director).
- 10.3.2. Preliminary Report within 24 hours
  - 10.3.2.1. Description of incident and timeline
  - 10.3.2.2. Data elements affected (specific fields and estimated number of records)
  - 10.3.2.3. Estimated number of individuals affected
  - 10.3.2.4. Preliminary assessment of whether unencrypted sensitive data may have been exposed
  - 10.3.2.5. Preliminary remedial actions taken
  - 10.3.2.6. Root cause analysis plan and timeline

Office of the Under Secretary for Food, Nutrition, and Consumer Services
1400 Independence Avenue, SW, Washington, DC 20250-9600
USDA is an Equal Opportunity Provider, Employer, and Lender


**U.S. DEPARTMENT OF AGRICULTURE**

10.3.3 Progress Reports and Incident Close-out

    10.3.3.1    USDA shall provide supplemental progress updates to state agencies as material information becomes available, but in no event less frequently than every 14 days, including refinements to scope, impact, and remediation measures, until the Incident is resolved. Upon resolution, USDA shall provide a close-out report of the Incident.

    10.3.3.2    USDA shall provide notice to affected individuals in compliance with all applicable federal breach response and notification requirements, including but not limited to FISMA and OMB Memorandum M-17-12. Nothing in this protocol shall be construed to shift responsibility for individual breach notification to the state agency.

> **Commented [A5]:** Plaintiffs' understanding is that these additional notification provisions are routine after a security breach, and since we don't have access to the FNS Handbook Chapter 10 cited above we wanted to spell them out here.
>
> (Per the prior comment, other details like this may need to be spelled out more clearly in the course of state-specific implementation.)

**APPENDIX A - SOURCES**

- 7 U.S.C. §§ 2020(a)(3) and (e)(8).
- Privacy Impact Assessment: https://www.usda.gov/sites/default/files/documents/fns-snap-informationdatabase-pia.pdf
- SORN: https://www.federalregister.gov/documents/2025/06/23/2025-11463/privacy-act-of-1974-systemof-records
- SNAP Act: https://www.law.cornell.edu/uscode/text/7/2020
- SNAP QC Handbook
- Executive Order 14243 (March 20, 2025) "Stopping Waste, Fraud, and Abuse by Eliminating Information Silos: https://www.govinfo.gov/content/pkg/DCPD-202500382/pdf/DCPD-202500382.pdf

Office of the Under Secretary for Food, Nutrition, and Consumer Services
1400 Independence Avenue, SW, Washington, DC 20250-9600
USDA is an Equal Opportunity Provider, Employer, and Lender