# Exhibit 4

**U.S. DEPARTMENT OF AGRICULTURE**

## Supplemental Nutrition Assistance Program
## Information SNAP Database

*SNAP Eligibility Data Elements*

The following elements should be included in the data sharing file from each State agency on all benefit recipients that are listed in the SNAP case, to the extent such data is available and extractable from each state system. For purposes of this document, the term "recipient" refers to individuals currently receiving benefits and individuals who formerly received benefits within the defined retention period, but not to disqualified or excluded individuals. Please provide a data dictionary if one is available to reduce the burden to both the State agency and USDA.

***Case Number*:** The case number is a unique identifier, typically 7 to 10 digits long, assigned to a household or recipient (depending on each state) when they are approved for SNAP.

***First, Middle, Last Names*:** The full name of all recipients in the household.

***Known Alias*:** Assumed or alternative name(s) used by any of the recipients.

***Date of Birth*:** The specific month, day and year the recipient was born.

***Individual Recipient Identification Number*:** The unique identifier assigned to that specific benefit recipient within the case by the State agency.

***Social Security Number*:** The unique 9-digit identifier issued by the Social Security Administration and provided by the recipient.

***Status on SNAP*** *(recipient/individual level)***:** Identify if the recipient in the case is actively receiving SNAP, disqualified, sanctioned, or excluded.

***Application and/or Recertification Date*:** The date the recipient applied for SNAP (this can be the first application date, or most recent recertification date).

***Reporting Status*:** Following initial certification, or recertification, households are determined to be a simplified or change reporting household. This data element should indicate the reporting status the household is designated to be.

***Relationship:*** The relationship identifies who all recipients in a household are to one another and assists with determining mandatory group members. The data should reflect who each recipient is to one another.

Office of the Under Secretary for Food, Nutrition, and Consumer Services
1400 Independence Avenue, SW, Washington, DC 20250-9600
USDA is an Equal Opportunity Provider, Employer, and Lender

***Citizenship and/or Immigration Status*:** This identifies if the recipient is a U.S. citizen or immigrant.

***Sponsorship:*** This identifies if an individual receiving SNAP is known to have been sponsored to enter the U.S.

***Zip code:*** Zip code associated with the recipient's residential address.

***County:*** County associated with the recipient's residential address.

***Homeless Status*:** Please include if recipients are identified as homeless.

***Phone Number(s)*:** The contact number(s) provided by the recipient as a means of contact.

***Email Address(es)*:** The email address(es) provided by the recipient as a means of contact.

***Unearned Income*:** The total unearned income (RSDI, unemployment, child support, etc.) amount budgeted to determine the SNAP allotment.

***Earned Income*:** The total earned income amount budgeted to determine the SNAP allotment.

***Self-Employment Income*:** The total self-employment income budgeted as well as the amount of allowed expenses.

***Shelter Expenses*:** The total shelter expenses budgeted dollar amount. Shelter expenses may be separated out as various expenses are taken into consideration for eligibility and those should be included if used in the SNAP allotment determination (i.e. telephone, heating, cooling). If the household is active with Section 8, which pays a portion of the rental expenses, please ensure that is included.

***Assets/Resources*:** The total assets reported (e.g.. bank accounts, boat, collector vehicle, etc.) or any resources used to determine SNAP eligibility.

***Sanctions/Disqualifications***: Identify any recipients who are serving a sanction and/or disqualification that is impacting their eligibility to participate in SNAP. The sanction and/or disqualification type and any applicable time periods should be identified (i.e. IPV, 10/1/2024-9/30/2025). This field should correspond to the data provided in the status on SNAP if the recipient is currently serving a disqualification, as well as any income field(s) that may pertain to the disqualified member due to income proration.

***SNAP EBT Card Number***: The unique set of digits on the household's issued SNAP EBT card that connects the case to the associated transactions.  For states that issue more than one card to a household, or for households where more than one recipient lives, the state need only provide the digits for the primary card issued to the household.