# Exhibit 5

 U.S. DEPARTMENT OF AGRICULTURE

**Supplemental Nutrition Assistance Program**
**Information SNAP Database**

*SNAP Eligibility Data Elements*

The following elements should be included in the data sharing file from each State agency on all ~~household~~ benefit recipients~~members~~ s that are listed in the SNAP case~~,~~ - to the extent such data is available and extractable from each state system.  For purposes of this document, the term "recipient" refers to individuals currently receiving benefits and individuals who formerly received benefits within the defined retention period, but not to disqualified or excluded individuals.  Please provide a data dictionary if one is available to reduce the burden to both the State agency and USDA.

*Case Number*: The case number is a unique identifier, typically 7 to 10 digits long, assigned to a household or recipient (depending on each state) when they ~~apply and/or~~ are approved for SNAP.

*First, Middle, Last Names*: The full name of all recipients in the household ~~members~~.

*Known Alias*: Assumed or alternative name(s) used by any of the recipients ~~household members~~.

~~*Authorized Representative(s)*: Provide any identified authorized representative for the household, and their corresponding information such as full name, means of verbal and written communication.~~

*Date of Birth*: The specific month, day and year the ~~household member~~recipient was born.

*Individual Recipient Identification Number*: The unique identifier assigned to that specific ~~household member~~benefit recipient within the case by the State agency.

*Social Security Number*: The unique 9-digit identifier issued by the Social Security Administration and provided by the ~~household member~~recipient.

*Status on SNAP (recipient/individual level)*: Identify if the ~~household member~~recipient in the case is actively receiving SNAP, disqualified, sanctioned, or excluded.

*Application and/or Recertification Date*: The date the ~~household~~ recipient applied for SNAP (this can be the first application date, or most recent recertification date).

*Reporting Status*: Following initial certification, or recertification, households are determined to be a simplified or change reporting household. This data element should indicate the reporting status the household ~~has been~~is designated to be.

**Commented [A1]:** We have amended this document primarily to propose three changes.

First, we propose limiting data production to SNAP recipients (excluding non-recipient data). Second, we propose submitting zip code and county data in lieu of personal addresses. Both of these amendments are proposed in order to reduce the amount of personal identifiable information (PII) unnecessarily disclosed, in accordance with term 2.2.2 of the February 17 proposed protocol.

Third, as specified below, we propose omitting certain details on income, expenses and assets which, for many states, could not be easily produced in bulk, and which would require production of third-party verification materials excluded by USDA's proposed protocol.

*Relationship:* The relationship identifies who all ~~household group~~recipient ~~s~~members in a household are to one another and assists with determining mandatory group members. The data should reflect who each ~~household~~ recipient ~~member~~ is to one another.

Office of the Under Secretary for Food, Nutrition, and Consumer Services
1400 Independence Avenue, SW, Washington, DC 20250-9600
USDA is an Equal Opportunity Provider, Employer, and Lender

Page **2** of **3**

*~~Absent Parent~~* (as applicable)~~:~~ ~~This identifies the parent of a minor child who resides in a separate household.~~

*Citizenship and/or Immigration Status*: This identifies if the ~~individual~~ recipient is a U.S. citizen or immigrant.

*Sponsorship:* This identifies if an individual ~~applying or~~ receiving SNAP is known to have ~~has~~ been sponsored to enter the U.S. ~~Data should identify the name or organization of the sponsor.~~

*Zip code:* Zip code associated with the recipient's residential address.

*County:* County associated with the recipient's residential address.

*~~Residential Address~~*~~:~~ ~~The address the household has provided as to where they reside.~~

*~~Mailing Address~~*~~:~~ ~~The address the household has provided as to where they would like all correspondence sent to (if different than residential).~~

*Homeless Status*: Please include if ~~the household~~recipients are ~~is~~ identified as homeless.

*Phone Number(s)*: The contact number(s) provided by the ~~household~~ recipient as a means of contact.

*Email Address(es)*: The email address(es) provided by the ~~household~~ recipient as a means of contact.

*Unearned Income*: The total unearned income (RSDI, unemployment, child support, etc.) ~~identifies the unearned income source, pay frequency, the household member receiving the pay, and the total~~ amount ~~of income~~ budgeted to determine the SNAP allotment.

*Earned Income*: The total earned income ~~identifies the earned income source, pay frequency, the household member receiving the pay, and the total~~ amount ~~of income~~ budgeted to determine the SNAP allotment.

*Self-Employment Income*: The total ~~S~~self-employment ~~should be identified as to what the selfemployment is (type or business name), pay frequency, the household member who is~~

selfemployed, and the total amount of income budgeted as well as the amount of allowed expenses.

**Shelter Expenses**: The total shelter expenses should be identified as to shelter type (i.e. rent), and the budgeted dollar amount. Shelter expenses may be separated out as various expenses are taken into consideration for eligibility and those should be included if used in the SNAP allotment determination (i.e. telephone, heating, cooling). If the household is active with Section 8, which pays a portion of the rental expenses, please ensure that is included.

**Assets/Resources**: Any The total known assets reported (i.ee.g.. bank accounts, boat, collector vehicle, etc.) or any resources used to determine SNAP eligibility. and must identify the asset type, amount and what household member the asset belongs to.

***Sanctions/Disqualifications***: Identify any ~~household members~~recipients who are serving a sanction and/or disqualification that is impacting their eligibility to participate in SNAP. The sanction and/or disqualification type and any applicable time periods should be identified (i.e. IPV, 10/1/2024-9/30/2025). This field should correspond to the data provided in the status on SNAP if the recipient~~household member~~ is currently serving a disqualification, as well as any income field(s) that may pertain to the disqualified member due to income proration.

***SNAP EBT Card Number***: The unique set of digits on the household's issued SNAP EBT card that connects the case to the associated transactions.  For states that issue more than one card to a household, or for households where more than one recipient lives, the state need only provide the digits for the primary card issued to the household.