| | |
|---|---|
| 1 | ROB BONTA<br>Attorney General of California |
| 2 | PAUL STEIN<br>ROBIN GOLDFADEN |
| 3 | Supervising Deputy Attorneys General<br>ANDREW Z. EDELSTEIN |
| 4 | ANNA RICH<br>JANE REILLEY |
| 5 | LIAM E. O'CONNOR<br>MARIA F. BUXTON |
| 6 | WILLIAM BELLAMY<br>SEBASTIAN BRADY |
| 7 | Deputy Attorneys General<br>State Bar No. 330904 |
| 8 | 455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004 |
| 9 | Telephone: (415) 510-3592<br>Fax: (415) 703-5480 |
| 10 | E-mail: Sebastian.Brady@doj.ca.gov |

*Attorneys for Plaintiff State of California*

*Additional counsel listed on signature page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, ET AL.**<br><br>  Plaintiffs,<br><br>    v.<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL.**<br><br>  Defendants. | Case No. **3:25-cv-06310-MMC**<br><br>**[PROPOSED] ORDER GRANTING SECOND JOINT STIPULATION TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT** |

1 **[PROPOSED] ORDER**

2  The Court has considered the parties' Second Joint Stipulation to Continue the Deadline to

3 File a Joint Status Report.  Good cause appearing therefor, the Court GRANTS that stipulation

4 and EXTENDS the parties' deadline to submit a Joint Status Report proposing a schedule for

5 cross-motions for summary judgment until Friday, March 9, 2026.

6

7 IT IS SO ORDERED.

8

9 Dated: _____          _____

10                                          The Honorable Maxine M. Chesney
                                         United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28