1  ROB BONTA
   Attorney General of California
2  PAUL STEIN
   ROBIN GOLDFADEN
3  Supervising Deputy Attorneys General
   ANDREW Z. EDELSTEIN
4  ANNA RICH
   JANE REILLEY
5  LIAM E. O'CONNOR
   MARIA F. BUXTON
6  WILLIAM BELLAMY
   SEBASTIAN BRADY
7  Deputy Attorneys General
   State Bar No. 330904
8   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
9   Telephone: (415) 510-3592
    Fax: (415) 703-5480
10  E-mail: Sebastian.Brady@doj.ca.gov
   *Attorneys for Plaintiff State of California*

*Additional counsel listed on signature page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, ET AL.** | Case No. **3:25-cv-06310-MMC** |
| Plaintiffs, | [PROPOSED] ORDER GRANTING SECOND JOINT STIPULATION TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT |
| v. | |
| **UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL.** | |
| Defendants. | |

**[PROPOSED] ORDER**

The Court has considered the parties' Second Joint Stipulation to Continue the Deadline to File a Joint Status Report. Good cause appearing therefor, the Court GRANTS that stipulation and EXTENDS the parties' deadline to submit a Joint Status Report proposing a schedule for cross-motions for summary judgment until ~~Friday~~ Monday, March 9, 2026.

IT IS SO ORDERED.

Dated: February 27, 2026

_/s/ Maxine M. Chesney_
The Honorable Maxine M. Chesney
United States District Judge