IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, ET AL.**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL.**<br><br>Defendants. | Case No. **3:25-cv-06310-MMC**<br><br>**[PROPOSED] ORDER GRANTING THIRD JOINT STIPULATION TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT** |

1 **[PROPOSED] ORDER**

2  The Court has considered the parties' Third Joint Stipulation to Continue the Deadline to

3 File a Joint Status Report.  Good cause appearing therefor, the Court GRANTS that stipulation

4 and EXTENDS the parties' deadline to submit a Joint Status Report proposing a schedule for

5 cross-motions for summary judgment until Monday, March 23, 2026.

7 IT IS SO ORDERED.

9 Dated: _____  _____

10  The Honorable Maxine M. Chesney
 United States District Judge