IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA,** ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE,** ET AL.<br><br>Defendants. | Case No. **3:25-cv-06310-MMC**<br><br>[PROPOSED] **ORDER GRANTING THIRD JOINT STIPULATION TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT** |

**[PROPOSED] ORDER**

The Court has considered the parties' Third Joint Stipulation to Continue the Deadline to File a Joint Status Report. Good cause appearing therefor, the Court GRANTS that stipulation and EXTENDS the parties' deadline to submit a Joint Status Report proposing a schedule for cross-motions for summary judgment until Monday, March 23, 2026.

IT IS SO ORDERED.

Dated: March 9, 2026

The Honorable Maxine M. Chesney
United States District Judge