IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, ET AL.** | Case No. **3:25-cv-06310-MMC** |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING FOURTH JOINT STIPULATION TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT** |
| **v.** | |
| **UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL.** | |
| Defendants. | |

**[PROPOSED] ORDER**

The Court has considered the parties' Fourth Joint Stipulation to Continue the Deadline to File a Joint Status Report.  Good cause appearing therefor, the Court GRANTS that stipulation and EXTENDS the parties' deadline to submit a Joint Status Report proposing a schedule for cross-motions for summary judgment until Monday, March 30, 2026.

IT IS SO ORDERED.

Dated: _____                    _____

The Honorable Maxine M. Chesney
United States District Judge

1