IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, ET AL.**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL.**<br><br>Defendants. | Case No. **3:25-cv-06310-MMC**<br><br>[~~PROPOSED~~] **ORDER GRANTING FOURTH JOINT STIPULATION TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT** |

## [PROPOSED] ORDER

The Court has considered the parties' Fourth Joint Stipulation to Continue the Deadline to File a Joint Status Report.  Good cause appearing therefor, the Court GRANTS that stipulation and EXTENDS the parties' deadline to submit a Joint Status Report proposing a schedule for cross-motions for summary judgment until Monday, March 30, 2026.

IT IS SO ORDERED.

Dated: March 23, 2026

_____
The Honorable Maxine M. Chesney
United States District Judge

1