ROB BONTA
Attorney General of California
PAUL STEIN
ROBIN GOLDFADEN
Supervising Deputy Attorneys General
ANDREW Z. EDELSTEIN
ANNA RICH
JANE REILLEY
LIAM E. O'CONNOR
MARIA F. BUXTON
WILLIAM BELLAMY
SEBASTIAN BRADY
Deputy Attorneys General
State Bar No. 330904
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone:  (415) 510-3592
  Fax:  (415) 703-5480
  E-mail:  Sebastian.Brady@doj.ca.gov
*Attorneys for Plaintiff State of California*

*Additional counsel listed on signature page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, ET AL.**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL.**<br><br>Defendants. | Case No. **3:25-cv-06310-MMC**<br><br>**FIFTH JOINT STIPULATION TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT** |

Pursuant to the Court's orders dated December 16, 2025 (ECF No. 112), February 9, 2026 (ECF No. 123), February 27, 2026 (ECF No. 136), March 9, 2026 (ECF No. 138), and March 23, 2026 (ECF No. 140), the parties have again met and conferred to consider a joint proposed schedule for cross-motions for summary judgment. For the following reasons, the parties submit, subject to the Court's approval, this fifth joint stipulation to continue the deadline to file a joint status report until Tuesday, March 31, 2026:

1.      On February 5, 2026, the parties submitted a stipulation requesting that the Court continue the deadline to submit a joint proposed schedule for cross-motions for summary judgment in light of recent events, including the December 23, 2025 advance notification letters, Plaintiffs' Motion to Enforce or Expand the Preliminary Injunction, and the parties' ongoing discussions regarding the completeness of the administrative record. ECF No. 122. In particular, the parties "agree[d] that the Court's resolution of the pending motion will likely affect the proposed schedule for summary judgment briefing." *Id.* at 1.

2.      On February 9, 2026, the Court granted the parties' stipulation and entered an order extending the deadline "to submit a Joint Status Report proposing a schedule for cross-motions for summary judgment until the earlier of (1) February 27, 2026, or (2) seven days after the Court issues an order on Plaintiffs' pending Motion to Enforce or Expand the Preliminary Injunction." ECF No. 123.

3.      On February 17, 2026, after the Court held a hearing on Plaintiffs' Motion on February 13, 2026, Defendants issued a revised proposed data and security protocol ("Third Proposed Protocol"). ECF No. 128. On February 25, Plaintiffs responded with proposed revisions to the Third Proposed Protocol. ECF No. 133.

4.      On February 27, 2026, this Court granted the parties' stipulation to extend their deadline to submit a Joint Status Report proposing a schedule for cross-motions for summary judgment to March 9, 2026. ECF No. 136.

5.      On March 9, 2026, this Court granted the parties' stipulation to extend their deadline to submit a Joint Status Report proposing a schedule for cross-motions for summary judgment to March 23, 2026. ECF No. 138.

6.     On March 10, Defendants issued a revised proposed data and security protocol ("Fourth Proposed Protocol").

7.     On March 23, 2026, this Court granted the parties' stipulation to extend their deadline to submit a Joint Status Report proposing a schedule for cross-motions for summary judgment to March 23, 2026. ECF No. 140.

8.     On March 25, 2026, Plaintiffs sent a letter expressing concerns with Defendants' Fourth Proposed Protocol and declining to agree to that proposed protocol. On March 26, Plaintiffs sent Defendants their proposed Second Amended Complaint (SAC), requested Defendants' consent to amendment pursuant to Federal Rule of Civil Procedure 15(a)(2), and sent a proposed Joint Status Report with a proposed case schedule pursuant to the Court's orders. On March 27, Defendants indicated that they do not oppose Plaintiffs filing their proposed SAC.

9.     On March 27, Defendants also issued an amendment to the Fourth Proposed Protocol. On March 30, Plaintiffs responded with a letter explaining Plaintiffs' concerns with and declining to agree to USDA's amended proposed protocol.

10.    The parties have not been able to meet and confer regarding the case schedule in light of Plaintiffs' most recent response, and so respectfully request that the Court continue the deadline to submit a joint status report presenting a proposed case schedule until Tuesday, March 31, 2026.

Dated:  March 30, 2026                         Respectfully submitted,

ROB BONTA
Attorney General of California
PAUL STEIN
ROBIN GOLDFADEN
Supervising Deputy Attorneys General
ANDREW Z. EDELSTEIN
ANNA RICH
JANE REILLEY
LIAM E. O'CONNOR
MARIA F. BUXTON
WILLIAM BELLAMY

*/s/ Sebastian Brady*
SEBASTIAN BRADY

2

Deputy Attorneys General
*Attorneys for Plaintiff State of California*


BRETT A. SHUMATE
Assistant Attorney General
Civil Division

TYLER BECKER
Counsel to the Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division, Federal Programs Branch

*/s/ Benjamin S. Kurland*
BENJAMIN S. KURLAND
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 598-7755
ben.kurland@usdoj.gov

*Counsel for Defendants*

3

| ADDITIONAL COUNSEL FOR PLAINTIFFS | |
|---|---|
| Letitia James<br>Attorney General of New York<br><br>*/s/ Mark Ladov*<br>Mark Ladov<br>Special Counsel<br>Julie Dona<br>Special Counsel<br>28 Liberty St.<br>New York, NY 10005<br>(212) 416-8240<br>mark.ladov@ag.ny.gov<br>*Attorneys for Plaintiff State of New York* | Kwame Raoul<br>Attorney General of Illinois<br><br>*/s/ Sherief Gaber*<br>Harpreet K. Khera<br>Bureau Chief, Special Litigation<br>Sherief Gaber<br>Assistant Attorney General<br>115 S. LaSalle St., 35th Flr.<br>Chicago, Illinois 60603<br>(773) 590-7127<br>sherief.gaber@ilag.gov<br>*Attorneys for Plaintiff State of Illinois* |
| Kristin Mayes<br>Attorney General of Arizona<br><br>*/s/ Luci D. Davis*<br>Luci D. Davis (AZ No. 035347)<br>Hayleigh S. Crawford (AZ No. 032326)<br>2005 N. Central Ave. Phoenix, AZ 85004<br>(602) 542-3333<br>Luci.Davis@azag.gov<br>Hayleigh.Crawford@azag.gov<br>ACL@azag.gov<br>*Attorneys for Plaintiff State of Arizona* | Philip J. Weiser<br>Attorney General of Colorado<br><br>*/s/ David Moskowitz*<br>David Moskowitz<br>Deputy Solicitor General<br>Colorado Department of Law<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>Phone: (720) 508-6000<br>david.moskowitz@coag.gov<br>*Attorneys for Plaintiff State of Colorado* |
| William Tong<br>Attorney General of Connecticut<br><br>*/s/ Janelle R. Medeiros*<br>Janelle R. Medeiros<br>Special Counsel for Civil Rights<br>165 Capitol Ave<br>Hartford, CT 06106<br>(860) 808-5020<br>Janelle.Medeiros@ct.gov<br>*Attorneys for Plaintiff State of Connecticut* | Kathleen Jennings<br>Attorney General of Delaware<br><br>*/s/ Vanessa L. Kassab*<br>Ian R. Liston<br>Director of Impact Litigation<br>Vanessa L. Kassab<br>Deputy Attorney General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 683-8899<br>vanessa.kassab@delaware.gov<br>*Attorneys for Plaintiff State of Delaware* |

Fifth Joint Stipulation to Continue Deadline to File Joint Status Report (Case No. 3:25-cv-06310-MMC)

| | |
|---|---|
| Brian L. Schwalb<br>Attorney General for the District of Columbia<br><br>*/s/ Nicole S. Hill*<br>Nicole S. Hill<br>Assistant Attorney General<br>Office of the Attorney General for the District of Columbia<br>400 Sixth Street, NW<br>Washington, D.C. 20001<br>(202) 727-4171<br>nicole.hill@dc.gov<br>*Attorneys for Plaintiff District of Columbia* | Anne E. Lopez<br>Attorney General of Hawaiʻi<br><br>*/s/ Kalikoʻonālani D. Fernandes*<br>David D. Day<br>Special Assistant to the Attorney General<br>Kalikoʻonālani D. Fernandes<br>Solicitor General<br>425 Queen Street<br>Honolulu, HI 96813<br>(808) 586-1360<br>kaliko.d.fernandes@hawaii.gov<br>*Attorneys for Plaintiff State of Hawaiʻi* |
| Office of The Governor *ex rel*. Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky<br><br>*/s/ S. Travis Mayo*<br>S. Travis Mayo<br>General Counsel<br>Taylor Payne<br>Chief Deputy General Counsel<br>Laura C. Tipton<br>Deputy General Counsel<br>Office of the Governor<br>700 Capitol Avenue, Suite 106<br>Frankfort, KY 40601<br>(502) 564-2611<br>travis.mayo@ky.gov<br>taylor.payne@ky.gov<br>laurac.tipton@ky.gov<br>*Attorneys for Plaintiff Kentucky Governors' Office* | Aaron M. Frey<br>Attorney General of Maine<br><br>*/s/ Brendan Kreckel*<br>Brendan Kreckel<br>Assistant Attorney General<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME 0433-0006<br>Tel.:  207-626-8800<br>Fax:  207-287-3145<br>brendan.kreckel@maine.gov<br>*Attorneys for Plaintiff State of Maine* |
| Anthony G. Brown<br>Attorney General of Maryland<br><br>*/s/ James C. Luh*<br>James C. Luh<br>Senior Assistant Attorney General<br>Office of the Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>410-576-6411<br>jluh@oag.state.md.us<br>*Attorneys for Plaintiff State of Maryland* | Andrea Joy Campbell<br>Attorney General of Massachusetts<br><br>*/s/ Katherine Dirks*<br>Katherine Dirks<br>Chief State Trial Counsel<br>Cassandra Thomson<br>Assistant Attorney General<br>Office of the Massachusetts Attorney General<br>1 Ashburton Place Boston, MA 02108<br>(617) 963-2277<br>katherine.dirks@mass.gov<br>cassandra.thomson@mass.gov<br>*Attorneys for Plaintiff Commonwealth of Massachusetts* |

5

| | |
|---|---|
| Dana Nessel<br>Attorney General of Michigan<br><br>*/s/ Neil Giovanatti*<br>Neil Giovanatti<br>Bryan Beach<br>Assistant Attorneys General<br>Michigan Department of Attorney General<br>525 W. Ottawa<br>Lansing, MI 48909<br>(517) 335-7603<br>giovanattin@michigan.gov<br>beachb@michigan.gov<br>*Attorneys for Plaintiff State of Michigan* | Keith Ellison<br>Attorney General of Minnesota<br><br>*/s/ Joseph R. Richie*<br>Joseph R. Richie<br>Special Counsel<br>445 Minnesota Street, Suite 1400<br>St. Paul, Minnesota, 55101<br>(651) 300-0921<br>joseph.richie@ag.state.mn.us<br>*Attorneys for Plaintiff State of Minnesota* |
| Jennifer Davenport<br>Attorney General of New Jersey<br><br>/s/ *Kashif T. Chand*<br>Kashif T. Chand (NJ Bar No. 016752008)<br>Assistant Attorney General<br>New Jersey Office of the Attorney General,<br>Division of Law<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07101<br>Tel: (973) 648-2052<br>kashif.chand@law.njoag.gov<br>*Attorneys for Plaintiff State of New Jersey* | Raúl Torrez<br>Attorney General of the State of New Mexico<br><br>*/s/ Steven Prefrement*<br>Steven Perfrement<br>Senior Litigation Counsel<br>New Mexico Department of Justice<br>408 Galisteo Street<br>Santa Fe, New Mexico 87501<br>SPerfrement@nmdoj.gov<br>505-601-7727<br>*Attorneys for the State of New Mexico* |
| Dan Rayfield<br>Attorney General of Oregon<br><br>*/s/ Scott P. Kennedy*<br>Scott P. Kennedy<br>Senior Assistant Attorney General<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>Tel (971) 453-9050<br>Fax (971) 673-5000<br>Scott.Kennedy@doj.oregon.gov<br>*Attorneys for Plaintiff State of Oregon* | Josh Shapiro, in his official capacity as<br>Governor of the Commonwealth of<br>Pennsylvania<br><br>*/s/ Jacob B. Boyer*<br>Jennifer Selber<br>General Counsel<br>Jacob B. Boyer<br>Deputy General Counsel<br>Pennsylvania Office of the Governor<br>30 N. 3rd St., Suite 200<br>Harrisburg, PA 17101<br>(717) 460-6786<br>jacobboyer@pa.gov<br>*Counsel for Governor Josh Shapiro* |

Fifth Joint Stipulation to Continue Deadline to File Joint Status Report (Case No. 3:25-cv-06310-MMC)

| | |
|---|---|
| Peter F. Neronha<br>Attorney General of Rhode Island<br><br>/s/ *Madeline R. Becker*<br>Madeline R. Becker (RI Bar No. 10034)<br>Special Assistant Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400, Ext. 2151<br>mbecker@riag.ri.gov<br>*Attorneys for Plaintiff State of Rhode Island* | Nicholas W. Brown<br>Attorney General of Washington<br><br>/s/ *Jennifer K. Chung*<br>Jennifer K. Chung, WSBA #51583<br>William Mcginty, WSBA #41868<br>Assistant Attorneys General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>206-464-7744<br>jennifer.chung@atg.wa.gov<br>william.mcginty@atg.wa.gov<br>*Attorneys for Plaintiff State of Washington* |
| Joshua L. Kaul<br>Attorney General of Wisconsin<br><br>/s/ *Karla Z. Keckhaver*<br>Karla Z. Keckhaver<br>Assistant Attorney General<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, Wisconsin 53707-7857<br>608-264-6365<br>karla.keckhaver@wisdoj.gov<br>*Attorneys for Plaintiff State of Wisconsin* | Aaron D. Ford<br>Attorney General of Nevada<br><br>/s/ *Heidi Parry Stern*<br>Heidi Parry Stern (Bar. No. 8873)<br>Solicitor General<br>Office of the Nevada Attorney General<br>1 State of Nevada Way, Ste. 100<br>Las Vegas, NV 89119<br>HStern@ag.nv.gov<br>*Attorneys for Plaintiff State of Nevada* |

7

# CERTIFICATE OF SERVICE

Case Name: **_California, et al. v. U.S._**
**_Department of Agriculture_**          Case No.    **3:25-cv-06310-MMC**

I hereby certify that on <u>March 30, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **FIFTH JOINT STIPULATION TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT**

2. **[PROPOSED] ORDER GRANTING FIFTH JOINT STIPULATION TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>March 30, 2026</u>, at San Francisco, California.

|  |  |
|---|---|
| M. Mendiola | _M. Mendiola_ |
| Declarant | Signature |

SA2025302238