IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, ET AL.**<br><br>                                      Plaintiffs,<br><br>        **v.**<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL.**<br><br>                                      Defendants. | Case No. **3:25-cv-06310-MMC**<br><br>**[PLAINTIFFS' PROPOSED] SCHEDULING ORDER** |

## [PROPOSED] ORDER

Having considered the parties' competing proposals as set forth in the Joint Status Report filed March 31, 2026, the Court finds good cause to enter Plaintiffs' proposed schedule as follows:

| Event | Deadline |
|---|---|
| Plaintiffs' Second Amended Complaint | Friday, April 3 |
| Defendants' production of the administrative record for the Second Amended Complaint | Friday, April 17 |
| Deadline for any motion regarding the completeness of the administrative records or discovery | Friday, May 1 |
| Plaintiffs' motion for summary judgment | Friday, May 15, or 28 days after Defendants have complied with any order resolving any motion regarding the completeness of the administrative record or discovery, whichever is later |
| Defendants' opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment | 28 days after Plaintiffs' motion for summary judgment |
| Plaintiffs' opposition to Defendants' cross-motion for summary judgment and Plaintiffs' reply | 14 days after Defendants' cross-motion |

IT IS SO ORDERED.

Dated: _____          _____

The Honorable Maxine M. Chesney
United States District Judge

[Plaintiffs' Proposed] Scheduling Order (Case No. 3:25-cv-06310-MMC)