IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al., | Case No.  25-cv-06310-MMC |
| Plaintiffs, | |
| v. | **ORDER RE: JOINT STATUS REPORT** |
| UNITED STATES DEPARTMENT OF AGRICULTURE, et al., | |
| Defendants. | |

Before the Court is the parties' Joint Status Report, filed March 31, 2026, by which plaintiffs ask the Court to enter plaintiffs' proposed "schedule for cross-motions for summary judgment" (see JSR at 2:2) (internal quotation and citation omitted), whereas defendants ask the Court to set a status conference for purposes of "resolv[ing] the narrow differences between the parties on FNS' proposed protocol" (see id. at 8:3-4).

The Court finds a status conference may be of assistance, albeit not necessarily for the purpose suggested by defendants, and, accordingly, hereby SCHEDULES a remote status conference for Wednesday, April 15, 2026, at 10:00 a.m. No further filing in conjunction with said proceeding is required.

**IT IS SO ORDERED.**

Dated: April 6, 2026

MAXINE M. CHESNEY
United States District Judge