UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

State of California, et al.            ,

Plaintiff(s),

v.

USDA, et al.                          ,

Defendant(s).

Case No. 3:25-cv-06310

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Julie Moroney          , an active member in good standing of the bar of Washington State          , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: State of Washington          in the above-entitled action. My local co-counsel in this case is Liam Edward O'Connor          , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 330050          .

800 Fifth Ave., Ste 2000, Seattle, WA 98104
MY ADDRESS OF RECORD

206-464-7744
MY TELEPHONE # OF RECORD

Julie.Moroney@atg.wa.gov
MY EMAIL ADDRESS OF RECORD

455 Golden Gate Ave., Ste 11000,
San Francisco, CA 94102
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

415-510-3873
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

liam.oconnor @doj.ca.gov
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 59017          .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0      times in the 12 months preceding this application.

United States District Court
Northern District of California

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 6, 2026              Julie Moroney

APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Julie Moroney is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 7, 2026

UNITED STATES DISTRICT JUDGE

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 59017 |
| OF | ) | **CERTIFICATE** |
| JULIE CATHERINE MORONEY | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |
| _____ | ) | |

I, Sarah R. Pendleton, Clerk of the Supreme Court of the State of Washington, hereby certify

**JULIE CATHERINE MORONEY**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the

Courts of the State of Washington on January 31, 2022, and is now and has continuously since that date

been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have
hereunto set my hand and affixed
the seal of this Court on the 3rd day of
March, 2026.

Sarah R. Pendleton
Supreme Court Clerk
Washington State Supreme Court