# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
### Northern District of California

### CIVIL MINUTES

**Date:** April 15, 2026      **Time:** 10:03 - 10:54      **Judge:** MAXINE M. CHESNEY

**Case No.:** 25-cv-06310-MMC      **Case Name:** State of California et al v. United States Department of Agriculture

**Attorney for State of California and appearing for all Plaintiff States:** Liam O'Connor
**Attorney for State of New York:** Mark Ladov, Julie Dona
**Attorney for Defendant:** Benjamin Kurland, Tyler Becker, Elizabeth Shapiro
**US Department of Agriculture Representative:** Brian Mizoguchi

**Deputy Clerk:** Tracy Geiger      **Court Reporter:** Zoom Recording

### PROCEEDINGS

**Status Conference - hearing held via Zoom.**

**Deadline for Defendant to provide to Plaintiff's Counsel what Defendant states is the administrative record: May 1, 2026.**

**Deadline for counsel to submit joint statement advising the court whether there is a dispute as to what the administrative record encompasses and then either provide a joint proposed deadline for Defendant's response to the amended complaint and briefing schedule on cross-motions for summary judgment or alternatively, a request to extend the deadline to provide one or both of those schedules: May 15, 2026.**