ROB BONTA
Attorney General of California
PAUL STEIN
ROBIN GOLDFADEN
Supervising Deputy Attorneys General
ANDREW Z. EDELSTEIN
ANNA RICH
JULIA HEMING SEGAL
MARIA F. BUXTON
WILLIAM BELLAMY
LIAM E. O'CONNOR
Deputy Attorneys General
State Bar No. 330050
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone:  (415) 510-3915
  Fax:  (415) 703-5480
  E-mail:  Liam.OConnor@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, ET AL.**<br><br>                                    Plaintiffs,<br><br>          **v.**<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL.**<br><br>                                    Defendants. | Case No. **3:25-cv-06310-MMC**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT** |

## [PROPOSED] ORDER

The Court has considered the parties' Stipulation to Continue the Deadline to File a Joint Status Report.  Good cause appearing therefore, the Court GRANTS that stipulation and EXTENDS the parties' deadline to submit a Joint Status Report regarding future case deadlines until Wednesday, May 27, 2026.

IT IS SO ORDERED.

Dated: _____          _____

The Honorable Maxine M. Chesney
United States District Judge

1