BRETT A. SHUMATE
Assistant Attorney General
TYLER BECKER
Counsel to the Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
BENJAMIN S. KURLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>    *Defendants*. | Case No. 3:25-cv-06310-MMC<br><br>**[Proposed] ORDER GRANTING DEFENDANTS' PARTIAL MOTION TO DISMISS PLAINTIFFS' CLAIMS AGAINST USDA'S OFFICE OF INSPECTOR GENERAL** |

This matter comes before the Court on Defendants' partial motion to dismiss Plaintiffs Michigan and California's claims against the U.S. Department of Agriculture's Office of Inspector General. Based on the reasoning and points of authority therein, the Court **GRANTS** Defendants' Motion, and dismisses all claims against the U.S. Department of Agricultural's Office of Inspector General.

It is hereby **ORDERED** that claims one, two, four, and five of Plaintiffs' Second Amended Complaint, ECF No. 146, are dismissed as to Defendant Office of Inspector General.

DATED:              _____

                  HON. MAXINE CHESNEY
                  United States District Judge

3:25-cv-06310-MMC    [Proposed] Order Granting Defs.' Partial Mot. to Dismiss Pls.' Claims against<br>                               USDA's Office of Inspector General