ROB BONTA
Attorney General of California
PAUL STEIN
ROBIN GOLDFADEN
Supervising Deputy Attorneys General
ANDREW Z. EDELSTEIN
ANNA RICH
JULIA HEMING SEGAL
MARIA F. BUXTON
WILLIAM BELLAMY
SEBASTIAN BRADY
LIAM E. O'CONNOR
Deputy Attorneys General
State Bar No. 330050
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone:  (415) 510-3915
 Fax:  (415) 703-5480
 E-mail:  Liam.OConnor@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, ET AL.**<br><br>                                        Plaintiffs,<br><br><br>               **v.**<br><br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL.**<br><br>                                        Defendants. | Case No. **3:25-cv-06310-MMC**<br><br>**[PROPOSED] ORDER REGARDING CASE DEADLINES** |

# [PROPOSED] ORDER

The Court, having considered the parties' Joint Status Report and finding good cause, enters the following case deadlines:

| Event | Deadline |
|---|---|
| Deadline for Plaintiffs to file their motion to complete and supplement the administrative record | Friday, May 29 |
| Deadline for Defendants to file their opposition to Plaintiffs' motion to complete and supplement the administrative record | Friday, June 12 |
| Deadline for Plaintiffs to file their reply in support of their motion to complete and supplement the administrative record | Monday, June 22 |
| Hearing on Plaintiffs' motion to complete and supplement the administrative record | To be determined by the Court or the assigned magistrate judge |
| Deadline for Plaintiffs to file their motion for summary judgment | 28 days after resolution of the order resolving Plaintiffs' motion to complete and supplement the administrative record, including completion of any document productions or discovery ordered |
| Deadline for Defendants to file their opposition to Plaintiffs' motion for summary judgment and Defendants' cross-motion for summary judgment | 28 days after Plaintiffs' motion for summary judgment |
| Deadline for Plaintiffs to file their reply in support of their motion for summary judgment and their opposition to Defendants' cross-motion for summary judgment | 14 days after Defendants' opposition/cross-motion for summary judgment |
| Deadline for Defendants to answer the SAC | 14 days after resolution of the cross-motions for summary judgment |

IT IS SO ORDERED.

Dated: _____                    _____

The Honorable Maxine M. Chesney
United States District Judge

1

# CERTIFICATE OF SERVICE

Case Name:   **California, et al. v. U.S.**          No.   **3:25-cv-06310-MMC**
**Department of Agriculture**

I hereby certify that on <u>May 27, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

[PROPOSED] ORDER REGARDING CASE DEADLINES

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>May 27, 2026</u>, at Los Angeles, California.

|  |  |
|---|---|
| Virginia Sciolino | /s/ *Virginia Sciolino* |
| Declarant | Signature |

SA2025302238
68480999