BRETT A. SHUMATE
Assistant Attorney General
TYLER BECKER
Counsel to the Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
BENJAMIN S. KURLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>    *Defendants*. | Case No. 3:25-cv-06310-MMC<br><br>**NOTICE OF FILING OF CERTIFIED LIST OF CONTENTS OF THE SECOND SUPPLEMENTAL FNS ADMINISTRATIVE RECORD** |

Defendants in the above-captioned action file this notice of the filing of a certified list of the contents of the Food and Nutrition Service's ("FNS") second supplemental administrative record, pursuant to Local Civil Rule 16-5 and the Court's April 15, 2026, and May 13, 2026, Orders, ECF Nos. 158, 164. Defendants filed a notice of filing a certified list of the contents of FNS's administrative record on January 8, 2026, *see* ECF No. 115, and a notice of filing a certified list of the contents of FNS's supplemental administrative record on February 11, 2026, ECF No. 125. Since that time, Defendants have supplemented the administrative record and provided counsel for Plaintiffs with additional materials. The administrative record of the Office of the Inspector General remains unchanged. As such, a certification of the completeness of FNS's supplemented administrative record and the supplemented administrative record's table of

1

contents accompany this filing.  Defendants produced the full contents of FNS's second supplemental administrative records to counsel for Plaintiffs on May 19, 2026.

Dated: May 29, 2026

Respectfully submitted,
BRETT A. SHUMATE
Assistant Attorney General
Civil Division

TYLER BECKER
Counsel to the Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division, Federal Programs Branch

BENJAMIN S. KURLAND
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 598-7755
ben.kurland@usdoj.gov

*Counsel for Defendants*

2