# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| STATE OF CALIFORNIA *et al.* )<br><br>   Plaintiffs, )<br><br>   v. )<br><br>UNITED STATES DEPARTMENT OF )<br>AGRICULTURE, *et al.* )<br><br>   Defendants. ) | Civil Action No. 3:25-cv-06310 |

## CERTIFICATION OF SECOND SUPPLEMENTAL ADMINISTRATIVE RECORD

I, Shiela Corley, Chief of Staff for the Deputy Under Secretary for the Food, Nutrition, and Consumer Service, United States Department of Agriculture ("USDA"), hereby certify that the attached Second Supplemental Administrative Record is a true, correct, and complete copy of the documents that were directly or indirectly considered in connection with USDA's decision to seek SNAP data pursuant to 7 U.S.C. § 2020(a)(3).

In accordance with 28 U.S.C. § 1746, I hereby certify and declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge, information, and belief.

SHIELA CORLEY
Digitally signed by SHIELA
CORLEY
Date: 2026.05.14 15:21:24 -04'00'

Shiela Corley
Chief of Staff
Food, Nutrition, and Consumer Services
United States Department of Agriculture
1400 Independence Avenue, S.W.
Washington, DC 20250

| California, et al. v. USDA, et al. 3:25-cv-06310 Certified Index to the Second Supplemental Administrative Record | | |
|---|---|---|
| Description | Date | Bates Number Range |
| 31. Excel Sheet with disallowance calculations* | 08-20-2025 | **CALIFORNIA_FNS_000677 – CALIFORNIA_FNS_000681** |
| 32. FNS's November 24 Renewed Data Request and First Proposed Protocol | 11-24-2025 | **CALIFORNIA_FNS_000682 – CALIFORNIA_FNS_000758** |
|    a.  Letters to each Plaintiff State, except Nevada | | CALIFORNIA_FNS_000683– CALIFORNIA_FNS_000749 |
|    b.  Copy of Letter Attachments | | CALIFORNIA_FNS_000750 – CALIFORNIA_FNS_000758 |
| 33. Plaintiff States' December 8 Letter | 12-08-2025 | **CALIFORNIA_FNS_000759 – CALIFORNIA_FNS_000775** |
| 34. FNS's December 23 Letter and Second Proposed Protocol | 12-23-2025 | **CALIFORNIA_FNS_000776 – CALIFORNIA_FNS_000937** |
|    a.  Letters to each Plaintiff State, except Nevada | | CALIFORNIA_FNS_000777 – CALIFORNIA_FNS_000931 |
|    b.  Copy of Letter Attachment | | CALIFORNIA_FNS_000932– CALIFORNIA_FNS_000937 |
| 35. February 13 Preliminary Injunction Hearing Transcript | 02-13-2026 | **CALIFORNIA_FNS_000938 – CALIFORNIA_FNS_001029** |
| 36. FNS's February 17 Letter and Third Proposed Protocol | 02-17-2026 | **CALIFORNIA_FNS_001030 – CALIFORNIA_FNS_001066** |
|    a.  Letters to each Plaintiff State, except Nevada | | CALIFORNIA_FNS_001031 – CALIFORNIA_FNS_001053 |
|    b.  Copy of Letter Attachments | | CALIFORNIA_FNS_001054– CALIFORNIA_FNS_001066 |
| 37. Plaintiff States' February 25 Letter | 02-25-2026 | **CALIFORNIA_FNS_001067 – CALIFORNIA_FNS_001098** |
| 38. FNS's March 10 Letter, Fourth Proposed Protocol, and Attachments | 03-10-2025 | **CALIFORNIA_FNS_001099 – CALIFORNIA_FNS_001251** |
|    a.  Letters to each Plaintiff State, except Nevada | | CALIFORNIA_FNS_001100 – CALIFORNIA_FNS_001238 |
|    b.  Copy of Letter Attachments | | CALIFORNIA_FNS_001239 – CALIFORNIA_FNS_001251 |
| 39. March 11 to 25 Correspondence Between Counsel | 03-11-2026– 03-25-2026 | **CALIFORNIA_FNS_001252 – CALIFORNIA_FNS_001262** |
| 40. Plaintiff States' March 25 Letter | 03-25-2025 | **CALIFORNIA_FNS_001263 – CALIFORNIA_FNS_001271** |
| 41. FNS's March 27 Letter and Amended Fourth Proposed Protocol | 03-27-2025 | **CALIFORNIA_FNS_001272 – CALIFORNIA_FNS_001309** |
|    a.  Letters to each Plaintiff State, except Nevada | | CALIFORNIA_FNS_001273 – CALIFORNIA_FNS_001295 |
|    b.  Copy of Letter Attachments | | CALIFORNIA_FNS_001296 – CALIFORNIA_FNS_001309 |

| California, et al. v. USDA, et al. 3:25-cv-06310 Certified Index to the Second Supplemental Administrative Record | | |
|---|---|---|
| Description | Date | Bates Number Range |
| 42. Plaintiff States' March 30 Letter | 03-30-2025 | **CALIFORNIA_FNS_001310 – CALIFORNIA_FNS_001316** |
| 43. State of Illinois' response to Fourth Proposed Protocol* | 03-16-2026 | **CALIFORNIA_FNS_001317 – CALIFORNIA_FNS_001341** |
| 44. FNS' Response to Illinois* | 03-20-2026 | **CALIFORNIA_FNS_001342 – CALIFORNIA_FNS_001346** |
| 45. Plaintiff States' April 14 Letter | 04-14-2026 | **CALIFORNIA_FNS_001347 – CALIFORNIA_FNS_001359** |
| 46. Illinois' Response to FNS* | 04-20-2026 | **CALIFORNIA_FNS_001360 – CALIFORNIA_FNS_001366** |
| 47. Rationale (State Administration Issues) | | **CALIFORNIA_FNS_001367 – CALIFORNIA_FNS_003120** |
| a.  General/multi-state: | | **CALIFORNIA_FNS_001368 – CALIFORNIA_FNS_001456** |
| i.    Summary of State QC Liabilities* | | CALIFORNIA_FNS_001369 – CALIFORNIA_FNS_001371 |
| ii.   Compilation document of FFY 2023-2025 ME Findings for California, Colorado, Illinois, Minnesota, and New York* | 01-08-2026 | CALIFORNIA_FNS_001372 – CALIFORNIA_FNS_001435 |
| iii.  Compilation document of SNAP Oversight ME Findings for Minnesota, Pennsylvania, and Kentucky* | 04-21-2026 | CALIFORNIA_FNS_001436 – CALIFORNIA_FNS_001456 |
| b.  Arizona: | | **CALIFORNIA_FNS_001457 – CALIFORNIA_FNS_001471** |
| i.    SNAP E&T Claim Letter and Bill | 03-02-2026 | CALIFORNIA_FNS_001458 – CALIFORNIA_FNS_001461 |
| ii.   FFY 2024 PER CAP | 08-21-2025 | CALIFORNIA_FNS_001462 – CALIFORNIA_FNS_001463 |
| iii.  FFY 2023 PER CAP | 08-23-2024 | CALIFORNIA_FNS_001464 – CALIFORNIA_FNS_001468 |
| iv.   FFY 2022 PER CAP | 08-28-2023 | CALIFORNIA_FNS_001469 – CALIFORNIA_FNS_001471 |
| c.  California: | | **CALIFORNIA_FNS_001472 – CALIFORNIA_FNS_001591** |
| i.    California High Risk Audit | 12-11-2025 | CALIFORNIA_FNS_001473 – CALIFORNIA_FNS_001564 |
| ii.   DOJ Press Release on Madera County Employee Arrested* | 12-12-2025 | CALIFORNIA_FNS_001565 – CALIFORNIA_FNS_001567 |
| iii.  FFY 2024 PER CAP | 08-28-2025 | CALIFORNIA_FNS_001568 – CALIFORNIA_FNS_001574 |

| | California, et al. v. USDA, et al. 3:25-cv-06310 Certified Index to the Second Supplemental Administrative Record | | |
|---|---|---|---|
| | Description | Date | Bates Number Range |
| iv. | FFY 2023 PER CAP | 08-30-2024 | CALIFORNIA_FNS_001575 – CALIFORNIA_FNS_001584 |
| v. | FFY 2022 PER CAP | 08-28-2023 | CALIFORNIA_FNS_001585 – CALIFORNIA_FNS_001591 |
| d. | Colorado: | | **CALIFORNIA_FNS_001592 – CALIFORNIA_FNS_001680** |
| i. | Colorado Pilot Letter | 12-17-2025 | CALIFORNIA_FNS_001593 – CALIFORNIA_FNS_001594 |
| ii. | FNS letter requiring RPT CAP | 05-11-2025 | CALIFORNIA_FNS_001595 – CALIFORNIA_FNS_001596 |
| iii. | Escalation timeline for Application Timeliness Issues* | 12-06-2024 | CALIFORNIA_FNS_001597 |
| iv. | September 2024 Recipient Claims & TOP ME Report | 09-2024 | CALIFORNIA_FNS_001598 – CALIFORNIA_FNS_001614 |
| v. | FFY 2024 PER CAP | | CALIFORNIA_FNS_001615 – CALIFORNIA_FNS_001629 |
| vi. | FFY 2023 PER CAP | | CALIFORNIA_FNS_001630 – CALIFORNIA_FNS_001643 |
| vii. | February 2023 Recipient Integrity and Claims Review ME Report | 02-2023 | CALIFORNIA_FNS_001644 – CALIFORNIA_FNS_001662 |
| viii. | FFY 2022 PER CAP | | CALIFORNIA_FNS_001663 – CALIFORNIA_FNS_001680 |
| e. | Connecticut: | | **CALIFORNIA_FNS_001681 – CALIFORNIA_FNS_001711** |
| i. | Reconciliation Billing for FFY 2024 | 02-05-2026 | CALIFORNIA_FNS_001682 – CALIFORNIA_FNS_001684 |
| ii. | FFY 2024 PER CAP | | CALIFORNIA_FNS_001685 – CALIFORNIA_FNS_001692 |
| iii. | FFY 2023 PER CAP | | CALIFORNIA_FNS_001693 – CALIFORNIA_FNS_001699 |
| iv. | Reconciliation Billing for FFY 2022 | 09-26-2024 | CALIFORNIA_FNS_001700 – CALIFORNIA_FNS_001701 |
| v. | FFY 2022 PER CAP | | CALIFORNIA_FNS_001702 – CALIFORNIA_FNS_001708 |
| vi. | Reconciliation Billing for FFY 2020 | 03-03-2023 | CALIFORNIA_FNS_001709 – CALIFORNIA_FNS_001711 |
| f. | District of Columbia: | | **CALIFORNIA_FNS_001712 – CALIFORNIA_FNS_002002** |
| i. | FNS SSAB filing for matter concerning $30+ million claim | 08-28-2024 | CALIFORNIA_FNS_001713 – CALIFORNIA_FNS_001775 |

| | Description | Date | Bates Number Range |
|---|---|---|---|
| | *California, et al. v. USDA, et al.*<br>3:25-cv-06310<br>Certified Index to the Second Supplemental Administrative Record | | |
| ii. | FFY 2024 PER CAP | 10-29-2024 | CALIFORNIA_FNS_001776 – CALIFORNIA_FNS_001847 |
| iii. | April 2023 Advance Notification Letter | 04-28-2023 | CALIFORNIA_FNS_001848 – CALIFORNIA_FNS_001856 |
| iv. | Associated Billing | 05-14-2024 | CALIFORNIA_FNS_001857 – CALIFORNIA_FNS_001858 |
| v. | FFY 2023 PER CAP | 11-15-2023 | CALIFORNIA_FNS_001859 – CALIFORNIA_FNS_001941 |
| vi. | FFY 2022 PER CAP | 04-28-2023 | CALIFORNIA_FNS_001942 – CALIFORNIA_FNS_002002 |
| g. | **Delaware:** | | **CALIFORNIA_FNS_002003 – CALIFORNIA_FNS_002095** |
| i. | FFY 2024 PER CAP | 11-24-2025 | CALIFORNIA_FNS_002004 – CALIFORNIA_FNS_002048 |
| ii. | FFY 2023 liability status and billing | 06-28-2024 | CALIFORNIA_FNS_002049 – CALIFORNIA_FNS_002055 |
| iii. | Notice of assigned PERs for FFY 2023 due to sampling insufficiencies | 06-14-2024 | CALIFORNIA_FNS_002056 – CALIFORNIA_FNS_002057 |
| iv. | Final Warning for sampling insufficiencies | 09-12-2024 | CALIFORNIA_FNS_002058 – CALIFORNIA_FNS_002060 |
| v. | Advance Notification for sampling insufficiencies | 04-13-2023 | CALIFORNIA_FNS_002061 – CALIFORNIA_FNS_002063 |
| vi. | FFY 2022 PER CAP | 11-15-2021 | CALIFORNIA_FNS_002064 – CALIFORNIA_FNS_002093 |
| vii. | Notice of assigned PERs for FFY 2022 due to sampling insufficiencies | 05-26-2023 | CALIFORNIA_FNS_002094 – CALIFORNIA_FNS_002095 |
| h. | **Hawaii:** | | **CALIFORNIA_FNS_002096 – CALIFORNIA_FNS_002122** |
| i. | FFY 2024 PER CAP | | CALIFORNIA_FNS_002097 – CALIFORNIA_FNS_002107 |
| ii. | FFY 2023 PER CAP | | CALIFORNIA_FNS_002108 – CALIFORNIA_FNS_002114 |
| iii. | FFY 2022 PER CAP | | CALIFORNIA_FNS_002115 – CALIFORNIA_FNS_002122 |
| i. | **Illinois:** | | **CALIFORNIA_FNS_002123 – CALIFORNIA_FNS_002180** |
| i. | FFY 2025 Recipient Claims ME Report | 10-2024 | CALIFORNIA_FNS_002124 – CALIFORNIA_FNS_002132 |
| ii. | FFY 2024 EBT ME Report | 04-2024 | CALIFORNIA_FNS_002133 – CALIFORNIA_FNS_002142 |

| California, et al. v. USDA, et al.<br>3:25-cv-06310<br>Certified Index to the Second Supplemental Administrative Record | | |
| --- | --- | --- |
| Description | Date | Bates Number Range |
| iii.   FFY 2024 PER CAP | 08-2025 | CALIFORNIA_FNS_002143 – CALIFORNIA_FNS_002147 |
| iv.   FFY 2023 PER CAP | 09-2024 | CALIFORNIA_FNS_002148 – CALIFORNIA_FNS_002150 |
| v.   FFY 2022 PER CAP | 06-2023 | CALIFORNIA_FNS_002151 – CALIFORNIA_FNS_002159 |
| j.   Kentucky: | | **CALIFORNIA_FNS_002160 – CALIFORNIA_FNS_002164** |
| i.   FFY 2024 PER CAP | | CALIFORNIA_FNS_002161 – CALIFORNIA_FNS_002162 |
| ii.   FFY 2023 PER CAP | | CALIFORNIA_FNS_002163 – CALIFORNIA_FNS_002164 |
| k.   Maine: | | **CALIFORNIA_FNS_002165 – CALIFORNIA_FNS_002180** |
| i.   FFY 2019 QC settlement | 05-23-2021 | CALIFORNIA_FNS_002166 – CALIFORNIA_FNS_002168 |
| ii.   FFY 2023 PER CAP | | CALIFORNIA_FNS_002169 – CALIFORNIA_FNS_002172 |
| iii.   FFY 2022 PER CAP | 10-30-2023 | CALIFORNIA_FNS_002173 – CALIFORNIA_FNS_002180 |
| l.   Maryland: | | **CALIFORNIA_FNS_002181 – CALIFORNIA_FNS_002249** |
| i.   News Report on "scheme" prompting investigation* | 01-16-2026 | CALIFORNIA_FNS_002182 – CALIFORNIA_FNS_002190 |
| ii.   House of Delegates letter* | 01-09-2026 | CALIFORNIA_FNS_002191 – CALIFORNIA_FNS_002192 |
| iii.   News Report on Whistleblower: Intentionally Inflating PER* | 01-08-2026 | CALIFORNIA_FNS_002193 – CALIFORNIA_FNS_002205 |
| iv.   FFY 2023 QC Decision and Order | 04-01-2026 | CALIFORNIA_FNS_002206 – CALIFORNIA_FNS_002228 |
| v.   FFY 2024 QC liability assessment | 06-30-2025 | CALIFORNIA_FNS_002229 – CALIFORNIA_FNS_002232 |
| vi.   FFY 2022 PER CAP | 08-2023 | CALIFORNIA_FNS_002233 – CALIFORNIA_FNS_002249 |
| m.   Massachusetts: | | **CALIFORNIA_FNS_002250 – CALIFORNIA_FNS_002305** |
| i.   DOJ press release re: fraud crackdown* | 03-26-2026 | CALIFORNIA_FNS_002251 – CALIFORNIA_FNS_002255 |
| ii.   Local news story on fraud* | 03-12-2026 | CALIFORNIA_FNS_002256 – CALIFORNIA_FNS_002258 |

| | Description | Date | Bates Number Range |
|---|---|---|---|
| | *California, et al. v. USDA, et al.*<br>3:25-cv-06310<br>Certified Index to the Second Supplemental Administrative Record | | |
| iii. | DOJ press release re: multi-state SNAP fraud* | 02-03-2026 | CALIFORNIA_FNS_002259 –<br>CALIFORNIA_FNS_002252 |
| iv. | DOJ press release re: SNAP trafficking* | 12-17-2025 | CALIFORNIA_FNS_002263 –<br>CALIFORNIA_FNS_002267 |
| v. | FFY 2024 PER CAP (slipsheeted) | | CALIFORNIA_FNS_002268 |
| vi. | FFY 2023 PER CAP (slipsheeted) | | CALIFORNIA_FNS_002269 |
| vii. | FFY 2022 PER CAP | 08-30-2023 | CALIFORNIA_FNS_002270 –<br>CALIFORNIA_FNS_002305 |
| n. | Michigan: | | **CALIFORNIA_FNS_002306 –<br>CALIFORNIA_FNS_002330** |
| i. | FFY 2025 RPT CAP | | CALIFORNIA_FNS_002307 –<br>CALIFORNIA_FNS_002308 |
| ii. | FFY 2024 APT CAP | 12-2023 | CALIFORNIA_FNS_002309 –<br>CALIFORNIA_FNS_002314 |
| iii. | FFY 2024 PER CAP | | CALIFORNIA_FNS_002315 |
| iv. | FFY 2024 Recipient Claims ME Report | 11-2024 | CALIFORNIA_FNS_002316 –<br>CALIFORNIA_FNS_002324 |
| v. | FFY 2023 PER CAP | | CALIFORNIA_FNS_002325 –<br>CALIFORNIA_FNS_002326 |
| vi. | FFY 2022 PER CAP | | CALIFORNIA_FNS_002327 –<br>CALIFORNIA_FNS_002330 |
| o. | Minnesota: | | **CALIFORNIA_FNS_002331 –<br>CALIFORNIA_FNS_002431** |
| i. | OIG press release* | 04-16-2026 | CALIFORNIA_FNS_002332 –<br>CALIFORNIA_FNS_002334 |
| ii. | News Article on inaccurate Agency reporting* | 12-15-2025 | CALIFORNIA_FNS_002335 –<br>CALIFORNIA_FNS_002343 |
| iii. | Fair Hearing Decision | 11-25-2025 | CALIFORNIA_FNS_002344 –<br>CALIFORNIA_FNS_002356 |
| iv. | DOJ press release; Feeding Our Future* | 11-24-2025 | CALIFORNIA_FNS_002357 –<br>CALIFORNIA_FNS_002360 |
| v. | Fraud Training Video (slipsheeted) | | CALIFORNIA_FNS_002361 |
| vi. | FFY 2025 APT CAP | | CALIFORNIA_FNS_002362 –<br>CALIFORNIA_FNS_002365 |
| vii. | FFY 2025 Recertification PAR Report | 07-2025 | CALIFORNIA_FNS_002366 –<br>CALIFORNIA_FNS_002377 |
| viii. | FFY 2024 ABAWD ME Report | 2024 | CALIFORNIA_FNS_002378 –<br>CALIFORNIA_FNS_002391 |

| | Description | Date | Bates Number Range |
|---|---|---|---|
|  | *California, et al. v. USDA, et al.*<br>**3:25-cv-06310**<br>Certified Index to the Second Supplemental Administrative Record |
| ix. | FFY 2024 QC ME Report | 08-2024 | CALIFORNIA_FNS_002392 – CALIFORNIA_FNS_002403 |
| x. | FFY 2024 PER CAP | | CALIFORNIA_FNS_002404 – CALIFORNIA_FNS_002413 |
| xi. | FFY 2023 PER CAP | | CALIFORNIA_FNS_002414 – CALIFORNIA_FNS_002421 |
| xii. | FFY 2022 PER CAP | | CALIFORNIA_FNS_002422 – CALIFORNIA_FNS_002431 |
| p. New Jersey: | | | **CALIFORNIA_FNS_002432 – CALIFORNIA_FNS_002496** |
| i. | News report on SNAP fraud* | 03-09-2026 | CALIFORNIA_FNS_002433 – CALIFORNIA_FNS_002437 |
| ii. | FFY 2024 CAP Response | 12-06-2023 | CALIFORNIA_FNS_002438 – CALIFORNIA_FNS_002439 |
| iii. | FFY 2024 CAP Action statistics (slipsheeted) | 04-15-2024 | CALIFORNIA_FNS_002440 |
| iv. | CAP progress reports for FFY 2024 | 11-2024 | CALIFORNIA_FNS_002441 – CALIFORNIA_FNS_002475 |
| v. | FFYs 2023 CAP Action statistics (slipsheeted) | 09-25-2023 | CALIFORNIA_FNS_002476 |
| vi. | FFY 2023 PER CAP (slipsheeted) | 11-01-2023 | CALIFORNIA_FNS_002477 |
| vii. | CAP progress reports for FFY 2023 | 11-2023 | CALIFORNIA_FNS_002478 – CALIFORNIA_FNS_002495 |
| viii. | FFY 2022 PER CAP (slipsheeted) | 05-01-2023 | CALIFORNIA_FNS_002496 |
| q. New Mexico: | | | **CALIFORNIA_FNS_002497 – CALIFORNIA_FNS_002611** |
| i. | FFY 2024 SNAP QC liability amount bill | 06-30-2025 | CALIFORNIA_FNS_002498 |
| ii. | FFY 2023 PER CAP | 11-2025 | CALIFORNIA_FNS_002499 – CALIFORNIA_FNS_002553 |
| iii. | FFY 2022 PER CAP | | CALIFORNIA_FNS_002554 – CALIFORNIA_FNS_002607 |
| iv. | SSAB settlement agreement | 06-25-2022 | CALIFORNIA_FNS_002608 – CALIFORNIA_FNS_002611 |
| r. New York: | | | **CALIFORNIA_FNS_002612 – CALIFORNIA_FNS_002728** |
| i. | FFY 2024 PER CAP (slipsheeted) | 09-15-2025 | CALIFORNIA_FNS_002613 |
| ii. | FFY 2023 PER CAP (slipsheeted) | 08-22-2024 | CALIFORNIA_FNS_002614 |

| | Description | Date | Bates Number Range |
|---|---|---|---|
|  | *California, et al. v. USDA, et al.*<br>3:25-cv-06310<br>Certified Index to the Second Supplemental Administrative Record |
| iii. | FFY 2022 PER CAP (slipsheeted) | 08-30-2023 | CALIFORNIA_FNS_002615 |
| iv. | FFY 2021 QCIR report and corrective action response | 06-2021 | CALIFORNIA_FNS_002616 – CALIFORNIA_FNS_002653 |
| v. | A. Various updates and original CAP for state systems access | | CALIFORNIA_FNS_002654 – CALIFORNIA_FNS_002668 |
| | B. November Semi Annual CAP Issuance tool | 11-2023 | CALIFORNIA_FNS_002669 – CALIFORNIA_FNS_002701 |
| | C. NY May FFY25 SA-CAP Tool (slipsheeted) | 05-09-2025 | CALIFORNIA_FNS_002702 |
| | D. NY OTDA federal access to Eligibility Enrollment Case Management EECM Project Schedule | | CALIFORNIA_FNS_002703 – CALIFORNIA_FNS_002728 |
| s. | Oregon: | | **CALIFORNIA_FNS_002729 – CALIFORNIA_FNS_002746** |
| i. | Settlement Agreement for QC for FFY 2023 | 06-28-2026 | CALIFORNIA_FNS_002730 – CALIFORNIA_FNS_002731 |
| ii. | Bill for Collection for at risk amount | 01-12-2026 | CALIFORNIA_FNS_002732 |
| iii. | FFY 2022 PER CAP | | CALIFORNIA_FNS_002733 – CALIFORNIA_FNS_002744 |
| iv. | Settlement Agreement for QC for FFY 2019 | 08-20-2021 | CALIFORNIA_FNS_002745 – CALIFORNIA_FNS_002746 |
| t. | Pennsylvania: | | **CALIFORNIA_FNS_002747 – CALIFORNIA_FNS_002944** |
| i. | FFY 2024 PER CAP | 05-2025 | CALIFORNIA_FNS_002748 – CALIFORNIA_FNS_002826 |
| ii. | FFY 2023 QC Decision and Order | 06-02-2025 | CALIFORNIA_FNS_002827 – CALIFORNIA_FNS_002851 |
| iii. | FFY 2022 PER CAP | 05-2022 | CALIFORNIA_FNS_002852 – CALIFORNIA_FNS_002944 |
| u. | Rhode Island: | | **CALIFORNIA_FNS_002945 – CALIFORNIA_FNS_002979** |
| i. | Billing and claims letter | 05-15-2024 | CALIFORNIA_FNS_002946 – CALIFORNIA_FNS_002948 |
| ii. | Billing | 09-28-2023 | CALIFORNIA_FNS_002949 |
| iii. | FFY 2024 PER CAP | | CALIFORNIA_FNS_002950 – CALIFORNIA_FNS_002959 |
| iv. | FFY 2023 PER CAP | | CALIFORNIA_FNS_002960 – CALIFORNIA_FNS_002968 |

| | California, et al. v. USDA, et al. 3:25-cv-06310 Certified Index to the Second Supplemental Administrative Record | | |
|---|---|---|---|
| | Description | Date | Bates Number Range |
| v. | FFY 2022 PER CAP | | CALIFORNIA_FNS_002969 – CALIFORNIA_FNS_002979 |
| v. | Washington: | | **CALIFORNIA_FNS_002980 – CALIFORNIA_FNS_003017** |
| i. | FFY 2024 PER CAP | 06-30-2025 | CALIFORNIA_FNS_002981 – CALIFORNIA_FNS_002984 |
| ii. | FFY 2023 PER CAP | 07-01-2024 | CALIFORNIA_FNS_002995 – CALIFORNIA_FNS_003007 |
| iii. | 2023 ABAWD settlement bill | 06-23-2023 | CALIFORNIA_FNS_003008 |
| iv. | FFY 2022 PER CAP | 06-30-2023 | CALIFORNIA_FNS_003009 – CALIFORNIA_FNS_003017 |
| w. | Wisconsin: | | **CALIFORNIA_FNS_003018 – CALIFORNIA_FNS_003120** |
| i. | FFY 2025 ABAWD ME Report | 2025 | CALIFORNIA_FNS_003019 – CALIFORNIA_FNS_003034 |
| ii. | FFY 2025 CAP Progress Report | 10-29-2025 | CALIFORNIA_FNS_003035 – CALIFORNIA_FNS_003044 |
| iii. | FFY 2025 QC Statistical Report | 07-2025 | CALIFORNIA_FNS_003045 – CALIFORNIA_FNS_003077 |
| iv. | FFY 2025 Recertification PAR Report | 05-2025 | CALIFORNIA_FNS_003078 – CALIFORNIA_FNS_003093 |
| v. | FFY 2024 Recipient Integrity and Claims TOP ME Report | 06-2024 | CALIFORNIA_FNS_003094 – CALIFORNIA_FNS_003103 |
| vi. | FFY 2024 QC ME Report | 08-2024 | CALIFORNIA_FNS_003104 – CALIFORNIA_FNS_003111 |
| vii. | FFY 2024 State ME Report | 08-2024 | CALIFORNIA_FNS_003112 – CALIFORNIA_FNS_003118 |
| viii. | FFY 2022 bill of collection | 06-30-2022 | CALIFORNIA_FNS_003119 – CALIFORNIA_FNS_003120 |
| 48. | USDA SNAP Program Integrity Data Team: Preliminary Report | 05-13-2026 | **CALIFORNIA_FNS_003121 – CALIFORNIA_FNS_003164** |

\* Denotes items not already in Plaintiffs' possession and which are provided as attachments to this list