ROB BONTA
Attorney General of California
PAUL STEIN
ROBIN GOLDFADEN
Supervising Deputy Attorneys General
ANDREW Z. EDELSTEIN
ANNA RICH
JULIA HEMING SEGAL
LIAM E. O'CONNOR
MARIA F. BUXTON
WILLIAM BELLAMY
SEBASTIAN BRADY
Deputy Attorneys General
State Bar No. 330904
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone:  (415) 510-3592
 Fax:  (415) 703-5480
 E-mail:  Sebastian.Brady@doj.ca.gov
*Attorneys for Plaintiff State of California*

*Additional counsel listed on signature page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, ET AL.,** | Case No. **3:25-cv-06310-MMC** |
| Plaintiffs, | **JOINT MOTION TO DISMISS CLAIMS AGAINST DEFENDANT UNITED STATES DEPARTMENT OF AGRICULTURE-OFFICE OF INSPECTOR GENERAL SUBJECT TO THE TERMS OF THE PARTIES' STIPULATIONS** |
| **v.** | |
| **UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL.,** | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs State of California and State of Michigan (collectively, "Plaintiffs") and Defendant U.S. Department of Agriculture-Office of Inspector General ("USDA-OIG") move the Court to dismiss Plaintiffs' claims against USDA-OIG without prejudice and dismiss USDA-OIG as a defendant subject to the terms of the below stipulation.

Whereas, in 2025, pursuant to the Inspector General Act, 5 U.S.C. § 406(a)(1), (3), USDA-OIG requested that the state agencies administering the Supplemental Nutrition Assistance Program in California and Michigan submit data on Supplemental Nutritional Assistance Program applicants and recipients ("the OIG Requests");[1]

Whereas, on July 28, 2025, California and Michigan filed their original complaint, asserting Administrative Procedure Act, ultra vires, and Spending Clause claims against USDA-OIG, ECF No. 1;

Whereas, on April 3, 2026, California and Michigan filed their operative Second Amended Complaint, reasserting these claims against USDA-OIG, ECF No. 146;

Whereas, in this same suit, California and Michigan (as well as other States) assert separate claims against Defendants USDA and Secretary Rollins that are unaffected by the terms of this joint motion and stipulation, *see Pedrina v. Chun*, 987 F.2d 608, 609–10 (9th Cir. 1993) (holding that Rule 41(a)(1) allows dismissal of "fewer than all of the named defendants");

Whereas, on May 15, 2026, USDA-OIG moved to dismiss California and Michigan's claims against it, ECF No. 165;

Whereas, in its motion, USDA-OIG stated that, consistent with the Inspector General Act, 5 U.S.C. §§ 401–424, California and Michigan can face no legal consequences for not complying with the OIG Requests, *see* ECF No. 165 at 4–5, 10;

Whereas, in its motion, USDA-OIG stated that, consistent with the Inspector General Act, should it wish to issue an enforceable demand for information from a state agency, it must issue a subpoena seeking that information and the recipient state agency could then challenge the

---

[1] Plaintiffs' Second Amended Complaint included reference to a request from USDA-OIG to the State of Illinois for data. ECF No. 146 ¶¶ 263–66. Plaintiffs' SAC, however, did not bring claims regarding this request.

1

subpoena in court on all available grounds, *see* ECF No. 165 at 4–5, 10;

Whereas, in its motion, USDA-OIG stated that, consistent with the Inspector General Act, state agencies cannot lose any funds or have any funds disallowed, including but not limited to under 7 C.F.R. § 276.4, for not complying with the OIG Requests, ECF No. 165 at 14;

THEREFORE, the Parties do HEREBY STIPULATE AND AGREE as follows:

1. Plaintiffs cannot face legal consequences for not complying with the OIG Requests;

2. Plaintiffs cannot lose any funds or have any funds disallowed, including but not limited to under 7 C.F.R. § 276.4, for not complying with the OIG Requests;

3. Should USDA-OIG seek information from Plaintiffs through a subpoena, Plaintiffs retain all challenges and defenses to such subpoena;

4. On the basis of these stipulations, the Parties agree that the claims against USDA-OIG shall be dismissed without prejudice, and USDA-OIG will be dismissed as a defendant in this action;

5. Upon the filing of this Joint Motion, USDA-OIG's Partial Motion to Dismiss, ECF No. 165, is withdrawn without prejudice as moot.

6. All parties will bear their own fees and costs with respect to the claims against USDA-OIG.

Accordingly, the Parties respectfully request that the Court dismiss the claims against USDA-OIG without prejudice and dismiss USDA-OIG as a defendant subject to the terms of the above stipulation.

Dated:  May 28, 2026                    Respectfully submitted,

ROB BONTA
Attorney General of California
PAUL STEIN
ROBIN GOLDFADEN
Supervising Deputy Attorneys General
ANDREW Z. EDELSTEIN
ANNA RICH
JULIA HEMING SEGAL
LIAM E. O'CONNOR
MARIA F. BUXTON
WILLIAM BELLAMY

2

                                        */s/ Sebastian Brady*
                                         SEBASTIAN BRADY
                                         Deputy Attorneys General
                                        *Attorneys for Plaintiff State of California*

                                        Dana Nessel
                                        Attorney General of Michigan

                                        */s/ Neil Giovanatti*
                                        Neil Giovanatti
                                        Assistant Attorney General
                                        Michigan Department of Attorney General
                                        525 W. Ottawa
                                        Lansing, MI 48909
                                        (517) 335-7603
                                        giovanattin@michigan.gov
                                        *Attorneys for Plaintiff State of Michigan*


                                        BRETT A. SHUMATE
                                        Assistant Attorney General
                                        Civil Division

                                        TYLER BECKER
                                        Counsel to the Assistant Attorney General
                                        Civil Division

                                        ELIZABETH J. SHAPIRO
                                        Deputy Branch Director
                                        Civil Division, Federal Programs Branch

                                        */s/ Benjamin S. Kurland*
                                        BENJAMIN S. KURLAND
                                        Trial Attorney
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L Street, NW
                                        Washington, DC 20005
                                        Tel: (202) 598-7755
                                        ben.kurland@usdoj.gov

                                        *Counsel for Defendants*


PURSUANT AND SUBEJCT TO THE TERMS OF THE STIPULATION, IT IS SO ORDERED


Date:  May 29, 2026

                                        Hon. Maxine M. Chesney

3

# CERTIFICATE OF SERVICE

Case Name:   ***California, et al. v. U.S.***          Case No.   **3:25-cv-06310-MMC**
                  ***Department of Agriculture***

I hereby certify that on <u>May 28, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **JOINT MOTION TO DISMISS CLAIMS AGAINST DEFENDANT UNITED STATES DEPARTMENT OF AGRICULTURE-OFFICE OF INSPECTOR GENERAL SUBJECT TO THE TERMS OF THE PARTIES' STIPULATIONS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>May 28, 2026</u>, at San Francisco, California.


|  |  |
|---|---|
| M. Mendiola | *M. Mendiola* |
| Declarant | Signature |

SA2025302238