ROB BONTA
Attorney General of California
PAUL STEIN
ROBIN GOLDFADEN
Supervising Deputy Attorneys General
ANDREW Z. EDELSTEIN
ANNA RICH
LIAM E. O'CONNOR
MARIA F. BUXTON
WILLIAM BELLAMY
SEBASTIAN BRADY
JULIA HEMING SEGAL
Deputy Attorneys General
State Bar No. 363672
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone:  (415) 229-0128
  Fax:  (415) 703-5480
  E-mail:  Julia.HemingSegal@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, ET AL.**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL.**<br><br>Defendants. | Case No. **3:25-cv-06310-MMC**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF STATES' MOTION TO COMPLETE AND SUPPLEMENT THE ADMINISTRATIVE RECORD**<br><br>Hearing Date: July 10, 2026<br>Time: 9:00 a.m.<br>Courtroom: 7<br>Judge: Maxine M. Chesney<br>Trial Date: None set<br>Action Filed: July 28, 2025 |

# [PROPOSED] ORDER

The Court, having considered Plaintiff States' Motion to Complete and Supplement the Administrative Record, and all briefing related thereto, GRANTS Plaintiff States' Motion. Defendants shall complete and supplement the administrative record, including by responding to Plaintiffs' proposed discovery requests within 30 days, by identifying on a privilege log any responsive materials withheld on grounds of privilege (both when producing the administrative record and when responding to Plaintiffs' discovery requests) with 45 days, and by producing such documents to the Court for potential *in camera* review within 45 days.

**IT IS SO ORDERED.**

Dated: _____                    _____

1