IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al., | Case No. 25-cv-06310-MMC |
| Plaintiffs, | **ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFFS' MOTION TO COMPLETE AND SUPPLEMENT THE ADMINISTRATIVE RECORD** |
| v. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 72-1, plaintiffs' "Motion to Complete and Supplement the Administrative Record," filed May 29, 2026, as well as all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

After the parties have met and conferred, see Civil L.R. 37-1, the parties shall prepare a joint letter of not more than 5 pages explaining the dispute. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings > Motions - General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties as to the manner in which that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

In light of the above, the July 10, 2026, hearing before the undersigned is hereby VACATED.

**IT IS SO ORDERED.**

Dated: June 2, 2026

MAXINE M. CHESNEY
United States District Judge