UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA, et al.,

          Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,

          Defendants.

Case No. 25-cv-06310-MMC   (KAW)

**ORDER TERMINATING MOTION TO COMPLETE AND SUPPLEMENT ADMINISTRATIVE RECORD**

Re: Dkt. No. 173

On May 29, 2026, Plaintiffs filed a motion to complete and supplement the administrative record, in which Plaintiffs seek responses to their proposed discovery requests and the production of a privilege log. (Dkt. No. 173.) On June 2, 2026, the motion and all other discovery matters were referred to this Court for resolution. (Dkt. No. 174.) In the June 2, 2026 order, the presiding judge ordered the parties to meet and confer and prepare a joint discovery letter. (*Id.*)

Accordingly, the Court TERMINATES the motion to complete and supplement the administrative record. The parties are ORDERED to meet and confer as required by the Court's civil standing order. (*See* Judge Westmore Standing Order for Civil Cases ¶ 13.) If the parties are unable to resolve the dispute, the parties shall file a discovery letter consistent with the Court's civil standing order. (*See* Judge Westmore Standing Order for Civil Cases ¶ 14.) If the parties believe a page extension is required, the parties shall submit a stipulation and proposed order.

IT IS SO ORDERED.

Dated: June 8, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge