|  |  |
|---|---|
| **STATE OF CALIFORNIA, ET AL.**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL.**<br><br>Defendants. | Case No. **3:25-cv-06310-MMC**<br><br>**[PROPOSED] ORDER REGARDING STIPULATION REGARDING JOINT DISCOVERY LETTERS** |

## [PROPOSED] ORDER

The Court, having considered the parties' stipulation, and finding good cause, orders: (1) the page limit for the joint discovery letter concerning completion and supplementation of the administrative record be extended to eight (8) pages; and (2) the page limit for the joint discovery letter concerning Plaintiffs' proposed requests for production be extended to seven (7) pages.

IT IS SO ORDERED.

Dated: _____          _____

The Honorable Kandis A. Westmore
United States Magistrate Judge

1

[Proposed] Order Regarding Stipulation Regarding Joint Discovery Letters
(Case No. 3:25-cv-06310-MMC)