<table>
<tr><td><strong>STATE OF CALIFORNIA, ET AL.</strong><br><br>Plaintiffs,<br><br><br><strong>v.</strong><br><br><br><strong>UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL.</strong><br><br>Defendants.</td><td>Case No. <strong>3:25-cv-06310-MMC [KAW]</strong><br><br><strong>ORDER REGARDING STIPULATION REGARDING JOINT DISCOVERY LETTERS</strong></td></tr>
</table>

## ORDER

The Court, having considered the parties' stipulation, and finding good cause, orders: (1) the page limit for the joint discovery letter concerning completion and supplementation of the administrative record be extended to eight (8) pages; and (2) the page limit for the joint discovery letter concerning Plaintiffs' proposed requests for production be extended to seven (7) pages.

IT IS SO ORDERED.

Dated: _____June 22, 2026_____

The Honorable Kandis A. Westmore
United States Magistrate Judge

1

Order Regarding Stipulation Regarding Joint Discovery Letters
(Case No. 3:25-cv-06310-MMC)