ROB BONTA
Attorney General of California
PAUL STEIN
ROBIN GOLDFADEN
Supervising Deputy Attorneys General
ANDREW Z. EDELSTEIN
ANNA RICH
MARIA F. BUXTON
WILLIAM BELLAMY
SEBASTIAN BRADY
JULIA HEMING SEGAL
LIAM E. O'CONNOR
Deputy Attorneys General
State Bar No. 330050
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone:  (415) 510-3915
 Fax:  (415) 703-5480
 E-mail:  Liam.OConnor@doj.ca.gov
*Attorneys for Plaintiff State of California*

*Additional counsel listed on signature page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, ET AL.**<br><br>                              Plaintiffs,<br><br><br>         **v.**<br><br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL.**<br><br>                              Defendants. | Case No. **3:25-cv-06310-MMC**<br><br>**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** |

## **NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**

Plaintiff States provide notice under Civil Local Rule 3-13 that on Friday, June 26, the U.S. Department of Justice, acting on referral by Defendant U.S. Department of Agriculture, filed new actions against Plaintiff States Kentucky, Michigan, Minnesota, and Pennsylvania, as follows:[1]

1.  *United States v. Kentucky Cabinet for Health & Family Servs.,* No. 3:26-cv-00051-CHB (E.D. Ky.)

2.  *United States v. Michigan Dep't. of Health & Human Servs*, No. 1:26-cv-01950 (W.D. Mich.)

3.  *United States v. Minnesota Dep't. of Children, Youth, & Families*, No. 0:26-cv-03120 (D. Minn.)

4.  *United States v. Pennsylvania Dep't of Human Servs.*, No. 1:26-cv-01787-JPW (M.D. Pa.)

Plaintiffs have attached the operative complaints.  *See* Exs. A, B, C, and D.  These complaints seek orders pursuant to 7 U.S.C. § 2020(g) requiring those States to comply with Defendants' renewed data demands issued under 7 U.S.C. § 2020(a)(3).[2]

Each new case asks a different court to interpret the same provisions of the Food and Nutrition Act, in particular 7 U.S.C. 2020(a)(3) and 7 U.S.C. 2020(e)(8), at issue in this case, and in ways that potentially conflict with the prior rulings of this Court.  Each case further makes factual assertions that are disputed by the Plaintiff States, and that are the subject of discovery

---

[1] Although Plaintiff States were alerted to this filing by a U.S. Department of Justice press release (available at https://www.justice.gov/opa/pr/justice-department-sues-states-failing-provide-snap-data-us-department-agriculture), none of the four states have been served as of the time of this filing to the undersigned's knowledge.

[2] These new cases appear to be a substitute for Defendants' previous plan to file a counterclaim in this case and to seek to dissolve the second preliminary injunction and to obtain their own preliminary injunction, as they described during the April 15, 2026, status conference. *See* ECF No. 162 (Status Conf. Tr.) at 23:18-25 (Court: "Now, in this counterclaim, is this just going to be the flip side of essentially [Plaintiffs' claims] . . . ?" Defense Counsel: "Precisely."); *id.* at 24:18-25 (Court: "[Plaintiffs'] claim [is] 'we don't have to give [the data] to you, and you can't punish us for not doing it,' and your counterclaim is, 'You have to give [the data] to us, and if you don't give it to us, we're entitled to do whatever the law says we can do'?" Defense counsel: "Yes, your Honor.") (cleaned up)).  The Court commented that it was "not going to dissolve" the second preliminary injunction "without finding that there is a current situation that makes it different than at the time that [the Court] issued . . . the injunctive relief." *Id.* at 35:4-7.

1

briefing currently pending before Magistrate Judge Westmore.  And each case seeks declaratory and injunctive relief that would force the subject States to produce SNAP data over their legal objections, even though this Court has issued two preliminary injunction rulings to preserve the status quo while those legal objections are adjudicated, preventing Defendants from "otherwise acting" on their demands for Plaintiff States' data.  ECF Nos. 106, 134.

Plaintiff States are available for a status conference should the Court wish to discuss this issue with the parties or take other action to avoid duplication of judicial labor or potentially conflicting results arising from the new actions.  *See* Civil L.R. 3-13(d).

Dated:  June 29, 2026                          Respectfully submitted,

ROB BONTA
Attorney General of California
PAUL STEIN
ROBIN GOLDFADEN
Supervising Deputy Attorneys General
ANDREW Z. EDELSTEIN
ANNA RICH
JULIA HEMING SEGAL
MARIA F. BUXTON
WILLIAM BELLAMY
SEBASTIAN BRADY

*/s/ Liam E. O'Connor*
Deputy Attorneys General
LIAM E. O'CONNOR
*Attorneys for Plaintiff State of California*

| ADDITIONAL COUNSEL FOR PLAINTIFFS | |
|---|---|
| Letitia James<br>Attorney General of New York<br><br>*/s/ Mark Ladov*<br>Mark Ladov<br>Special Counsel<br>Julie Dona<br>Special Counsel<br>28 Liberty St.<br>New York, NY 10005<br>(212) 416-8240<br>mark.ladov@ag.ny.gov<br>*Attorneys for Plaintiff State of New York* | Kwame Raoul<br>Attorney General of Illinois<br><br>*/s/ Sherief Gaber*<br>Harpreet K. Khera<br>Bureau Chief, Special Litigation<br>Sherief Gaber<br>Assistant Attorney General<br>115 S. LaSalle St., 35th Flr.<br>Chicago, Illinois 60603<br>(773) 590-7127<br>sherief.gaber@ilag.gov<br>*Attorneys for Plaintiff State of Illinois* |
| Kristin Mayes<br>Attorney General of Arizona<br><br>*/s/ Luci D. Davis*<br>Luci D. Davis (AZ No. 035347)<br>Hayleigh S. Crawford (AZ No. 032326)<br>2005 N. Central Ave. Phoenix, AZ 85004<br>(602) 542-3333<br>Luci.Davis@azag.gov<br>Hayleigh.Crawford@azag.gov<br>ACL@azag.gov<br>*Attorneys for Plaintiff State of Arizona* | Philip J. Weiser<br>Attorney General of Colorado<br><br>*/s/ David Moskowitz*<br>David Moskowitz<br>Deputy Solicitor General<br>Colorado Department of Law<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>Phone: (720) 508-6000<br>david.moskowitz@coag.gov<br>*Attorneys for Plaintiff State of Colorado* |
| William Tong<br>Attorney General of Connecticut<br><br>*/s/ Janelle R. Medeiros*<br>Janelle R. Medeiros<br>Special Counsel for Civil Rights<br>165 Capitol Ave<br>Hartford, CT 06106<br>(860) 808-5020<br>Janelle.Medeiros@ct.gov<br>*Attorneys for Plaintiff State of Connecticut* | Kathleen Jennings<br>Attorney General of Delaware<br><br>*/s/ Vanessa L. Kassab*<br>Ian R. Liston<br>Director of Impact Litigation<br>Vanessa L. Kassab<br>Deputy Attorney General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 683-8899<br>vanessa.kassab@delaware.gov<br>*Attorneys for Plaintiff State of Delaware* |

Notice of Pendency of Other Actions or Proceedings (Case No. 3:25-cv-06310-MMC)

Brian L. Schwalb
Attorney General for the District of Columbia

/s/ Nicole S. Hill
Nicole S. Hill
Assistant Attorney General
Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 727-4171
nicole.hill@dc.gov
*Attorneys for Plaintiff District of Columbia*

Anne E. Lopez
Attorney General of Hawai'i

/s/ Kaliko'onālani D. Fernandes
David D. Day
Special Assistant to the Attorney General
Kaliko'onālani D. Fernandes
Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov
*Attorneys for Plaintiff State of Hawai'i*

Office of The Governor *ex rel*. Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky

/s/ S. Travis Mayo
S. Travis Mayo
General Counsel
Laura C. Tipton
Deputy General Counsel
Office of the Governor
700 Capitol Avenue, Suite 106
Frankfort, KY 40601
(502) 564-2611
travis.mayo@ky.gov
taylor.payne@ky.gov
laurac.tipton@ky.gov
*Attorneys for Plaintiff Kentucky Governors' Office*

Aaron M. Frey
Attorney General of Maine

/s/ Brendan Kreckel
Brendan Kreckel
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 0433-0006
Tel.: 207-626-8800
Fax: 207-287-3145
brendan.kreckel@maine.gov
*Attorneys for Plaintiff State of Maine*

Anthony G. Brown
Attorney General of Maryland

/s/ James C. Luh
James C. Luh
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6411
jluh@oag.state.md.us
*Attorneys for Plaintiff State of Maryland*

Andrea Joy Campbell
Attorney General of Massachusetts

/s/ Katherine Dirks
Katherine Dirks
Chief State Trial Counsel
Cassandra Thomson
Assistant Attorney General
Office of the Massachusetts Attorney General
1 Ashburton Place Boston, MA 02108
(617) 963-2277
katherine.dirks@mass.gov
cassandra.thomson@mass.gov
*Attorneys for Plaintiff Commonwealth of Massachusetts*

4

Dana Nessel
Attorney General of Michigan

/s/ Neil Giovanatti
Neil Giovanatti
Assistant Attorney General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
giovanattin@michigan.gov
beachb@michigan.gov
*Attorneys for Plaintiff State of Michigan*

Keith Ellison
Attorney General of Minnesota

/s/ Joseph R. Richie
Joseph R. Richie
Special Counsel
445 Minnesota Street, Suite 1400
St. Paul, Minnesota, 55101
(651) 300-0921
joseph.richie@ag.state.mn.us
*Attorneys for Plaintiff State of Minnesota*

Jennifer Davenport
Attorney General of New Jersey

/s/ Kashif T. Chand
Kashif T. Chand (NJ Bar No. 016752008)
Assistant Attorney General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
kashif.chand@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

Raúl Torrez
Attorney General of the State of New Mexico

/s/ Steven Prefrement
Steven Perfrement
Senior Litigation Counsel
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
SPerfrement@nmdoj.gov
505-601-7727
*Attorneys for the State of New Mexico*

Dan Rayfield
Attorney General of Oregon

/s/ Scott P. Kennedy
Scott P. Kennedy
Senior Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel (971) 453-9050
Fax (971) 673-5000
Scott.Kennedy@doj.oregon.gov
*Attorneys for Plaintiff State of Oregon*

Josh Shapiro, in his official capacity as
Governor of the Commonwealth of
Pennsylvania

/s/ Jacob B. Boyer
Jennifer Selber
General Counsel
Jacob B. Boyer
Deputy General Counsel
Pennsylvania Office of the Governor
30 N. 3rd St., Suite 200
Harrisburg, PA 17101
(717) 460-6786
jacobboyer@pa.gov
*Counsel for Governor Josh Shapiro*

5

| | |
|---|---|
| Peter F. Neronha<br>Attorney General of Rhode Island<br><br>/s/ *Madeline R. Becker*<br>Madeline R. Becker (RI Bar No. 10034)<br>Special Assistant Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400, Ext. 2151<br>mbecker@riag.ri.gov<br>*Attorneys for Plaintiff State of Rhode Island* | Nicholas W. Brown<br>Attorney General of Washington<br><br>/s/ *Jennifer K. Chung*<br>Jennifer K. Chung, WSBA #51583<br>William Mcginty, WSBA #41868<br>Julie Moroney, WSBA #59017<br>Assistant Attorneys General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>206-464-7744<br>jennifer.chung@atg.wa.gov<br>william.mcginty@atg.wa.gov<br>julie.moroney@atg.wa.gov<br>*Attorneys for Plaintiff State of Washington* |
| Joshua L. Kaul<br>Attorney General of Wisconsin<br><br>/s/ *Karla Z. Keckhaver*<br>Karla Z. Keckhaver<br>Assistant Attorney General<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, Wisconsin 53707-7857<br>608-264-6365<br>karla.keckhaver@wisdoj.gov<br>*Attorneys for Plaintiff State of Wisconsin* | Aaron D. Ford<br>Attorney General of Nevada<br><br>/s/ *Heidi Parry Stern*<br>Heidi Parry Stern (Bar. No. 8873)<br>Solicitor General<br>Office of the Nevada Attorney General<br>1 State of Nevada Way, Ste. 100<br>Las Vegas, NV 89119<br>HStern@ag.nv.gov<br>*Attorneys for Plaintiff State of Nevada* |

Notice of Pendency of Other Actions or Proceedings (Case No. 3:25-cv-06310-MMC)

# CERTIFICATE OF SERVICE

Case Name: **California, et al. v. U.S.**  No.  **3:25-cv-06310-MMC**
**Department of Agriculture**
**(SNAP)**

I hereby certify that on <u>June 29, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>June 29, 2026</u>, at Los Angeles, California.

|  |  |
|---|---|
| Virginia Sciolino | /s/ *Virginia Sciolino* |
| Declarant | Signature |

SA2025302238
2026_6_29 pos