**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA *et al.* **)** | |
| **)** | |
| Plaintiffs, **)** | |
| **)** | |
| v. **)** | |
| **)** | Civil Action No. 3:25-cv-06310 |
| UNITED STATES DEPARTMENT OF **)** | |
| AGRICULTURE, *et al.* **)** | |
| **)** | |
| Defendants. **)** | |
| **)** | |

**CERTIFICATION OF THIRD SUPPLEMENTAL ADMINISTRATIVE**
**RECORD**

I, Shiela Corley, Acting Administrator for the Food and Nutrition

Administration, United States Department of Agriculture ("USDA"), hereby certify

that the attached Third Supplemental Administrative Record is a true, correct, and

complete copy of the Food and Nutrition Administration's ("FN Administration")

modified SORN that was directly or indirectly considered in connection with

USDA's decision to seek SNAP data pursuant to 7 U.S.C. § 2020(a)(3) and enforce

FN Administration's data request.

In accordance with 28 U.S.C. § 1746, I hereby certify and declare under

penalty of perjury that the forgoing is true and correct to the best of my knowledge,

information, and belief.

Shiela Corley
Acting Administrator
Food and Nutrition Administration
United States Department of Agriculture

1400 Independence Avenue, S.W.
Washington, DC 20250