| *California, et al. v. USDA, et al.*<br>3:25-cv-06310<br>Certified Index to the Third Supplemental Administrative Record | | |
|---|---|---|
| Description | Date | Bates Number Range |
| 49. Modified SORN | 06-15-2026 | **CALIFORNIA_FNS_003165 –**<br>**CALIFORNIA_FNS_003168** |