Rob Bonta
Attorney General of California
Paul Stein
Robin Goldfaden
Supervising Deputy Attorneys General
Andrew Z. Edelstein
Anna Rich
Sebastian Brady
William Bellamy
Maria F. Buxton
Julia Heming Segal
Liam E. O'Connor
Deputy Attorneys General
State Bar No. 330050
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone:  (415) 510-3915
 Fax:  (415) 703-5480
 E-mail:  Liam.OConnor@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, et al.** <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF AGRICULTURE, et al.** <br><br> Defendants. | Case No. **3:25-cv-06310-MMC-KAW** <br><br> **DECLARATION OF LIAM E. O'CONNOR IN SUPPORT OF PLAINTIFF STATES' MOTION TO ENJOIN PROSECUTION OF RELATED CASES** <br><br> Date: August 14, 2026 <br> Time: 9:00 a.m. <br> Courtroom: 7 <br> Judge: Maxine M. Chesney <br> Trial Date: None set <br> Action Filed: July 28, 2025 |

I, Liam E. O'Connor, declare as follows:

1.    I am a Deputy Attorney General in the Office of the Attorney General of California, and counsel of record for the State of California.  I am an active member of the State Bar of California and admitted to practice in the United States District Court for the Northern District of California.

2.    I offer this declaration in support of the Motion to Enjoin Prosecution of Related Cases by Plaintiff States.  If called as a witness, I could and would competently testify from my personal knowledge to the facts stated herein.

3.    Attached as **Exhibit 1** is a true and correct copy of the Amended Transcript of the April 15, 2026, Status Conference.

4.    Attached as **Exhibit 2** is a true and correct copy of a letter sent on May 15, 2026, from the U.S. Department of Agriculture (USDA) to the California Department of Social Services, including the Attachments A and B.

5.    Attached as **Exhibit 3** is a true and correct copy of a letter sent on May 22, 2026, from counsel for Plaintiff States to counsel for Defendants in response to USDA's May 15, 2026 letter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10th day of July 2026 in Berkeley, California.

*Liam E. O'Connor*
LIAM E. O'CONNOR
DEPUTY ATTORNEY GENERAL
*Attorneys for Plaintiff State of California*

1