ROB BONTA
Attorney General of California
PAUL STEIN
ROBIN GOLDFADEN
Supervising Deputy Attorneys General
ANDREW Z. EDELSTEIN
ANNA RICH
SEBASTIAN BRADY
WILLIAM BELLAMY
MARIA F. BUXTON
JULIA HEMING SEGAL
LIAM E. O'CONNOR
Deputy Attorneys General
State Bar No. 330050
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone:  (415) 510-3915
 Fax:  (415) 703-5480
 E-mail:  Liam.OConnor@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, ET AL.**<br><br>                              Plaintiffs,<br><br>          **v.**<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL.**<br><br>                              Defendants. | Case No. **3:25-cv-06310-MMC-KAW**<br><br>**PROPOSED] ORDER GRANTING PLAINTIFF STATES' MOTION TO ENJOIN PROSECUTION OF RELATED CASES**<br><br>Date: August 14, 2026<br>Time: 9:00 a.m.<br>Courtroom: 7<br>Judge: Maxine M. Chesney<br>Trial Date: None set<br>Action Filed: July 28, 2025 |

# [PROPOSED] ORDER

The Court has considered Plaintiff States' Motion to Enjoin Prosecution of Related Cases, all briefs filed in support of and opposition to the Motion, and the arguments of counsel. Upon consideration, and for good cause shown, the Court agrees that, under the first-to-file rule, Defendants and those in privity with them should be enjoined from prosecuting later-filed cases against Plaintiff States and/or Plaintiff States' agencies that administer the Supplemental Nutrition Assistance Program (SNAP) concerning their alleged noncompliance with Defendants' demands that they produce SNAP applicant and recipient data to Defendant United States Department of Agriculture (USDA) for purposes of the SNAP Information Database. Accordingly, IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED as follows:

1.   All Defendants and their officers, agents, servants, employees, and attorneys, together with all other entities or persons acting in concert or participation with Defendants in prosecuting or otherwise pursuing any of the following actions, including the United States Department of Justice, are hereby ENJOINED from prosecuting or otherwise pursuing any of the following actions until after the instant action before this Court is fully and finally resolved:

      a.   *United States v. Kentucky Cabinet for Health and Family Services et al.*, No. 3:26-cv-00051-CHB (E.D. Ky.)

      b.   *United States v. Michigan Department of Health and Human Services et al.*, No. 1:26-cv-01950 (W.D. Mich.)

      c.   *United States v. Minnesota Department of Children, Youth, and Families et al.*, No. 26-cv-03120 (D. Minn.)

      d.   *United States v. Pennsylvania Department of Human Services et al.*, No. 1:26-cv-01787-JPW (M.D. Pa.)

2.   All Defendants and their officers, agents, servants, employees, and attorneys, together with all other entities or persons acting in concert or participation with Defendants, including the United States Department of Justice, are hereby ENJOINED from filing, prosecuting, or otherwise pursuing any action against any of the other Plaintiff States and/or Plaintiff States' agencies that administer SNAP based on the same or similar data demands being adjudicated in

1

this action, in any other United States District Court until after the instant action before this Court is fully and finally resolved.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. MAXINE M. CHESNEY
United States District Judge

2