ROB BONTA
Attorney General of California
PAUL STEIN
ROBIN GOLDFADEN
Supervising Deputy Attorneys General
ANDREW Z. EDELSTEIN
ANNA RICH
SEBASTIAN BRADY
WILLIAM BELLAMY
MARIA F. BUXTON
JULIA HEMING SEGAL
LIAM E. O'CONNOR
Deputy Attorneys General
State Bar No. 330050
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone:  (415) 510-3915
 Fax:  (415) 703-5480
 E-mail:  Liam.OConnor@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, ET AL.**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL.**<br><br>Defendants. | Case No. 3:25-cv-06310-MMC-KAW<br><br>**DECLARATION OF LIAM E. O'CONNOR IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SHORTEN TIME RE: BRIEFING AND HEARING SCHEDULE FOR MOTION TO ENJOIN PROSECUTION OF RELATED CASES**<br><br>Courtroom: 7<br>Judge: Maxine M. Chesney<br>Trial Date: None set<br>Action Filed: July 28, 2025 |

I, Liam E. O'Connor, declare as follows:

1. I am a Deputy Attorney General in the Office of the Attorney General of California, and counsel of record for the State of California. I am an active member of the State Bar of California and admitted to practice in the United States District Court for the Northern District of California.

2. I offer this declaration in support of Plaintiffs' Administrative Motion to Shorten Time re: Briefing and Hearing Schedule for Motion to Enjoin Prosecution of Related Cases (hereinafter "Motion"), ECF No. 168. If called as a witness, I could and would competently testify from my personal knowledge to the facts stated herein.

3. Attached as **Exhibit A** is a true and correct copy of the preliminary injunction motion filed in *United States v. Kentucky Cabinet for Health & Family Services*, No. 3:26-cv-00051-CHB (E.D. Ky.).

4. Attached as **Exhibit B** is a true and correct copy of the preliminary injunction motion filed in *United States v. Michigan Department of Health & Human Services*, No. 1:26-cv-01950 (W.D. Mich.).

5. Attached as **Exhibit C** is a true and correct copy of my correspondence with counsel for Defendants regarding the briefing and hearing schedule for Plaintiffs' Motion.

6. On Monday, July 13, Defendants' counsel requested that Plaintiffs agree to postpone the hearing on Plaintiffs' Motion to August 28 to accommodate one attorney's unavailability on the noticed hearing date of August 14. Ex. C at 3. In response, I explained that Plaintiffs' Motion is "intended to prevent the duplicative cases from wasting everyone's resources and causing inconsistent results, so it needs to be heard in advance of responsive deadlines in the duplicative cases." *Id.* at 2. Accordingly, I explained that Plaintiffs would "agree to a briefing and hearing schedule that pushes out the hearing date on [Plaintiffs'] pending motion to August 28 if DOJ agrees to stay any pending motions/responsive deadlines in the 4 other cases until Judge Chesney has had a chance to rule on [Plaintiffs'] motion." *Id.* Alternatively, I proposed a shortened briefing and hearing schedule for Plaintiffs' Motion to "reduce further harm and to accommodate [Defendants' attorney's] unavailability." *Id.* Defendants' counsel replied that they were "ok with

1

the existing schedule as-is," because another attorney could appear on the noticed hearing date of August 14. *Id.*

7.    Through my correspondence with counsel for Plaintiffs Kentucky, Michigan, Minnesota, and Pennsylvania, I am aware (1) that the federal agencies have informed counsel for Minnesota and Pennsylvania that the federal agencies intend to file preliminary injunction motions in the duplicative cases against the Minnesota and Pennsylvania state agencies in the coming days and (2) that counsel for the United States in the duplicative cases against the Kentucky, Michigan, Minnesota, and Pennsylvania state agencies have declined to stay the deadlines for any responses to preliminary injunction motions filed in the duplicative cases.

8.    On Wednesday, July 15, I reached back out to Defendants' counsel to explain that, in light of the federal agencies' refusal to stay the preliminary injunction proceedings in the duplicative cases, Plaintiffs requested that Defendants stipulate to a shortened briefing and hearing schedule for Plaintiffs' Motion. Ex. C at 1. Defendants' counsel responded they "do not agree to [Plaintiffs'] proposed schedule or shortening the timeframes in any degree." *Id.*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15th day of July 2026 in San Francisco, California.

*Liam E. O'Connor*
LIAM E. O'CONNOR
DEPUTY ATTORNEY GENERAL
*Attorneys for Plaintiff State of California*

2