# Exhibit C

## Liam O'Connor

| | |
|---|---|
| **From:** | Kurland, Benjamin S (CIV) <Ben.Kurland@usdoj.gov> |
| **Sent:** | Wednesday, July 15, 2026 12:53 PM |
| **To:** | Liam O'Connor; Becker, Tyler (CIV) |
| **Cc:** | Julia HemingSegal; Ladov, Mark; Gaber, Sherief; Paul Stein |
| **Subject:** | RE: Motion to Enjoin Related Cases |

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hi Liam,

We do not agree to the proposed schedule or shortening the timeframes in any degree.

Thank you,
Ben

Ben Kurland
Trial Attorney | Federal Programs Branch
202.598.7755

---

**From:** Liam O'Connor <Liam.OConnor@doj.ca.gov>
**Sent:** Wednesday, July 15, 2026 1:42 PM
**To:** Kurland, Benjamin S (CIV) <Ben.Kurland@usdoj.gov>; Becker, Tyler (CIV) <Tyler.Becker@usdoj.gov>
**Cc:** Julia HemingSegal <Julia.HemingSegal@doj.ca.gov>; Ladov, Mark <Mark.Ladov@ag.ny.gov>; Gaber, Sherief <sherief.gaber@ilag.gov>; Paul Stein <Paul.Stein@doj.ca.gov>
**Subject:** [EXTERNAL] RE: Motion to Enjoin Related Cases

Tyler and Ben,

Given the pending and threatened PI motions in the duplicative cases and the refusal to stay those PI proceedings until Judge Chesney has a chance to consider our first-to-file motion, we propose the following schedule for our motion.  Given the time sensitivities, we need to propose a schedule to shorten time to the Court today.  Please let us know by 4 p.m. ET/1 p.m. PT if you agree to the proposed schedule.

| Event | Old Date | New Date |
|---|---|---|
| Opposition | July 24 | July 21 |
| Reply | July 31 | July 24 |
| Hearing | August 14 | July 31, August 3, or 4, should the Court choose to hold a hearing |

Thanks,
Liam

---

**From:** Kurland, Benjamin S (CIV) <Ben.Kurland@usdoj.gov>
**Sent:** Monday, July 13, 2026 2:13 PM
**To:** Liam O'Connor <Liam.OConnor@doj.ca.gov>; Julia HemingSegal <Julia.HemingSegal@doj.ca.gov>; Ladov, Mark <Mark.Ladov@ag.ny.gov>; Gaber, Sherief <sherief.gaber@ilag.gov>; Paul Stein <Paul.Stein@doj.ca.gov>

**Cc:** Becker, Tyler (CIV) <Tyler.Becker@usdoj.gov>
**Subject:** RE: Motion to Enjoin Related Cases

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hi Liam,

Tyler has been kind enough to step in for me on the 14th. So, we are ok with the existing schedule as-is.

Thank you,
Ben

Ben Kurland
Trial Attorney | Federal Programs Branch
202.598.7755

---

**From:** Liam O'Connor <Liam.OConnor@doj.ca.gov>
**Sent:** Monday, July 13, 2026 5:11 PM
**To:** Kurland, Benjamin S (CIV) <Ben.Kurland@usdoj.gov>; Julia HemingSegal <Julia.HemingSegal@doj.ca.gov>; Ladov, Mark <Mark.Ladov@ag.ny.gov>; Gaber, Sherief <sherief.gaber@ilag.gov>; Paul Stein <Paul.Stein@doj.ca.gov>
**Cc:** Becker, Tyler (CIV) <Tyler.Becker@usdoj.gov>
**Subject:** [EXTERNAL] RE: Motion to Enjoin Related Cases

Hi Ben,

Given the time sensitivity caused by the preliminary injunction motions, could you please let us know your position by 5:00 PT today?

Thanks,
Liam

---

**From:** Liam O'Connor
**Sent:** Monday, July 13, 2026 11:57 AM
**To:** 'Kurland, Benjamin S (CIV)' <Ben.Kurland@usdoj.gov>; Julia HemingSegal <Julia.HemingSegal@doj.ca.gov>; Ladov, Mark <Mark.Ladov@ag.ny.gov>; Gaber, Sherief <sherief.gaber@ilag.gov>; Paul Stein <Paul.Stein@doj.ca.gov>
**Cc:** Becker, Tyler (CIV) <Tyler.Becker@usdoj.gov>
**Subject:** RE: Motion to Enjoin Related Cases

Hi Ben,

As you know, our motion is intended to prevent the duplicative cases from wasting everyone's resources and causing inconsistent results, so it needs to be heard in advance of responsive deadlines in the duplicative cases. The Plaintiff States will agree to a briefing and hearing schedule that pushes out the hearing date on our pending motion to August 28 if DOJ agrees to stay any pending motions/responsive deadlines in the 4 other cases until Judge Chesney has had a chance to rule on our motion. Let us know if that works for you and your colleagues.

Otherwise, we would propose the following schedule for briefing in the ND Cal case to reduce further harm and to accommodate your unavailability:

|  | Old Date | New Date | Notes |
|---|---|---|---|
| **Opposition** | July 24 | July 20 | |
| **Reply** | July 31 | July 24 | |
| **Hearing** | August 14 | August 3 or 4 | Judge Chesney is out August 5-7 |

_____

**Liam E. O'Connor** | Deputy Attorney General
California Department of Justice | Government Law Section
455 Golden Gate Ave, 11th Fl., San Francisco, CA 94102
(415) 510-3915 | liam.oconnor@doj.ca.gov

_____

**From:** Kurland, Benjamin S (CIV) <Ben.Kurland@usdoj.gov>
**Sent:** Monday, July 13, 2026 5:48 AM
**To:** Liam O'Connor <Liam.OConnor@doj.ca.gov>; Julia HemingSegal <Julia.HemingSegal@doj.ca.gov>; Ladov, Mark <Mark.Ladov@ag.ny.gov>; Gaber, Sherief <sherief.gaber@ilag.gov>; Paul Stein <Paul.Stein@doj.ca.gov>
**Cc:** Becker, Tyler (CIV) <Tyler.Becker@usdoj.gov>
**Subject:** Motion to Enjoin Related Cases

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hi All,

Regarding the motion you filed on Friday, its currently noticed for August 14. I am unavailable at that time for a hearing. The next availability I have is August 28. If the Judge moves forward with a hearing, would Plaintiffs stipulate to moving the hearing date?

Thank you,
Ben

**Benjamin S. Kurland**
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
202.598.7755
ben.kurland@usdoj.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.