ROB BONTA
Attorney General of California
PAUL STEIN
ROBIN GOLDFADEN
Supervising Deputy Attorneys General
ANDREW Z. EDELSTEIN
ANNA RICH
SEBASTIAN BRADY
WILLIAM BELLAMY
MARIA F. BUXTON
JULIA HEMING SEGAL
LIAM E. O'CONNOR
Deputy Attorneys General
State Bar No. 330050
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone:  (415) 510-3915
 Fax:  (415) 703-5480
 E-mail:  Liam.OConnor@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, ET AL.**<br><br>                                   Plaintiffs,<br><br><br>        **v.**<br><br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL.**<br><br>                                   Defendants. | Case No. 3:25-cv-06310-MMC-KAW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SHORTEN TIME RE: BRIEFING AND HEARING SCHEDULE FOR MOTION TO ENJOIN PROSECUTION OF RELATED CASES**<br><br>Courtroom: 7<br>Judge: Maxine M. Chesney<br>Trial Date: None set<br>Action Filed: July 28, 2025 |

The Court has considered Plaintiffs' Administrative Motion to Shorten Time re: Briefing and Hearing Schedule for Motion to Enjoin Prosecution of Related Cases and all briefs filed in support of and opposition to the Motion. Upon consideration, and for good cause shown, the Court GRANTS Plaintiffs' Administrative Motion. Accordingly, IT IS HEREBY ORDERED that the briefing and hearing schedule for Plaintiffs' Motion to Enjoin Prosecution of Related Cases is modified as follows:

Defendants' Opposition is due Tuesday, July 21

Plaintiffs' Reply is due Friday, July 24

The August 14, 2026, hearing is vacated and reset to _____.

**IT IS SO ORDERED.**

Dated: _____

HON. MAXINE M. CHESNEY
United States District Judge

1