IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,

Defendants.

Case No.  25-cv-06310-MMC

**ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO SHORTEN TIME**

Before the Court is plaintiffs' "Administrative Motion to Shorten Time Re: Briefing and Hearing Schedule for Motion to Enjoin Prosecution of Related Cases," filed July 15, 2026, whereby plaintiffs "move the Court to shorten the briefing and hearing schedule for [p]laintiffs' Motion to Enjoin Prosecution of Related Cases," in light of lawsuits recently filed by the United States Department of Justice in other Circuits against four of the plaintiffs in the instant action. Defendants have filed opposition thereto.

The Court, having read and considered the parties' respective written submissions, is not persuaded it is necessary to adjust the current briefing schedule on plaintiff's Motion to Enjoin.

Accordingly, plaintiff's Administrative Motion is hereby DENIED, and plaintiffs' Motion to Enjoin Prosecution of Related Cases shall proceed on the schedule set forth in Civil Local Rules 7-2 and 7-3.

**IT IS SO ORDERED.**

Dated: July 17, 2026

MAXINE M. CHESNEY
United States District Judge