# OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### Northern District of California

### CIVIL MINUTES

**Date:** August 14, 2026          **Time:** 9:05 - 10:01          **Judge:** MAXINE M. CHESNEY

**Case No.:** 25-cv-06310-MMC          **Case Name:**  State of California et al  v. United States Department of Agriculture, et al

**Attorney for Plaintiff:** Liam O'Connor, Maria Buxton, Julia Segal, Paul Stein, Joseph Meeker
**Attorney for Defendant:** Tyler Becker, Brian Mizoguchi

**Deputy Clerk:** Tracy Geiger          **Court Reporter:** Layli Phillips

### PROCEEDINGS

Plaintiff States' Motion to Enjoin Prosecution of Related Cases (Dkt. No. 186) - hearing held.

Oral arguments presented.

Court took motion under submission..

**Order to be prepared by:**
( )     Plaintiff          ( )     Defendant          (X)     Court