UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

State of California, et al.,

Plaintiff(s),

v.

U.S. Dept. of Agriculture,

Defendant(s).

Case No. 3:25-cv-06310

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Patricia E. McCooey, an active member in good standing of the bar of Connecticut, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: State of Connecticut in the above-entitled action. My local co-counsel in this case is Liam Edward O"Connor, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 330050.

165 Capitol Avenue, Hartford, CT 06106
MY ADDRESS OF RECORD

455 Golden Gate Ave., Ste 110000,
San Francisco, CA 94102
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

860-808-5152
MY TELEPHONE # OF RECORD

415-510-3873
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

Patricia.McCooey@ct.gov
MY EMAIL ADDRESS OF RECORD

Liam.OConnor@doj.ca.gov
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 415500.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/27/2026

Patricia E. McCooey
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Patricia E. McCooey is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 28, 2026

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

# *State of Connecticut*

# *Supreme Court*

*I, **Carl D. Cicchetti,** Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,*

*Do hereby certify, that, in the Superior Court at* **Hartford**

*on the* **10th** *day of* **December, 1993**

**Patricia Ellen McCooey**

*of*

**East Hartford, CT**

*having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.*

*In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day* **August 24, 2026**

*Carl D. Cicchetti*
*Chief Clerk*