BRETT A. SHUMATE
Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
BENJAMIN S. KURLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br>*Plaintiffs*,<br>v.<br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br>*Defendants*. | Case No. 3:25-cv-06310-MMC<br><br>**DECLARATION OF BENJAMIN S. KURLAND** |

I, Benjamin S. Kurland, declare as follows:

1. I am a member in good standing of the Bar of the District of Columbia. I am a Trial Attorney in the United States Department of Justice, Civil Division, Federal Programs Branch, and an attorney of record for Defendants in this action. I am authorized to practice in this Court under Local Rule 11-2. I have personal knowledge of the matters set forth below, except those matters that are based on information and belief, which I believe to be true, and could and would testify competently to them if called to do so. I make this declaration in support of the Defendants' Motion to Stay Discovery Pending Defendants' Forthcoming Objections Under Fed. R. Civ. P. 72(a).

2. Defendants intend to submit a motion for relief from Magistrate Judge Westmore's nondispositive pretrial discovery order, ECF No. 204, and will do so within the 14-days required by Local Rule 72-2, Federal Rule of Civil Procedure 72(a), and 28 U.S.C. § 636.

3. The Parties in this matter conferred over email on September 4, 2026, regarding scheduling in this matter pursuant to Magistrate Judge Westmore's order. The Parties were, however, unable to reach an agreement on staying discovery pending Defendants forthcoming objections.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on September 8, 2026.

Benjamin S. Kurland
Trial Attorney, U.S. Department of Justice