BRETT A. SHUMATE
Assistant Attorney General
TYLER BECKER
Counsel to the Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
BENJAMIN S. KURLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br>*Plaintiffs*,<br>v.<br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br>*Defendants*. | Case No. 3:25-cv-06310-MMC<br><br>**DEFENDANTS' MOTION TO STAY DISCOVERY SCHEDULE PENDING DEFENDANTS' FORTHCOMING OBJECTIONS UNDER FED. R. CIV. P. 72(A)** |

Having considered Defendants' Motion to Stay Discovery Schedule Pending Defendants' Forthcoming Objections Under Fed. R. Civ. P. 72(a), the Court ORDERS as follows. The motion is GRANTED. Defendants' obligation to produce discovery pursuant to ECF No. 204 is hereby STAYED pending the Court's consideration of Defendants' forthcoming objections and Court order setting forth a schedule for further proceedings in this matter.

IT IS SO ORDERED.

DATED:

______________________________
HON. MAXINE CHESNEY
United States District Judge