ROB BONTA
Attorney General of California
PAUL STEIN
ROBIN GOLDFADEN
Supervising Deputy Attorneys General
SEBASTIAN BRADY
WILLIAM BELLAMY
MARIA F. BUXTON
JOSEPH H. MEEKER
LIAM E. O'CONNOR
JULIA HEMING SEGAL
Deputy Attorneys General
State Bar No. 363672
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 229-0128
Fax: (415) 703-5480
E-mail: Julia.HemingSegal@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, ET AL.**<br><br>Plaintiffs,<br><br>**v.**<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL.**<br><br>Defendants. | Case No. 3:25-cv-06310-MMC-KAW<br><br>**DECLARATION OF JULIA HEMING SEGAL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION TO STAY DISCOVERY SCHEDULE**<br><br>District Judge Maxine M. Chesney<br>Magistrate Judge Kandis A. Westmore<br>Trial Date: None set<br>Action Filed: July 28, 2025 |

I, Julia Heming Segal, declare as follows:

1. I am a Deputy Attorney General in the Office of the Attorney General of California, and counsel of record for the State of California. I am an active member of the State Bar of California and admitted to practice in the United States District Court for the Northern District of California.

2. I offer this declaration in support of Plaintiffs' Opposition to Defendants' Administrative Motion to Stay Discovery Schedule, ECF No. 205. If called as a witness, I could and would competently testify from my personal knowledge to the facts stated herein.

3. Attached as **Exhibit A** is a true and correct copy of my correspondence with counsel for Defendants.

4. On Wednesday, September 2, I emailed counsel for Defendants, requesting that they meet and confer regarding potential custodians and the scope of Plaintiffs' Requests for Production Nos. 8 and 9, as required by Judge Westmore's order. *See* Ex. A at 2. On Thursday, September 3, Defendants' counsel responded, declining to meet and confer and instead requesting that Plaintiffs agree to an indefinite stay of the entirety of Judge Westmore's order pending Defendants' forthcoming objections to that order. *Id.* at 1. On Friday, September 4, I proposed a 21-day extension of the deadlines and reiterated my request that the parties meet and confer as required by Judge Westmore's order. *Id.* Defendants' counsel did not respond to my proposal.

5. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10th day of September 2026 in San Francisco, California.

*Julia Heming Segal*
JULIA HEMING SEGAL
DEPUTY ATTORNEY GENERAL
*Attorney for Plaintiff State of California*

# Exhibit A

**From:** Julia HemingSegal
**To:** "Kurland, Benjamin S (CIV)"
**Cc:** Liam O"Connor; Paul Stein; Maria Buxton; Ladov, Mark; Gaber, Sherief; Chung, Jennifer (ATG); Becker, Tyler (CIV); Shapiro, Elizabeth (CIV); Giles, Richard C (CIV)
**Subject:** RE: California v. USDA - Discovery Order Next Steps
**Date:** Friday, September 4, 2026 8:48:00 AM

Hi Ben,

It shouldn't take Defendants very long to draft any objections, given that Defendants have already had Judge Westmore's order since Monday and objections are limited to 5 pages. Also, under the Local Rules, the Court will rule on the objections within 14 days. If Defendants agree to provide the requested preliminary list of custodians and to meet and confer with us in good faith on RFP Nos. 8 and 9, as Magistrate Westmore ordered, we are willing to agree at this time to extend the AR and discovery deadlines by 21 days or until Chesney rules on your objections, whichever is earlier. Twenty-one days provides ample time for Defendants to file their objections and to get a ruling from Judge Chesney. If, 21 days from now, Defendants still believe they need more than the time remaining to comply with Judge Westmore's order, we can discuss it then. But this case is now more than 13 months old, and we *still* don't have a complete record—and Defendants' delay in providing a complete record continues to be the impediment to this case progressing towards summary judgment.

Thanks,

Julia

**From:** Kurland, Benjamin S (CIV) <Ben.Kurland@usdoj.gov>
**Sent:** Thursday, September 3, 2026 10:46 AM
**To:** Julia HemingSegal <Julia.HemingSegal@doj.ca.gov>
**Cc:** Liam O'Connor <Liam.OConnor@doj.ca.gov>; Paul Stein <Paul.Stein@doj.ca.gov>; Maria Buxton <Maria.Buxton@doj.ca.gov>; Ladov, Mark <mark.ladov@ag.ny.gov>; Gaber, Sherief <sherief.gaber@ilag.gov>; Chung, Jennifer (ATG) <jennifer.chung@atg.wa.gov>; Becker, Tyler (CIV) <Tyler.Becker@usdoj.gov>; Shapiro, Elizabeth (CIV) <Elizabeth.Shapiro@usdoj.gov>; Giles, Richard C (CIV) <Richard.C.Giles@usdoj.gov>
**Subject:** Re: California v. USDA - Discovery Order Next Steps

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hi Julia,

Defendants intend to object to the Magistrate Judge's order, so believe a meet and confer is premature. Would Plaintiffs agree to a stay of the 30-day deadline pending reduction of the

objections?

Thank you,
Ben

Ben Kurland
Trial Attorney | Federal Programs Branch
202.598.7755

---

**From:** Julia HemingSegal <Julia.HemingSegal@doj.ca.gov>
**Sent:** Wednesday, September 2, 2026 1:39 PM
**To:** Kurland, Benjamin S (CIV) <Ben.Kurland@usdoj.gov>
**Cc:** Liam O'Connor <Liam.OConnor@doj.ca.gov>; Paul Stein <Paul.Stein@doj.ca.gov>; Maria Buxton <Maria.Buxton@doj.ca.gov>; Ladov, Mark <mark.ladov@ag.ny.gov>; Gaber, Sherief <sherief.gaber@ilag.gov>; Chung, Jennifer (ATG) <jennifer.chung@atg.wa.gov>; Becker, Tyler (CIV) <Tyler.Becker@usdoj.gov>; Shapiro, Elizabeth (CIV) <Elizabeth.Shapiro@usdoj.gov>
**Subject:** [EXTERNAL] California v. USDA - Discovery Order Next Steps

Ben,

We write to schedule a meet and confer regarding Plaintiffs' Requests for Production Nos. 8 and 9, pursuant to Judge Westmore's August 31 Order. To ensure that the parties can meaningfully engage regarding the appropriate scope of those requests, please provide defendants' proposed list of custodians for those two Requests for Production by Tuesday, September 8.

In addition, since the Court's Order responds to our proposal to "address Defendants' overbreadth objection by discussing relevant custodians after Defendants respond to Interrogatories No. 1-5," we think it makes sense for Defendants to produce their required responses to Interrogatories Nos. 1 and 4 in advance of our meet and confer. At minimum, a response to Interrogatory No. 1 (which the Court agreed "goes to ensuring that the record is complete") will facilitate a productive discussion about next steps. Let us know if Defendants will agree to that.

Once we review Defendants' initial responses and proposed custodians for these requests, we will be prepared to discuss the appropriate scope of the requests. Our team is available at the following times for the meet and confer:

Wednesday, September 9, 11-1PT/2-4ET
Friday, September 11, 9:30-2PT/12:30-5ET

We believe this schedule will accommodate Defendants' obligation to produce the ordered discovery responses by the Court's deadline of September 30, but please let us know if you'd prefer to meet and confer sooner.

We also note that independent of Defendants' obligation to produce the ordered discovery, Defendants have an obligation to produce a complete administrative record by September 30.

Let us know what works for you, and we can send a Teams links for the meeting.

Best,

Julia

**Julia Heming Segal**
Deputy Attorney General
Civil Rights Enforcement Section
California Department of Justice
455 Golden Gate Avenue, Ste. 11000
San Francisco, CA 94102-7004
Tel: (415) 229-0128
Email: Julia.HemingSegal@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.