United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,

Defendants.

Case No. 25-cv-06310-MMC

**ORDER DENYING DEFENDANTS' MOTION TO STAY DISCOVERY SCHEDULE PENDING DEFENDANTS' FORTHCOMING OBJECTIONS UNDER FED. R. CIV. P. 72(A)**

Before the Court is defendant's "Motion to Stay Discovery Schedule Pending Defendants' Forthcoming Objections Under Fed. R. Civ. P. 72(A)," filed September 8, 2026, whereby defendants "move the Court to stay the September 30 deadline set by Magistrate Judge Westmore for [d]efendants to complete the administrative record, respond to [p]laintiffs' discovery requests, and to prepare a privilege log…until after the…Court rules on [d]efendants' forthcoming motion for relief from the Magistrate Judge's nondispositive discovery order and sets a subsequent schedule for proceedings in this case." (See Defendants' Motion at 2:1-6.) Plaintiffs have filed opposition thereto.

The Court, having read and considered the parties' respective written submissions, is not persuaded a stay of the discovery schedule set by Magistrate Judge Westmore is necessary.

Accordingly, defendants' motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: September 11, 2026

MAXINE M. CHESNEY
United States District Judge