BRETT A. SHUMATE
Assistant Attorney General
TYLER BECKER
Counsel to the Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
BENJAMIN S. KURLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>*Defendants*. | Case No. 3:25-cv-06310-MMC<br><br>**[Proposed] ORDER GRANTING DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE** |

Having considered Defendants' Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge, the Court ORDERS as follows.

The motion is GRANTED. For the reasons stated in Defendants' motion, the Magistrate Judge's order, Order re 6/18/2026 Discovery Letters, ECF No. 204, is hereby VACATED. Plaintiffs' request that Defendants be ordered to complete and supplement the Administrative Record and provide a privilege log, *see* Parties' Joint Letters Concerning Unresolved Disc. Disputes, ECF No. 179, 180, 181, is hereby DENIED.

The Parties shall meet and confer and provide the Court with a proposed briefing schedule for cross-motions for summary judgment within 7 days of this Order.

IT IS SO ORDERED.

DATED:

__________________________________

HON. MAXINE CHESNEY
United States District Judge