United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,

Defendants.

Case No. 25-cv-06310-MMC

**ORDER DENYING DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**

Before the Court is defendants' "Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge," filed September 14, 2026, whereby defendants seek an order vacating the "Order re 6/18/2026 Discovery Letters," filed August 31, 2026, by Magistrate Judge Kandis A. Westmore. (See Doc. No. 204.)

The Court having fully considered the matter, the motion is hereby DENIED, for the reason that defendants have not shown the subject order is clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A) (providing district court may reconsider magistrate judge's order where it has been shown to be "clearly erroneous or contrary to law").

To the extent defendants ask this Court, in the event of a denial of the above-referenced motion, for "an additional 30 days from the date of [Judge Westmore's] Order to comply with the scope of discovery the Court determines appropriate" (see Motion at 5 n.3), such request is DENIED without prejudice to defendants raising the matter with Judge Westmore upon a showing of good cause.

**IT IS SO ORDERED.**

Dated: September 15, 2026

MAXINE M. CHESNEY
United States District Judge