BRETT A. SHUMATE
Assistant Attorney General
TYLER J. BECKER
Counsel to the Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
BENJAMIN S. KURLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br>*Plaintiffs*,<br>v.<br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br>*Defendants*. | Case No. 3:25-cv-06310-MMC-KAM<br>**DECLARATION OF BRIAN MIZOGUCHI IN SUPPORT OF DEFENDANTS' MOTION TO ENLARGE DISCOVERY DEADLINE** |

I, BRIAN A. MIZOGUCHI, declare as follows:

1. I am a member in good standing of the Bar of Maryland. I am a Deputy General Counsel in the United States Department of Agriculture, Office of the General Counsel. I have personal knowledge of the matters set forth below, except those matters that are based on information and belief, which I believe to be true, and could and would testify competently to them if called to do so. I make this declaration in support of the Defendants' motion to extend the Court's current discovery deadline.

2. Following Magistrate Judge Westmore's order that Defendants complete and supplement the administrative record in the above-captioned case, *see* ECF No. 204, the U.S.

Department of Agricultures' ("USDA") Food and Nutrition Administration ("FNA") and Office of General Counsel ("OGC") began the necessary steps to comply with the order.

3. USDA engaged a team of attorneys to carry out initial searches of custodians, search terms, and timeframes. USDA also engaged a litigation support contractor to assist in this matter given the impossibility of USDA being able to perform the ordered discovery work with its own resources and personnel. FNA and attorneys assigned to FNA do not normally engage in responding to discovery in APA cases, so the team had to be trained and brought onto the litigation contractor's Relativity platform. This initial discovery work generated over 500,000 documents to review.

4. USDA assigned 10 attorneys, including all attorneys assigned to FNA matters, and others reassigned from their normal duties, to solely focus on reviewing the documents generated by the USDA's initial search. USDA took every practicable step to secure the availability of these attorneys to perform this discovery work including by authorizing additional compensatory time for weekend work.

5. In their work to date, the team assigned to this matter was required to sort through the half-million plus documents originally identified to eliminate duplicative and irrelevant material. The team has reviewed over 12,734 documents to date.

6. USDA has been informed that subsequent to the Magistrate Judge Westmore's order, Plaintiffs have sought to dramatically expand discovery work by demanding that USDA search additional custodians, apply new search terms, and dramatically expand the timeframe for which review must be conducted, in some instances including a year beyond the period pre-dating USDA's first data request which formed the basis of Magistrate Judge Westmore's order. *See* ECF No. 204 at 3–4, 6. If USDA is required to perform this additional work it will substantially increase the expense and time required to comply with the discovery that already has been ordered.

7. USDA will continue working on the results of its initial data pull while the Parties continue to negotiate appropriate custodians, search terms, and timeframes. USDA cannot conduct additional data pulls based on the as-yet unagreed upon terms. Further, conducting interim pulls based on present negotiations will compound USDA's work and create significant duplication of work efforts.

8. The additional searches requested by Plaintiffs will place a greater burden on USDA and lengthen the time to conduct review. Although OGC has identified and assigned additional attorneys to assist in this discovery, they can only do so on a short-term basis as those attorneys are assigned to duties supporting programs such as SNAP and assistance to Women, Infants and Children. They will be unable to fulfill their normal duties while discovery in this matter is prolonged, which is not sustainable on a long term basis, despite USDA's commitment and efforts to date to comply with Magistrate Judge Westmore's order

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 29, 2026.

BRIAN MIZOGUCHI Digitally signed by BRIAN MIZOGUCHI Date: 2026.09.29 21:54:53 -04'00'

Brian A. Mizoguchi
Deputy General Counsel
Office of the General Counsel
United States Department of Agriculture