ROB BONTA
Attorney General of California
PAUL STEIN
ROBIN GOLDFADEN
Supervising Deputy Attorneys General
SEBASTIAN BRADY
WILLIAM BELLAMY
MARIA F. BUXTON
JOSEPH H. MEEKER
JULIA HEMING SEGAL
LIAM E. O'CONNOR
Deputy Attorneys General
State Bar No. 330050
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3915
Fax: (415) 703-5480
E-mail: Liam.OConnor@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, ET AL.**<br><br>Plaintiffs,<br><br>**v.**<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL.**<br><br>Defendants. | Case No. 3:25-cv-06310-MMC-KAW<br><br>**DECLARATION OF JULIA HEMING SEGAL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION TO VACATE THE DISCOVERY DEADLINE**<br><br>District Judge Maxine M. Chesney<br>Magistrate Judge Kandis A. Westmore<br>Trial Date: None set<br>Action Filed: July 28, 2025 |

I, Julia Heming Segal, declare as follows:

1. I am a Deputy Attorney General in the Office of the Attorney General of California, and counsel of record for the State of California. I am an active member of the State Bar of California and admitted to practice in the United States District Court for the Northern District of California.

2. I offer this declaration in support of Plaintiffs' Opposition to Defendants' Administrative Motion to Vacate the Discovery Deadline, ECF No. 210. If called as a witness, I could and would competently testify from my personal knowledge to the facts stated herein.

3. Attached as **Exhibit A** is a true and correct copy of my correspondence with counsel for Defendants prior to their filing of their motion.

4. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 30th day of September 2026 in Fairfax, California.

*Julia Heming Segal*
JULIA HEMING SEGAL
DEPUTY ATTORNEY GENERAL
*Attorney for Plaintiff State of California*