United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br>Plaintiffs,<br>v.<br>UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,<br>Defendants. | Case No. 25-cv-06310-MMC (KAW)<br><br>**ORDER REGARDING DEFENDANTS' MOTION TO ENLARGE DISCOVERY DEADLINE**<br><br>Re: Dkt. No. 210 |

On August 31, 2026, the Court ordered Defendants to complete the Administrative Record ("AR") and produce certain discovery and a privilege log within 30 days. (Dkt. No. 204 at 13.) On September 29, 2026 -- one day before the deadline -- Defendants moved to enlarge the discovery deadline. (Dkt. No. 210.) Therein, Defendants seek to effectively do away with the deadline entirely, proposing that the parties only be required to submit a joint status report on October 30, 2026. (*Id.* at 2.)

On September 30, 2026, Plaintiffs filed their opposition, stating that they had proposed a schedule that included rolling productions starting on October 2, 2026, rolling production of "confidential" materials three days after the stipulation or entry of a protective order, and a deadline for completion of discovery of November 13 (subject to a meet and confer by October 30 if Defendants required additional time). (Dkt. No. 211 at 2.) Plaintiffs further note that Defendants did not respond to the proposal before filing their motion to enlarge time. (*Id.*)

Having reviewed the filings, the Court ORDERS Plaintiffs to provide a proposed order, within **seven days** of this order, that formalizes their proposed schedule. The proposed schedule should be modified to take into account that October 2, 2026 will likely have passed by the time any order is issued. Alternatively, the parties may stipulate to a schedule that is similar to that

United States District Court
Northern District of California

proposed by Plaintiffs. The Court would be inclined to grant such a stipulation.

IT IS SO ORDERED.

Dated: October 1, 2026

KANDIS A. WESTMORE
United States Magistrate Judge