ROB BONTA
Attorney General of California
PAUL STEIN
ROBIN GOLDFADEN
Supervising Deputy Attorneys General
SEBASTIAN BRADY
WILLIAM BELLAMY
MARIA F. BUXTON
JOSEPH H. MEEKER
LIAM E. O'CONNOR
JULIA HEMING SEGAL
Deputy Attorneys General
State Bar No. 363672
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 229-0128
Fax: (415) 703-5480
E-mail: Julia.HemingSegal@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**STATE OF CALIFORNIA, ET AL.**

Plaintiffs,

**v.**

**UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL.**

Defendants.

Case No. 3:25-cv-06310-MMC-KAW

**[PROPOSED] ORDER REGARDING DISCOVERY DEADLINES**

District Judge: Maxine M. Chesney
Magistrate Judge: Kandis A. Westmore
Trial Date: None set
Action Filed: July 28, 2025

Before the Court is Defendants' Motion to Enlarge Discovery Deadline (ECF No. 210). Plaintiffs filed an opposition (ECF No. 211) and, pursuant to the Court's order (ECF No. 212), Plaintiffs submitted a proposed order with their proposed discovery deadlines. The Court, having read and considered the Parties' submissions, DENIES Defendants' Motion for lack of good cause. The Court hereby enters Plaintiffs' proposed discovery deadlines:

| Date | Event |
|---|---|
| Thursday, October 8 | Defendants shall serve interrogatory responses and begin rolling weekly productions of documents.<br>If Defendants take the position that any portions of their interrogatory responses or document productions should be deemed confidential, then such portions of Defendants' interrogatory responses and document productions may be withheld until three days after the parties have stipulated to a protective order (or, in the absence of agreement, after this Court's order on any dispute over a proposed protective order). Defendants shall not delay production of the portions of their interrogatory responses or document productions that they do not deem confidential. |
| Friday, October 30 | In the event Defendants believe that they will need an extension of the November 13 discovery deadline: The Parties shall meet and confer to discuss the current status of discovery, including how many documents Defendants have reviewed, how many documents Defendants have produced, and how many documents Defendants have left to review at that time |
| Friday, November 13 | Defendants shall complete production of the administrative record and all court-ordered discovery, including a privilege log |

**IT IS SO ORDERED.**

Dated:

HON. KANDIS A. WESTMORE
United States Magistrate Judge