BRETT A. SHUMATE
Assistant Attorney General
TYLER BECKER
Counsel to the Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
BENJAMIN S. KURLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>*Defendants*. | Case No. 3:25-cv-06310-MMC<br><br>**DEFENDANTS' NOTICE OF PROPOSED SCHEDULE**<br><br>Courtroom: 7<br>Judge: Maxine M. Chesney<br>Magistrate Judge Kandis A. Westmore<br>Trial Date: None set<br>Action Filed: July 28, 2025 |

Defendants file this proposed schedule in response to the Court's Order Regarding Defendants' Motion to Enlarge Discovery Deadline, ECF No. 212. Defendants propose the following concrete schedule considering the Court's comment that Defendants' motion did not provide a sufficiently definite schedule. Defendants face multiple difficulties in producing discovery. The Parties have not agreed to full terms, so the full scope of discovery is not currently known. Further, the Parties have not yet been able to agree to a protective order. Defendants would, therefore, must redact all confidential information before producing responsive documents to Plaintiffs, significantly slowing review. Further, Plaintiffs' suggestion for weekly rolling productions will significantly burden Defendants. To create a production, Defendants must cease all review while the production is run, and productions can take as long as two to three days to complete. As such, rolling productions on a weekly basis will mean Defendants will lose multiple days of review time per week creating productions.

Defendants can commit to the following concrete schedule, reserving the right to seek further extensions based on addition discovery.

1. Defendants shall provide Interrogatories 1 and 4 to Plaintiffs once a Protective Order is entered on the docket.
2. Defendants shall commence rolling productions every three weeks to begin once a Protective Order is entered on the docket.
3. Discovery shall be completed by December 4, 2026.
4. Defendants shall provide a privilege log by December 18, 2026.

Dated: October 2, 2026.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

TYLER BECKER
Counsel to the Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division, Federal Programs Branch

/s/ B. Kurland
_______________________________
BENJAMIN S. KURLAND
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 598-7755
ben.kurland@usdoj.gov

*Counsel for Defendants*