BRETT A. SHUMATE
Assistant Attorney General
TYLER BECKER
Counsel to the Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
BENJAMIN S. KURLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>*Defendants*. | Case No. 3:25-cv-06310-MMC<br><br>**[Proposed] ORDER** |

Having considered Defendants' Notice of Proposed Schedule, the Court sets the following schedule for Discovery.

1. Defendants shall respond to Plaintiffs' Interrogatories 1 and 4 once a Protective Order is entered on the docket.

2. Defendants shall commence rolling productions every three weeks to begin once a Protective Order is entered on the docket.

3. Discovery shall be completed by December 4, 2026.

4. Defendants shall provide Plaintiffs with a Privilege Log by December 18, 2026.

IT IS SO ORDERED.

DATED:

________________________________

HON. KANDIS A. WESTMORE
United States Magistrate Judge