BRETT A. SHUMATE
Assistant Attorney General
TYLER BECKER
Counsel to the Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
BENJAMIN S. KURLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

STATE OF CALIFORNIA, *et al.*,

*Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,

*Defendants*.

Case No. 3:25-cv-06310-MMC [KAW]

**ORDER AS MODIFIED GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO ENLARGE DISCOVERY DEADLINE**

Having considered Defendants' Motion to Enlarge Discovery Deadline, and for good cause found, the Court ORDERS as follows. The Court, having read and considered the Parties' submissions, GRANTS IN PART and DENIES IN PART Defendant's Motion. The Parties shall submit a Joint Status Report on October 30, 2026, informing the Court on progress in reviewing and producing discovery and proposing additional appropriate deadlines.

IT IS SO ORDERED.

DATED: October 6, 2026

HON. KANDIS A. WESTMORE
United States Magistrate Judge