BRETT A. SHUMATE
Assistant Attorney General
TYLER BECKER
Counsel to the Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
BENJAMIN S. KURLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>*Defendants*. | Case No. 3:25-cv-06310-MMC-KAW<br><br>**DECLARATION OF BENJAMIN S. KURLAND** |

I, Benjamin S. Kurland, declare as follows:

1. I am a member in good standing of the Bar of the District of Columbia. I am a Trial Attorney in the United States Department of Justice, Civil Division, Federal Programs Branch, and an attorney of record for Defendants in this action. I am authorized to practice in this Court under Local Rule 11-2. I have personal knowledge of the matters set forth below, except those matters that are based on information and belief, which I believe to be true, and could and would testify competently to them if called to do so. I make this declaration in support of the Defendants' Stipulated Motion for a Protective Order pursuant to Magistrate Judge Westmore's Standing Order or Civil Cases § 12

2. The Parties have agreed to a protective order based on the U.S. District Court for the Northern District of California's model protective order.

3. The following changes have been made to the model order:

a. Section 1 – includes a minor change that was agreed to by the parties modifying "are likely to involve" to "implicates";

b. Sections 2.9 and 2.10 – include modifications to clarify who may access protected materials based on the nature of the Parties in this case as government entities;

c. Section 3 and 5.2(a) - include modifications to clarify the treatment of discovery partially redacted for confidentiality;

d. Section 5.2(b) – includes modifications to govern the use of discovery marked as confidential in any deposition or hearing;

e. Section 7.1 – includes modifications to clarify the use and production of discovery marked confidential in litigation related to this case; and

f. Section 11 – includes modifications the protections and clarifies the procedures governing inadvertent disclosures of privileged or otherwise protected discovery.

4. A redline copy of the Parties' stipulated protective order against the District Court's model protective order is being simultaneously filed with this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on October 8, 2026.

Benjamin S. Kurland
Trial Attorney, U.S. Department of Justice