JONATHAN GUYNN
Acting Assistant Attorney General
TYLER J. BECKER
Counsel to the Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
BENJAMIN S. KURLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br>*Plaintiffs*,<br>v.<br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br>*Defendants*. | Case No. 3:25-cv-06310-MMC-KAM<br><br>**DECLARATION OF BENJAMIN S. KURLAND IN SUPPORT OF STIPULATED MOTION TO EXTEND DISCOVERY DEADLINES** |

I, Benjamin S. Kurland, declare as follows:

1. I am a member in good standing of the Bar of the District of Columbia. I am a Trial Attorney in the United States Department of Justice, Civil Division, Federal Programs Branch, and an attorney of record for Defendants in this action. I am authorized to practice in this Court under Local Rule 11-2. I have personal knowledge of the matters set forth below, except those matters that are based on information and belief, which I believe to be true, and could and would testify competently to them if called to do so. I make this declaration in support of the Defendants' motion to extend the Court's current discovery deadline.

2. On October 6, 2026, the Court granted in part and denied in part Defendants' Motion to Enlarge Discovery Deadline. *See* Order as Modified Regarding Discovery Deadlines, ECF No. 216 ("Oct. 6 Disc. Order"). The Order set a discovery deadline of November 13, 2026, but provided that the Parties could meet and confer no later than Friday, October 30 to discuss requesting an extension of the November 13 deadline.

3. On October 29, I contacted Plaintiffs' counsel by email and informed counsel that USDA required additional time to complete discovery.

4. The Parties exchanged several letters reaching an agreement to propose an extension of discovery as outlined below:

| Event | Deadline |
|---|---|
| Responses to Interrogatories 3 and 6 | Monday, November 23 |
| Completion of document productions | Friday, January 8 |
| Production of a privilege log | Thursday, January 14 |
| Production of metadata overlays identified in Plaintiffs' November 2, 2026 email | Thursday, January 14 |
| Deadline to meet and confer over outstanding discovery | Thursday, January 28 |
| Deadline for Parties to file joint letter briefs over outstanding discovery disputes or a JSR that discovery is complete | Thursday, February 4 |

5. The extension is necessary to ensure USDA has sufficient time to complete the discovery ordered by the Court and negotiated between the Parties.

6. Defendants have previously moved to extend the discovery deadline originally set by the Court's Order Re 6/18/2026 Discovery Letters 13, ECF No. 204. On September 8, 2026, Defendants moved to stay discovery pending objections to the discovery order, ECF No. 205. The Court denied that motion, ECF No. 207. On September 29, Defendants moved for an extension of time to complete discovery, ECF No. 210. The Court granted the extension under Plaintiffs' proposed terms, *see* ECF Nos. 212, 216.

7. The extension request will slightly delay ultimate resolution of the case but is necessary for USDA to fully comply with the Court's orders.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 10, 2026.

Benjamin S. Kurland
Trial Attorney