JONATHAN GUYNN
Acting Assistant Attorney General
TYLER BECKER
Counsel to the Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
BENJAMIN S. KURLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br>*Plaintiffs*,<br>v.<br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br>*Defendants*. | Case No. 3:25-cv-06310-MMC-KAW<br>**REFILED STIPULATED MOTION TO EXTEND DISCOVERY DEADLINES**<br>Courtroom: 7<br>Judge: Maxine M. Chesney<br>Trial Date: None set<br>Action Filed: July 28, 2025 |

Pursuant to Local Rules 6-1(a), 6-2(a), and 7-12, and the Court's Order as Modified Regarding Discovery Deadlines, ECF No. 216 ("Oct. 6 Disc. Order"), the Parties hereby stipulate to extending the discovery schedule as outlined below. In support of this stipulation, the Parties submit the following:

1. On October 6, 2026, the Court granted in part and denied in part Defendants' Motion to Enlarge Discovery Deadlines. Oct. 6 Disc. Order at 1. Specifically, the Court ordered Defendants to: (1) serve interrogatory responses and begin weekly rolling productions by October 8; (2) meet and confer with Plaintiffs if USDA believed it would need additional time to complete discovery by October 30; and (3) set a discovery deadline of November 13, 2026. *Id.*

2. Defendants have met every deadline since, including serving interrogatory responses on October 8, and five weekly productions on October 8, 16, 23, 30, and November 6.[1] Additionally, Defendants contacted Plaintiffs on Thursday, October 29 to inform Plaintiffs that USDA would require an extension from the November 13 discovery deadline to complete discovery. *See* Decl. of Benjamin S. Kurland ¶ 3.

3. After Defendants contacted Plaintiffs on October 29, the Parties exchanged several letters in which they negotiated an extension of the discovery deadlines. *Id.* ¶ 4. As part of those negotiations, Plaintiffs demanded, and Defendants agreed without waving any objections, to respond to Interrogatories 3 and 6 and provide documents responsive to Requests for Production 10 and 11, to avoid bringing a discovery dispute before the Court. The Parties have agreed on the following schedule:

| Event | Deadline |
|---|---|
| Responses to Interrogatories 3 and 6 | Monday, November 23 |
| Completion of document productions | Friday, January 8 |
| Production of a privilege log | Thursday, January 14 |

[1] The Parties agreed to Friday as the day for weekly productions are the first production. Plaintiffs maintain that certain of USDA's responses are incomplete, and the Parties have agreed to address alleged insufficiencies after completion of document productions according to the schedule outlined below.

| | |
|---|---|
| Production of metadata overlays identified in Plaintiffs' November 2, 2026 email | Thursday, January 14 |
| Deadline to meet and confer over outstanding discovery | Thursday, January 28 |
| Deadline for Parties to file joint letter briefs over outstanding discovery disputes or a JSR that discovery is complete | Thursday, February 4 |

4. Additionally, the Parties have agreed (1) that USDA can begin making bi-weekly productions; and (2) to pause discovery during any lapse of USDA's appropriations.

5. According to Local Rule 5-1(i)(3), I attest that each of the other Signatories has concurred in the filing of this Motion.

Dated: November 13, 2026.

Respectfully submitted,

JONATHAN GUYNN
Acting Assistant Attorney General
Civil Division

TYLER BECKER
Counsel to the Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division, Federal Programs Branch

BENJAMIN S. KURLAND
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 598-7755
ben.kurland@usdoj.gov

*Counsel for Defendants*

Dated: November 10, 2026

Rob Bonta
Attorney General of California
Paul Stein
Robin Goldfaden
Supervising Deputy Attorneys General
Sebastian Brady
William Bellamy
Maria F. Buxton
Joseph H. Meeker
Asha Albuquerque

*Liam E. O'Connor*
Liam E. O'Connor
Deputy Attorneys General
*Attorneys for Plaintiff State of California*

Letitia James
Attorney General of New York

*/s/ Mark Ladov*
Mark Ladov
Special Counsel
Julie Dona
Special Counsel
28 Liberty St.
New York, NY 10005
(212) 416-8240
mark.ladov@ag.ny.gov
*Attorneys for Plaintiff State of New York*

Kwame Raoul
Attorney General of Illinois

*/s/ Sherief Gaber*
Harpreet K. Khera
Bureau Chief, Special Litigation
Sherief Gaber
Assistant Attorney General
115 S. LaSalle St., 35th Flr.
Chicago, Illinois 60603
(773) 590-7127
sherief.gaber@ilag.gov
*Attorneys for Plaintiff State of Illinois*

Kristin Mayes
Attorney General of Arizona

*/s/ Luci D. Davis*
Luci D. Davis (AZ No. 035347)
Hayleigh S. Crawford (AZ No. 032326)
2005 N. Central Ave. Phoenix, AZ 85004
(602) 542-3333
Luci.Davis@azag.gov
Hayleigh.Crawford@azag.gov
ACL@azag.gov
*Attorneys for Plaintiff State of Arizona*

Philip J. Weiser
Attorney General of Colorado

*/s/ David Moskowitz*
David Moskowitz
Deputy Solicitor General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6000
david.moskowitz@coag.gov
*Attorneys for Plaintiff State of Colorado*

William Tong
Attorney General of Connecticut

<u>*/s/ Patricia E. McCooey*</u>
Patricia E. McCooey
Assistant Attorney General
(860) 808-5152
Patricia.McCooey@ct.gov
*Attorneys for Plaintiff State of Connecticut*

Kathleen Jennings
Attorney General of Delaware

<u>*/s/ Vanessa L. Kassab*</u>
Ian R. Liston
Director of Impact Litigation
Vanessa L. Kassab
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov
*Attorneys for Plaintiff State of Delaware*

Brian L. Schwalb
Attorney General for the District of Columbia

<u>*/s/ Nicole S. Hill*</u>
Nicole S. Hill
Assistant Attorney General
Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 727-4171
nicole.hill@dc.gov
*Attorneys for Plaintiff District of Columbia*

Anne E. Lopez
Attorney General of Hawai‘i

<u>*/s/ Kaliko‘onālani D. Fernandes*</u>
Special Assistant to the Attorney General
Kaliko‘onālani D. Fernandes
Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov
*Attorneys for Plaintiff State of Hawai‘i*

Office of The Governor *ex rel*. Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky

<u>*/s/ S. Travis Mayo*</u>
S. Travis Mayo
General Counsel
Laura C. Tipton
Deputy General Counsel
Office of the Governor
700 Capitol Avenue, Suite 106
Frankfort, KY 40601
(502) 564-2611
travis.mayo@ky.gov
laurac.tipton@ky.gov
*Attorneys for Plaintiff Kentucky Governors' Office*

Aaron M. Frey
Attorney General of Maine

<u>*/s/ Brendan Kreckel*</u>
Brendan Kreckel
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 0433-0006
Tel.: 207-626-8800
Fax: 207-287-3145
brendan.kreckel@maine.gov
*Attorneys for Plaintiff State of Maine*

Anthony G. Brown
Attorney General of Maryland

*/s/ James C. Luh*
James C. Luh
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6411
jluh@oag.state.md.us
*Attorneys for Plaintiff State of Maryland*

Andrea Joy Campbell
Attorney General of Massachusetts

*/s/ Katherine Dirks*
Katherine Dirks
Chief State Trial Counsel
Cassandra Thomson
Assistant Attorney General
Office of the Massachusetts Attorney General
1 Ashburton Place Boston, MA 02108
(617) 963-2277
katherine.dirks@mass.gov
cassandra.thomson@mass.gov
*Attorneys for Plaintiff Commonwealth of Massachusetts*

Dana Nessel
Attorney General of Michigan

*/s/ Neil Giovanatti*
Neil Giovanatti
Assistant Attorney General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
giovanattin@michigan.gov
*Attorneys for Plaintiff State of Michigan*

Keith Ellison
Attorney General of Minnesota

*/s/ Joseph R. Richie*
Joseph R. Richie
Special Counsel
445 Minnesota Street, Suite 1400
St. Paul, Minnesota, 55101
(651) 300-0921
joseph.richie@ag.state.mn.us
*Attorneys for Plaintiff State of Minnesota*

Jennifer Davenport
Attorney General of New Jersey

/s/ *Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008)
Assistant Attorney General
New Jersey Office of the Attorney General, Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
kashif.chand@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

Raúl Torrez
Attorney General of the State of New Mexico

*/s/ Tyler To*
Counsel
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
tto@nmdoj.gov
505-660-7787
*Attorneys for the State of New Mexico*

Dan Rayfield
Attorney General of Oregon

*/s/ Scott P. Kennedy*
Scott P. Kennedy
Senior Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel (971) 453-9050
Fax (971) 673-5000
Scott.Kennedy@doj.oregon.gov
*Attorneys for Plaintiff State of Oregon*

Josh Shapiro, in his official capacity as Governor of the Commonwealth of Pennsylvania

*/s/ Jacob B. Boyer*
Jennifer Selber
General Counsel
Jacob B. Boyer
Deputy General Counsel
Pennsylvania Office of the Governor
30 N. 3rd St., Suite 200
Harrisburg, PA 17101
(717) 460-6786
jacobboyer@pa.gov
*Counsel for Governor Josh Shapiro*

Peter F. Neronha
Attorney General of Rhode Island

*<u>/s/ Madeline R. Becker</u>*
Madeline R. Becker (RI Bar No. 10034)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2151
mbecker@riag.ri.gov
*Attorneys for Plaintiff State of Rhode Island*

Nicholas W. Brown
Attorney General of Washington

*<u>/s/ Jennifer K. Chung</u>*
Jennifer K. Chung, WSBA #51583
William Mcginty, WSBA #41868
Julie Moroney, WSBA #59017
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744
jennifer.chung@atg.wa.gov
william.mcginty@atg.wa.gov
julie.moroney@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

Joshua L. Kaul
Attorney General of Wisconsin

*<u>/s/ Karla Z. Keckhaver</u>*
Karla Z. Keckhaver
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
608-264-6365
karla.keckhaver@wisdoj.gov
*Attorneys for Plaintiff State of Wisconsin*

Aaron D. Ford
Attorney General of Nevada

*<u>/s/ Heidi Parry Stern</u>*
Heidi Parry Stern (Bar. No. 8873)
Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
HStern@ag.nv.gov
*Attorneys for Plaintiff State of Nevada*