JONATHAN GUYNN
Acting Assistant Attorney General
TYLER BECKER
Counsel to the Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
BENJAMIN S. KURLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

STATE OF CALIFORNIA, *et al.*,

*Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,

*Defendants*.

Case No. 3:25-cv-06310-MMC

**[Proposed] ORDER GRANTING REFILED STIPULATED MOTION TO EXTEND DISCOVERY DEADLINES**

Having considered Defendants' Refiled Stipulated Motion to Extend Discovery Deadlines, and for good cause found, the Court GRANTS the Motion and sets the following deadlines:

| Event | Deadline |
|---|---|
| Responses to Interrogatories 3 and 6 | Monday, November 23 |
| Completion of document productions | Friday, January 8 |
| Production of a privilege log | Thursday, January 14 |
| Production of metadata overlays identified in Plaintiffs' November 2, 2026 email | Thursday, January 14 |
| Deadline to meet and confer over outstanding discovery | Thursday, January 28 |

| | |
|---|---|
| Deadline for Parties to file joint letter briefs over outstanding discovery disputes or a JSR that discovery is complete | Thursday, February 4 |

IT IS SO ORDERED.

DATED:

______________________________
KANDIS A. WESTMORE
United States Magistrate Judge